
# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INDICTMENT NO: 1:25cr-62 |
| | ) | |
| v. | ) | 18 U.S.C. §§ 1344(2), 1349 |
| | ) | Conspiracy to Commit Bank Fraud |
| FNU LNU (FIRST NAME UNKNOWN, LAST NAME UNKNOWN) | ) | |
| aka RONY DENIS, | ) | 18 U.S.C. § 1344(2) Bank Fraud |
| | ) | |
| ANTHONY OLOANS, | ) | 18 U.S.C. §§ 1343, 1349 |
| | ) | Conspiracy to Commit Wire Fraud |
| JOSEPH FRYAR, | ) | |
| | ) | |
| DENNIS NOSTRANT, | ) | 18 U.S.C. § 1343 Wire Fraud |
| | ) | |
| GERARD ROBERTSON, | ) | |
| | ) | 26 U.S.C. § 7206(2) |
| DAVID REIP, | ) | Aiding and Assisting in the Filing of a False Tax Return |
| | ) | |
| MARCUS LABAT, and | ) | |
| | ) | |
| OMAR GARCIA | ) | |

## PENALTY CERTIFICATION

The undersigned Assistant United States Attorney hereby certifies that the maximum penalties for the offense charged in the Indictment are as follows:

**Count 1:** **Conspiracy to Commit Bank Fraud**
18 U.S.C. §§ 1344(2) and 1349

- Not more than 30 years of imprisonment;
- Not more than a $1,000,000 fine;
- Not more than 5 years of supervised release;
- $100 special assessment;
- Restitution;
- Forfeiture.

**Counts 2-3:** **Bank Fraud**
18 U.S.C. § 1344(2)

- Not more than 30 years of imprisonment;
- Not more than a $1,000,000 fine;
- Not more than 5 years of supervised release;
- $100 special assessment;
- Restitution;
- Forfeiture.

**Count 4:** **Conspiracy to Commit Wire Fraud**
18 U.S.C. §§ 1343 and 1349

- Not more than 20 years of imprisonment;
- Not more than a $250,000 fine;
- Not more than 3 years of supervised release;
- $100 special assessment;
- Restitution;
- Forfeiture.

**Counts 5-23:** **Wire Fraud**
18 U.S.C. § 1343

- Not more than 20 years of imprisonment;
- Not more than a $250,000 fine;
- Not more than 3 years of supervised release;
- $100 special assessment;
- Restitution;
- Forfeiture.

**Counts 24-26:** Aiding and Assisting in the Filing of a False Tax Return
26 U.S.C. § 7206(2)

- Not more than 3 years of imprisonment;
- Not more than a $250,000 fine;
- Not more than 1 years of supervised release;
- $100 special assessment;
- Restitution;
- Cost of Prosecution.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

*/s/ Patricia G. Rhodes*

Patricia G. Rhodes
Assistant United States Attorney
Georgia Bar Number 307288

# Indictment, Information, Complaint

1:25-cr-00062-JRH-BKE *SEALED* USA v. SEALED

U.S. District Court

Southern District of Georgia

## Notice of Electronic Filing

The following transaction was entered on 9/5/2025 at 3:32 PM EDT and filed on 9/4/2025
**Case Name:** USA v. SEALED
**Case Number:** 1:25-cr-00062-JRH-BKE *SEALED*
**Filer:**
**Document Number:** 4(No document attached)

**Docket Text:**
**PENALTY CERTIFICATION by Government as to All Defendants. (pts)**


**1:25-cr-00062-JRH-BKE *SEALED*-1** No electronic public notice will be sent because the case/entry is sealed.

**1:25-cr-00062-JRH-BKE *SEALED*-2** No electronic public notice will be sent because the case/entry is sealed.

**1:25-cr-00062-JRH-BKE *SEALED*-3** No electronic public notice will be sent because the case/entry is sealed.

**1:25-cr-00062-JRH-BKE *SEALED*-4** No electronic public notice will be sent because the case/entry is sealed.

**1:25-cr-00062-JRH-BKE *SEALED*-5** No electronic public notice will be sent because the case/entry is sealed.

**1:25-cr-00062-JRH-BKE *SEALED*-6** No electronic public notice will be sent because the case/entry is sealed.

**1:25-cr-00062-JRH-BKE *SEALED*-7** No electronic public notice will be sent because the case/entry is sealed.

**1:25-cr-00062-JRH-BKE *SEALED*-8** No electronic public notice will be sent because the case/entry is sealed.