# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA

### CLERK'S MINUTES

| | |
|---|---|
| CASE NO.: 1:25cr062 | DATE: September 17, 2025 |
| UNITED STATES OF AMERICA | TIMES: 1:52 - 6:29 |
| V. | |
| Rony Denis | |

| | |
|---|---|
| **Honorable:** Brian K. Epps, United States Magistrate Judge | **Courtroom Deputy:** Courtnay Capps |
| **Court Reporter:** FTR | **Interpreter:** |
| **Probation Officer:** -------- | **Security:** CSO Douglas; USMS Partlow, Ketellar, Adams |

**Attorney for Government:** Patricia Rhodes, George Jacobs

**Attorney for Defendant(s):** Steven Sadow, David Stewart

**PROCEEDINGS:** DETENTION HEARING

☐ All parties present and ready to proceed

**Witness for the Govt:** Todd Card - US Citizenship and Immigration Services ☑ Witness sworn

**Witness for the Govt:** ☐ Witness sworn

**Witness for the Govt:** ☐ Witness sworn

**Witness for the Deft:** ☐ Witness sworn

**Witness for the Deft:** ☐ Witness sworn

☑ Defendant Detained Pending further proceedings in this Court/trial

☐ Defendant remanded to custody of USMS

☐ Defendant granted bond:

Notes:

Government Exhibits 1-7 admitted
Defendant's Exhibits 1 - 11 admitted
Joint Exhibit 1 admitted

Hearing continued to a date and time to be determined.

Rev 12-2024