IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | Case No. 1:25-CR-00062 |
| | : | |
| v. | : | |
| | : | |
| RONY DENIS, | : | |
| | : | |
| Defendant. | : | |

## MOTION FOR LEAVE OF ABSENCE

Counsel for defendant, Steven H. Sadow, respectfully moves the Court to grant him leave of absence for the following time period: October 8-27, 2025 for personal international travel.

Respectfully submitted,

*/s/ Steven H. Sadow*
STEVEN H. SADOW
Georgia Bar No. 622075

260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303
404-577-1400
404-577-3600 (fax)
stevesadow@gmail.com

# CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

/s/ *Steven H. Sadow*
STEVEN H. SADOW
Georgia Bar No. 622075