UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.  ) | CR125-062 |
| ) | |
| RONY DENIS ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Steven H. Sadow** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Steven H. Sadow** be granted leave of absence for the following periods: October 8, 2025 through October 27, 2025.

**SO ORDERED**, this the 23rd day of September, 2025.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA