| | |
|---|---|
| DEFENDANT'S EXHIBIT NO. | 2 |
| CASE NO. | 1:25cr062 |
| USA | |
| vs. | |
| Rony Denis | |
| MARKED FOR IDENTIFICATION | |
| FILED IN EVIDENCE | |
| JOHN TRIPLETT, CLERK OF COURT | |










Prayer Force praying for this lady who waved them down from across the street.



Prayer Force praying for the souls of Waycross, GA in front of City Hall.



Prayer Force praying for a lady they met by her car.



Prayer Force girls praying for a group that gathers daily to drink and smoke under this tree that the locals call "The Tree of Good and Evil".

# HOPCC 2019
## (June 29nd)

### Missionary trip
#### With God's Heritage Teenage Girls

### To
## Waycross, GA



Prayer Force praying for this man on his front porch.





Prayer Force teenage girls singing and dancing in front of Waycross City Hall.