| |
|---|
| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |


Brothers praying with a man on the street of Statesboro


God's Heritage singing on the Courthouse Steps


Brothers praying for a soul on Georgia Southern University


Prayer Force in front of the Courthouse (1)

## HOPCC 2019 Missionary trip to Statesboro, GA (March 3rd)


Prayer Force in front of the Courthouse (2)


Prayer Force dancing and singing in front of the Statesboro Courthouse

