| EXHIBIT NO. |
|---|
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

To Whom It May Concern:

The following are just a few pictures from the 35th Annual Law Enforcement Appreciation Cookout in Georgia. House of Prayer Christian Churches of America International is behind the scenes, working with local, state and federal officials to accomplish God's mission.

Daniel 4:17 "This matter is by the decree of the watchers, and the demand by the word of the holy ones: to the intent **that the living may know that the most High ruleth in the kingdom of men, and giveth it to whosoever he will**, and setteth up over it the basest of men."

Acts 5:39 "But if it be of God, ye cannot overthrow it; lest haply ye be found even to fight against God."

We thank all of you for your work.

## IT IS ALL POLITICAL, SPIRITUAL AND DIVINE.



House of Prayer Ministers working with Governor and First Lady Kemp

2



Gov. Brian Kemp speaking at the 35th Annual Law Enforcement Appreciation Cookout

3



House of Prayer ministers with Herschel Walker (former candidate for Georgia Senate)

4



House of Prayer ministers with Herschel Walker at the 35th Annual Law Enforcement Appreciation Cookout



House of Prayer minsters with Fitz Johnson (Georgia Public Service Commissioner)

6