EXHIBIT NO.

CASE NO.

vs.

MARKED FOR IDENTIFICATION

FILED IN EVIDENCE

JOHN TRIPLETT, CLERK OF COURT



House of Prayer children's choir singing in front of the Lincoln Memorial.

House of Prayer missionary trip to Washington DC at the Lincoln Memorial on Sep 19, 2017

39



A member of House of Prayer (Center) with two people from the general public who came to listen to the children's choir and to participate in a prayer meeting at the Lincoln Memorial

House of Prayer missionary trip to Washington     40
DC at the Lincoln Memorial on Sep 19, 2017



Members of House of Prayer and participates from the general public participating in a prayer meeting, in front of the Lincoln Memorial.

House of Prayer missionary trip to Washington DC at the Lincoln Memorial on Sep 19, 2017    41

Members of House of Prayer and participates from the general public participating in a prayer meeting, in front of the Lincoln Memorial.



House of Prayer missionary trip to Washington DC at the Lincoln Memorial on Sep 19, 2017     42



House of Prayer missionaries to El Salvador, taking a picture of a woman from the general public who came to listen to the children's choir and participate in a prayer meeting in front of the Lincoln Memorial

House of Prayer missionary trip to Washington     43
DC at the Lincoln Memorial on Sep 19, 2017

Case 1:15-cv-00152-JRH-BKE    Document 81-8    Filed 09/26/25    Page 7 of 46



House of Prayer missionary trip to Washington
DC at the Lincoln Memorial on Sep 19, 2017

44

# The House of Prayer children's choir singing in front of the Lincoln Memorial



House of Prayer missionary trip to Washington
DC at the Lincoln Memorial on Sep 19, 2017

45

House of Prayer Ministry to the National Mall
Reaching out to souls from all over the world



House of Prayer missionary trip to Washington    46
D.C. at the Lincoln Memorial on Sep 19, 2017

House of Prayer Ministry to the National Mall
Reaching out to souls from all over the world



House of Prayer missionary trip to Washington    47
D.C. at the Lincoln Memorial on Sep 19, 2017

The House of Prayer children's choir singing in front of the Lincoln Memorial



House of Prayer missionary trip to Washington    48
D.C. at the Lincoln Memorial on Sep 19, 2017

The House of Prayer children's choir singing in front of the Lincoln Memorial



House of Prayer missionary trip to Washington   49
D.C. at the Lincoln Memorial on Sep 19, 2017

The House of Prayer children's choir singing in front of the Lincoln Memorial



House of Prayer missionary trip to Washington    50
D.C. at the Lincoln Memorial on Sep 19, 2017

Ezra Maier a member of the children's choir and also on the "God's Heritage Hour on XM 131, at 1:00 pm every Saturday preaching the Word of God, in front of the Lincoln Memorial.



House of Prayer missionary trip to Washington        51
D.C. at the Lincoln Memorial on Sep 19, 2017

Members of House of Prayer and participates from the general public participating in a prayer meeting, in front of the Lincoln Memorial.



House of Prayer missionary trip to Washington
D.C. at the Lincoln Memorial on Sep 19, 2017

52

House of Prayer Ministry to the National Mall
Reaching out to souls from all over the world



A member of House of Prayer Darien Escudero, who sings on XM 131 Broadcasts participating in the National Mall Outreach



House of Prayer Ministry to the National Mall
Reaching out to souls from all over the world



House of Prayer Ministry to the National Mall
Reaching out to souls from all over the world



House of Prayer missionary trip to Washington
D.C. at the Lincoln Memorial on Sep 19, 2017

56

House of Prayer Ministry to the National Mall.  Reaching out to souls from all over the world.  House of Prayer members praying with people in the general public to lift up the Name of Jesus Christ.



House of Prayer missionary trip to Washington          57
D.C. at the Lincoln Memorial on Sep 19, 2017



House of Prayer missionary trip to Washington          58
D.C. at the Lincoln Memorial on Sep 19, 2017

House of Prayer Ministry to the National Mall. Reaching out to souls from all over the world. House of Prayer members praying with people in the general public to lift up the Name of Jesus Christ.



House of Prayer missionary trip to Washington DC at the Lincoln Memorial on Sep 19, 2017

59

The House of Prayer children's choir singing in front of the Lincoln Memorial



House of Prayer missionary trip to Washington D.C. at the Lincoln Memorial on Sep 19, 2017

60

House of Prayer Ministry to the National Mall. Reaching out to souls from all over the world.  House of Prayer members praying with people in the general public to lift up the Name of Jesus Christ.



