| |
|---|
| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

# FAX COVER SHEET

Date:   August 11, 2011

From:   Ernande Jean-Paul

To:     Trevis Guy

Re:     Requested information

Fax#    305-810-5816

Number of pages including cover:   **8**

From
Ernande

8/10/11

I noticed a discrepa[ncy]
with the DOB of
the people in the ID
you showed me yeste[rday]
The DOB of the ~~Dom~~
Documents you have
showed 8/23/59 where[as]
as Rony's DOB was
8/23/62. I apolog[ize]
for the mistake in
the year of Birth
See all records submitte[d]
I hope this helps in
your investigation.
Thank you, Erna[nde]



JJJ   Egalité   No 38195   Fraternit
Liberté          République D'Haiti

L'An Mil Neuf Cent Quatre Vingt Six, An 183e de l'Indépendance et
Mercredi deux Avril, à midi.-
Par devant Nous, Joseph Saint-Hillier, Officier de l'Etat Civil de
Commune des Gonaives, Section Sud, soussigné;

En vertu d'un Jugement rendu par le Tribunal Civil des Gonaives e:
date du premier Avril mil neuf cent quatre vingt six, nous avons é
autorisés à transcrire sur le Régistre spécial tenu en double, à c
effet, la déclaration tardive de Naissance de: RONY DENIS.-

A comparu le sieur Manuel Denis, majeur, propriétaire, demeurant et
micilié aux Gonaives. Lequel nous a présenté un enfant du sexe Mas
lin qu'il nous a déclaré être son fils naturel, né en son domicile
le vingt-trois Août mil neuf cent soixante-deux, à une heure du so:
De la dame Théide Benoit, majeure, commerçante, demeurant et domicili
aux Gonaives; et auquel enfant il a donné le prénom de:
R O N Y
Dont acte fait en notre Bureau, Rue Jean Jacques Dessalines No:114,
en présence de Max Vilfort et de Luckner Sam, tous deux majeurs, de-
meurant et domiciliés aux Gonaives. Témoins requis. Après lecture fa
te avons signé de présent.

Pour Copie Conforme

Officier de l'Etat Civil

No 57
Année 1986.-

Acte de Naissance
de:
Rony Denis,
né
aux Gonaives, le
23 Août 1962.-

Par Ces Motifs

Le Tribunal après examen, et sur les conclusions confor
mes du Ministère Public autorise conformément à la loi du 20 Août
1974, l'Officier de l'Etat Civil des Gonaives, Section Sud, à recevoi
la déclaration tardive de Naissance de RONY DENIS, et de faire ensu
te ce que prévoit cette loi en la matière.-
Donné de Nous, Antoine Norgaisse, Doyen en audience ordi
naire et publique du Mardi premier Avril mil neuf cent quatre ving
six, en présence de Marc-Antoine Saint-Vil, Substitut du Commissaire
du Gouvernement près de ce Ressort et avec l'assistance du Citoyen
Raoul Jacques, Commis-Greffier.-
Il est ordonné à tous huissiers sur ce requis de mettre
le présent Jugement à exécution aux Officiers du Ministère Public
près les Tribunaux Civils d'y tenir la main à tous Commandants et
autres Officiers de la force publique d'y prêter main forte lors-
qu'ils en seront légalement requis.-
En foi de quoi la minute du présent Jugement est signée
du Doyen et du Commis-Greffier sus-dits.-

Pour Copie Conforme

Officier de l'Etat Civil

Le Commissaire du Gouvernement près le Tribunal Civil des Gonaives certifie et atteste que la signature au bas de l'Acte ci-dessus est celle du Citoyen Joseph Saint-Hillien, Officier de l'Etat Civil des Gonaives, Section Sud.-

Parquet des Gonaives, le 2 Avril 1986

MARC-ANTOINE SAINT-VIL, AV
SUBSTITUT DU COMMISSAIRE DU GWT

Vu pour la Legalisation de la Signature de Me. _Marc Antoine Saint-Vil_
Commissaire du Gouvernement Pres le Tribunal Civil de _Gonaives_
Apposée _au verso de cet Acte_ Enregistrée
Au Ministere de la Justice _2 Mai 1986_
A l _183ème_ de L'Indépendance au No. _6436_
D: Registre a ce destine
Recepisse No. _8754_

Ernst Trouillot, av.-
Directeur Général



Nº 98048

Liberté     Egalité     Fraternité

République D'Haiti

Déclaration tardive, conformément à la loi du 20 Aout 1974 sur l'Inscription et contrôle l'Officier de l'Etat Civil.

