| |
|---|
| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |



Rony Denis A file - 0036

**DEPARTMENT OF HEALTH AND HUMAN SERVICES**
**SOCIAL SECURITY ADMINISTRATION**

FORM APPROVED
OMB NO. 72-S79002

**FORM SS-5 — APPLICATION FOR A SOCIAL SECURITY NUMBER CARD**
(Original, Replacement or Correction)

MICROFILM REF. NO. (SSA USE ONLY): 810308058600

Unless the requested information is provided, we may not be able to issue a Social Security Number (20 CFR 422.103(b))

**INSTRUCTIONS TO APPLICANT** — Before completing this form, please read the instructions on the opposite page. You can type or print, using pen with dark blue or black ink. Do not use pencil.

| Field | Entry |
|---|---|
| 1. NAME TO BE SHOWN ON CARD | First: RONY  Last: DENIS |
| FULL NAME AT BIRTH (IF OTHER THAN ABOVE) | |
| OTHER NAME(S) USED | |
| 2. MAILING ADDRESS | 661 S.W. 7½ St |
| CITY / STATE / ZIP | Belle Glade, FL 33430 |
| 3. CITIZENSHIP | ☒ b. Legal alien allowed to work |
| 4. SEX | ☒ Male |
| 5. RACE/ETHNIC DESCRIPTION | ☒ c. Negro or Black (not Hispanic) |
| 6. DATE OF BIRTH | Month 8 / Day 23 / Year 59 |
| 7. PRESENT AGE | 21 |
| 8. PLACE OF BIRTH | City: Gonaives   State or Foreign Country: Haiti |
| 9. MOTHER'S NAME AT HER BIRTH | First: Theide   Last (maiden): Benoit |
| FATHER'S NAME | First: Manuel   Last: Denis |
| 10a. Have you or someone on your behalf applied for a social security number before? | |
| 11. TODAY'S DATE | 1 / 22 / 81 |
| 12. Telephone number | |
| 13. YOUR SIGNATURE | Rony Den Denis |
| 14. YOUR RELATIONSHIP TO PERSON IN ITEM 1 | ☐ Self   ☐ Other |

WARNING: Deliberately providing false information on this application is punishable by a fine of $1,000 or one year in jail, or both.

DO NOT WRITE BELOW THIS LINE (FOR SSA USE ONLY)

DOC 661  NTC  CAN
TYPE(S) OF EVIDENCE SUBMITTED: 1-94

SSA RECEIPT DATE: 1-22-81
SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEWING EVIDENCE AND/OR CONDUCTING INTERVIEW: V Gates SR 1-22-81

FORM SS-5 (10-80)  PRIOR EDITIONS SHOULD BE DESTROYED

3

Rony Denis A file - 0037

| | |
|---|---|
| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>SOCIAL SECURITY ADMINISTRATION | Form Approved<br>OMB No. 0960-0066 |
| **FORM SS-5 — APPLICATION FOR A SOCIAL SECURITY NUMBER CARD**<br>(Original, Replacement or Correction) | 8 4 2 8 5 6 0 2 2 7 7<br>MICROFILM REF. NO. (SSA USE ONLY) |

178

Unless the requested Information is provided, we may not be able to issue a Social Security Number (20 CFR 422-103(b))

**INSTRUCTIONS TO APPLICANT** ▶ Before completing this form, please read the instructions on the opposite page. You can type or print, using pen with dark blue or black ink. Do not use pencil.

**1** NAME TO BE SHOWN ON CARD: First **Rony** / Middle / Last **Denis**
NAB FULL NAME AT BIRTH (IF OTHER THAN ABOVE):
ONA OTHER NAME(S) USED:

**2** MAILING ADDRESS: 525 S. Swinton Av #B
CITY: Delray Beach  STATE: Florida  ZIP CODE: 33444

**3** CITIZENSHIP (Check one only):
☒ a. U.S. citizen
☒ b. Legal alien allowed to work
☐ c. Legal alien not allowed to work
☐ d. Other

**4** SEX: ☒ MALE  ☐ FEMALE

**5** RACE/ETHNIC DESCRIPTION:
☐ a. Asian, Asian-American or Pacific Islander
☒ b. Hispanic
☐ c. Negro or Black (not Hispanic)
☐ d. Northern American Indian or Alaskan Native
☐ e. White (not Hispanic)

**6** DATE OF BIRTH: MONTH 08 DAY 25 YEAR 59  PRESENT AGE: 24
**8** PLACE OF BIRTH: CITY Gonaives, Haiti  STATE/COUNTRY Haiti

