| | |
|---|---|
| DEFENDANT'S EXHIBIT NO. | 12 |
| CASE NO. | 1:25cr062 |
| USA | |
| vs. | |
| Rony Denis | |
| MARKED FOR IDENTIFICATION | |
| FILED IN EVIDENCE | |
| JOHN TRIPLETT, CLERK OF COURT | |

ADMINISTRATION GENERALE
DES CONTRIBUTIONS

Nº 9868? H

B. C. 371
(Décl. MERE)



## ACTE DE NAISSANCE

(Paysans)

ETAT CIVIL

LIBERTE     EGALITE     FRATERNITE
REPUBLIQUE D'HAITI

L'an mil neuf cent _____ An 15____ de l'Indépendance et le __Mardi__ _____

Par devant Nous _____

Officier de l'Etat Civil de _____

soussigné;

A comparu la dame _____

demeurant et domiciliée sur l'habitat _____ sise dans la

_____

Laquelle nous a présenté un enfant du sexe _____

f_____, né à _____

le __Vingt_____ mil neuf cent _____ à _____ heures du _____

Auquel enfant elle a donné les prénoms de __Romy Denis__ _____

Dont acte fait en notre Bureau, Rue _____ en présence de _____

_____ et de _____

tous deux majeurs, demeurant et domiciés à _____

_____

témoins choisis et amenés par _____

Après lecture faite par nous du présent acte, l'avons signé _____

_____

Première Expédition Gratuite

Signé: _____



*accompagne d[e]*
*l'acte de reconna[issance]*
*8½/5/1-84*
*14-1-02*
*28*