| | |
|---|---|
| DEFENDANT'S EXHIBIT NO. | 12a |
| CASE NO. | 1:25cr062 |
| USA | |
| vs. | |
| Rony Denis | |
| MARKED FOR IDENTIFICATION | |
| FILED IN EVIDENCE | |
| JOHN TRIPLETT, CLERK OF COURT | |

```
USI & NS
SEATTLE, WA      TRANSLATION OF A "BIRTH CERTIFICATE"      (form JJG-1)
```

1. NAME: __RONY__ _____ __DENIS__
   (first)   (middle)   (last)

2. BIRTH: Place: __Deschapelles__ __Duvalier-Ville , Republic of HAITI__
   (city or town)   (state or province) (country)

   Date: __August__ __24TH__ __1963__ - Time: __09 PM__.
   (month)   (day)   (year)

3. FATHER'S NAME: __- 0 -__
   (first)   (middle)   (last)

4. MOTHER'S NAME: __Marie__ __Solanges__ __Fermand__
   (first)   (middle)   (last)

5. CERTIFICATE ISSUED: Date- __August__ __27TH__ __1963__ , Time __09 AM__.
   (month)   (day)   (year)
   Place- __Duvalier-Ville__ __Republic of HAITI__
   (city or town) (state or province)(country)

   Magistrate: __Bien Amée  Bien Amée__
   (full name)

6. CERTIFICATE FOUND: Archive/Register-Book NO. __9868uMe__  No. __860__

7. NOTATIONS OF IMPORTANCE: Baptized at Duvalier-Ville
   on the date of September 05th/1963
   Reverent Father J.B.SOLOMME .

CERTIFICATION OF TRANSLATOR'S COMPETENCE

I, __Chinh D. Vu__ hereby certify that the above is an accurate translation of the pertinent information of the original "birth certificate" in __French__, and that I am competent in both English and __French__ to render such translation.

Date __Nov. 30TH/95__     _____
                          (signature of translator)

TACOMA COMMUNITY HOUSE
1314 SOUTH L ST              * SUBSCRIBED & SWORN TO BEFORE ME ON:
TACOMA WA 98405                                          Date Nov 30, 199_
                                                         AT:
Phone: 206-383-3951                                      Place
                                                             TACOMA, W
                                                         BY:
                                                             Notary

OFFICIAL SEAL
BETTY L. DRAEGER
NOTARY PUBLIC - WASHINGTON
My Comm. Expires June 18, 1999