EXHIBIT NO.

CASE NO.

vs.

MARKED FOR IDENTIFICATION

FILED IN EVIDENCE

JOHN TRIPLETT, CLERK OF COURT

UNITED STATES DEPARTMENT OF JUSTICE

IMMIGRATION AND NATURALIZATION SERVICE

MEMORANDUM OF CREATION OF RECORD OF LAWFUL PERMANENT RESIDENCE

PLACE:   MIAMI        FL
FILE NO: A24708198

STATUS AS A LAWFUL PERMANENT RESIDENT OF THE UNITED STATES IS ACCORDED:

NAME: RONY                    *DENIS*          SEX:          M
IN CARE OF:                   ~~DENIS~~         DATE OF BIRTH: 08/23/~~59~~ 62
ADDRESS: 1360 N.W. 1 ST/                        PLACE OF BIRTH: HAITI
CITY:   DELRAY BEACH   FL 33444                 NATIONALITY:   HAITI

CITY OF BIRTH:  GONAIVE            COUNTRY OF LAST RESIDENCE:HAITI

MARITAL STATUS:  M                OCCUPATION:  PCR
N/I CLASS AT TIME OF ADJ: ~~PR~~ EWI
YEAR OF NI CLASS: 80
COUNTRY TO WHICH CHARGEABLE (IF ANY): N/A      PREFERENCE (IF ANY): N/A
                                               PRIORITY DATE: N/A

LABOR CERT   ( ) SUBMITTED           (X) NOT APPLICABLE
MOTHERS 1ST NAME: ~~THEO~~ THEIDE       FATHERS 1ST NAME: EMANUEL
LAST NIV ISSUED AT (U.S. CONSULATE POST): N/A
DATE:  N/A    NUMBER: N/A    CLASS: N/A

UNDER THE FOLLOWING PROVISION OF LAW:

( )  PUBLIC LAW 95-412           ( )  SEC 209 (A) OF THE I&N ACT
( )  PUBLIC LAW 96-212           ( )  SEC 209 (B) OF THE I&N ACT
( )  SEC 244( )( ) OF THE I&N ACT ( )  SEC 214 (D) OF THE I&N ACT
( )  SEC 245 OF THE I&N ACT      ( )  PRIVATE LAW NO.   OF THE
( )  SEC 1 OF THE ACT 11/2/66    ( )  CONGRESS       SESSION
(X)  SEC 202 OF PUBLIC LAW 99-603

AS OF 01/01/82  AT  MIA        CLASS OF ADMISSION CH6

REMARKS:

*RECOMMENDED BY: (IMMIGRATION OFFICER) * * * * * * * * * * * * * * * * *
                                        *
DATE:      12/03/87                     *   DATE OF ACTION
                                        *        APPROVED
                                        *        INS DISTRICT DIRECTOR
                                        *        DEC 03 1987
                                        *   Recommended by
                                        *        MIA
                                        * * * * * * * * * * * * * * * *

MI COPY SENT              ADIT COPY SENT
FORM I-181 (REV. 3-1-83)

Denis - orig A file -0001

UNITED STATES DEPARTMENT OF JUSTICE

IMMIGRATION AND NATURALIZATION SERVICE

MEMORANDUM OF CREATION OF RECORD OF LAWFUL PERMANENT RESIDENCE

PLACE:   MIAMI        FL
FILE NO: A24708198

STATUS AS A LAWFUL PERMANENT RESIDENT OF THE UNITED STATES IS ACCORDED:

NAME: RONY                    *DENIS*              SEX:        M
IN CARE OF:                                        DATE OF BIRTH:  08/23/52
ADDRESS: 1360 N.W. 1 ST/                           PLACE OF BIRTH: HAITI
CITY:   DELRAY BEACH   FL 33444                    NATIONALITY:    HAITI

CITY OF BIRTH: *GONAIVE*           COUNTRY OF LAST RESIDENCE: HAITI

MARITAL STATUS: *M*                OCCUPATION: *PCR*
N/I CLASS AT TIME OF ADJ: *P2 EW1*
YEAR OF NI CLASS: 80
COUNTRY TO WHICH CHARGEABLE (IF ANY): N/A        PREFERENCE (IF ANY): N/A
                                                 PRIORITY DATE: N/A


LABOR CERT   ( ) SUBMITTED                 (X) NOT APPLICABLE
MOTHERS 1ST NAME:   *THEI  THEIDE*      FATHERS 1ST NAME: *EMANUEL*
LAST NIV ISSUED AT (U.S. CONSULATE POST): N/A
DATE:  N/A      NUMBER: N/A      CLASS: N/A

UNDER THE FOLLOWING PROVISION OF LAW:

( )  PUBLIC LAW 95-412              ( )  SEC 209 (A) OF THE I&N ACT
( )  PUBLIC LAW 96-212             ( )  SEC 209 (B) OF THE I&N ACT
( )  SEC 244( )( ) OF THE I&N ACT  ( )  SEC 214 (D) OF THE I&N ACT
( )  SEC 245 OF THE I&N ACT        ( )  PRIVATE LAW NO.  OF THE
( )  SEC 1 OF THE ACT 11/2/66      ( )  CONGRESS        SESSION
(X)  SEC 202 OF PUBLIC LAW 99-603

AS OF 01/01/82  AT  MIA         CLASS OF ADMISSION CH6

REMARKS:

*RECOMMENDED BY: (IMMIGRATION OFFICER) * * * * * * * * APPROVED * * * * * *
                                       *  DATE OF ACTION
DATE:        *12/03/87*                * INS DISTRICT DIRECTOR
                                       *
                                       *     DEC 03 1987
                                       *   Recommended by:
                                       *    *N/A* * *1659 *

MI COPY SENT                       ADIT COPY SENT
FORM I-181 (REV. 3-1-83)

Denis - orig A file -0002

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
7880 BISCAYNE BOULEVARD
MIAMI, FLORIDA  33138

FILE NO. A24 208 198

DATE  9/25/89

Rony Denis
1360 NW 1 Street
Delray Beach, FL 33445

Action on I-485 See 202 terminated per OI 103.2(O)

for lack of prosecution.

DISTRICT DIRECTOR

**U.S. Department of Justice**
Immigration and Naturalization Service (INS)

# Application for Permanent Residence

OMB # 1115-0053

## DO NOT WRITE IN THIS BLOCK

| | | |
|---|---|---|
| Case ID# | Action Stamp | Fee Stamp |
| A# | APPROVED I.N.S DISTRICT DIRECTOR DEC 03 1987 MIA 1659 | FLA. MIAMI - IFR DISTRICT OFFICE RECEIVED |
| G-28 or Volag# | | |

| Section of Law | | Eligibility Under Sec. 245 |
|---|---|---|
| ☐ Sec. 209(b), INA | | ☐ Approved Visa Petition |
| ☐ Sec. 214(d), INA | | ☐ Dependent of Principal Alien |
| ☐ Sec. 13, Act of 9/11/57 | | ☐ Special Immigrant |
| ☐ Sec. 245, INA | | ☐ Other |
| ☐ Sec. 249, INA | Country Chargeable _____ | Preference _____ |

## A. Reason for this application

I am applying for lawful permanent residence for the following reason: (check the box that applies)

1. ☒ **An immigrant visa number is immediately available to me because**
   - ☐ A visa petition has already been approved for me (approval notice is attached)
   - ☐ A visa petition is being filed with this application
2. ☐ **I entered as the fiance(e) of a U.S. citizen and married within 90 days** (approval notice and marriage certificate are attached)
3. ☐ **I am an asylee eligible for adjustment**
4. XX **Other:** CUBAN HAITIAN ENTRANT

## B. Information about you

| 1. Name (Family name in CAPS) | (First) | (Middle) |
|---|---|---|
| DENIS, | RONY | – |

**11. On what date did you last enter the U.S.?**
10/18/80

| 2. Address (Number and Street) | (Apartment Number) |
|---|---|
| 1360 N.W. 1st STREET | |

**12. Where did you last enter the U.S.?** (City and State)
MIAMI, FLA.

| (Town or City) | (State/Country) | (ZIP/Postal Code) |
|---|---|---|
| DELRAY BEACH, | FLA. | 33444 |

**13. What means of travel did you use?** (Plane, car, etc.)
BOAT

**3. Place of Birth** (Town or City) _____ (State/Country) _____

**14. Were you inspected by a U.S. immigration officer?**
☒ Yes   ☐ No

| 4. Date of Birth (Mo/Day/Yr) | 5. Sex | 6. Marital Status |
|---|---|---|
| 8/23/59 | ☒ Male ☐ Female | ☒ Married ☐ Single ☐ Widowed ☐ Divorced |

**15. In what status did you last enter the U.S.?**
(Visitor, student, exchange alien, crewman, temporary worker, without inspection, etc.)
CUBAN HAITIAN ENTRANT

| 7. Social Security Number | 8. Alien Registration Number (if any) |
|---|---|
| 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 | A-24-708-198 |

**16. Give your name EXACTLY as it appears on your Arrival/Departure Record (Form I-94).**
DENIS, RONY

**9. Country of Citizenship**
HAITI

| 17. Arrival/Departure Record (I-94) Number | 18. Visa Number |
|---|---|
| | N/A |

**10. Have you ever applied for permanent resident status in the U.S.?**
☐ Yes   ☒ No
(If Yes, give the date and place of filing and final disposition)

**19. At what Consulate was your nonimmigrant visa issued?** N/A   **Date** (Mo/Day/Yr) N/A

| ...en married before? ☐ Yes ☒ No ...ames of prior husbands/wives) N/A | (Country of citizenship) | (Date marriage ended) |
|---|---|---|
| ...wife ever been married before? ☐ Yes ☒ No ...es of prior husbands/wives) N/A | (Country of citizenship) | (Date marriage ended) |

| INITIAL RECEIPT | RESUBMITTED | RELOCATED | | COMPLETED |
|---|---|---|---|---|
| | | Rec'd | Sent | Approved |

Denis - orig A file -0004

Form I-485 (Rev. 06-23-86) Y

**22. List your present husband/wife, all your sons and daughters, all of your brothers and sisters** (If you have none)

| Name | Relationship | Place of Birth | Date of Birth | | |
|---|---|---|---|---|---|
| NO CHILDREN ------ | | | | | |
| DENIS, VANIA | SISTER | HAITI | D/R | HAITI | |
| | | | | | ☐ Yes ☐ No |
| | | | | | ☐ Yes ☐ No |
| | | | 2 Brothers | | ☐ Yes ☐ No |
| | | | 6 Sisters | | ☐ Yes ☐ No |

**23. List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society or similar group in the United States or in any other country or place, and your foreign military service** (If this does not apply, write "N/A")

A. N/A _____ 19 _____ to 19 _____
B. _____ 19 _____ to 19 _____
C. _____ 19 _____ to 19 _____
D. _____ 19 _____ to 19 _____
E. _____ 19 _____ to 19 _____
F. _____ 19 _____ to 19 _____
G. _____ 19 _____ to 19 _____

**24. Have you ever, in or outside the United States:**

a) knowingly committed any crime for which you have not been arrested? ☐ Yes ☒ No

b) been arrested, cited, charged, indicted, convicted, fined, or imprisoned for breaking or violating any law or ordinance, including traffic regulations? ☐ Yes ☒ No

c) been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action? *traffic* ☒ Yes ☐ No

If you answered Yes to (a), (b), or (c) give the following information about each incident:

| Date | Place (City) | (State/Country) | Nature of offense | Outcome of case, if any |
|---|---|---|---|---|
| 1) 1982 | DELRAY BEACH, FLA. | U.U. | ACCIDENT | PAID $25.00 FEE |
| 2) | | | | |
| 3) | | | | |
| 4) | | | | |
| 5) | | | | |

**25. Have you ever received public assistance from any source, including the U.S. Government or any state, county, city or municipality?**

☐ Yes ☒ No (If Yes, explain, including the name(s) and Social Security number(s) you used.)

**26. Do any of the following relate to you?** (Answer Yes or No to each)

A. Have you been treated for a mental disorder, drug addiction, or alcoholism? ☐ Yes ☒ No

B. Have you engaged in, or do you intend to engage in, any commercialized sexual activity? ☐ Yes ☒ No

C. Are you or have you at any time been an anarchist, or a member of or affiliated with any Communist or other totalitarian party, including any subdivision or affilate? ☐ Yes ☒ No

D. Have you advocated or taught, by personal utterance, by written or printed matter, or through affiliation with an organization:

1) opposition to organized government ☐ Yes ☒ No
2) the overthrow of government by force or violence ☐ Yes ☒ No
3) the assaulting or killing of government officials because of their official character ☐ Yes ☒ No
4) the unlawful destruction of property ☐ Yes ☒ No
5) sabotage ☐ Yes ☒ No
6) the doctrines of world communism, or the establishment of a totalitarian dictatorship in the United States? ☐ Yes ☒ No

E. Have you engaged or do you intend to engage in prejudicial activities or unlawful activities of a subversive nature? ☐ Yes ☒ No

F. During the period beginning March 23, 1933, and ending May 8, 1945, did you order, incite, assist, or otherwise participate in persecuting any person because of race, religion, national origin, or political opinion, under the direction of, or in association with any of the following:

1) the Nazi government in Germany ☐ Yes ☒ No
2) any government in any area occupied by the military forces of the Nazi government in Germany ☐ Yes ☒ No
3) any government established with the assistance or cooperation of the Nazi government of Germany ☐ Yes ☒ No
4) any government that was an ally of the Nazi government of Germany ☐ Yes ☒ No

G. Have you been convicted of a violation of any law or regulation relating to narcotic drugs or marijuana, or have you been an illicit trafficker in narcotic drugs or marijuana? ☐ Yes ☒ No

Denis - orig A file -0005

Entered :
mia 10-18-80
asylum applicant
mia 6-9-83   aa
duplicate
A. 24- 708 - 198

**WARNING**
- A nonimmigrant who accepts un-authorized employment is subject to deportation.

**IMPORTANT**
- Retain this permit in your posses-sion; you must surrender it when you leave the U.S. Failure to do so may delay your entry into the U.S. in the future.