House of Prayer missionary trip to Washington                     61
D.C. at the Lincoln Memorial on Sep 19, 2017

House of Prayer Ministry to the National Mall. Reaching out to souls from all over the world. House of Prayer members praying with people in the general public to lift up the Name of Jesus Christ.



House of Prayer missionary trip to Washington
D.C. at the Lincoln Memorial on Sep 19, 2017

62

25-cr-00062-JRH-BKE     Document 81-8     Filed 09/26/25     Page
out to souls from all over the world.  House of Prayer
members praying with people in the general public to lift up
the Name of Jesus Christ.



House of Prayer Ministry to the National Mall. Reaching out to souls from all over the world. House of Prayer members praying with people in the general public to lift up the Name of Jesus Christ.



House of Prayer missionary trip to Washington                    64
D.C. at the Lincoln Memorial on Sep 19, 2017



The House of Prayer children's choir lifting up their hands and praying for America in front of the Lincoln Memorial

House of Prayer missionary trip to Washington D.C. at the Lincoln Memorial Sep 19, 2017

65

The House of Prayer children's choir lifitng up their hands and praying for America in front of the Lincoln Memorial

House of Prayer missionary trip to Washington D.C. at the Lincoln Memorial Sep 19, 2017

66

Members of House of Prayer witnessing and interacting with National Mall Police and Security during the prayer meeting at the Lincoln Memorial





House of Prayer Ministry to the National Mall. Reaching out to souls from all over the world. House of Prayer members praying with people in the general public to lift up the Name of Jesus Christ.

House of Prayer Ministry to the National Mall. Reaching out to souls from all over the world. House of Prayer members praying with people in the general public to lift up the Name of Jesus Christ.



Case 1:25-cr-00062-JRH-BKE    Document 81-8    Filed 09/26/25    Page 32 of 46



House of Prayer Ministry to the National Mall. Reaching out to souls from all over the world. House of Prayer members praying with people in the general public to lift up the Name of Jesus Christ.

Case 1:25-cv-00062-JRH-BKE    Document 81-8    Filed 09/26/25    Page 33 of 46

Members of House of Prayer witnessing and interacting with National Mall Police and Security during the prayer meeting at the Lincoln Memorial



House of Prayer missionary trip to Washington D.C. at the Lincoln Memorial Sep 19, 2017

71



House of Prayer missionary trip to Washington
D.C. at the Lincoln Memorial Sep 19, 2017

72

House of Prayer Ministry to the National Mall. Reaching out to souls from all over the world. House of Prayer members praying with people in the general public to lift up the Name of Jesus Christ.



House of Prayer missionary trip to Washington D.C. at the Lincoln Memorial Sep 19, 2017

73

Shama Bootzin a Houseof Prayer missionary to Israel participating in the National Mall Ministry.



House of Prayer missionary trip to Washington D.C. at the Lincoln Memorial Sep 19, 2017

74



House of Prayer missionary trip to Washington                    75
D.C. at the Lincoln Memorial Sep 19, 2017

House of Prayer Ministry to the National Mall.
Reaching out to souls from all over the world. House of
Prayer members praying with people in the general
public to lift up the Name of Jesus Christ.



House of Prayer Ministry to the National Mall.
Reaching out to souls from all over the world.  House
of Prayer members praying with people in the
general public to lift up the Name of Jesus Christ.



House of Prayer Ministry to the National Mall.
Reaching out to souls from all over the world. House
of Prayer members praying with people in the
general public to lift up the Name of Jesus Christ.



House of Prayer missionary trip to Washington    78
D.C. at the Lincoln Memorial Sep 19, 2017

House of Prayer Ministry to the National Mall.  Reaching out to souls from all over the world.  House of Prayer members praying with people in the general public to lift up the Name of Jesus Christ.



House of Prayer missionary trip to Washington D.C. at the Lincoln Memorial on Sep 19, 2017

79

A House of Prayer member and an older man from the General Public worshiping together as they listen to the House of Prayer children's choir



House of Prayer missionary trip to Washington D.C. at the Lincoln Memorial on Sep 19, 2017

80

People from the General Public listening to the
House of Prayer children's choir and taking pictures.



House of Prayer missionary trip to Washington          81
D.C. at the Lincoln Memorial on Sep 19, 2017

Case 1:25-cr-00062-JPH-BKE · Document 81-8 · Filed 09/26/25 · Page 45 of 46



House of Prayer missionary trip to Washington
D.C. at the Lincoln Memorial on Sep 19, 2017

Case 1:25-cr-00062-JPH-BKE • Document 81-8 • Filed 09/26/25 • Page 46 of 46



House of Prayer missionary trip to Washington
D.C. at the Lincoln Memorial on Sep 19, 2017

83