L'An mil neuf cent quatre vingt cinq An 182e de l'Indépendance et le Lundi vingt huit Janvier, à dix heures du Matin. Par devant Nous, Joseph Saint-Hillien, Officier de l'Etat Civil des Gonaives, Section Sud. Soussigné:

En vertu d'un Jugement rendu par le Tribunal Civil des Gonaiv en date du vingt cinq Janvier mil neuf cent quatre vingt cinq nous avons été autorisé à transcrire sur le régistre spécial tenu en double à cet effet la déclaration tardive de Naissance du prénom de:

R O N Y

A comparu la dame Teide Denis, majeure, propriétaire, demeurant et domiciliée aux Gonaives, identifiée au No- 19431 A/C Couturière Laquelle nous a présenté un enfant du sexe Masculin qu'elle nous a déclaré son fils naturel, né aux Gonaives le vingt trois Aout mil neuf cent soixante deux, à six heures du Matin de ses oeuvres naturelles. A laquelle elle a donné les prénom et nom:

R O N Y    D E N I S

Dont acte fait en notre Bureau, Rue Jean Jacques Dessalines No 114 en présence des citoyens Négro Prévalus et Maurice Alexis, tous demeurant et domiciliés aux Gonaives, témoins requis par l comparant. Après lecture avons signé le présent:

Pour Copie Conforme

Par Ces [illegible] Officier de l'Etat Civil.



Numéro- 56
Année- 1985.
Déclaration tardive de Naissance de: RONY DENIS, né le 23 Aout 1962 aux Gonaives, suivant Jugement du Tribunal Civil des Gonaives en date du 25 Janvier 1985.-

Le Tribunal, après examen et sur les conclusion conformes du Ministère Public, conformément à la loi du 20 Aout 1974. Autorise l'Officier de l'Etat Civil des Gonaives. Section Sud à recevoir la déclaration tardive de Naissance du nommé Rony Denis, né le vingt trois Aout mil neuf cent soixante deux de oeuvres naturelles de la dame Teide Denis, et de faire ensuite ce que prévoit cette loi régissant en la matière.

Pour Copie Conforme

Officier de l'Etat Civil.

Le Commissaire du Gouvernement près le Tribunal Civil des Gonaives, certifie que la signature apposée au Bas de l'Acte ci-dessus est celle du sieur Joseph Saint-Hillien, Officier d l'Etat Civil des Gonaives. Section Sud.