**9** MOTHER'S NAME AT HER BIRTH: First **Thei"de** / Middle / Last (maiden) **Benoit**

FNA FATHER'S NAME: First **Emmanuel** / Middle / Last **Denis**

**10** a. Has a Social Security number card ever been requested for the person listed in item 1? ☐ YES(2) ☒ NO(1) ☐ Don't know(1)
b. Was a card received for the person listed in item 1? ☐ YES(3) ☒ NO(1) ☐ Don't know(1)
SSN c. Enter Social Security number assigned to the person listed in item 1: 5 9 0 - 0 1 - 1 2 9 4

**11** TODAY'S DATE: MONTH 6 DAY 21 YEAR 84
**12** Telephone number where we can reach you during the day: HOME 305-276-7093

**13** YOUR SIGNATURE: *Rony Denis*
**14** YOUR RELATIONSHIP TO PERSON IN ITEM 1: ☒ Self ☐ Other

DO NOT WRITE BELOW THIS LINE (FOR SSA USE ONLY)

SSA RECEIPT DATE: 06 21 84

TYPE(S) OF EVIDENCE SUBMITTED: P 26 / NTC / CAN
I94 A24 708198

SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEWING EVIDENCE AND/OR CONDUCTING INTERVIEW:
*Mary Jones* SR 062184
*D. Edwards* SR 06-21-84
DCL 06-21-84

Form SS-5 (1-84)  Destroy prior editions    3

Rony Denis A file - 0038

| | |
|---|---|
| DEPARTMENT OF HEALTH AND HUMAN SERVICES<br>SOCIAL SECURITY ADMINISTRATION | Form Approved<br>OMB No. 0960-0066 |

**FORM SS-5 — APPLICATION FOR A SOCIAL SECURITY NUMBER CARD**
(Original, Replacement or Correction)

MICROFILM REF. NO. (SSA USE ONLY): 6 3 2 3 3 8 0 3 0 3 7

215

Unless the requested information is provided, we may not be able to issue a Social Security Number (20 CFR 422.103(b))

INSTRUCTIONS TO APPLICANT: Before completing this form, please read the instructions on the opposite page. You can type or print, using pen with dark blue or black ink. Do not use pencil.

1. NAME TO BE SHOWN ON CARD — First: Rony / Middle: / Last: Denis
   FULL NAME AT BIRTH (IF OTHER THAN ABOVE):
   OTHER NAME(S) USED:

2. MAILING ADDRESS (Street/Apt. No., P.O. Box, Rural Route No.): 525 S. Swinton Ave, Apt B
   CITY: Delray Beach   STATE: Florida   ZIP CODE: 33444

3. CITIZENSHIP:
   - [ ] a. U.S. citizen
   - [x] b. Legal alien allowed to work
   - [x] c. Legal alien not allowed to work
   - [ ] d. Other

4. SEX: [x] MALE  [ ] FEMALE

5. RACE/ETHNIC DESCRIPTION:
   - [ ] a. Asian, Asian-American or Pacific Islander
   - [ ] b. Hispanic
   - [x] c. Negro or Black (not Hispanic)
   - [x] d. North American Indian or Alaskan Native
   - [ ] e. White (not Hispanic)

6. DATE OF BIRTH: Month 08 / Day 23 / Year 59
7. PRESENT AGE: 23
8. PLACE OF BIRTH: City: Gonaïves / State or Foreign Country: Haiti   AA

9. MOTHER'S NAME AT HER BIRTH: First: Théïde / Middle: / Last: Benoit
10. FATHER'S NAME: First: Emmanuel / Middle: / Last: Denis

a. Has the person listed in item 1 above or anyone acting on that person's behalf ever applied for a social security number card before? [x] YES  [ ] NO  [ ] Don't know
b. Was a card received? [x] YES  [ ] NO  [ ] Don't know    3
c. Enter Social Security Number: 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
d. Enter the name shown on the most recent social security card: Rony Denis
e. Date of birth correction: Month 8 / Day 2 / Year 83

11. TODAY'S DATE: Month 08 / Day 02 / Year 88
12. Telephone number:

WARNING: Deliberately furnishing (or causing to be furnished) false information on this application is a crime punishable by fine or imprisonment, or both.

13. YOUR SIGNATURE: Rony Denis
14. YOUR RELATIONSHIP TO PERSON IN ITEM 1: [ ] Self  [x] Other (Specify)

WITNESS (Needed only if signed by mark "X"):

DO NOT WRITE BELOW THIS LINE (FOR SSA USE ONLY)

DTC   SSA RECEIPT DATE: 08/02/83

DOC: C2C   NTC: CAN
TYPE(S) OF EVIDENCE SUBMITTED: I-94 Employment Authorized

SIGNATURE AND TITLE OF EMPLOYEE(S) REVIEWING EVIDENCE AND/OR CONDUCTING INTERVIEW: L. Bakker SRT 08/02/83

IDN   ITV   DC 080297

Rony Denis A file - 0039
Form SS-5 (7-82)