ADMISSION NUMBER

**995 - 03048672**

8. FAMILY NAME (SURNAME) *(same as Family Name in Item 1 above)*

D E N I S                                          c

FIRST (GIVEN) NAME *(same as First Name in Item 1 above)*

R O N Y

9. DATE OF BIRTH *(same as Item 2)*   10. COUNTRY OF CITIZENSHIP *(same as Item 3 above)*

DAY MO. YR.    H A I T I

2 3 0 8 5 7    SEE REVERSE SIDE FOR OTHER IMPORTANT INFORMATION

U.S. IMMIGRATION AND NATURALIZATION SERVICE    **I-94 DEPARTURE RECORD** (Rev. 1-1-83)N    STAPLE HERE



Denis - orig A file -0007

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB #1115-0134

Medical Examination of Aliens Seeking Adjustment of Status

---

(Please type or print clearly)
*I certify that on the date shown I examined:*

| | |
|---|---|
| 1. Name (Last in CAPS) **DEHIS** | 3. File number (A number) |
| (First) **Rony**     (Middle Initial) | 4. Sex  ☑ Male   ☐ Female |
| 2. Address (Street number and name) **1360 N.W. 1st St.** (Apt. number) | 5. Date of birth (Month/Day/Year) **08/23/62** |
| (City) **DELRAY** (State) **Fla.** (ZIP Code) **33444** | 6. Country of birth **HAITI** |
| | 7. Date of examination (Month/Day/Year) **11/29/8** |

General Physical Examination: I examined specifically for evidence of the conditions listed below. My examination revealed;

☑ No apparent defect, disease, or disability.     ☐ The conditions listed below were found (check all boxes that apply).

**Class A Conditions**

| | | | |
|---|---|---|---|
| ☐ Chancroid | ☐ Hansen's disease, infectious | ☐ Mental defect | ☐ Psychopathic personality |
| ☐ Chronic, alcoholism | ☐ HIV infection | ☐ Mental retardation | ☐ Sexual deviation |
| ☐ Gonorrhea | ☐ Insanity | ☐ Narcotic drug addiction | ☐ Syphilis, infectious |
| ☐ Granuloma inguinale | ☐ Lymphogranuloma venereum | ☐ Previous occurrence of one or more attacks of insanity | ☐ Tuberculosis, active |

**Class B Conditions**

☐ Hansen's disease, not infectious   ☐ Tuberculosis, not active     ☐ Other physical defect, disease or disability (specify below).

| Examination for Tuberculosis - Tuberculin Skin Test | Examination for Tuberculosis - Chest X-Ray Report |
|---|---|
| ☐ Reaction _____ mm   ☐ No reaction  ☐ Not done | ☐ Abnormal   ☑ Normal   ☐ Not done |
| Doctor's name (please print)          Date read | Doctor's name (please print) **PIERRE A GASTON**   Date read **11/29/87** |

| Serologic Test for Syphilis | Serologic Test for HIV Antibody |
|---|---|
| ☐ Reactive Titer (confirmatory test performed)  ☑ Nonreactive | ☐ Positive (confirmed by Western blot)   ☐ Negative |
| Test Type **RPR** | Test Type **(HTLVIII) not confirmed by** |
| Doctor's name (please print) **PIERRE A. GASTON**   Date read **11/29/87** | Doctor's name (please print) **PON SU/AB**   Date read **12/02/87** |

Immunization Determination (DTP, OPV, MMR, Td-Refer to *PHS Guidelines* for recommendations.)

☐ Applicant is current for recommended age-specific immunizations.     ☑ Applicant is not current for recommended age-specific immunizations and I have encouraged that appropriate immunizations be obtained.

REMARKS: **Patient has HIV Antibody positive but The Test has not been Confirmed By Western Slot.**

---

**Civil Surgeon Referral for Follow-up of Medical Condition**

☐ The alien named above has applied for adjustment of status. A medical examination conducted by me identified the conditions above which require resolution before medical clearance is granted or for which the alien may seek medical advice. Please provide follow-up services or refer the alien to an appropriate health care provider. The actions necessary for medical clearance are detailed on the reverse of this form.

**Follow-up Information:**
The alien named above has complied with the recommended health follow-up.

| Doctor's name and address (please type or print clearly) | Doctor's signature | Date |
|---|---|---|

**Applicant Certification:**
I certify that I understand the purpose of the medical examination, I authorize the required tests to be completed, and the information on this form refers to me.

| Signature **Rony Denis** | Date **12/02/87** |
|---|---|

**Civil Surgeon Certification:**
My examination showed the applicant to have met the medical examination and health follow-up requirements for adjustment of status.

| Doctor's name and address (please type or print clearly) | Doctor's signature | Date **12/02/87** |
|---|---|---|

The Immigration and Naturalization Service is authorized to collect this information under the provisions of the Immigration and Nationality Act and the Immigration Reform and Control Act of 1986, Public Law 99-603.

Denis - orig A file 0008

Form I-693 (Rev. 09/01/87) N                     ORIGINAL: INS A-FILE

## Medical Clearance Requirements
## for Aliens Seeking Adjustment of Status

| Medical Condition | Estimated Time For Clearance | Action Required |
|---|---|---|
| *Suspected Mental Conditions | 5 - 30 Days | The applicant must provide to a civil surgeon a psychological or psychiatric evaluation from a specialist or medical facility for final classification and clearance. |
| Tuberculin Skin Test Reaction and Normal Chest X-Ray | Immediate | The applicant should be encouraged to seek further medical evaluation for possible preventive treatment. |
| Tuberculin Skin Test Reaction and Abnormal Chest X-Ray or Abnormal Chest X-Ray (Inactive/Class B) | 10 - 30 Days | The applicant should be referred to a physician or local health department for further evaluation. Medical clearance may not be granted until the applicant returns to the civil surgeon with documentation of medical evaluation for tuberculosis. |
| Tuberculin Skin Test Reaction and Abnormal Chest X-Ray or Abnormal Chect X-Ray (Active or Suspected Active/Class A) | 10 - 300 Days | The applicant should obtain an appointment with physician or local health department. If treatment for active disease is started, it must be completed (usually 9 months) before a medical clearance may be granted. At the completion of treatment, the applicant must present to the civil surgeon documentation of completion. If treatment is not started, the applicant must present to the civil surgeon documentation of medical evaluation for tuberculosis. |
| Hansen's Disease | 30 - 210 Days | Obtain an evaluation from a specialist or Hansen's disease clinic. If the disease is indeterminate or Tuberculoid, the applicant must present to the civil surgeon documentation of medical evaluation. If disease is Lepromotous or Borderline (dimorphous) and treatment is started, the applicant must complete at least 6 months and present documentation to the civil surgeon showing adequate supervision, treatment, and clinical response before a medical clearance is granted. |
| **Venereal Diseases | 1 - 30 Days | Obtain an appointment with a physician or local public health department. An applicant with a reactive serologic test for syphilis must provide to the civil surgeon documentation of evaluation for treatment. If any of the venereal diseases are infectious, the applicant must present to the civil surgeon documentation of completion of treatment. |
| Immunizations Incomplete | Immediate | Immunizations are not required, but the applicant should be encouraged to go to physician or local health department for appropriate immunizations. |
| HIV Infection | Immediate | Post-test counseling is not required, but the applicant should be encouraged to seek appropriate post-test counseling. |

*Mental retardation; insanity; previous attack of insanity; psychopathic personality, sexual deviation or mental defect; narcotic drug addition; and chronic alcoholism.

**Chancroid; gonorrhea; granuloma inguinale; lymphogranuloma venereum; and syphilis.

Form I-693 (Rev. 09/01/87) N

Denis - orig A file -0009

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB #1115-0134

Medical Examination of Aliens Seeking Adjustment of Status

(Please type or print clearly)
*I certify that on the date shown I examined:*

1. Name (Last in CAPS)
DeNIS

(First) Ronny  (Middle Initial)

2. Address (Street number and name) 1366 N.W. (Apt. number)

(City) DeLray  (State) Fla.  (ZIP Code) 33444

3. File number (A number)

4. Sex  ☑ Male  ☐ Female

5. Date of birth (Month/Day/Year) 08/23/62

6. Country of birth HAITI

7. Date of examination (Month/Day/Year) 11/29/87

**General Physical Examination:** I examined specifically for evidence of the conditions listed below. My examination revealed;

☐ No apparent defect, disease, or disability.
☐ The conditions listed below were found (check all boxes that apply).

**Class A Conditions**
☐ Chancroid
☐ Chronic alcoholism
☐ Gonorrhea
☐ Granuloma inguinale
☐ Hansen's disease, infectious
☐ HIV infection
☐ Insanity
☐ Lymphogranuloma venereum
☐ Mental defect
☐ Mental retardation
☐ Narcotic drug addiction
☐ Previous occurrence of one or more attacks of insanity
☐ Psychopathic personality
☐ Sexual deviation
☐ Syphilis, infectious
☐ Tuberculosis, active

**Class B Conditions**
☐ Hansen's disease, not infectious  ☐ Tuberculosis, not active

☐ Other physical defect, disease or disability (specify below).

**Examination for Tuberculosis - Tuberculin Skin Test**
☐ Reaction _____ mm  ☐ No reaction  ☐ Not done

Doctor's name (please print)  Date read

**Examination for Tuberculosis - Chest X-Ray Report**
☐ Abnormal  ☑ Normal  ☐ Not done

Doctor's name (please print) Ickne Gaston  Date read 11/29/87

**Serologic Test for Syphilis**
☐ Reactive Titer (confirmatory test performed)  ☑ Nonreactive

Test Type RPR

Doctor's name (please print) Pierre H. Gaston  Date read 11/29/87

**Serologic Test for HIV Antibody**
☐ Positive (confirmed by Western blot)  ☐ Negative

Test Type HIV VIII not confirmed by

Doctor's name (please print) Gn SuLivas  Date read 12/01/87

**Immunization Determination** (DTP, OPV, MMR, Td-Refer to PHS Guidelines for recommendations.)

☐ Applicant is current for recommended age-specific immunizations.
☑ Applicant is not current for recommended age-specific immunizations and I have encouraged that appropriate immunizations be obtained.

REMARKS: Patient has HIV Antibody petition but the test has not been confirmed by Western Blot.

**Civil Surgeon Referral for Follow-up of Medical Condition**
☐ The alien named above has applied for adjustment of status. A medical examination conducted by me identified the conditions above which require resolution before medical clearance is granted or for which the alien may seek medical advice. Please provide follow-up services or refer the alien to an appropriate health care provider. The actions necessary for medical clearance are detailed on the reverse of this form.

**Follow-up Information:**
The alien named above has complied with the recommended health follow-up.

Doctor's name and address (please type or print clearly)  Doctor's signature.  Date

**Applicant Certification:**
I certify that I understand the purpose of the medical examination, I authorize the required tests to be completed, and the information on this form refers to me.

Signature Ronny Denis  Date 12/02/87

**Civil Surgeon Certification:**
My examination showed the applicant to have met the medical examination and health follow-up requirements for adjustment of status.

Doctor's name and address (please type or print clearly)  Doctor's signature  Date 12/02/87

The Immigration and Naturalization Service is authorized to collect this information under the provisions of the Immigration and Nationality Act and the Immigration Reform and Control Act of 1986, Public Law 99-603.

Denis - orig A file

Form I-693 (Rev. 09/01/87) N  **APPLICANT**

## Medical Clearance Requirements
## for Aliens Seeking Adjustment of Status

| Medical Condition | Estimated Time For Clearance | Action Required |
|---|---|---|
| *Suspected Mental Conditions | 5 - 30 Days | The applicant must provide to a civil surgeon a psychological or psychiatric evaluation from a specialist or medical facility for final classification and clearance. |
| Tuberculin Skin Test Reaction and Normal Chest X-Ray | Immediate | The applicant should be encouraged to seek further medical evaluation for possible preventive treatment. |
| Tuberculin Skin Test Reaction and Abnormal Chest X-Ray or Abnormal Chest X-Ray (Inactive/Class B) | 10 - 30 Days | The applicant should be referred to a physician or local health department for further evaluation. Medical clearance may not be granted until the applicant returns to the civil surgeon with documentation of medical evaluation for tuberculosis. |
| Tuberculin Skin Test Reaction and Abnormal Chest X-Ray or Abnormal Chect X-Ray (Active or Suspected Active/Class A) | 10 - 300 Days | The applicant should obtain an appointment with physician or local health department. If treatment for active disease is started, it must be completed (usually 9 months) before a medical clearance may be granted. At the completion of treatment, the applicant must present to the civil surgeon documentation of completion. If treatment is not started, the applicant must present to the civil surgeon documentation of medical evaluation for tuberculosis. |
| Hansen's Disease | 30 - 210 Days | Obtain an evaluation from a specialist or Hansen's disease clinic. If the disease is indeterminate or Tuberculoid, the applicant must present to the civil surgeon documentation of medical evaluation. If disease is Lepromotous or Borderline (dimorphous) and treatment is started, the applicant must complete at least 6 months and present documentation to the civil surgeon showing adequate supervision, treatment, and clinical response before a medical clearance is granted. |
| **Venereal Diseases | 1 - 30 Days | Obtain an appointment with a physician or local public health department. An applicant with a reactive serologic test for syphilis must provide to the civil surgeon documentation of evaluation for treatment. If any of the venereal diseases are infectious, the applicant must present to the civil surgeon documentation of completion of treatment. |
| Immunizations Incomplete | Immediate | Immunizations are not required, but the applicant should be encouraged to go to physician or local health department for appropriate immunizations. |
| HIV Infection | Immediate | Post-test counseling is not required, but the applicant should be encouraged to seek appropriate post-test counseling. |

* Mental retardation; insanity; previous attack of insanity; psychopathic personality, sexual deviation or mental defect; narcotic drug addition; and chronic alcoholism.

** Chancroid; gonorrhea; granuloma inguinale; lymphogranuloma venereum; and syphilis.

Form I-693 (Rev. 09/01/87) N

Denis - orig A file -0011

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB #1115-0134

Medical Examination of Aliens Seeking Adjustment of Status

---

(Please type or print clearly)

*I certify that on the date shown I examined:*

1. Name (Last in CAPS)

   (First)    (Middle Initial)

2. Address (Street number and name)    (Apt. number)

   (City)    (State)    (ZIP Code)

3. File number (A number)

4. Sex
   ☑ Male    ☐ Female

5. Date of birth (Month/Day/Year)

6. Country of birth

7. Date of examination (Month/Day/Year)

---

**General Physical Examination: I examined specifically for evidence of the conditions listed below. My examination revealed:**

☐ No apparent defect, disease, or disability.    ☐ The conditions listed below were found (check all boxes that apply).