Parquet des Gonaives, le 28 Janvier 1985

Jean Robert Constant, Av
Commissaire du Gouvernement.-

**OFFICE of VITAL STATISTICS**
**CERTIFIED COPY**

**CERTIFICATE OF DEATH**
**FLORIDA**

LOCAL FILE NO. 8919625

| Field | Value |
|---|---|
| 1. DECEDENT'S NAME (First, Middle, Last) | RONY - DENIS |
| 2. SEX | male |
| 3. DATE OF DEATH (Month, Day, Year) | July 15, 1989 |
| 4. SOCIAL SECURITY NUMBER | 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 |
| 5a. AGE-Last Birthday | 26 |
| 6. DATE OF BIRTH (Month, Day, Year) | August 23, 1962 |
| 7. BIRTHPLACE (City and State or Foreign Country) | Govnaives, Haiti |
| 8. WAS DECEDENT EVER IN US ARMED FORCES? | No |
| 8a. PLACE OF DEATH | HOSPITAL Inpatient |
| 8b. INSIDE CITY LIMITS? | Yes |
| 9a. FACILITY NAME | Bethesda Memorial Hospital |
| 9b. CITY, TOWN, OR LOCATION OF DEATH | Boynton Beach |
| 9c. COUNTY OF DEATH | Palm Beach |
| 10a. DECEDENT'S USUAL OCCUPATION | Electrician |
| 10b. KIND OF BUSINESS/INDUSTRY | General House Wireing |
| 11. MARITAL STATUS | Married |
| 12. SURVIVING SPOUSE | Enande Dieuguste |
| 13a. RESIDENCE - STATE | Florida |
| 13b. COUNTY | Palm Beach |
| 13c. CITY, TOWN, OR LOCATION | Delray Beach |
| 13d. STREET AND NUMBER | 1360 N. W. 1st Street |
| 13e. INSIDE CITY LIMITS? | Yes |
| 13f. ZIP CODE | 33444 |
| 14. HISPANIC OR HAITIAN ORIGIN | Haitian |
| 15. RACE | black |
| 16. DECEDENT'S EDUCATION | 11 |
| 17. FATHER'S NAME | Michal Phillipe |
| 18. MOTHER'S NAME | Thesde Denis |
| 19a. INFORMANT'S NAME | JORES PHILIPPE |
| 19b. MAILING ADDRESS | 1360 N. W. 1st. STREET DELRAY BEACH, FLORIDA 33444 |
| 20a. METHOD OF DISPOSITION | Burial |
| 20b. PLACE OF DISPOSITION | Delray Beach Cemetery |
| 20c. LOCATION | Delray Beach, Florida |
| 21a. SIGNATURE OF FUNERAL SERVICE LICENSEE | Landy Straghn |
| 21b. LICENSE NUMBER | 2731 |
| 21c. NAME AND ADDRESS OF FACILITY | STRAGHN & SON TRI-CITY FUNERAL HOME 26 SW 5TH AVENUE DELRAY BEACH, FLORIDA 33444 |
| 22. CAUSE OF DEATH | (signed) |
| 23a. DATE SIGNED | 7/17/89 |
| 23b. HOUR OF DEATH | 10:05 AM 7/15/89 |
| 23c. NAME OF ATTENDING PHYSICIAN | Richard A Cappiello, MD |
| 24. NAME AND ADDRESS OF CERTIFIER | RICHARD A. CAPPIELLO, M.D. 16244 S. MILITARY TRAIL DELRAY BEACH, FLORIDA 33484 |
| 25a. SUB-REGISTRAR - SIGNATURE AND DATE | JULY 17, 1989 |
| 25b. LOCAL REGISTRAR - SIGNATURE | (signed) |
| 25c. DATE REGISTERED | JUL 24 1989 |

| APPLICATION NO. | 86-1141-S | | MARRIAGE RECORD FLORIDA | | |
|---|---|---|---|---|---|

**MALE PERSONAL DATA**

1. Name of Male (First) (Middle) (Last): RONY NMI DENIS
2. Race: BLACK
3. Usual Residence of Male: 525 N.E. 2ND STREET, BOYNTON BEACH, PALM BEACH, FLORIDA 33435
4A. Date of Birth: AUG 23, 1962
4B. Age: 23
5. Number of this Marriage: 1ST
7. State of Birth (if not in USA, name country): HAITI

**FEMALE PERSONAL DATA**

8. Name of Female (First) (Middle) (Last): ERNANDE NMI DIEUJUSTE
9. Race: BLACK
10. Usual Residence of Female: BOYNTON BEACH, PALM BEACH, FLORIDA 33435
11A. Date of Birth: JAN 6, 1967
11B. Age: 19
12. Number of this Marriage: 1ST
14. State of Birth (if not in USA, name country): HAITI

**AFFIDAVIT OF FEMALE AND MALE**

15. Male (Sign full name): Rony Denis
16. Subscribed and sworn to before me on: JULY 3, 1986
19. Female (Sign full name): Ernande
20. Subscribed and sworn to before me on: JULY 3, 1986

**LICENSE TO MARRY**

23. Date License Issued: JULY 3, 1986
24. Expiration Date: AUG 2, 1986
25A. Signature of Person Issuing License: John B Dunkle
Title: CLERK OF CIRCUIT COURT
26. County: PALM BEACH

RECORDED: PALM BEACH COUNTY, FL
CLERK: JOHN B. DUNKLE
CLERK CIRCUIT COURT

**CERTIFICATE OF MARRIAGE**

27. I hereby certify that the above named bride and groom were joined by me in marriage in accordance with the laws of the State of Florida on 7/26/86 at Delray Beach, FLORIDA (July 26, 1986 at Delray Beach)
26A. Signature of Person Performing Ceremony: Luc Wilfrid Loriston
26B. Name of Person Performing Ceremony: LUC WILFRID LORISTON
26C. Title: MINISTER
26D. Address: 6364 Seminole Cr Lantana FL 33462
29. Witness to Ceremony: Chesnel Medastin
30. Witness to Ceremony: [signature]

AUDIT CONTROL NO. 251515

HRS Form 743, Jul 84 (Obsoletes previous editions as of 12/31/84)
This license not valid unless seal of Clerk, Circuit or County Court, appears thereon.