*Class A Conditions*

| | | | |
|---|---|---|---|
| ☐ Chancroid | ☐ Hansen's disease, infectious | ☐ Mental defect | ☐ Psychopathic personality |
| ☐ Chronic alcoholism | ☐ HIV infection | ☐ Mental retardation | ☐ Sexual deviation |
| ☐ Gonorrhea | ☐ Insanity | ☐ Narcotic drug addiction | ☐ Syphilis, infectious |
| ☐ Granuloma inguinale | ☐ Lymphogranuloma venereum | ☐ Previous occurrence of one or more attacks of insanity | ☐ Tuberculosis, active |

*Class B Conditions*

☐ Hansen's disease, not infectious    ☐ Tuberculosis, not active    ☐ Other physical defect, disease or disability (specify below).

**Examination for Tuberculosis - Tuberculin Skin Test**

☐ Reaction _____ mm    ☐ No reaction    ☐ Not done

Doctor's name (please print)    Date read

**Examination for Tuberculosis - Chest X-Ray Report**

☐ Abnormal    ☐ Normal    ☐ Not done

Doctor's name (please print)    Date read

**Serologic Test for Syphilis**

☐ Reactive Titer (confirmatory test performed)    ☐ Nonreactive

Test Type

Doctor's name (please print)    Date read

**Serologic Test for HIV Antibody**

☐ Positive (confirmed by Western blot)    ☐ Negative

Test Type

Doctor's name (please print)    Date read

---

**Immunization Determination (DTP, OPV, MMR, Td-Refer to *PHS Guidelines* for recommendations.)**

☐ Applicant is current for recommended age-specific immunizations.    ☐ Applicant is not current for recommended age-specific immunizations and I have encouraged that appropriate immunizations be obtained.

**REMARKS:**

---

**Civil Surgeon Referral for Follow-up of Medical Condition**

☐ The alien named above has applied for adjustment of status. A medical examination conducted by me identified the conditions above which require resolution before medical clearance is granted or for which the alien may seek medical advice. Please provide follow-up services or refer the alien to an appropriate health care provider. The actions necessary for medical clearance are detailed on the reverse of this form.

**Follow-up Information:**

The alien named above has complied with the recommended health follow-up.

Doctor's name and address (please type or print clearly)    Doctor's signature    Date

**Applicant Certification:**

I certify that I understand the purpose of the medical examination, I authorize the required tests to be completed, and the information on this form refers to me.

Signature    Date

**Civil Surgeon Certification:**

My examination showed the applicant to have met the medical examination and health follow-up requirements for adjustment of status.

Doctor's name and address (please type or print clearly)    Doctor's signature    Date

---

The Immigration and Naturalization Service is authorized to collect this information under the provisions of the Immigration and Nationality Act and the Immigration Reform and Control Act of 1986, Public Law 99-603.

Denis - orig A file #0012

Form I-693 (Rev. 09/01/87) N    **PHYSICIAN OR HEALTH DEPARTMENT**

## Medical Clearance Requirements
## for Aliens Seeking Adjustment of Status

| Medical Condition | Estimated Time For Clearance | Action Required |
|---|---|---|
| *Suspected Mental Conditions | 5 - 30 Days | The applicant must provide to a civil surgeon a psychological or psychiatric evaluation from a specialist or medical facility for final classification and clearance. |
| Tuberculin Skin Test Reaction and Normal Chest X-Ray | Immediate | The applicant should be encouraged to seek further medical evaluation for possible preventive treatment. |
| Tuberculin Skin Test Reaction and Abnormal Chest X-Ray or Abnormal Chest X-Ray (Inactive/Class B) | 10 - 30 Days | The applicant should be referred to a physician or local health department for further evaluation. Medical clearance may not be granted until the applicant returns to the civil surgeon with documentation of medical evaluation for tuberculosis. |
| Tuberculin Skin Test Reaction and Abnormal Chest X-Ray or Abnormal Chect X-Ray (Active or Suspected Active/Class A) | 10 - 300 Days | The applicant should obtain an appointment with physician or local health department. If treatment for active disease is started, it must be completed (usually 9 months) before a medical clearance may be granted. At the completion of treatment, the applicant must present to the civil surgeon documentation of completion. If treatment is not started, the applicant must present to the civil surgeon documentation of medical evaluation for tuberculosis. |
| Hansen's Disease | 30 - 210 Days | Obtain an evaluation from a specialist or Hansen's disease clinic. If the disease is indeterminate or Tuberculoid, the applicant must present to the civil surgeon documentation of medical evaluation. If disease is Lepromotous or Borderline (dimorphous) and treatment is started, the applicant must complete at least 6 months and present documentation to the civil surgeon showing adequate supervision, treatment, and clinical response before a medical clearance is granted. |
| **Venereal Diseases | 1 - 30 Days | Obtain an appointment with a physician or local public health department. An applicant with a reactive serologic test for syphilis must provide to the civil surgeon documentation of evaluation for treatment. If any of the venereal diseases are infectious, the applicant must present to the civil surgeon documentation of completion of treatment. |
| Immunizations Incomplete | Immediate | Immunizations are not required, but the applicant should be encouraged to go to physician or local health department for appropriate immunizations. |
| HIV Infection | Immediate | Post-test counseling is not required, but the applicant should be encouraged to seek appropriate post-test counseling. |

* Mental retardation; insanity; previous attack of insanity; psychopathic personality, sexual deviation or mental defect; narcotic drug addition; and chronic alcoholism.

** Chancroid; gonorrhea; granuloma inguinale; lymphogranuloma venereum; and syphilis.

Form I-693 (Rev. 09/01/87) N

Denis - orig A file -0013

U.S. Department of Justice
Immigration and Naturalization Service

**Health and Human Service**
**Statistical Data**

OMB No. 1115-0104
Approval Expires 10/83

PLEASE PRINT OR TYPE – SEE INSTRUCTIONS ON REVERSE SIDE

**1**

Name **DENIS, RONY**
Last (Family)     First (Given)     Middle

Date **4/7/87**

A **24-708-198**
Alien Registration Number

Country of Birth _____     Country of Citizenship **HAITI**

**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**
Social Security Number

Native Language **CREOLE**

Date of Birth
Month/Day/Year

Current Address **1360 N.W. 1st. STREET DELRAY BEACH , FLA. 334444**
Number and Street     Apartment No.     City     State     ZIP

**305 ) 265-1913**
Telephone Number

My three (3) most recent cities of residence in the United States have been (list most recent first):

**2**

| CITY OR TOWN | STATE | FROM month/year | TO month/year |
|---|---|---|---|
| DELRAY BEACH, FLA. | U.S. | 12/86 | PRESENT |
| BOYNTON BEACH FLA. | U.S. | 7/86 | 12/86 |
| " " | ' | 1983 | 1986 |
| | | 1982 | 1983 |

There are __6__ members of my household, __6__ of whom are employed. They are (please use another sheet if needed):
Number          Number

**3**

| NAME | RELATIONSHIP TO ME | SEX M/F | DATE OF BIRTH mo/da/yr | COUNTRY OF BIRTH | ALIEN NUMBER | CURRENTLY EMPLOYED? yes | no | ATTENDING SCHOOL? yes | no |
|---|---|---|---|---|---|---|---|---|---|
| (SELF) | (SELF) | M | | | | xxx | | | XX |
| DENIS, ERNAND | WIFE | F | 1/6/67 | HAITI | D/R | xxx | | | xxx |
| SUVIOR, SAINTLOUIS, | FRIEND | M | D/R | " | " | x | | | xx |
| MARC ANTIONE, | " | M | " | " | " | x | | | xx |
| PIERRE, JERMAINE | " | M | " | " | " | x | | | x |

My employment since entering the United States has been (list most recent first):

**4**

| COMPANY NAME | LOCATION CITY, STATE | DATES FROM mo/yr | TO mo/yr | JOB TITLE | WAGE PER HOUR | CHECK ONE: PART TIME | FULL TIME |
|---|---|---|---|---|---|---|---|
| SIR ELECTRIC INC. | FT. LAUDERDALE | 6/85 | PRES. | ELECTRITION | 7.50 | | x |
| DENNYS REST. | DELRAY BEACH | 83/ | 6/85 | PREP COOK | 5.50 | | x |
| LAND SCAPING | " " | 1981 | 1983 | MAINTANCE | 3.75 | | x |

My major occupation or profession before coming to the U.S. was: **STUDENT**

My education before coming to the United States was (check all that apply):

**5**

| Grades 1-8 | Technical school | Some university | Graduate studies |
| XXX Some high school | Technical school certificate | University diploma | Professional training |
| High school diploma | | | Graduate degree |

My knowledge of English was acquired by (check all that apply):

| Training in the U.S. | Training in another country | Training in refugee camp |
| XXX Use in the U.S. | Use in another country | Other (please explain): |

I have had the following training or education in the U.S. (check all that apply):

**6**

| TYPE OF SCHOOL | COURSE OF STUDY | CHECK IF STILL ATTENDING | CHECK IF COMPLETED |
|---|---|---|---|
| High school | NONE | | |
| College | " | | |
| Technical/Vocational | " | | |
| Other (specify) | " | | |

**7**

My English ability is (check one):

| None |
| A few words |
| XXX Fair |
| Good |

Since in the United States, I have received the following public assistance in my own name:

**8**

| | | FROM month/year | TO month/year |
|---|---|---|---|
| Cash assistance (welfare) | NONE | | |
| Food stamps | " | | |
| SSI (gold check) | " | | |
| Medical assistance | " | | |
| Other (specify) | " | | |

Denis - orig A file -0014

Form I-643 (10-31-81)

## INSTRUCTIONS

### TO THE APPLICANT—PLEASE TYPE OR PRINT PLAINLY

This form is to be completed in full by persons aged 16 and over. Younger persons should complete Blocks 1 and 2 only.

The information requested on this form is to be used by the Department of Health and Human Services for statistical purposes only. The form will not be retained by the Immigration and Naturalization Service.

### BLOCK 1

Enter your name, the date on which you are completing this form, and your alien registration number on the first line. On the second line, enter your country of birth, your country of citizenship, and your social security number. On the third line, indicate your native language and your date of birth. Enter your current address and telephone number on the fourth line.

### BLOCK 2

Fill in your three (3) most recent cities and states of residence in the U.S. in order, starting with your current place of residence. If you have not lived in three (3) different cities since you entered the U.S., write "none" on as many lines as appropriate.

### BLOCK 3

Show the total number of people living in your household and the number of them currently employed. Fill in the first line for yourself, then list any other persons who live in your household. If more than five (5) persons live with you, please attach a separate page listing the others and giving the information requested.

### BLOCK 4

Enter the information about all jobs you have held since coming to the U.S., starting with your current or most recent job. Under "job title," write the term that best describes the work you do, such as "machine operator," "nurse," or "chemist." If you have not worked at all since coming to the U.S., write "none." At the bottom of the block, enter your major occupation before coming to the U.S. If you did not work before coming to the U.S., enter "none."

### BLOCK 5

Check ☑ the block or blocks that best describe your education before coming to the U.S. Also, please check the block or blocks that best describe how and where you have learned English.

### BLOCK 6

If you have had any training or education in the U.S., check the block or blocks that best describe your training and enter your major course of study. If you have had no training in the U.S., enter "none."

### BLOCK 7

Check ☑ the block that best describes your ability to use English.

### BLOCK 8

Check ☑ as many types of public assistance as you have received in your own name, as the principal applicant. Indicate the month and year the assistance started and stopped. If you are still receiving assistance, write "present" in the block headed "TO-month/year."

### TO THE IMMIGRATION AND NATURALIZATION SERVICE

After checking this form to be sure it has been properly completed, forward it directly to the address below. (If you are mailing a small number of forms, they may be folded so the address shows through a # 20 window envelope.)

Data Analysis Unit
Office of Refugee Resettlement
DEPARTMENT OF HEALTH & HUMAN SERVICES
Room 1229 - Switzer Building
330 C Street, S.W.
Washington, D.C. 20201

LABORATORY REPORT

# CONSULAB

PIERRE A GASTON M.D
400 S. DIXIE HWY #15

LAKE WORTH,, FLORIDA 33460

| TEL. 305/325-5190 | | MEDICARE NO. 98201 | |
| --- | --- | --- | --- |
| RECEIVED | REPORTED | ACCT.NO 026201 | PHONE: 588-6729 |
| 11/30/87 | 12-02-1987 | | |

| PATIENT'S NAME | PATIENT'S I.D. | | AGE | SEX |
| --- | --- | --- | --- | --- |
| RONY DENIS | | | | M |

| LAB | CONTROL NO. | SPECIMEN | COLLECTED | PHYSICIAN I.D. | TELEPHONE REPORT |
| --- | --- | --- | --- | --- | --- |
| 107514 | | | 11/30/87 | | |

| CODE | EXAMINATION | RESULT | ★ | NORMAL VALUE RANGE | UNITS |
| --- | --- | --- | --- | --- | --- |
| C0178 | HIV-ANTIBODY(HTLVIII) | POSITIVE | | NEGATIVE | |

*OUT OF RANGE VALUES

PHONE REPORT ☐

1400 N.W. 12th AVENUE, MIAMI, FLORIDA 33136-9986
305/325-5190
CEDARS MEDICAL CENTER   Denis - orig A file -0016

FL NO. 800000113   MEDICARE NO. 10-0009

ORIGINAL

# PIERRE A. GASTON, M.D.

## General and Family Medicine



8433 N.E. 2nd Avenue
Miami, Florida 33138
Phone 305-756-5160

400 South Dixie Hwy.,
Room 15
Lake Worth, Florida 33460
Phone 305-588-6729

11-29-87

DOCTOR :PIERRE A GASTON M.D.

PATIENT:  **RONY** DENIS

EXAMINATION: CHEST

Examination of the chest by means of a single P.A. view
shows no evidence of infiltration or consolidation of
either lung. the diaphragm is normal in position and
contour.The costo phreniqueangles are clear.The heart
and aorta are within normal limits and the bony structure
are not remarkable.

Impression; essentialy negative chest

Pierre A. Gaston, M.D.
400 S. Dixie Highway
Room 15
Lake Worth, Florida 33460
588-6729

PIERRE A GASTON M.D.