B4969 P0934 / 1986 AUG 12 PM 12:28 / B4969 P09151



STATE OF FLORIDA
COUNTY OF PALM BEACH:

I, JOHN B. DUNKLE, hereby certify this co[py]
copy of the Marriage Re[cord]
parties as it appears [on]

DATED at West Palm [Beach]
day of August, 1986.

```
                                         ┌─────────────────────────┐
                                         │ DXM   │ MIA —           │
                                         │       │                 │
                                         │       │ ...ATION        │
                                         │       │ ...L FLORIDA    │
                                         │ JAN 30 1989             │
                                         │       Cashier #2        │
                                         └─────────────────────────┘
```

*Coming back
with medical @
filter reopen
his case*

Copy

IMMIGRATION AND NATURALIZATION SERVICE
7880 BISCAYNE BOULEVARD
MIAMI, FLORIDA 33138

## APPLICATION FOR PERMISSION TO DEPART FROM THE UNITED STATES TEMPORARILY

### (REQUEST FOR I-512, ADVANCE AUTHORIZATION FOR PAROLE)

APPLICANT: PLEASE ANSWER (COMPLETE) ALL QUESTIONS BELOW AND READ NOTICE OF REQUIREMENTS.

NAME: DENIS, RONY

CURRENT ADDRESS: 1360 NW 1 ST, DELRAY BEACH, FL 38444

TELEPHONE # (HOME) (305) 276-3824    TELEPHONE # (WORK) N/A

ALIEN REGISTRATION NUMBER: A24 708 198

DATE/PLACE OF BIRTH: 8/23/62 HAITI

TYPE OF APPLICATION PREVIOUSLY FILED: RESIDENCE

DATE OF FILING: 9/30/87    BASIS OF ELIGIBILITY: I-181 APPROVED

DATE OF INTERVIEW BEFORE I&NS OFFICER: 9/30/87

REASON FOR NEED TO GO ABROAD (LEAVE U. S.): MOTHER SICK

EVIDENCE PRESENTED (SEE REQUIREMENTS ON REVERSE SIDE: LETTER

LENGTH OF TIME TO BE OUT OF U. S.: 2 WEEKS

COUNTRY OR COUNTRIES TO BE VISITED OR PASSED THROUGH: HAITI

DATE OF PROPOSED DEPARTURE: AS SOON AS POSSIBLE

LENGTH OF TIME IN THE U. S.: 10/18/1980

DATE AND PLACE OF LAST ENTRY INTO U. S.: MIAMI, FL    10/18/80

TYPE OF ADMISSION AS OF LAST ENTRY INTO U.S.: CUBAN/HAITIAN ENTRANT

-2-

Date: 09/30/87

File Number: A-24 708 198

Rony, Denis
1360 N.W. 1st St
Delray Beach FL, 33444

NEW ADDRESS: _____

Your application for status as a permanent resident has been retained for processing. You will be notified when further action has been taken in your case. Your request to accept employment has been adjudicated and the result is shown below. This employment authorization is valid only for the time necessary to decide your application for permanent residence.

If you change your address, marital, or employment status notify this office, referring to the above file number. To avoid delay in the processing of your application, please do not call or write to inquire about the current status of your case.

Sincerely yours,

*[signature]*

District Director

APPROVED
U.S. DISTRICT DIRECTOR
DATE OF ACTION: SEP 30 1987
MIA

EMPLOYMENT ☒ GRANTED ☐ DENIED

MIA #38 EMPLOYMENT AUTHORIZED THRU Sep 29/88

YOU MUST BRING ORIGINAL DOCUMENTS REQUIRED, AT TIME OF INTERVIEW.

PLEASE, DO NOT CALL THIS OFFICE CONCERNING YOUR SCHEDULED APPEARANCE. YOU WILL BE NOTIFIED BY MAIL.

IF YOU CHANGE YOUR ADDRESS, PLEASE INDICATE IN NEW ADDRESS ITEM ABOVE. AND SUBMIT A COPY OF THIS FORM TO THIS OFFICE.

Form I-181a (Rev 3-1-83) N