Denis, Rony

H-1671
A-24-708-198
4-7-81

There are _6_ members of my household, _6_ of whom are employed. They are (please use another sheet if needed):

| | NAME | RELATIONSHIP TO ME | SEX M/F | DATE OF BIRTH mo/da/yr | COUNTRY OF BIRTH | ALIEN NUMBER | CURRENTLY EMPLOYED? | | ATTENDING SCHOOL? | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | yes | no | yes | no |
| | (SELF) | (SELF) | M | | | | ☒ | ☐ | ☐ | ☒ |
| | Pierre Nosland. | Friend | F | D/R | Haiti | D/R | ☒ | ☐ | ☐ | ☒ |
| | | | | | | | ☐ | ☐ | ☐ | ☐ |
| | | | | | | | ☐ | ☐ | ☐ | ☐ |
| | | | | | | | ☐ | ☐ | ☐ | ☐ |
| | | | | | | | ☐ | ☐ | ☐ | ☐ |
| | | | | | | | ☐ | ☐ | ☐ | ☐ |
| | | | | | | | ☐ | ☐ | ☐ | ☐ |

## SIGNALEMENT DU TITULAIRE

| | | |
|---|---|---|
| NOM ET PRENOM DENIS RONY | | ETAT CIVIL MARIE |
| DATE DE NAISSANCE 23 AOUT 1962 | ADRESSE 1360 N.W. 17H ST. DELRAY BCH. FLA. | |
| LIEU DE NAISSANCE GONAIVES | RESIDENCE | |
| SIGNES PARTICULIERS NEANT | TAILLE 1m65 | |
| OBSERVATIONS | POIDS 160lb. | |
| | CHEVEUX NOIRS | |
| DELIVRE LE 19 JUIN 1987 | YEUX NOIRS | |
| A MIAMI FLORIDA | | |
| DATE D'EXPIRATION 18 JUIN 1992 | SIGNATURE DU TITULAIRE | |

## SIGNALEMENT DE SA FEMME

| | | |
|---|---|---|
| NOM ET PRENOM | | NOM DE JEUNE FILLE |
| DATE DE NAISSANCE | ADRESSE | |
| LIEU DE NAISSANCE | RESIDENCE | |
| SIGNES PARTICULIERS | TAILLE | |
| OBSERVATIONS | POIDS | PHOTO DE SA FEMME |
| | CHEVEUX | |
| DELIVRE LE | YEUX | |
| A | | |
| DATE D'EXPIRATION | SIGNATURE DE SA FEMME | |

# UNITED STATES DEPARTMENT OF JUSTICE
## IMMIGRATION AND NATURALIZATION SERVICE

FILE NO: 24-708-198

DATE: 4/7/87

## MEDICAL EXAMINATION AND IMMIGRATION INTERVIEW

Denis, Romay
1360 N. W. 1st Street.
Del Ray Beach, FL 33444

---

### INSTRUCTIONS FOR MEDICAL EXAMINATION

A medical examination is necessary as part of your application for adjustment of status to permanent resident. If you have reached your fifteenth birthday you must IMMEDIATELY obtain and bring with you when you appear for your medical examination a serology report and 14" x 17" chest X-ray film with a reading by a licensed physician interpreting the X-ray film. The serologic test must be performed by a laboratory approved by a state or local health department. The X-ray film and serologic test for syphilis may not be more than 90 days old. YOUR MEDICAL EXAMINATION CANNOT BE COMPLETED WITHOUT THE (1) SEROLOGIC REPORT, (2) X-RAY AND (3) READING OF THE X-RAY FILM.

Please note, also the box checked ☒ below with regard to your medical examination.

☐ Please communicate immediately with the below listed physician or with one of the physicians on the attached list, if a list is attached, (1) to ascertain what arrangements you should make to obtain a serologic report, X-ray film and reading prior to your medical examination, and (2) to arrange for your medical examination by him, which must be completed before
All expenses in connection with this examination must be paid by you.

PHYSICIAN'S NAME, ADDRESS, AND TELEPHONE NUMBER

Please show this letter to any laboratory performing tests. Also present the copies of this letter to the physician performing the medical examination, and furnish him with your signature written in his presence for inclusion with his report.

---

### TO PHYSICIAN PERFORMING THE EXAMINATION

PLEASE OBTAIN THE APPLICANT'S SIGNATURE IN THE SPACE PROVIDED AND MEDICALLY EXAMINE HIM FOR ELIGIBILITY FOR ADJUSTMENT OF STATUS. IF THE APPLICANT IS FREE OF MEDICAL DEFECTS LISTED IN SECTION 212 (A) OF THE IMMIGRATION AND NATIONALITY ACT, ENDORSE THIS COPY OF FORM 1-486A IN THE SPACE PROVIDED AND HAND IT TO THE APPLICANT IN A SEALED ENVELOPE FOR PRESENTATION AT HIS IMMIGRATION INTERVIEW. IF THE APPLICANT IS NOT FREE OF SUCH MEDICAL DEFECTS, DO NOT SIGN THIS FORM. INSTEAD WRITE 'SEE FS-398' IN THE PHYSICIAN'S SIGNATURE BLOCK AND PREPARE MEDICAL CERTIFICATE ON FORM FS-398 AND HAND IT TO THE APPLICANT IN A SEALED ENVELOPE TOGETHER WITH THIS COPY OF FORM 1-486A FOR PRESENTATION AT HIS IMMIGRATION INTERVIEW. (IF EXAMINATION IS CONDUCTED BY A CIVIL SURGEON, INSERT IN ENVELOPE BOTH COPIES OF FORM 1-486A, X-RAYS AND LABORATORY REPORTS AND TWO COPIES OF FORM FS-398 IF APPLICANT IS NOT FREE OF MEDICAL DEFECTS.)

### DISTRICT DIRECTOR

| I CERTIFY THAT THE ATTACHED X-RAY AND SEROLOGY REPORT (BLOOD TEST) RELATE TO ME SIGNATURE OF APPLICANT | PENALTY  THE LAW PROVIDES SEVERE PENALTIES FOR KNOWINGLY AND WILFULLY FALSIFYING OR CONCEALING A MATERIAL FACT OR USING ANY FALSE DOCUMENTS IN CONNECTION WITH THIS APPLICATION. |
|---|---|
| X Rony Denis | |

MY EXAMINATION, INCLUDING X-RAY, BLOOD SEROLOGICAL AND OTHER REPORTS, WHEN NEEDED, SHOW THE APPLICANT TO BE FREE OF ANY DEFECTS, DISEASE OR DISABILITIES LISTED IN SECTION 212(A) OF THE IMMIGRATION AND NATIONALITY ACT AS AMENDED.

| SIGNATURE OF PHYSICIAN | DATE |
|---|---|
| | 04/07/87 |
| TITLE | |

FORM I—486 A (REV. 12-29-79)Y

# Miami Medical Laboratories, In

434 S.W. 12th AVENUE, SUITE 103
MIAMI, FLORIDA 33130
Telephone: (305) 649—7930

DATE: 4/7/87
NAME: Denis Roney.
PHYSICIAN:

No. 24- 708-198

| C. B. C. | | |
|---|---|---|
| | PATIENT | NORMAL VALUES |
| WBC | | M - 7.8 ± 3 x 10³ |
| | | F - 7.8 ± 3 x 10³ |
| RBC | | M - 5.4 ± 0.8 x 10⁴ |
| | | F - 4.8 ± 0.8 x 10⁴ |
| Hgb | | M - 16 ± 2 gm % |
| | | F - 14 ± 2 |
| Hto | | M - 47 ± 5 % |
| | | F - 42 ± 5 |
| MCV | | M - 87 ± 5 Cubic |
| | | F - 87 ± 5 Microns |
| MCH | | M - 29 ± 2 Micro- |
| | | F - 29 ± 2 Micro-grams |
| MCHC | | M 34 ± 2 % |
| | | F 34 ± 2 |

| DIFFERENTIAL (SCHILING) % | |
|---|---|
| SEG. | 52 - 60 |
| BAND | 0 - 5 |
| LYMPH | 24 - 36 |
| MONO | 1 - 5 |
| EOS. | 0 - 5 |
| BAS. | 0 - 1 |

| REMARKS | |
|---|---|
| Aniso | ATYP |
| Poiky | LYMPH |
| Hypo | |
| Sickled Cells | Sed. Rate |
| Target Cells | |
| | |
| | |
| Reticulocytes % | |

| IMMUNOHEMATOLOGY | |
|---|---|
| Blood Type | |
| Rho(D) Factor | |
| Rho(D) Antibodies | |

| SEROLOGY | |
|---|---|
| VDRL | NON. Reactive |
| Monotest | |
| A. S. O. Titer | |
| Streptozyme | |
| RA Latex | |
| C.R.P. | |
| Rubellatiter (Rubascan) | |

| COAGULATION - PROFILE | | |
|---|---|---|
| | Result | NORMAL |
| Coag. Time | | 6 - 12 Min. |
| Bleeding Time | | 1 - 3 Min. |
| Clot Retraction | | 1 - 24 Hrs. |
| P. T. | | 11 - 13 Sec. |
| Normal Control | | |
| P. T. T. | | < 45 Sec. |
| Normal Control | | |
| Platelets | | 150 - 350,000 |

| URINALYSIS | | |
|---|---|---|
| Color | SP. Gr. | |
| Appearance | | |
| Reaction (ph) | | |
| Nitrite | | |
| Protein | | |
| Glucose | | |
| Ketones | | |
| Urobilinogen | | |
| Bilirrubin | | |
| Blood | | |

| MICROSCOPIC (HPF) | |
|---|---|
| W. B. C. | |
| R. B. C. | |
| Casts | |
| Cells | |

OTHERS

PREGNANCY TEST

| FECES | | |
|---|---|---|
| Ova and Parasites | | |
| | | |
| Occult Blood | | |

| CHEMISTRY | | |
|---|---|---|
| | Result | NORMAL |
| Glucose Fasting | | 70 - 110 mg/dl |
| Glucose 2 H.P.P. | | |
| BUN | | 7 - 18 mg/dl |
| Creatinine | | M 0.6-1.2 mg/dl F 0.5-1.0 mg/dl |
| Uric Acid | | M 3.3 - 8.8 mg/dl F 2.8 - 8.1 mg/dl |
| Cholesterol | | 150 - 300 mg/dl |
| Triglycerides | | 36 - 165 mg/dl |
| Total Lipids | | 450 - 1000 mg/dl |
| Chyomicrons | | Absents |
| S. G. O. T. | | 8 - 40 U |
| S. G. P. T. | | 5 - 30 U |
| L. D. H. | | 48—250 IU |
| Alkaline Phosphatase | | 9—52 U/I |
| Total Bilirrubin | | Up to 1.2 mg/dl |
| Direct Bilirrubin | | 0 - 0.2 mg/dl |
| Indirect Bilirrubin | | |
| Total Protein | | 6 - 8 gm/dl |
| Albumin | | 3.5 - 4.7 gm/dl |
| Globulin | | 2 - 4 gm/dl |
| Serum Calcium | | 9.0 - 10.5 mg/dl |
| Serum Phosphorus | | Ad. 2.5 - 4.8 mg/dl Ch. 4.0 - 7.0 mg/dl |
| Serum Iron | | M.80-160 mcg/dl F.60-135 mcg/dl |
| T. I. B. C. | | 250 - 350 mcg/dl |
| Serum Amylase | | 60 - 160 U |
| Serum Lypase | | 0.2 - 1.5 U |
| C. P. K. | | |
| Acid Phosphatase | | 0.13 - 0.63 U |
| T₃ | | 22 - 35 % |
| T₄ | | 5.3 - 14.3 mcg % |
| T₇ | | 1.35 - 4.55 |
| T. S. H. | | 0 - 7.3 μU/ml |
| CO₂ | | 20 - 32 mEq/l |
| Serum Chloride | | 96 - 110 mEq/l |
| Serum Sodium | | 136 - 148 mEq/l |
| Serum Potasium | | 3.5 - 5.5 mEq/l |
| OTHERS | | |

(AUTHORIZED LABORATORY REPRESENTATIVE)

*H - 1671*

## Private Immigration Agency

7880 BISCAYNE BLVD.  MIAMI, FL 33138

JOHN LASSEVILLE
PRESIDENTE

TELS.: 751-8212
751-8217

*A - 24-708 - 198*
*4/7/87*

**PATIENT:**   Denis, Rony

**EXAMINATION:**   Chest

Examination of the chest by means of a single PA view, shows no

radiological evidence of active pulmonary tuberculosis.

**IMPRESSION:**   No evidence of active pulmonary
tuberculosis.

PPR/.-

DR. PEDRO P. ROGES, M.D.

UNITED STATES DEPARTMENT OF JUSTICE

Immigration and Naturalization Service

Date 4-3-81

A 24 708 198

TO: Immigration Judge

| Name (Last in CAPS) | First | Middle |
|---|---|---|
| DENIS, RONY | | |
| Date of arrival | Port of arrival | |
| 10-18-80 | miami | |
| Manner of arrival (name of vessel, airline, flight no. etc.) | | |
| boat | | |

The above named person arrived at this port on the date and in the manner shown above and applied for admission as _an immigrant without a visa_

In accordance with Section 235(b), I & N Act, (s)he has been detained for further inquiry. Applicant may be excludable under Section 212(a) (20), I & N Act because the applicant was not in possession of a valid unexpired immigrant visa, re-entry permit, border crossing identification card or other valid entry document required by this Act nor a valid unexpired passport or other suitable travel document or document of identity or nationality.

Applicant made an admission against interest by stating

see attached statement

Applicant _has not_ applied for the exercise of discretion under
(has, has not)

_____

(Sec. 212(c), Sec. 212(d) (3))

Examining Immigration Officer

Title    IMMIGRATION INSPECTOR

ATTACHMENTS:

☐ Form I-122 (copy)
☐ Passport
☐ Visa
☐ Form I-94
☐ Applicant's sworn statement
☐ Other (specify)

☐ Interpreter needed ___Creole___
                        (Language)

☐ Admission under bond not authorized
☐ Required bond not furnished

Form I-110
(Rev. 5-1-73) N

GPO 883-786

Denis - orig A file -0023



UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

Form Approved
OMB No. 43-R-0498

# NEW FEE $15.00

## APPLICATION BY NONIMMIGRANT ALIEN
## FOR REPLACEMENT OF ARRIVAL DOCUMENT

(READ INSTRUCTIONS ON REVERSE)

Stamp

mrs
021494

RECEIVED
JUN 1983
DISTRICT OFFICE
N.Y.C.

1. I hereby apply for:   (Check the appropriate box below to indicate the purpose of your application.)

A ☐ REPLACEMENT OF LOST, MUTILATED, OR DESTROYED ARRIVAL-DEPARTURE RECORD (FORM I-94)

B ☐ REPLACEMENT OF LOST, MUTILATED, OR DESTROYED CREWMAN'S LANDING PERMIT (FORM I-95)

C ☐ REPLACEMENT OF INCORRECT ARRIVAL-DEPARTURE RECORD (FORM I-94) OR CREWMAN'S LANDING PERMIT (FORM I-95)

| 2. YOUR NAME | FAMILY NAME (Capital Letters) DENIS | FIRST RONY | MIDDLE | 4. County of Citizenship Miami |
|---|---|---|---|---|
| 3. MAILING ADDRESS IN U.S. | Number and Street (Apt. No.) AGUA N.E. 132 Ave | | | 5. Passport or Alien Registration Number (If Any) |
| | City, Miami | State FLORIDA | ZIP Code 33138 | AGU-708 198. |

6. Means of Last Arrival in the U. S. (Name of Vessel, or Airline & Flight No., etc.) GANCELIZA

7. Place (City) where transportation was boarded Miami BEACH

8. Address Outside the United States    (Number)    (Street)    (City)    (Province or State)    (Country)
5255. Swinton Ave Apt B    DELRAY B. Florida Miami

| 9. Date of Birth (Month)(Day)(Year) 8 / 23 / 59 | 10. Country of Birth GONAIVES Haiti | 11. Place Visa Issued (City)(Country) GONAIVES Haiti |
|---|---|---|
| 12. Date Visa Issued (Month)(Day)(Year) 10 / 6 / 80 | 13. Last Admitted to U.S. at (City)(State) 10 / 18 / 80 | 14. Date Last Admitted to U.S. (Month)(Day)(Year) 10 / 18 / 80 |

15. Name Used When Last Admitted to the U. S. (If same as item "2", write "Same") Rony DENIS

16. Status at Time of Admission   ☐ Crewman   ☒ Other (Specify)

17. Date to Which Stay Has Been Authorized (Month)(Day)(Year)

---

FILL IN THIS BLOCK IF YOU ARE APPLYING FOR REPLACEMENT OF YOUR ARRIVAL-DEPARTURE RECORD OR CREWMAN'S LANDING PERMIT

18. My Arrival-Departure Record or Crewman's Landing Permit became   ☐ lost   ☒ mutilated   ☒ destroyed

on or about 8 / 27 / 82 at 9.30 DELRAY BEACH under the following circumstances _____

Wallet stolen

If my document is recovered or I ascertain its whereabouts, I will surrender it or report the facts to the Immigration and Naturalization Service.

---

| SIGNATURE OF PERSON PREPARING FORM, IF OTHER THAN APPLICANT | SIGNATURE OF APPLICANT |
|---|---|
| 19. I declare that this document was prepared by me at the request of the applicant and is based on all information of which I have any knowledge. | 20. I certify that the above statements are true and correct to best of my knowledge and belief. |
| Signature: RONY DENIS | Complete signature of applicant: RONY DENIS |
| Address | Date 6/8/83 | Date signed: 6 / 8 / 83 |

| | RECEIVED 6/9/83 | TRANS. IN | RET'D TRANS. OUT | COMPLETED 6/9/83 |
|---|---|---|---|---|

Form I—102 (Rev.12—15—79)N

DATE _____7-15-81_____    DATE OF ACTION _10-18-80_

NAME _Denis, Rony_    A# _24 708 198_

ADDRESS _325 S.W. 6 St._ [STILL ADJUSTMENT-L-1-1-6 (STATUS PENDING)] _Belloglade_
REVIEWABLE JANUARY 15, 1981
EMPLOYMENT AUTHORIZED UNTIL JANUARY 15, 1981

Denis - orig A file -0025

**ADMISSION NUMBER**

**995 - 03048672**

**I-94 ARRIVAL RECORD**
(Rev. 1-1-83)N

1. FAMILY NAME (SURNAME) *(leave one space between names)*

FIRST (GIVEN) NAME *(do not enter middle name)*

2. DATE OF BIRTH

DAY | MO. | YR.

3. COUNTRY OF CITIZENSHIP

4. COUNTRY OF RESIDENCE *(country where you live)*

5. ADDRESS WHILE IN THE UNITED STATES *(Number and Street)*

City                                    State

6. CITY WHERE VISA WAS ISSUED

7. AIRLINE & FLIGHT NO. OR SHIP NAME*

THIS FORM IS RE-
QUIRED BY THE
IMMIGRATION AND
NATURALIZATION
SERVICE, UNITED
STATES DEPART-
MENT OF JUSTICE.

*Duplicate*

*A-24-708-198*

| 11. OCCUPATION | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 12. SCHOOL | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 13. ITINERARY | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

| 14. PETITION NUMBER | | | | | | | | 15. INS FILE NO. | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | A: | | | | | | | | | | |

| 16. WAIVERS | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

**APPLICANT:   DO NOT WRITE BELOW THIS LINE**

| Requesting Office | (By Searching Office) |
| --- | --- |
| Date | ☐ Record located; copy attached<br>☐ Unable to verify |

| I recommend that application be ☑ Granted  ☐ Denied | | |
| --- | --- | --- |
| *Ana Aleman*<br>(Immigration Officer) | 6/9/83<br>(Date) | U.S. APPROVED INS<br>DATE OF ACTION 6/9/83 aa<br>DD<br>DISTRICT  Joe D. Howerton  MIAMI, FL |
| Remarks: | Date Replacement Issued<br>6/9/83 | |

## INSTRUCTIONS

1. **HOW TO PREPARE** - Fill in, in single copy only, by typewriter, or print in block letters in ink.

2. **WHERE TO SUBMIT THIS APPLICATION** - You may mail this application or submit it in person to the Immigration office having jurisdiction over the place where you are residing in the United States.

3. **MUTILATED OR INACCURATE DOCUMENTS** - If you have a mutilated or inaccurate document in your possession, it must be attached to this application. If you checked Box "C" of item 1, there must be attached to this application a statement dated and signed by you citing specifically the information on your Form I-94 or I-95 that requires correction and the reason why such information is incorrect.

4. **FEE** - If you checked box "A" or "B" of item 1, a fee of five dollars ($5) must be paid for filing this application. It cannot be refunded regardless of the action taken on the application DO NOT MAIL CASH. Payment by check or money order must be drawn on a bank or other institution located in the United States and be payable in United States currency. If applicant resides in the Virgin Islands, check or money order must be payable to the "Commissioner of Finance of the Virgin Islands." If applicant resides in Guam, check or money order must be payable to the "Treasurer, Guam." All other applicants must make the check or money order payable to the "Immigration and Naturalization Service." When check is drawn on an account of a person other than the applicant, the name of the applicant must be entered on the face of the check. Personal checks are accepted subject to collectibility. An uncollectible check will render the application and any documents issued pursuant thereto invalid. A charge of $5.00 will be imposed if a check in payment of a fee is not honored by the bank on which it is drawn.

5. **PENALTIES** - Severe penalties are provided by law for knowingly and willfully falsifying or concealing a material fact or using any false document in the submission of this application. Also, a false representation may result in the denial of this application and any other application you may make for any benefit under the immigration laws of the United States.

Denis - orig A file -0028

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
155 SOUTH MIAMI AVENUE
MIAMI, FLORIDA 33130

A 24708 198

Date: 4/3/81

Dear Rony Denis

This is to advise you that the parole issued to you on 10 21-80
is being terminated and a further inspection and hearing shall be
conducted under Section 236 of the Immigration and Nationality Act to
determine if you are admissible into the United States.  The hearing
is scheduled for MAY 6, 1781 at 9 AM

Attached herewith is Form I-122, NOTICE TO APPLICANT FOR ADMISSION
DETAINED FOR HEARING BEFORE IMMIGRATION JUDGE, setting forth the
reasons that you are believed to be excludable from the United States
by the inspecting Immigration Officer.

Signed: _____

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

Date  4-3-81

A  24708198

TO: Immigration Judge

| Name (Last in CAPS) | First | Middle |
|---|---|---|
| DENIS, | RONY | |

| Date of arrival | Port of arrival |
|---|---|
| 10-18-80 | miami |

| Manner of arrival (name of vessel, airline, flight no. etc.) |
|---|
| boat |

The above named person arrived at this port on the date and in the manner shown above and applied for admission as  an immigrant without a visa

In accordance with Section 235(b), I & N Act, (s)he has been detained for further inquiry. Applicant may be excludable under Section 212(a) ( 20), I & N Act because the applicant was not in possession of a valid unexpired immigrant visa, re-entry permit, border crossing identification card or other valid entry document required by this Act nor a valid unexpired passport or other suitable travel document  or document of identity or nationality.

Applicant made an admission against interest by stating

see attached statement

Applicant  has not  applied for the exercise of discretion under
(has, has not)

(Sec. 212(c), Sec. 212(d) (3))

Examining Immigration Officer

Title  IMMIGRATION INSPECTOR

ATTACHMENTS:

☐ Form I-122 (copy)
☐ Passport
☐ Visa
☐ Form I-94
☐ Applicant's sworn statement
☐ Other (specify)

☐ Interpreter needed  Creole
(Language)

☐ Admission under bond not authorized
☐ Required bond not furnished

Form I-110
(Rev. 6-1-73) N

GPO 862-796

Denis - orig A file -0030

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
155 SOUTH MIAMI AVENUE
MIAMI, FLORIDA 33130

A

Date:

Dear

This is to advise you that the parole issued to you on
is being terminated and a further inspection and hearing shall be
conducted under Section 236 of the Immigration and Nationality Act to
determine if you are admissible into the United States.  The hearing
is scheduled for

Attached herewith is Form I-122, NOTICE TO APPLICANT FOR ADMISSION
DETAINED FOR HEARING BEFORE IMMIGRATION JUDGE, setting forth the
reasons that you are believed to be excludable from the United States
by the inspecting Immigration Officer.

Signed:

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

## NOTICE TO APPLICANT FOR ADMISSION DETAINED FOR HEARING
### BEFORE IMMIGRATION JUDGE

To: _____   Date: _____

PLEASE TAKE NOTICE THAT:

You do not appear to me to be clearly and beyond a doubt entitled to enter the United States as you may come within the exclusion provisions of Section 212 (a) (20)

of the Immigration and Nationality Act, as amended, in that

You are not in possession of a valid unexpired immigrant visa, re-entry permit, border crossing identification card or other valid entry document required by this Act, nor a valid unexpired passport or other suitable travel document of identity or nationality.

Therefore you are detained under the provisions of Section 235 (b) of the Immigration and Nationality Act, as amended, for a hearing before a Immigration Judge to determine whether or not you are entitled to enter the United States or whether you shall be excluded and deported. During such hearing you will have the right to be represented by counsel and to have a friend or relative present.

AT THE HEARING BEFORE THE IMMIGRATION JUDGE YOU MUST ESTABLISH THAT YOU ARE ADMISSIBLE TO THE UNITED STATES UNDER ALL PROVISIONS OF THE UNITED STATES IMMIGRATION LAWS.

ROOM 660
6th FLOOR
155 South Miami Ave.
MIAMI, FLA

The hearing

☑ is scheduled for _____ ,
    (Time)          (Date)          (Place)

☐ will be scheduled and you will be notified as to time and place. It is understood that you want the notice of hearing to be sent to you at the following address:

_____
(Street and Number)   (Apt. No.)   (City)   (Province)   (State)   (County)

                                                                    I.E.
                                  _____
                                  (United States Immigration Officer)

### CERTIFICATE OF SERVICE

Original of this notice was MAILED to the above-named applicant by the undersigned on _____
and the alien has been advised of communication privileges pursuant to 8 CFR 242.2(e).

                                                                    I.E.
                                  _____
                                  (United States Immigration Officer)

Form I-122
Denis-Orig-A-File-0032

GPO 942 051



# U.S. DEPARTMENT OF JUSTICE
## UNITED STATES DEPARTMENT OF JUSTICE
### WASHINGTON, D.C. 20537

## APPLICANT

**1. LOOP**



CENTER OF LOOP

DELTA

THE LINES BETWEEN CENTER OF LOOP AND DELTA MUST SHOW

**2. WHORL**



DELTAS

THESE LINES RUNNING BETWEEN DELTAS MUST BE CLEAR

**3. ARCH**



ARCHES HAVE NO DELTAS

FD-258 (REV. 7-13-77)   ☆ U. S. GOVERNMENT PRINTING OFFICE: 1979 — 278-102

**TO OBTAIN CLASSIFIABLE FINGERPRINTS:**

1. USE BLACK PRINTER'S INK.
2. DISTRIBUTE INK EVENLY ON INKING SLAB.
3. WASH AND DRY FINGERS THOROUGHLY.
4. ROLL FINGERS FROM NAIL TO NAIL, AND AVOID ALLOWING FINGERS TO SLIP.
5. BE SURE IMPRESSIONS ARE RECORDED IN CORRECT ORDER.
6. IF AN AMPUTATION OR DEFORMITY MAKES IT IMPOSSIBLE TO PRINT A FINGER, MAKE A NOTATION TO THAT EFFECT IN THE INDIVIDUAL FINGER BLOCK.
7. IF SOME PHYSICAL CONDITION MAKES IT IMPOSSIBLE TO OBTAIN PERFECT IMPRESSIONS, SUBMIT THE BEST THAT CAN BE OBTAINED WITH A MEMO STAPLED TO THE CARD EXPLAINING THE CIRCUMSTANCES.
8. EXAMINE THE COMPLETED PRINTS TO SEE IF THEY CAN BE CLASSIFIED, BEARING IN MIND THAT MOST FINGERPRINTS FALL INTO THE PATTERNS SHOWN ON THIS CARD (OTHER PATTERNS OCCUR INFREQUENTLY AND ARE NOT SHOWN HERE).

**THIS CARD FOR USE BY:**

1. LAW ENFORCEMENT AGENCIES IN FINGERPRINTING APPLICANTS FOR LAW ENFORCEMENT POSITIONS.*
2. OFFICIALS OF STATE AND LOCAL GOVERNMENTS FOR PURPOSES OF EMPLOYMENT, LICENSING, AND PERMITS, AS AUTHORIZED BY STATE STATUTES AND APPROVED BY THE ATTORNEY GENERAL OF THE UNITED STATES. LOCAL AND COUNTY ORDINANCES, UNLESS SPECIFICALLY BASED ON APPLICABLE STATE STATUTES DO NOT SATISFY THIS REQUIREMENT.*
3. U.S. GOVERNMENT AGENCIES AND OTHER ENTITIES REQUIRED BY FEDERAL LAW. **
4. OFFICIALS OF FEDERALLY CHARTERED OR INSURED BANKING INSTITUTIONS TO PROMOTE OR MAINTAIN THE SECURITY OF THOSE INSTITUTIONS.

**INSTRUCTIONS:**

*1. PRINTS MUST FIRST BE CHECKED THROUGH THE APPROPRIATE STATE IDENTIFICATION BUREAU, AND ONLY THOSE FINGERPRINTS FOR WHICH NO DISQUALIFYING RECORD HAS BEEN FOUND LOCALLY SHOULD BE SUBMITTED FOR FBI SEARCH.

2. PRIVACY ACT OF 1974 (P.L. 93-579) REQUIRES THAT FEDERAL, STATE, OR LOCAL AGENCIES INFORM INDIVIDUALS WHOSE SOCIAL SECURITY NUMBER IS REQUESTED WHETHER SUCH DISCLOSURE IS MANDATORY OR VOLUNTARY, BASIS OF AUTHORITY FOR SUCH SOLICITATION, AND USES WHICH WILL BE MADE OF IT.

**3. IDENTITY OF PRIVATE CONTRACTORS SHOULD BE SHOWN IN SPACE "EMPLOYER AND ADDRESS". THE CONTRIBUTOR IS THE NAME OF THE AGENCY SUBMITTING THE FINGERPRINT CARD TO THE FBI.

4. FBI NUMBER, IF KNOWN, SHOULD ALWAYS BE FURNISHED IN THE APPROPRIATE SPACE.

MISCELLANEOUS NO. — RECORD: OTHER ARMED FORCES NO., PASSPORT NO. (PP), ALIEN REGISTRATION NO. (AR), PORT SECURITY CARD NO. (PS), SELECTIVE SERVICE NO. (SS), VETERANS' ADMINISTRATION CLAIM NO. (VA.).

**LEAVE THIS SPACE BLANK**

United States Department of Justice
Immigration and Naturalization Service
7880 Biscayne Boulevard
Miami, Florida 33138

File No. A 24 708 198

Date 05/28/88

ACTION ON FORM I- 485 (See 202)

AUTOMATICALLY TERMINATED

PURSUANT TO OI-103.2 (o)

05/28/88
DATE                    Officer Signature

District Director

PLEASE REOPE
New Add:
1360 N.W. 1ST
DeL Ray Beach FL 33445

Denis - orig A file -0035

U.S. Department of Justice
Immigration and Naturalization Service

| CLASSIFICATION : | | | COUNTRY : | |
|---|---|---|---|---|
| PRIORITY DATE : | | | | |
| ITEMS NEEDED | PRESENT | NEED | | REMARKS |
| G–28 | | | | |
| I–181 | | | | |
| I–485 | | | | |
| G–325a / BENEFICIARY | | | | |
| BIRTH CERTIF / BENEFICIARY | | | | |
| I–693 MEDICAL | | | | |
| I–134 AFFIDAVIT OF SUPPORT | | | | |
| FM 9003 | | | | |
| I–130 / I–797 / I–140 | | | | |
| MARRIAGE CERTIFICATE | | | | |
| BIRTH CERTIF / PETITIONER | | | | |
| DIVORCE DECREES' | | | | |
| DEATH CERTIF | | | | |
| G–325a / PETITIONER | | | | |
| | | | | |
| FD–258 / FINGER PRINTS | | | | |
| I–94 | | | | |
| PHOTOGRAPHS ( 2 ) | | | | |
| I–643 REFUGEE / ASYLEE * | | | | |
| NAME CHANGE * | | | | |
| K–1 VISA PACKET * | | | | |
| I–360 SPECIAL IMMIGRANT * | | | | |
| I–102 * | | | | |
| I–765 * | | | | |

* NEEDED ONLY IF APPLICABLE

CABLE SENT :

( 4 ) COPY TO AMCOM :

LA – 6 COUNTRIES
USSR / RUSSIA
CAMBODIA / KAMPUCHEA
LAOS
VIETNAM

Denis - orig A file -0036

I–590    YES ____ NO ____

[handwritten on sticky note: 589 – 6647 / P.O. Box 52374 / Tacoma, wa 98492 / Terminal / sent models / 1.20 / 73 448 854]

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
MEMORANDUM OF CREATION OF RECORD OF LAWFUL PERMANENT RESIDENCE

PLACE:  MIAMI            FL      FILE NO: A24708198

STATUS AS A LAWFUL PERMANENT RESIDENT OF THE UNITED STATES IS ACCORDED:


NAME: RONY            0ENIS              SEX: M

IN CARE OF:
                                        BIRTH DATE: 08/23/59
ADDRESS: 1360 N.W. 1ST STREET
                                        CTRY OF BIRTH: HAITI

CITY:   DELRAY BEACH    FL 33445        NATIONALITY:   HAITI

CITY OF BIRTH:                          COUNTRY OF LAST RESIDENCE:HAITI

MARITAL STATUS:                         OCCUPATION:


N/I CLASS AT TIME OF ADJ:  PR           PREFERENCE (IF ANY): N/A

YEAR OF NI CLASS: 80                    PRIORITY DATE: N/A

COUNTRY TO WHICH CHARGEABLE (IF ANY): N/A

LABOR CERT   ( ) SUBMITTED              (X) NOT APPLICABLE

MOTHERS 1ST NAME:                       FATHERS 1ST NAME:

LAST NIV ISSUED AT (U.S. CONSULATE POST): N/A
DATE:  N/A      NUMBER: N/A     CLASS: N/A

UNDER THE FOLLOWING PROVISION OF LAW:

(X)  SEC 202 OF PUBLIC LAW 99-603


AS OF 01/01/82  AT  MIA        CLASS OF ADMISSION CH6


REMARKS:

*RECOMMENDED BY: (IMMIGRATION OFFICER) * * * * * * * * * * * * * * * *
                                       *   DATE OF ACTION:   /  /
DATE:                                  *
                                       *
                                       *
                                       *
                                       *
                                       * * * * * * * * * * * * * * * * *


MI COPY SENT                   ADIT COPY SENT


FORM I-181 (REV. 3-1-83)
Denis - orig A file -0037

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
MEMORANDUM OF CREATION OF RECORD OF LAWFUL PERMANENT RESIDENCE

PLACE:   MIAMI           FL      * FILE No: A24708198

STATUS AS A LAWFUL PERMANENT RESIDENT OF THE UNITED STATES IS ACCORDED:

NAME: RONY              0ENIS              SEX: M

IN CARE OF:                                BIRTH DATE: 08/23/59

ADDRESS: 1360 N.W. 1ST STREET             CTRY OF BIRTH: HAITI

CITY:   DELRAY BEACH    FL 33445          NATIONALITY:   HAITI

CITY OF BIRTH:                   COUNTRY OF LAST RESIDENCE: HAITI

MARITAL STATUS:                  OCCUPATION:

N/I CLASS AT TIME OF ADJ:  PR            PREFERENCE (IF ANY): N/A

YEAR OF NI CLASS: 80                     PRIORITY DATE: N/A

COUNTRY TO WHICH CHARGEABLE (IF ANY): N/A

LABOR CERT   ( ) SUBMITTED              (X) NOT APPLICABLE

MOTHERS 1ST NAME:                       FATHERS 1ST NAME:

LAST NIV ISSUED AT (U.S. CONSULATE POST): N/A
DATE:  N/A      NUMBER: N/A      CLASS: N/A

UNDER THE FOLLOWING PROVISION OF LAW:

(X)  SEC 202 OF PUBLIC LAW 99-603

AS OF 01/01/82  AT  MIA        CLASS OF ADMISSION CH6

REMARKS:

*RECOMMENDED BY: (IMMIGRATION OFFICER) * * * * * * * * * * * * * * * * * *
                                       *   DATE OF ACTION:   /  /
DATE:                                  *
                                       *
                                       *
                                       *
                                       *
                                       * * * * * * * * * * * * * * * * * *

MI COPY SENT                      ADIT COPY SENT

FORM I-181 (REV. 3-1-83)

Denis - orig A file -0038

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
MEMORANDUM OF CREATION OF RECORD OF LAWFUL PERMANENT RESIDENCE

PLACE:  MIAMI          FL      FILE NO: A24708198

STATUS AS A LAWFUL PERMANENT RESIDENT OF THE UNITED STATES IS ACCORDED:


NAME: RONY                    OENIS              SEX: M

IN CARE OF:                          /
                                             BIRTH DATE: 08/23/59
ADDRESS: 1360 N.W. 1ST STREET
                                             CTRY OF BIRTH: HAITI

CITY:   DELRAY BEACH      FL 33445            NATIONALITY:   HAITI

CITY OF BIRTH:                      COUNTRY OF LAST RESIDENCE:HAITI

MARITAL STATUS:                     OCCUPATION:


N/I CLASS AT TIME OF ADJ:  PR       PREFERENCE (IF ANY): N/A

YEAR OF NI CLASS: 80                PRIORITY DATE: N/A

COUNTRY TO WHICH CHARGEABLE (IF ANY): N/A

LABOR CERT   ( ) SUBMITTED              (X) NOT APPLICABLE

MOTHERS 1ST NAME:                   FATHERS 1ST NAME:

LAST NIV ISSUED AT (U.S. CONSULATE POST): N/A
DATE:  N/A      NUMBER: N/A     CLASS: N/A

UNDER THE FOLLOWING PROVISION OF LAW:

(X)  SEC 202 OF PUBLIC LAW 99-603


AS OF 01/01/82  AT  MIA          CLASS OF ADMISSION CH6


REMARKS:

*RECOMMENDED BY: (IMMIGRATION OFFICER) * * * * * * * * * * * * * * * *
                                       *   DATE OF ACTION:   /  /
DATE:                                  *
                                       *
                                       *
                                       *
                                       *
                                       * * * * * * * * * * * * * * * * *


MI COPY SENT                   ADIT COPY SENT


FORM I-181 (REV. 3-1-83)

Denis - orig A file -0039

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
7880 BISCAYNE BLVD
MIAMI                    FL 80000

YOU ARE REQUESTED TO APPEAR AS SHOWN        YO MANDE OU POU PARET POU YON RANDEVOU
BELOW FOR AN INTERVIEW WITH REGARD TO       KOM OU INDIKE ANBA A, KONSERNAN
THE APPLICATION SUBMITTED TO THIS           APLIKASYON OU TE BAY IMIGRASYON.  OU
SERVICE.  YOU MUST BRING THIS LETTER        BEZWIN POTE LET SA AVEK OU LE WAP VINI
WITH YOU.                                   NAN RANDEVOU A.


    RONY              DENIS                         A-NUM: 24708198
    1360 N.W. 1ST STREET                            DATE: 08/01/89
    DELRAY BEACH       FL 33445


PLEASE APPEAR AT :      7880 BISCAYNE BLVD          ROOM: 290
SIL VOU PLE PARET NAN:
                    MIAMI          FL 80000     SEAT: 02C
        ON (DAT):  09/22/89    AT (A):      02:00 PM   OFFCR: CJ6
DO NOT APPEAR FOR YOUR INTERVIEW MORE        PA PARET POU RANDEVOU OU LA PLIS KE
THAN FIFTEEN (15) MINUTES BEFORE YOUR        (15) KINZ MINIT ANVAN LE OU GINYIN
SCHEDULED APPOINTMENT TIME.  YOU MAY         APPOINTMAN AN.  OU KAPAB VINI AVEK YOU
BRING YOUR ATTORNEY OR AUTHORIZED            AVOKA OUBYIN YON MOUN KI GIN
REPRESENTATIVE WITH YOU, BUT PLEASE DO       OTORIZASYON POU REPREZANTE OU, MIN PA
NOT BRING ANY FRIENDS OR RELATIVES WITH      MINNIN OKIN ZANMI, NI FANMIN OU AVEK
YOU WHO DO NOT HAVE AN APPOINTMENT           OU KI PA GINYIN YOU RANDEVOU POU TET
LETTER OF THEIR OWN.                         PA LI.
YOU MUST BRING WITH YOU YOUR I-94            OU BEZWIN POTE AVEK OU TI PAPIE
ARRIVAL-DEPARTURE RECORD, YOUR PASSPORT      IMIGRASYON AN (I-94), PASPOT,BATISTE
AND YOUR BIRTH OR BAPTISMAL CERTIFICATE      OUBYIN CETIFIKA BATEM OU SI OU GINYIN
IF YOU HAVE THEM.  PLEASE FILL OUT ANY       YO.  SIL VOU PLE PLIN TOUT FOM YO KI
FORMS ENCLOSED WITH THIS NOTICE, AND         TACHE AVEK LET RANDEVOU OU LA E VINI
BRING THE COMPLETED FORMS TO YOUR            AVEK YO JOU RANDEVOU OU LA.
INTERVIEW.
TOUT BAGAY AMBA YO KI MAKE AVEK YON (X) NESESE, SE POU PARE YO EPI POTE YO AVEK
OU JOU RANDEVOU OU LA.
        FD-258                              G-325A
        I-643                               I-131
                                            I-485
        X I-693                         X I-94
        2 PHOTOS                            OTHER:
ANY OFFICIAL DOCUMENTS MUST BE               DOKIMAN OFICIEL YO DWE ORIGINEL.  OU
ORIGINALS.  YOU SHOULD ALSO BRING A          DWE POTE FOTOCOPI DOKIMAN SA YO TOU.
PHOTOCOPY OF THOSE DOCUMENTS.  ANY           DOKIMAN KI YON LOT LANG DWE ACONPAYE
FOREIGN LANGUAGE DOCUMENTS MUST BE           YOU TRADIKSYON ENGLE.
ACCOMPANIED BY AN ENGLISH TRANSLATION.
IF YOU MUST CANCEL YOUR APPOINTMENT,         SI OU PAP VINI NAN RANDEVOU OU LA, OU
YOU MUST INDICATE THE REASON YOU ARE         DWE INDIKE, REZON KI FE OU PAP KAPAB
UNABLE TO APPEAR BELOW, SIGN AND DATE        PARET LA AMBA, SIGNE E DATE FOM NAN E
THIS FORM, AND RETURN IT NO LATER THAN       RETOUNIN LET LA PA PLI TA KE (15) KINZ
FIVE (5) DAYS BEFORE YOUR SCHEDULED          JOU ANVAN RANDEVOU A.
APPOINTMENT.
FAILURE TO APPEAR FOR YOUR APPOINTMENT       SI OU PA PARET POU RANDEVOU A SAN
WITHOUT REASON MAY RESULT IN THE DENIAL      REZON SA KAPAB KOS YO REFUZE
OF YOUR APPLICATION.                         APLIKASYON PA OU A.
REZON KI FE OU PAP VINI:


SIGNATURE: _____          DAT: _____

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
7880 BISCAYNE BLVD
MIAMI                    FL 80000

YOU ARE REQUESTED TO APPEAR AS SHOWN
BELOW FOR AN INTERVIEW WITH REGARD TO
THE APPLICATION SUBMITTED TO THIS
SERVICE.  YOU MUST BRING THIS LETTER
WITH YOU.

YO MANDE OU POU PARET POU YON RANDEVOU
KOM YO INDIKE AMBA A, KONSERNAN
APLIKASYON OU TE BAY IMIGRASYON.  OU
BEZWIN POTE LET SA AVEK OU LE WAP VINI
NAN RANDEVOU A.

RONY                    DENIS                   A-NUM: 24708198
1360 N.W. 1ST STREET                            DATE:  08/01/89
DELRAY BEACH            FL 33445

PLEASE APPEAR AT :      7880 BISCAYNE BLVD              ROOM: 290
SIL VOU PLE PARET NAN:

MIAMI                   FL 80000       SEAT: 02C
ON (DAT):  09/22/89  AT (A):     02:00 PM  OFFCR: CJS

DO NOT APPEAR FOR YOUR INTERVIEW MORE
THAN FIFTEEN (15) MINUTES BEFORE YOUR
SCHEDULED APPOINTMENT TIME.  YOU MAY
BRING YOUR ATTORNEY OR AUTHORIZED
REPRESENTATIVE WITH YOU, BUT PLEASE DO
NOT BRING ANY FRIENDS OR RELATIVES WITH
YOU WHO DO NOT HAVE AN APPOINTMENT
LETTER OF THEIR OWN.
YOU MUST BRING WITH YOU YOUR I-94
ARRIVAL-DEPARTURE RECORD, YOUR PASSPORT
AND YOUR BIRTH OR BAPTISMAL CERTIFICATE
IF YOU HAVE THEM.  PLEASE FILL OUT ANY
FORMS ENCLOSED WITH THIS NOTICE, AND
BRING THE COMPLETED FORMS TO YOUR
INTERVIEW.
TOUT BAGAY AMBA YO KI MAKE AVEK YON (X) NESESE, SE POU PARE YO EPI POTE YO AVEK
OU JOU RANDEVOU OU LA.

PA PARET POU RANDEVOU OU JA PLIS KE
(15) KINZ MINIT ANVAN LE OU GINYIN
APOINTMAN AN.  OU KAPAB VINI AVEK YOU
AVOKA OUBYIN YON MOUN KI GIN
OTORIZASYON POU REPREZANTE OU, MIN PA
MINNIN OKIN ZANMI, NI FANMIN OU AVEK
OU KI PA GINYIN YOU RANDEVOU POU TET
PA LI.
OU BEZWIN POTE AVEK OU TI PAPIE
IMIGRASYON AN (I-94), PASPOT, BATISTE
OUBYIN CETIFIKA BATEM OU SI OU GINYIN
YO.  SIL VOU PLE PLIN TOUT FOM YO KI
TACHE AVEK LET RANDEVOU OU LA E VINI
AVEK YO JOU RANDEVOU OU LA.

FD-258                  G-325A
I-643                   I-131
                        I-485
X I-593               X I-94
  2 PHOTOS              OTHER:
ANY OFFICIAL DOCUMENTS MUST BE
ORIGINALS.  YOU SHOULD ALSO BRING A
PHOTOCOPY OF THOSE DOCUMENTS.  ANY
FOREIGN LANGUAGE DOCUMENTS MUST BE
ACCOMPANIED BY AN ENGLISH TRANSLATION.
IF YOU MUST CANCEL YOUR APPOINTMENT,
YOU MUST INDICATE THE REASON YOU ARE
UNABLE TO APPEAR BELOW, SIGN AND DATE
THIS FORM, AND RETURN IT NO LATER THAN
FIVE (5) DAYS BEFORE YOUR SCHEDULED
APPOINTMENT.
FAILURE TO APPEAR FOR YOUR APPOINTMENT
WITHOUT REASON MAY RESULT IN THE DENIAL
OF YOUR APPLICATION.
REZON KI FE OU PAP VINI:

DOKIMAN OFICIEL YO DWE ORIGINEL.  OU
DWE POTE FOTOCOPI DOKIMAN SA YO TOU.
DOKIMAN KI YON LOT LANG DWE AGONPAYE
YOU TRADIKSYON ENGLE.

SI OU PAP VINI NAN RANDEVOU OU LA, OU
DWE INDIKE, REZON KI FE OU PAP KAPAB
PARET LA AMBA, SIGNE E DATE FOM NAN E
RETOUNIN LET LA PA PLI TA KE (15) KINZ
JOU ANVAN RANDEVOU A.

SI OU PA PARET POU RANDEVOU A SAN
REZON SA KAPAB KOS YO REFUZE
APLIKASYON PA OU A.

SIGNATURE: _____   DAT: _____



DATE: _12/03/87_ (MIA)    A _24-708-198_

Applicant was requested this date to furnish a _____
_____ _Medical Result_ . He/She
was furnished a properly addressed envelope in which to
submit the requested document(s).

_Martha S. Ross_
**OFFICER**

# I-551 OR I-586 CARD DATA COLLECTION FORM

## TRANSACTION 1 — INITIAL CARD
### (Use the Other Side For All Other Transactions)

FORM I-
U.S. DEP
IMMIGRA

**1. CARD TYPE: 1.** ☐ REGULAR I-551  **2.** ☐ COMMUTER I-551  **3.** ☐ MEXICAN I-586

A | 2 | 4 | 7 | 0 | 8 | 1 | 9 | 8

**2. ALIEN NUMBER**

**3. DATE**

**4. NAME (LAST/FIRST/MIDDLE)**

CARD FACILITY USE ONLY

**5. MOTHER'S FIRST NAME**

**6. FATHER'S FIRST NAME**

**8. COB**

BIRTH

EN APPLYING FOR THIS STATUS

**...** OF DESTINATION AT TIME OF ORIGINAL ADMISSION

**12. LOCATION OF CONSULATE (OR INS OFFICE WHERE ADJUSTED)**

**13. POE/POI**  **14. CLASS**  **15. ADM/ADJ DATE (MM/DD/YY)**  **16. AMC**  **17. OTHER FP**

**18. WAIVER/REASON**

FP

SIG

PHOTO

**19. IN CARE OF**

**20. NUMBER AND STREET (APT NO. IF APPLICABLE)**

**21. CITY**  **22. STATE**  **23. ZIP CODE**

**24.**
**AFFIX SEAL**
**IN THIS SPACE**

**25. CERTIFICATION**
I certify, based upon all available information, that this applicant is entitled to the immigation document for which this application has been made.

**26. STAMPED OR PRINTED NAME OF OFFICER**

**27. OFFICER'S SIGNATURE**

M I A | A | 2 | 4 | 7 | 0 | 8 | 1 | 9 | 8

**28. LOC CODE**  **29. ALIEN NUMBER**

Reny Denis

Denis - orig A file -0043

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE
7880 BISCAYNE BLVD
MIAMI                              FL 33138

YOU ARE REQUESTED TO APPEAR AS SHOWN          YO MANDE OU POU PARET POU YON RANDEVOU
BELOW FOR AN INTERVIEW WITH REGARD TO          KOM YO INDIKE AMBA A, KONSERNAN
THE APPLICATION SUBMITTED TO THIS              APLIKASYON OU TE BAY IMIGRASYON.  OU
SERVICE.  YOU MUST BRING THIS LETTER           BEZWIN POTE LET SA AVEK OU LE WAP VINI
WITH YOU.                                      NAN RANDEVOU A.


   RONY                   OENIS                       A-NUM: 24708198
   1360 N.W. 1 ST/                                    DATE:  11/07/87
   DELRAY BEACH           FL 33444


PLEASE APPEAR AT :         7880 BISCAYNE BLVD              ROOM: 290
SIL VOU PLE PARET NAN:

             MIAMI              FL 33138     SEAT: 06D
         ON (DAT):  12/03/87  AT (A):     03:00 PM  OFFCR: 000
DO NOT APPEAR FOR YOUR INTERVIEW MORE          PA PARET POU RANDEVOU OU LA PLIS KE
THAN FIFTEEN (15) MINUTES BEFORE YOUR          (15) KINZ MINIT ANVAN LE OU GINYIN
SCHEDULED APPOINTMENT TIME.  YOU MAY           APOINTMAN AN.  OU KAPAB VINI AVEK YOU
BRING YOUR ATTORNEY OR AUTHORIZED              AVOKA OUBYIN YON MOUN KI GIN
REPRESENTATIVE WITH YOU, BUT PLEASE DO         OTORIZASYON POU REPREZANTE OU, MIN PA
NOT BRING ANY FRIENDS OR RELATIVES WITH        MINNIN OKIN ZANMI, NI FANMIN OU AVEK
YOU WHO DO NOT HAVE AN APPOINTMENT             OU KI PA GINYIN YOU RANDEVOU POU TET
LETTER OF THEIR OWN.                           PA LI.
YOU MUST BRING WITH YOU YOUR I-94              OU BEZWIN POTE AVEK OU TI PAPIE
ARRIVAL-DEPARTURE RECORD, YOUR PASSPORT        IMIGRASYON AN (I-94), PASPOT,BATISTE
AND YOUR BIRTH OR BAPTISMAL CERTIFICATE        OUBYIN CETIFIKA BATEM OU SI OU GINYIN
IF YOU HAVE THEM.  PLEASE FILL OUT ANY         YO.  SIL VOU PLE PLIN TOUT FOM YO KI
FORMS ENCLOSED WITH THIS NOTICE, AND           TACHE AVEK LET RANDEVOU OU LA E VINI
BRING THE COMPLETED FORMS TO YOUR              AVEK YO JOU RANDEVOU OU LA.
INTERVIEW.
TOUT BAGAY AMBA YO KI MAKE AVEK YON (X) NESESE, SE POU PARE YO EPI POTE YO AVEK
OU JOU RANDEVOU OU LA.
         FD-258                            G-325A
         I-643                            I-131
                                          I-485
      X I-486                          X  I-94
        2 PHOTOS                          OTHER:
ANY OFFICIAL DOCUMENTS MUST BE                 DOKIMAN OFICIEL YO DWE ORIGINEL.  OU
ORIGINALS.  YOU SHOULD ALSO BRING A            DWE POTE FOTOCOPI DOKIMAN SA YO TOU.
PHOTOCOPY OF THOSE DOCUMENTS.  ANY             DOKIMAN KI YON LOT LANG DWE ACONPAYE
FOREIGN LANGUAGE DOCUMENTS MUST BE             YOU TRADIKSYON ENGLE.
ACCOMPANIED BY AN ENGLISH TRANSLATION.
IF YOU MUST CANCEL YOUR APPOINTMENT,           SI OU PAP VINI NAN RANDEVOU OU LA, OU
YOU MUST INDICATE THE REASON YOU ARE           DWE INDIKE, REZON KI FE OU PAP KAPAB
UNABLE TO APPEAR BELOW, SIGN AND DATE          PARET LA AMBA, SIGNE E DATE FOM NAN E
THIS FORM, AND RETURN IT NO LATER THAN         RETOUNIN LET LA PA PLI TA KE (15) KINZ
FIVE (5) DAYS BEFORE YOUR SCHEDULED            JOU ANVAN RANDEVOU A.
APPOINTMENT.
FAILURE TO APPEAR FOR YOUR APPOINTMENT         SI OU PA PARET POU RANDEVOU A SAN
WITHOUT REASON MAY RESULT IN THE DENIAL        REZON SA KAPAB KOS YO REFUZE
OF YOUR APPLICATION.                           APLIKASYON PA OU A.
REZON KI FE OU PAP VINI:


SIGNATURE: _____  DAT: _____

U.S. Department of Justice
Immigration and Naturalization Service

**FORM G-325A**
**BIOGRAPHIC INFORMATION**

OMB No. 1115-0066
Approval expires 4-30-85

| (Family name) DENIS, | (First name) RONY | (Middle name) – | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) 8/23/59 | NATIONALITY HAITIAN | FILE NUMBER A24-708- 198 |
|---|---|---|---|---|---|---|

ALL OTHER NAMES USED (Including names by previous marriages)
NONE

CITY AND COUNTRY OF BIRTH
GONAIVE, HAITI

SOCIAL SECURITY NO.
(If any) 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

|  | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | DENIS, | EMANUEL | TERNAL, HAITI | HAITI |
| MOTHER (Maiden name) | BENOET, | THED | | |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) Dieujuste | FIRST NAME ERNANDE | BIRTHDATE 1/6/67 | CITY & COUNTRY OF BIRTH HAITI | DATE OF MARRIAGE 7/26/86 | PLACE OF MARRIAGE FLORIDA |
|---|---|---|---|---|---|---|

| FORMER HUSBANDS OR WIVES (if none, so state) | | | | |
|---|---|---|---|---|
| FAMILY NAME (For wife, give maiden name) N/A | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 1360 N.W. 1st STREET | DELRAY BCH. | FL. | U.S. | 12 | 86 | PRESENT TIME | |
| 525 N.E. 2nd ST BOYNTON BEACH | " | FLA. | U.S. | 7 | 86 | 12 | 86 |
| 525 SOUTH SWENTON AVE. #B | DELRAY, BCH | " | " | --- | 83 | 7 | 86 |
| 5619 N.MIAMI AVE. FL. | MIAMI | FLA | " | ----- | 82 | --- | 83 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| DONT REM | HAITI | GONAIVE, | HAITI | 8 | 59 | 10 | 80 |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| SIR ELECTIC. INC CORP.  FT. LAUDERDALE. FLA. | ELECTRITION | 6 | 85 | PRESENT TIME | |
| DENNYS REST.  DELRAYBEACH  FLA | Pre- Cook | --- | 83 | 6 | 85 |
| LAND SCAPING  "  "  " | Maintenance | --- | 81 | ---- | 83 |

Show below last occupation abroad if not shown above. (Include all information requested above.)
N/A

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION  ☒ STATUS AS PERMANENT RESIDENT  ☐ OTHER (SPECIFY) | *Rony Denis* | 4/7/88 |

Are all copies legible?  ☒ Yes

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT:  BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| DENIS, | RONY | – | A-24-708-198 |

MIA-TC
SEC 202
JUL 23 1987

Form G-325 A (Rev. 10-1-82)  (1) IDENT

Denis - orig A file -0045

N/P

REPAROLED UNTIL Mar. 5 1981 MIA

94
15

DATE 11/15/81 DATE OF ACTION 10-18-80

NAME Denis- Rony A# 24 708 198

ADRESS 325 SW 6st belle glade Fl

## CUBAN BOAT LIFT  -- PROCESSING WORKSHEET

A- 24 708 198

### PORT INSPECTION

☑ Initially processed          ☐ Key West                    ☐ SLOB checked.
                                ☑ Miami
                                ☐ Other
☑ Inspection deferred to _79th St._____
                                (Name of processing center)

### PROCESSING PROCEDURE

☐ Form G–325A          ☐ Prepared (date)_____  ☐ Mailed routinely   ☐ Special expedite

                       ☐ Results received (date)_____  ☐ Negative  ☐ Positive

☑ Photographed         ☑ (Date) _10-21-80_

☑ Fingerprinted        ☑ (Date) _10-21-80_

☑ A–File # assigned           ☐ Records Searched _____
                                                    (Previous A–number)
                       ☐ New A–number in MIRAC

☑ Officer's Interview _Kestler_____          Exclusion grounds  ☑ Yes   ☐ No
                        (Surname)

    ☑ Section 212(a) I & N Act _20_

☐ Medically cleared for admission     ☐ Yes    ☐ No

☑ Application for asylum              ☐ Yes    ☑ No

☑ Disposition at Processing Center:

        ☐ Form I–94  issued granting parole for 60 days with employment authorized.
        ☐ Asylum applicant resettled.
        ☑ Other  (explain)

_To Krome Site for Medical Exam_

☐ Asylum application to State Dept. for advisory opinion_____  from _____
                                                        (date)              (District)

    State Department Recommendation    ☐ Approve   ☐ Deny _____
                                                                (date)

☐ INS decision (asylum)    ☐ Approve   ☐ Deny _____     _____
                                                  (date)        (District)

Form I–556
(5–15–80)Denis - orig A file -0047

U. S. DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

GPO 868-193

A# 24-708-198

1. NAME     DENIS - RONY                    2. SEX: M

3. OTHER NAMES USED OR KNOWN BY:            4. CITIZENSHIP;
                                              HAITI

5. DATE OF BIRTH:                          6. PLACE OF BIRTH:
   8-23-59                                     GONAIVES - HAITI

7. NEAREST LARGE CITY TO PLACE OF BIRTH:   8. DISTANCE AND DIRECTION OF PLACE
                                              OF BIRTH FROM THIS LARGE CITY:

9. IF CITIZENSHIP IS DIFFERENT FROM COUNTRY OF BIRTH, EXPLAIN.  IF NATURALIZED
   IN ANY COUNTRY SHOW DATE AND PLACE OF NATURALIZATION, CERTIFICATE NUMBER
   AND STATE HOW CITIZENSHIP WAS ACQUIRED:

10. NAMES, LOCATIONS AND DATES (YEARS) OF   11. NAMES, EXACT LOCATIONS AND
    ATTENDANCE OF FOREIGN SCHOOLS;              DATES (YEARS) OF ATTENDANCE OF
                                                FOREIGN CHURCHES.  INCLUDE
   Lycee GEFFRARD - GONAIVES                    DATE AND NAME OF ANY RELIGIOUS
                             HAITI              CEREMONY WHICH MAY HAVE BEEN
        1YR                                     RECORDED:
                                                CATHOLIC

12. LAST PERMANENT RESIDENCE IN COUNTRY OF  CITIZENSHIP (SHOW DATES OF
    RESIDENCE):
    RUE DELA LIBERTY #160 GONAIVES - HAITI

13. AFTER LEAVING MY HOME COUNTRY AND BEFORE COMING TO THE U.S., I REMAINED IN
    THE FOLLOWING COUNTRIES:

    (NAME OF COUNTRY)              DATES
                          FROM      /      TO
                                    /
    Cuba 1 DAY FOR H2O ONLY

14. TYPE OF EMPLOYMENT DURING THE PAST FIVE YEARS:
    STUDENT

14. HUSBAND/WIFE (IF NONE, SO STATE)
    (FAMILY NAME/MAIDEN NAME FOR WIFE)     (FIRST NAME)     (BIRTHDATE)
                  none

15. CITY AND COUNTRY OF BIRTH      DATE OF MARRIAGE      PLACE OF MARRIAGE

16. FORMER HUSBAND OR WIVES:
    (IF NONE SO STATE)

    FIRST NAME        D/POB        DATE AND PLACE OF
                                   MARRIAGE

    *none*

17. CHILDREN:
    (NAME)                (D/POB)            (WHERE LOCATED)

    *none*

18. FAMILY MEMBERS NOT WITH YOU, EXPLAIN WHY NOT:

19. FATHER'S NAME           DATE OF BIRTH        PLACE OF BIRTH
    EMMANUEL BENIS                                HAITI
    PRESENT ADDRESS
                    GONAIVES  —  HAITI

20. MOTHER'S NAME           DATE OF BIRTH        PLACE OF BIRTH
    THEIDE BENOIS                                HAITI
    PRESENT ADDRESS
                    GONAIVES  —  HAITI

21. NAME, RELATIONSHIP, AND ADDRESSES OF RELATIVES ABROAD

    PARENTS IN HAITI

22. LIST DATE AND PLACE OF ISSUANCE AND NUMBER OF PASSPORT, BIRTH CERTIFICATE,
    BAPTISMAL CERTIFICATE OR DOCUMENT OF IDENTITY

    *none*

23. IN POSSESSION OF TRAVEL DOCUMENT OR PASSPORT AT TIME OF APPLICATION FOR
    ENTRY ____ YES __X_NO.  DESCRIBE DOCUMENT(S).  IF SUBJECT DID NOT HAVE TRAVEL
    DOCUMENT OR PASSPORT AT TIME OF ENTRY, OR DOES NOT HAVE SUCH A DOCUMENT
    INDICATE WHETHER EVER OBTAINED ONE:  YES _X_NO.  STATE HOW, WHEN, AND WHERE
    IT WAS OBTAINED; WHAT KIND OF DOCUMENT IT WAS, AND WHAT BECAME OF IT.

24. I WENT TO AN AMERICAN CONSUL TO APPLY FOR A VISA TO COME TO THE UNITED STATES
    DATE VISA APPLIED FOR        PLACE        REASON VISA NOT ISSUED

    *none*

25. MILITARY SERVICE: (IF ANY)  BRANCH OF SERVICE, UNIT, RANK, SERIAL NUMBER,
    AND DATES OF INDUCTION AND DISCHARGE:

_none_

26. IF NO DISCHARGE, EXPLAIN:

_none_

27. IF YOU HAVE EVER BEEN ARRESTED, FILL IN THE FOLLOWING:
    <u>DATE ARRESTED</u>          <u>PLACE ARRESTED</u>          <u>REASON</u>

_None_

28. PREVIOUSLY____EXCLUDED____DEPORTED____REQUIRED TO DEPART FROM UNITED STATES
    ON _____ VIA _____ TO _____
              (DATE)                   (PORT)              (COUNTRY)

_No_

29. I LEFT THE COUNTRY OF WHICH I AM A CITIZEN FOR THE FOLLOWING REASONS:

_BECAUSE MY PARENT WAS NOT ABLE TO SEND ME TO SCHOOL THIS YR._

30. THE REASONS I CAME TO THE UNITED STATES ARE:

_TO LOOK FOR WORK / GO TO SCHOOL_

31. I KNOW THE FOLLOWING PERSONS IN THE UNITED STATES:
    NAME _KESNER DAOUT_  ADDRESS                    RELATIONSHIP
    _147 NW 61 ST MIA FL._                          _(COUSIN)_

32. IF NOT ALLOWED TO ENTER THE UNITED STATES, I AM _X_ AM NOT___ WILLING TO BE
    RETURNED TO THE COUNTRY OF WHICH I AM A CITIZEN (IF NOT, EXPLAIN.)

33. DID YOU PAY MONEY TO ANYONE TO BRING YOU TO US?: ___YES _X_ NO

_None_

34. MEMBERSHIP AND AFFILIATON IN ANY GROUPS, POLITICAL PARTIES OR ORGANIZATIONS

_none_

I HAVE READ (OR HAVE HAD READ TO ME IN ~~SPANISH~~ *Creole*) THE FOREGOING STATEMENT. I STATE THAT THE ANSWERS MADE THEREIN BY ME ARE TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND BELIEF AND THAT THIS STATEMENT IS A FULL, TRUE, AND CORRECT RECORD OF MY STATEMENTS GIVEN TO THE BELOW NAMED OFFICER OF THE IMMIGRATION AND NATURALIZATION SERVICE. I HAVE INITIALED EACH PAGE OF THIS STATEMENT (AND THE CORRECTION(S) NOTED ON PAGE(S) _____.)

SIGNATURE *Denis Rony*

SUBSCRIBED AND SWORN TO BEFORE ME AT *Miami, Florida*
ON THIS __21__ DAY OF *October*, 1980.

_____
OFFICER, UNITED STATES IMMIGRATION
AND NATURALIZATION SERVICE

_____
INTERPRETER IN THE *Creole* LANGUAGE

RECORD OF SWORN STATEMENT

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

-AVIS-

Çi ou Çe ou ayicien ki kitté Haiti Paseke yo tap persekité ou, pou taite rasse ou, massionalité ou, ou byien passé ou té fe pati de ou group sossial, ou politik, ci ou pé tounin en Haiti pou toute rézon ca you ou guin doua mandé azil politik ozétazini.

Gin ou lousa immigration ki fek paret, ki di, si yap déporté ou, si yap exclu, ou guin doua presenté ka-ou devan jije imigrassion, e fo li tande touté ça ou gin poudi, si ou gin témouin, jounal, let tout bagaye ki ta-kab éde ou lan ka-ou. Ou guin doua pou min nin avoka ou byien n'impote moune, ki gin doua pléde coze ou. Ou kab rempli aplicassion pou azile politik ou mim, epi voye li pa la poste pou imigration lan addresse ci la:

Room 100
155 South Miami Avenue
Miami, Florida    33130

Ou byien ou kab pote-li oumim lan ofisse imigrassion ou gin doua pou pren you avor ci ou pa guinyin lajan pou peye avoka, gin-yin koté ou kab ale pou you éde ou, youne lan agensse ci-la you apé pren ka-ou gratis.

Legal Services of Greater Miami
1393 S.W. 1st Street
Miami, Florida
Telephone: 579-5757

Haitian Refugee Center
7610 Biscayne Boulevard
Miami, Florida
Telephone: 756-0353

I certify that the aforementioned has been read to the subject in the Creole dialect.

_____
CREOLE INTERPRETER

A copy of the above has been furnished the subject in both the Creole and English language on _____10/21/80_____.



APPLICANT

LEAVE BLANK

TYPE OR PRINT ALL INFORMATION IN BLACK

Denis, Rony —

SIGNATURE OF PERSON FINGERPRINTED
X Rony Denis

ALIASES AKA

ORI FLINSMM00
USINS
MIAMI, FL

RESIDENCE OF PERSON FINGERPRINTED
1360 N.W. 1st street
Del Ray Beach, FL 33444

DATE
4/2/8

SIGNATURE OF OFFICIAL TAKING FINGERPRINTS
PRIVATE IMMIGRATION AGENCY

CITIZENSHIP CTZ
Haitian

YOUR NO. OCA

DATE OF BIRTH DOB
Month 8  Day 23  Year 59

PLACE OF BIRTH POB
Haiti

SEX M  RACE B  HGT. 5'8"  WGT. 160  EYES BK  HAIR BK

EMPLOYER AND ADDRESS
sir Electric Co.
Fort. Lauderdale FL

FBI NO. FBI

ARMED FORCES NO. MNU

CLASS

LEAVE BLANK

REASON FINGERPRINTED
14-1671
Recedency.

SOCIAL SECURITY NO. SOC
590-0-1294

MISCELLANEOUS NO. MNU
24-108/98

REF.

1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY

RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY

| FBI #: | |
|---|---|
| State ID: | |
| TCN: | 00000000009892575108 |
| Last Name: | DENIS |
| First Name: | RONY |
| Middle Name: | |

Response:

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*    FEDERAL DEOXYRIBONUCLEIC ACID (DNA) INDICATOR    *

*

*    DNA NOT IN CODIS - COLLECT DNA      *

*

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

*Denis, Rony*

NCN E2025077000000375013 SID    OCA 9892575073
DENIS,RONY
SEX M  RAC U  HGT 000  DOB 1920/01/01
  USVISIT0Z US VISIT/CRED RISK
       ROCKVILLE MD     2025/03/18
  A SEARCH OF THE FINGERPRINTS ON THE ABOVE
INDIVIDUAL HAS REVEALED NO PRIOR ARREST
DATA.    CJIS DIVISION
2025/03/18   FEDERAL BUREAU OF INVESTIGATION

NBICE0200
US IMMIG CUSTOMS ENFORCE
ICE ERO
1717 AVE H E
OMAHA,NB 68110-2752

Denis - orig A file -0054

Denis - orig A file -0055

  

## No candidate found for the below searched subject.

**Type:** IDENT
**ID:** 25433666
**Start:** 12:02:02 PM 03/18/2025
**End:** 12:02:39 PM 03/18/2025
**Duration:** 00:00:37

**Last Name:** DENIS
**First Name:** RONY
**Middle Name:** N/A
**Gender:** M    **Date of Birth:** N/A