EXHIBIT NO.

CASE NO.

vs.

MARKED FOR IDENTIFICATION

FILED IN EVIDENCE

JOHN TRIPLETT, CLERK OF COURT

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB #1115-0009
**Application for Naturalization**

## START HERE - Please Type or Print

## Part 1. Information about you.

Family Name: *DENIS*
Given Name: *RONY*
Middle Initial:

U.S. Mailing Address - Care of:
Street Number and Name: *15004 WASHINGTON AVE S.W.  P.O. BOX 92314*
*SAME*
Apt.:

City: *TACOMA*
County: *PIERCE*

State: *WA*
ZIP Code: *98492-0314*

Date of Birth (month/day/year): *08/24/63*
Country of Birth: *HAITI*

Social Security #: *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*
A #: *D73-448-854*

## Part 2. Basis for Eligibility (check one).

a. ☐ I have been a permanent resident for at least five (5) years.
b. ☒ I have been a permanent resident for at least three (3) years and have been married to a United States Citizen for those three years.
c. ☐ I am a permanent resident child of United States citizen parent(s).
d. ☐ I am applying on the basis of qualifying military service in the Armed Forces of the U.S. and have attached completed Forms N-426 and G-325B.
e. ☐ Other. (Please specify section of law) _____

## Part 3. Additional information about you.

Date you became a permanent resident (month/day/year): *07/14/98*
Port admitted with an immigrant visa or INS Office where granted adjustment of status: *SEATTLE WASHINGTON*

Citizenship: *Haiti - ①*

Name on alien registration card (if different than in Part 1): *N/A*

Other names used since you became a permanent resident (including maiden name): *N/A*

Sex: ☒ Male ☐ Female
Height: *5'6*
Marital Status: ☐ Single ☒ Married ☐ Divorced ☐ Widowed

Can you speak, read and write English? ☐ No ☒ Yes

**Absences from the U.S.:**

Have you been absent from the U.S. since becoming a permanent resident? ☒ No ☐ Yes

If you answered **"Yes"**, complete the following. Begin with your most recent absence. If you need more room to explain the reason for an absence or to list more trips, continue on separate paper.

| Date left U.S. | Date returned | Did absence last 6 months or more? | Destination | Reason for trip |
|---|---|---|---|---|
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |

Form N-400 (Rev. 07/17/91)N

**Continued on back.**

### FOR INS USE ONLY

Returned:
Receipt:

Resubmitted:

Reloc Sent:

Reloc Rec'd:

☐ Applicant Interviewed

At interview
☐ request naturalization ceremony at court

Remarks: *See right side of file; G325B etc. Wife with applicant asked few questions. PL 2-20-02*

Action: **APPROVED** I.N.S. DISTRICT DIRECTOR
FEB 2? 2002
Recommended by:
SEA 12356

MAY 14 '01 -7:00 AM 1255

LIN*000321670
LIN*000346185
05/17/2001

To Be Completed by Attorney or Representative, if any
☐ Fill in box if G-28 is attached to represent the applicant
VOLAG#
ATTY State License #

Imposter A file - 0001

*Continued on back*

## Part 7. Additional eligibility factors.

Please answer each of the following questions. If your answer is **"Yes"**, explain on a separate paper.

1. Are you now, or have you ever been a member of, or in any way connected or associated with the Communist Party, or ever knowingly aided or supported the Communist Party directly, or indirectly through another organization, group or person, or ever advocated, taught, believed in, or knowingly supported or furthered the interests of communism? ☐ Yes ☒ No

2. During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit of the Nazi party or SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:

   a. The Nazi Government of Germany? ☐ Yes ☒ No

   b. Any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany? ☐ Yes ☒ No

3. Have you at any time, anywhere, ever ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion? ☐ Yes ☒ No

4. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces? ☐ Yes ☒ No

5. Have you ever failed to comply with Selective Service laws? ☐ Yes ☒ No

   If you have registered under the Selective Service laws, complete the following information:

   Selective Service Number:_____ Date Registered:_____

   If you registered before 1978, also provide the following:

   Local Board Number:_____ Classification:_____

6. Did you ever apply for exemption from military service because of alienage, conscientious objections or other reasons? ☐ Yes ☒ No

7. Have you ever deserted from the military, air or naval forces of the United States? ☐ Yes ☒ No

8. Since becoming a permanent resident, have you ever failed to file a federal income tax return? ☐ Yes ☒ No

9. Since becoming a permanent resident, have you filed a federal income tax return as a nonresident or failed to file a federal return because you considered yourself to be a nonresident? ☐ Yes ☒ No

10. Are deportation proceedings pending against you, or have you ever been deported, or ordered deported, or have you ever applied for suspension of deportation? ☐ Yes ☒ No

11. Have you ever claimed in writing, or in any way, to be a United States citizen? *Never Registered, nor voted* ☐ Yes ☒ No

   ②

12. Have you ever:

    a. been a habitual drunkard? ☐ Yes ☒ No

    b. advocated or practiced polygamy? ☐ Yes ☒ No

    c. been a prostitute or procured anyone for prostitution? ☐ Yes ☒ No

    d. knowingly and for gain helped any alien to enter the U.S. illegally? ☐ Yes ☒ No

    e. been an illicit trafficker in narcotic drugs or marijuana? ☐ Yes ☒ No

    f. received income from illegal gambling? ☐ Yes ☒ No

    g. given false testimony for the purpose of obtaining any immigration benefit? ☐ Yes ☒ No

13. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution? ☐ Yes ☒ No

14. Were you born with, or have you acquired in same way, any title or order of nobility in any foreign State? ☐ Yes ☒ No

15. Have you ever:

    a. knowingly committed any crime for which you have not been arrested? ☐ Yes ☒ No

    b. been arrested, cited, charged, indicted, convicted, fined or imprisoned for breaking or violating any law or ordinance excluding traffic regulations? *Article 15 Military (Nolont Marcial)* ☒ Yes ☐ No

( If you answer yes to 15, in your explanation give the following information for each incident or occurrence the **city**, **state**, and **country**, where the offense took place, the **date** and **nature** of the offense, and the **outcome** or **disposition** of the case.) *In the military I received a Non judicial punishment Article 15*

## Part 8. Allegiance to the U.S.

If your answer to any of the following questions is "NO", attach a full explanation:

1. Do you believe in the Constitution and form of government of the U.S.? ☒ Yes ☐ No

2. Are you willing to take the full Oath of Allegiance to the U.S.? (see instructions) ☒ Yes ☐ No

3. If the law requires it, are you willing to bear arms on behalf of the U.S.? ☒ Yes ☐ No

4. If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the U.S.? ☒ Yes ☐ No

5. If the law requires it, are you willing to perform work of national importance under civilian direction? ☒ Yes ☐ No

*Continued on back*





## THE UNITED STATES OF AMERICA

No. 26672663

### CERTIFICATE OF NATURALIZATION



*Personal description of holder as of date of naturalization:*

*I N S Registration No.*  **A073448854**

*I certify that the description given is true, and that the photograph affixed hereto is a likeness of me.*

*Date of birth:*  **AUGUST 24, 1963**

*Sex:*  **MALE**

*Height:*  **5** *feet*  **6** *inches*

........................................................................
*(Complete and true signature of holder)*

*Marital status:*  **MARRIED**

*Be it known that, pursuant to an application filed with the Attorney General*

*Country of former nationality:*  **HAITI**

*at:*  **SEATTLE, WASHINGTON**

*The Attorney General having found that:*

**RONY DENIS**



*then residing in the United States, intends to reside in the United States when so required by the Naturalization Laws of the United States, and had in all other respects complied with the applicable provisions of such naturalization laws and was entitled to be admitted to citizenship, such person having taken the oath of allegiance in a ceremony conducted by the*

**U.S. IMMIGRATION AND NATURALIZATION SERVICE**

*at:*  **SEATTLE, WASHINGTON**      *on:*  **FEBRUARY 20, 2002**

*that such person is admitted as a citizen of the United States of America.*

IT IS PUNISHABLE BY U. S. LAW TO COPY,
PRINT OR PHOTOGRAPH THIS CERTIFICATE,
WITHOUT LAWFUL AUTHORITY.

*Commissioner of Immigration and Naturalization*

### DEPARTMENT OF JUSTICE

FORM N-550 REV. 6-91

Imposter A file - 0004

AR# *A 73448854*

Date *2-20-02*

*Rony Denis*

You are hereby notified to appear for a Naturalization Oath Ceremony on: *Wednesday, February 20, 2002*

at:
> UNITED STATES DEPARTMENT OF JUSTICE
> Immigration and Naturalization Service
> 815 Airport Way South
> Seattle, Washington 98134

Please report promptly    ~~3:00~~ P.M.    *4:30 Pm*

You must being the following with you:

☐ This letter, WITH ALL IF THE QUESTIONS ON THE OTHOR SIDE ANSWERED IN INK OR ON A TYPEWRITER.

☐ Alien Registration Card.

☐ Reentry Permit, or Refugee Travel Document.

☐ Any Immigration documents you may have

☐ If the naturalization application is on behalf of your child (children), bring your child (children).

☐ Other

Proper attire should be worn.

If you cannot come to this ceremony return this notice immediately and state why you cannot appear. In such case you will be sent another notice of a ceremony at a later date. You must appear at an oath ceremony to complete the naturalization process.

Form N-445 (Rev. 1/8192)                    (SEE OTHER SIDE)

After you have answered every question, sign your name and fill in the date and place of signing, and provide your current address.

You must bring this completed questionnaire with you to the oath ceremony, as well as the documents indicated on the front, and give them to the immigration employee at the oath ceremony. You may be questioned further on your answers at that time.

| AFTER the date you were first interviewed on your Application for Naturalization, Form N-400: | ANSWERS |
|---|---|

1. Have you married, or been widowed, separated, or divorced? (If "Yes" please bring documented proof of marriage, death, separation or divorce.)  1.☐ Yes  ☒ No

2. Have you traveled outside the United States?  2.☐ Yes  ☒ No

3. 3. Have you knowingly committed any crime or offense, for which you have not been arrested; or have you been arrested, cited, charged, indicted, convicted fined, or imprisoned for breaking or violating any law or ordinance, including traffic violations  3.☐ Yes  ☒ No

4. Have you joined any organization, including the Communist Party, or become associated or connected therewith in any way  4.☐ Yes  ☒ No

5. Have you claimed exemption from military service?  5.☐ Yes  ☒ No

6. Has there been any change in your willingness to bear arms on behalf of the United States; to perform noncombatant service . in the armed forces of the United States; to perform world of national importance under civilian direction, if the law requires it?  6.☐ Yes  ☒ No

7. Have you practiced polygamy; received income from illegal gambling; been a prostitute, procured anyone for prostitution or been involved in any other unlawful commercialized vice; encouraged or helped any alien to enter the United States illegally; illicitly trafficked in drugs or marihuana; given any false testimony to obtain immigration benefits; or been a habitual drunkard?  7.☐ Yes  ☒ No

I certify that each oath answers shown above were made by me or at my direction, and that they are true and correct.

Signed at ___SeAttle  WAshington___, on __2/20/02____

(City and State)                        (Date)

X _____   15004 WAShington AVE S.W. TAComA, WA 98492

(Full Signature)                        (Full Address and ZIP Code)

Authority for collection of the information requested on form N-445 is contained in Sections 101(f), 316, 332, 335 and 336 of the Immigration and Nationality Act (8 U.S.C. 1101 (f), 1427, 1443, 1446 and 1447). Submission of the information is voluntary. The principal purposes for requesting the information are to enable examiners of the Immigration and Naturalization Service to determine an applicant eligibility for naturalization. The information requested may, as a matter of routine use, be disclosed to naturalization courts and to other federal, state, local or foreign law enforcement and regulatory agencies, the Department of Defense, including any component thereof, the Selective Service System, the Department of State, the Department of the Treasury, the Department of Transportation, Central Intelligence Agency, Interpol and individuals and organizations in the processing of any application for naturalization, or during the course of investigation to elicit further information required by the Immigration and Naturalization Service to carry out its functions. Information solicited which indicates a violation or potential violation of law, whether civil, criminal, or regulatory in nature, may be referred, as a routine use, to the appropriate agency, whether federal, state, local or foreign, charged with the responsibility of investigating, enforcing or prosecuting such violations. Failure to provide all or any of the requested information may result in a denial of the application for naturalization.

Public Reporting burden for this collection of information is estimated to average 5 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. Send comments regarding this burden estimate or any other aspect of this collection of information, including suggestions for reducing this burden to: U.S. Department of Justice, Immigration and Naturalization Service, (Room 5304), Washington DC 20536; and to the Office of Management and Budget, Paperwork Reduction Project: OMB No. 1115-OO52,; Washington, DC 20SO3

*U.S. GPO: 1992-312-328/51138

**Department of Justice**
Immigration and Naturalization Service      **Certificate Preparation Sheet And Oath Declaration**

**A #**      A 073 448 854          **Daytime Phone #**      (253) 279-4906

**NAME** (If name Change, **ENTER** new Name):      **Check BOX if there is a change of name:** ⟶ ☐

RONY

**(FIRST)**

**(MIDDLE)**

DENIS

**(LAST)**

**Date of birth:**      08/24/1963          **(Check Sex)**   MALE:   X

                                                          FEMALE:   ☐

**Month/Day/Complete Year**

**Height:**   5   6   **Marital Status; Enter "S" Single, "M" Married, "D" Divorced, or "W" Window(er):** ⟶  M

   **(Feet)   (Inches)**

**Country of Former Nationality:**      Haiti

**(Enter Actual name of Country)**

## Oath of Allegiance

**I HEREBY DECLARE, on oath, that I absolutely and entirely renounce and abjure all allegiance and fidelity to any foreign prince, potentate, state, or sovereignty of whom or which I have heretofore been a subject or citizen; that I will support and defend the Constitution and the laws of the United States of America against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I will bear arms on behalf of the United States when required by the law; that I will perform noncombatant service in the Armed Forces of the United States when required by the law; that I will perform work of national importance under civilian direction when required by the law; and that I take this obligation freely without any mental reservation or purpose of evasion; SO HELP ME GOD.**

**In acknowledgment whereof I have hereunto affixed my signature.**

_Rony Denis_                    2/20/02

**Applicant's Signature (name change)**          **Date**

Form N-649 (Rev. 11/1/98)



Imposter A file - 0007

U.S. Department of Justice
Immigration and Naturalization Service

# Naturalization Interview Results

A # 7 3 4 4 9 8 5 4

On 2 /20 /2002 , you were interviewed by an INS Officer, Lalic , DAO/SEA.

☑ You passed the test of English and U. S. history and government.

☐ You passed the test of U. S. history and government and the English language requirement was waived.

☐ The Service has accepted your request for a Disability Exemption. You are exempted from the requirement to demonstrate English language ability and/or knowledge of U. S. history and government.

☐ You will be given another opportunity to be tested on your ability to ☐ speak / ☐ read / ☐ write English.

☐ You will be given another opportunity to be tested on your knowledge of U. S. history and government.

☐ Please follow the instruction on the Form N-14.

☐ INS will send you a written decision about your application.

☐ You did not pass the second and final test of your ☐ English ability / ☐ knowledge of U. S. history and government. You will not be rescheduled for an another interview for this N-400. INS will send you a written decision about your application.

A) ☒ **Congratulation! Your application has been recommended for approval.** At this time, it appears that you have established your eligibility for naturalization. If final approval is granted, your will be notified when and where to report for the Oath Ceremony.

B) ☐ **A decision can not yet be made about your application.**

It is very important that you:
○ Notify INS if you change your address.
○ Come to any scheduled interview.
○ Submit all requested documents.
○ Send any questions about this application in writing to the officer named above. Include your full name, A-number, and a copy of this paper.
○ Go to any oath ceremony that you are scheduled to attend.
○ Notify INS as soon as possible in writing if you can not come to any scheduled intervic or oath ceremony. Include a copy of this paper and a copy of the scheduling notice.

N-652(Rev. 12/7/99)Y

2

# ⑩ **Washington Mutual**

THE FEE FOR EACH OVERDRAWN ITEM,                              TO REACH CUSTOMER SERVICE, PLEASE CALL
WHETHER PAID OR RETURNED, IS $22.00.                          TELEPHONE BANKING AT 1-800-756-8000.

                                                                             77,078

                                              17-X

        RONY DENIS OR
        MARJORIE R DENIS                                              STATEMENT PERIOD:
        PO BOX 92314                                                    FROM  12-28-01
        LAKEWOOD WA 98492-0314                                         THRU  01-28-02

                                                                                                    0

        PLEASE SEE THE ENCLOSED IMPORTANT INFORMATION ABOUT ACCOUNTS AND SERVICES FOR NEWS ABOUT
        CHANGES TO WASHINGTON MUTUAL ACCOUNTS, FEES AND SERVICES.  IF YOU HAVE FURTHER QUESTIONS,
        PLEASE VISIT YOUR FINANCIAL CENTER OR CALL TELEPHONE BANKING.

| FREE CHECKING | WASHINGTON MUTUAL BANK | FDIC INSURED |
|---|---|---|

RONY DENIS OR
MARJORIE R DENIS                              ACCOUNT NUMBER:    504-311699-7

                                             OVERDRAFT LIMIT        1,000.00
                                    SUBJECT TO A PER ITEM OVERDRAFT TRANSACTION CHARGE

| BEGINNING BALANCE | TOTAL WITHDRAWALS | TOTAL DEPOSITS | ENDING BALANCE |
|---|---|---|---|
| 151.41 | .00 | .00 | 151.41 |

                                             YTD INTEREST PAID   :        .00
                                             YTD INTEREST WITHHELD:       .00

IS Naturalization Testing (CLAIMS
English Writing Proficiency

RONY  DENIS
Alien Number: A073448854
Application Number: LIN*000346185

**Writing Sample:**
I go to work every day.

*I go to work Every day*

RONY  DENIS

(Date) 2/20/02

**NS Naturalization Testing (CLAIMS)**
English Reading Proficiency

RONY DENIS
Alien Number: A073448854
Application Number: LIN*000346185

## Reading Sample:

He came to live with his brother.

RONY DENIS

2/20/2002
(Date)





NAME DENIS, RONY
INS#
Birthdate     Country     Sex
08/24/98                  M
Country of Birth
Haiti
CARD EXPIRES 07/14/08
Resident Since 07/14/98

C1USA0734488542LIN9822150915<<
6308247M0807140HTI<<<<<<<<<<<0
DENIS<<RONY<<<<<<<<<<<<<<<<<<



Imposter A file - 0012

**PERMANENT RESIDENT CARD**

The person identified by this card is authorized to work and reside in the U.S.



MISSOURI

# BIRTH CERTIFICATION

DATE FILED **JANUARY 05 1967**       STATE FILE NUMBER **124-66-077613**

CHILD NAME                SEX         DATE OF BIRTH        COUNTY OF BIRTH

**MAJORIE MIA ROBERTSON     FEMALE DECEMBER 25 1966   ST. LOUIS CITY**

MOTHER MAIDEN NAME        MOTHER AGE          MOTHER STATE OF BIRTH

**ARDER M ROBERTSON           26              ILLINOIS**

FATHER NAME               FATHER AGE          FATHER STATE OF BIRTH

THIS IS A TRUE CERTIFICATION OF NAME AND BIRTH FACTS RECORDED IN THIS OFFICE.

*Garland H. Land*

Garland H. Land
State Registrar of Vital Statistics

**ISSUED BY: ST. LOUIS CITY**                    **OCTOBER 03 1995**

DATE ISSUED



THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATION.



Imposter A file - 0014



## OFFICE OF
## RECORDER OF DEEDS

**STATE OF MISSOURI,**
CITY OF ST. LOUIS    S.S.

This License authorizes any Judge of Court of Record or any Magistrate, or any Licensed or Ordained Preacher of the Gospel, who is a citizen of the United States, or who is a resident of and a Pastor of any Church in this State, to solemnize marriage between

Mr. RONY DENIS

of _____ SAINT LOUIS _____ State of MISSOURI

who is OVER the age of eighteen years and

M MARJORIE MIA ROBERTSON

of _____ SAINT LOUIS _____ State of MISSOURI

who is OVER the age of eighteen years.

**Witnesses To Above Marriage Ceremony**

_Timothy L. Joster_

_L. S. Duncan_

_Timothy H. Leminster_

**Witness** my hand as Recorder with the seal of office hereto affixed at my office in the CITY OF ST. LOUIS, this 16th day of February 19 88

_Sharon Quigley Carpenter_
RECORDER

_Anita Passinger_
MARRIAGE LICENSE CLERK

**STATE OF MISSOURI,**
CITY OF ST. LOUIS    S.S.

**This is to Certify,** that the undersigned

PASTOR

did, at St. _____ in the State of Missouri, on the 20th day of February 19 88, unite in marriage the above named persons.

The person performing the marriage ceremony will please print his name under his signature and the address of his office, church or residence. This license must be returned to the office of Recorder of Deeds, by the person solemnizing the marriage, within ten days after the ceremony.

_Rev. R. C. Blumenthal_

Rev. R. C. BLUMENTHAL

1123 HOLLY HILLS, St. Louis, Mo. 63111

**The Law requires this marriage license should be returned after the marriage is solemnized and if not used return same to Recorder of Deeds office, St. Louis, MO**

VOID AFTER 30 DAYS

Imposter Afile_0015j

State of Missouri, }
City of St. Louis, } ss.

# 866109

I, the undersigned Recorder of Deeds for said City and State, do hereby certify that the foregoing is a

true copy of the MARRIAGE LICENSE and CERTIFICATE of MARRIAGE of _____ Roy _____ Robertson

_____ Louis _____ and _____ Marjorie Smith _____ together with the

date of filing and recording thereof, as the same remains of record in my office in Marriage Record (License)

Book No. 250 at page 136 and I further certify that I am the legal custodian of said Marriage Record

WITNESS my hand and official seal, this _____ 27th

day of _____ September _____ A. D. 19 90

_____ Margaret Dudley _____

Imposter A file - 0016



FORM 88

# Circuit Court, City of St. Louis

MARJORIE M. DAVIS

vs. { No. 873-03985 Room #14

MARLOWE S. DAVIS

DECREE OF DISSOLUTION OF MARRIAGE

STATE OF MISSOURI )
                  ) SS.
CITY OF ST. LOUIS )

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS

( DOMESTIC RELATIONS DIVISION )

Friday, January 29th, 1988

873-03985        In re:        )
                               )
the Marriage of                )
                               )
MARJORIE M. DAVIS              )
        PETITIONER,            )
                               )
AND                            )
                               )
MARLOWE S. DAVIS               )
        RESPONDENT.            )

DECREE OF DISSOLUTION

This cause was heretofore called on this 29th day of January, 1988.  The Petitioner in person and by attorney and the Respondent also in person and by attorney.

This Court having considered the record, the testimony, and the evidence adduced and entered into the record, now finds:

The Petitioner has been a resident of Missouri for ninety days next preceding the commencement of this action and that thirty days have elapsed since the filing of the petition, and therefore, this Court has jurisdiction over the subject matter and the parties in this cause.

That the parties were married on the 6th day of September, 1986, in the City of St. Louis, State of Missouri, and said marriage was registered at St. Louis, Missouri.

That the parties were separated on or about the 8th day of October, 1987.

That the Petitioner is not now pregnant.

That there remains no reasonable likelihood that the marriage can be preserved, and, therefore, the marriage is irretrievably broken.

That there is not a separation agreement filed and admitted into evidence.

That there is no necessity to award maintenance to Petitioner.

That there is not identifiable separate property belonging to either party that the Court must consider, distribute, or otherwise make the subject of this decree.

That there is marital property for the Court to divide, the aggregate value of which is $800.00 Dollars.

WHEREFORE, THE COURT ORDERS, ADJUDGES AND DECREES THAT:

The marriage of Petitioner and Respondent be and is hereby dissolved.

Petitioner's Social Security No. 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.

Respondent's Social Security No. 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.

That the Petitioner's former name of "MARJORIE M. ROBERTSON" be restored to her.

There is marital property over which the Court has jurisdiction. That the marital property is awarded as follows:

That PETITIONER have and recover any and all interest of RESPONDENT in the marital property listed below:

- 2 -

Personal property now in her possession.

That RESPONDENT have and recover any and all interest of PETITIONER in the marital property listed below:

Personal property now in his possession.

Petitioner to pay Court costs.

Other orders:  Respondent to pay to Petitioner one-half of the Court costs.

--------------------

#14/lu

Imposter A file - 0020

STATE OF MISSOURI
CITY OF ST. LOUIS } ss.

I, **FREEMAN R. BOSLEY, JR.**, CLERK OF THE CIRCUIT COURT, CITY OF ST. LOUIS, within and for the City and State aforesaid (said Court being a Court of Record, having a Clerk and official Seal), do hereby certify that the annexed and foregoing is a full, true and complete copy of the original. Decree of Dissolution of Marriage rendered Friday, January 29, 1988.

in the cause aforesaid, as fully as the same remains among the records and files of said Court in my office.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court, at office, in the City of St. Louis,

this ___2nd___ day of _____February_____ 19 88



FREEMAN R. BOSLEY, JR.
CLERK, CIRCUIT COURT

By _____
                                                    Deputy

# BIRTH CERTIFICATION

DATE FII  **JANUARY 05 1967**

STATE FILE NUMBER   **124-t6-C77613**

CHILD NAME

**MAJORIE MIA ROBER 'SON**

MOTHER MAIDEN NAME

**ARDER M ROBERTSON**

FATHER NAME

SEX    DATE OF BIRTH    COUNTY C⁼ BIR

**FEMALE DECEMBER 25 1966   ST. LOUIS**

MOTHER AGE

**26**

FATHER AGE

MOTHER STATE OF BIRTH

**ILLINOIS**

FATHER STATE OF BIRTH

THIS IS A TRUE CERTIFICATION OF NAME AND BIRTH FACTS RECORDED IN THIS OFFICE.

*Garland H. Land*

Garland H. Land

State Registrar of Vital Statistics

**ISSUED BY: ST. LOUIS CITY**

**OCTOBER 03 1995**

DATE ISSUED

THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATION.

---

M   **MARJORIE MIA ROBERTSON**

of _____ SAINT LOUIS _____ State of MISSOURI

who is OVER _____ the age of eighteen years.

Witnesses To Above
Marriage Ceremony

**Witness** my hand as Recorder with the seal of office hereto affixed at my office in the CITY OF ST. LOUIS, this 16th day of February 19 88

*Sharon Tingley Carpenter*
RECORDER

*Anita Vassinger*
MARRIAGE LICENSE CLERK

**STATE OF MISSOURI**   S.S.
CITY OF ST. LOUIS

**This is to Certify**, that the undersigned

PASTOR

did, at _____ St. _____ in the State of Missouri, on the 20th day of

February _____ 19 88 _____ unite in marriage the above named persons.

The person performing the marriage ceremony will please print his name under his signature and the address of his office, church or residence. This license must be returned to the office of Recorder of Deeds, by the person solemnizing the marriage, within ten days after the ceremony.

5/11/01

To Whom It May Concern:

According To IRS Tax laws I do not make enough money To File for Income Tax Return. I'am presently working for a NON-profit organization as a minister/volunteer. I only Receive expense Reimbursement and offering in the Amount of $100.00 to $125.00 from Time to Time. I was told by an H&R Block Tax preparer that I did meet the Requirement for Tax Return. For more information Please Call    253-279 4902    Rev. H.S. Virgo
253 - 576 - 6828

Rory Denis



To Whom it May Concern:                                    5/11/01

1/ In Response to Question 15. I do not Know How
To answer it. I Have never been arrested prosecuted
convicted by a court of law or a Jury for any
Crime. However while Serving in the Military I
received a NON Judicial punishment (Article 15) For
disobedience. I do not Remember the exact Reason or the
Date of the incident.

2/ Also in the Military One Night While partying
as young Soldiers usually do I was involved in a
disputation with some fellow Soldiers. The military
police Came, investigated the incident. No Charges
Were Made against me or any one Else involved.
There was no Violence involved, or Crime Committed
we Were Just Having fun. I Do not Remember
the exact Time and date of the incident. I Have never
been in Jail for any Length of Time.

[signature]

(18)

**Pull To Open**




**FOR PICKUP CALL 1-800-222-1811**

7099 3400 0015 8337 3789

U.S. POSTAGE
PAID
GRAHAM, WA
98338
MAY 11.01
AMOUNT
$6.90
00011626-12

UNITED STATES POSTAL SERVICE

0000

68501

---

**UNITED STATES POSTAL SERVICE ®**

www.usps.com

---

**HOW TO USE:**





**1. COMPLETE ADDRESS LABEL AREA**
Type or print required return address and addressee information in customer block (white area) or on label (if provided).



**2. PAYMENT METHOD**
Affix postage or meter strip to area indicated in upper right hand corner.



**3. ATTACH LABEL (if provided)**
Remove label backing and adhere over customer address block area (white area).



**PRIORITY MAIL**

UNITED STATES POSTAL SERVICE ®

www.usps.com

**From:** Reny Denis
15004 Washington Ave. SW.
P.O. Box 92314
Tacoma, WA 98492

**TO:** US INS
850 "S" Street
P.O. Box 87400
Lincoln, NE 68501-7400

**RETURN RECEIPT**

Imposter A file - 0025

**UNITED STATES DEPARTMENT OF JUSTICE**

**IMMIGRATION AND NATURALIZATION SERVICE**

# COVER SHEET

# RECORD
# OF
# PROCEEDING

This is a permanent record of the Immigration and Naturalization Service. Any part of this record that is removed MUST BE RETURNED after it has served its purpose.

## INSTRUCTIONS

1. Place a separate cover sheet on the top of each Record of Proceeding.

2. Each Record of Proceeding is to be fastened on the inner left side of the file jacket in chronological order.

3. Any person temporarily removing any part of this record must make, date, and sign a notation to this effect which is to be retained in this record, below the cover sheet. The signer is responsible for replacing the removed material as soon as it has served its purpose.

4. See AM 2710 for detailed instructions.

M-175 (Rev. 10-28-69)     Imposter "A" file-9029     *U.S. Government Printing Office: 2000 — 462-044/00005

RONY DENIS
15004 WASHINGTON AVE SW
TACOMA WA 98498

RONY DENIS
15004 WASHINGTON AVE SW
TACOMA WA 98498



08/13/1998   LIN-98-221-50915  LINRCN01



08/13/1998   LIN-98-221-50915  LINRCN01

LIN-98-221-50915
I-181

**U.S. DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service

Memorandum of Creation of Record
of Lawful Permanent Residence

| Place | SEA |
|---|---|
| File No. | A 73 448 854 |

Status as a lawful permanent resident of the United States is accorded:

| Name In Care Of | RONY DENIS | | Sex X Male  2 Female | Date of Birth (Month/Day/Year) 08/24/63 |
|---|---|---|---|---|

| Street Address Apt. No. City, State, Zip | 15004 WASHINGTON SW AVE  TACOMA, WA 98498  *AVE SW* | City of Birth DUVALION VILL | Country of Birth HAITI |
|---|---|---|---|

| | Country of Nationality HAITI | Country of Last Residence HAITI |
|---|---|---|

| Marital Status  1 □ Single   X Married  3□ Widowed  4□ Divorced  5 □ Separated | Occupation SWK | N/I Class at time of Adj. | Year Adm. to U.S. or Year of Change to Present NI Class (whichever most recent) 80 |
|---|---|---|---|

| Priority Date (Month/Day/Year) | Preference (If any) | Country to Which Chargeable (If any) |
|---|---|---|

| Section 212 (a) (14)  Labor Certification   1 □ Applicable-Submitted   3 □ Not Applicable  XX | | Mother's First Name MARIE SOLONGE | Father's First Name ARNOLD |
|---|---|---|---|

| Last NIV Issued at (U.S. Consulate Post) | Date of Issuance of Last NIV | Number of Last NIV | Classification of Last NIV |
|---|---|---|---|

Under the following provision of law

□ Public Law 95-412
□ Public Law 96-212
□ Private Law No. _____
of the ___ Congress ___ Session

□ Sec. 209 (a) of the I & N Act
□ Sec. 209 (b) of the I & N Act
□ Sec. 244 ( ) ( ) of the I & N Act
X Sec. 245 of the I & N Act

□ Sec. 249 of the I & N Act
□ Sec. 1 of the Act of 11/2/66
□ Sec. 13 of the Act of 9/11/57
□ Sec. 214 (d) of the I & N Act

□ Other law (Specify)

As of __7 - 14 - 98__   at                    SEA
      *(Month)* *(Day)* *(Year)*

PORT OF ENTRY FOR PERMANENT RESIDENCE

Class of admission *(Insert Symbol)* ____IR6____   **IR-6**

REMARKS

RECOMMENDED BY: *(Immigration Officer)*        *(Date)*

DATE OF ACTION

DD

DISTRICT

**APPROVED**
I.N.S. DISTRICT DIRECTOR
JUL 1 4 1998
Recommended by:
SEA     9007

## FOR USE BY VISA CONTROL OFFICE

Date _____

Foreign State _____

Preference Category _____

Number _____

Month of Issuance _____

Signed _____
*(Visa Office. Dept. of State)*

08/13/1998  LIN-98-221-50915 LINRCN01

CC: Page 2 Master Index copy sent on _____
CC: Page 3 ADIT and Statistical report copy sent on _____

Form I-181 (Rev 3-1-83) N
Imposter A file - 0028

**1. FILE COPY**

**U.S. DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service

**Memorandum of Creation of Record of Lawful Permanent Residence**

| Place | SEA |
|---|---|
| File No. | A 73 448 854 |

**Status as a lawful permanent resident of the United States is accorded:**

| | | | | |
|---|---|---|---|---|
| **Name In Care Of** | RONY DENIS | | Sex 1☐ Male 2☐ Female | Date of Birth (Month/Day/Year) 08/24/63 |
| **Street Address** | 15004 WASHINGTON SW AVE  AVE SW | | City of Birth DUVALION VILL HAITI | Country of Birth L HAITI |
| **Apt. No. City, State, Zip** | TACOMA, WA 98498 | | Country of Nationality HAITI | Country of Last Residence HAITI |

| Marital Status | 1☐ Single  2☐ Married  3☐ Widowed  4☐ Divorced  5☐ Separated | Occupation SWK | N/I Class at time of Adj. | Year Adm. to U.S. or Year of Change to Present NI Class (whichever most recent) 80 |
|---|---|---|---|---|
| Priority Date (Month/Day/Year) | | Preference (If any) | Country to Which Chargeable (If any) | |

| Section 212 (a) (14) Labor Certification | 1☐ Applicable-Submitted  3☐ Not Applicable | Mother's First Name MARIE SOLONGE | Father's First Name ARNOLD | |
|---|---|---|---|---|
| Last NIV Issued at (U.S. Consulate Post) | Date of Issuance of Last NIV | | Number of Last NIV | Classification of Last NIV |

Under the following provision of law

☐ Public Law 95-412
☐ Public Law 96-212
☐ Private Law No. _____
of the ____ Congress ____ Session

☐ Sec. 209 (a) of the I & N Act
☐ Sec. 209 (b) of the I & N Act
☐ Sec. 244 ( )( ) of the I & N Act
☒ Sec. 245 of the I & N Act

☐ Sec. 249 of the I & N Act
☐ Sec. 1 of the Act of 11/2/66
☐ Sec. 13 of the Act of 9/11/57
☐ Sec. 214 (d) of the I & N Act

☐ Other law (Specify)

As of **7 - 14 - 98**
(Month)  (Day)  (Year)

at **SEA**

Class of admission (Insert Symbol) _____

PORT OF ENTRY FOR PERMANENT RESIDENCE **IR-6**

**REMARKS**

**APPROVED**
I.N.S. DISTRICT DIRECTOR
JUL 14 1998
Recommended by
SEA | 9007

**RECOMMENDED BY:** (Immigration Officer)    (Date)

DATE OF ACTION

DD

DISTRICT

**FOR USE BY VISA CONTROL OFFICE**

Date _____

Foreign State _____

Preference Category _____

Number _____

Month of Issuance _____

Signed _____
(Visa Office. Dept. of State)

CC: Page 2 Master Index copy sent on _____
CC: Page 3 ADIT and Statistical report copy sent on _____

Form I - 181

Imposter A file_0029

**3. FOR ADIT AND STATISTICAL REPORTS**

**U.S. DEPARTMENT OF JUSTICE**
**Immigration and Naturalization Service**

**Memorandum of Creation of Record**
**of Lawful Permanent Residence**

| Place | SEA |
|---|---|
| File No. | A 73 448 854 |

**Status as a lawful permanent resident of the United States is accorded:**

| Name In Care Of | RONY DENIS | Sex 1 ☐ Male 2 ☐ Female | Date of Birth (Month/Day/Year) 08/24/63 |
|---|---|---|---|
| Street Address | AVE SW 15004 WASHINGTON | City of Birth DUVALION VILL HAITI | Country of Birth |
| Apt. No. City, State, Zip | TACOMA, WA 98498 | Country of Nationality HAITI | Country of Last Residence HAITI |

| Marital Status 3 ☐ Widowed | 1 ☐ Single 4 ☐ Divorced | 2 ☐ Married 5 ☐ Separated | Occupation SWK | N/I Class at time of Adj. | Year Adm. to U.S. or Year of Change to Present NI Class (whichever most recent) 80 |
|---|---|---|---|---|---|

| Priority Date (Month/Day/Year) | | Preference (If any) | Country to Which Chargeable (If any) |
|---|---|---|---|

| Section 212 (a) (14) Labor Certification | 1 ☐ Applicable-Submitted | 3 ☐ Not Applicable XX | Mother's First Name MARIE SOLONGE | Father's First Name ARNOLD |
|---|---|---|---|---|

| Last NIV Issued at (U.S. Consulate Post) | Date of Issuance of Last NIV | Number of Last NIV | Classification of Last NIV |
|---|---|---|---|

Under the following provision of law

☐ Public Law 95-412
☐ Public Law 96-212
☐ Private Law No. _____
of the ____ Congress ____ Session

☐ Sec. 209 (a) of the I & N Act
☐ Sec. 209 (b) of the I & N Act
☐ Sec. 244 ( ) ( ) of the I & N Act
☐ Sec. 245 of the I & N Act

☐ Sec. 249 of the I & N Act
☐ Sec. 1 of the Act of 11/2/66
☐ Sec. 13 of the Act of 9/11/57
☐ Sec. 214 (d) of the I & N Act

☐ Other law (Specify)

As of  7 - 14 - 98  at    SEA
    (Month)   (Day)   (Year)

PORT OF ENTRY FOR PERMANENT RESIDENCE

Class of admission (Insert Symbol) _____   IR-6   IR-6

**REMARKS**

APPROVED
I.N.S. DISTRICT DIRECTOR
JUL 1 4 1998
Recommended by:
SEA I 9007

| RECOMMENDED BY: (Immigration Officer) | (Date) | DATE OF ACTION | |
|---|---|---|---|
| | | DD | |
| | | DISTRICT | |

**FOR USE BY VISA CONTROL OFFICE**

Date _____

Foreign State _____

Preference Category _____

Number _____

Month of Issuance _____

Signed _____
(Visa Office, Dept. of State)

CC: Page 2 Master Index copy sent on _____
CC: Page 3 ADIT and Statistical report copy sent on _____

Form I- 181 (Rev. 11-83) N

Imposter A file - 0030

File Number _____

Your application for status as a permanent resident has been retained for processing. You will be notified when further action has been taken in your case. Your request to accept employment has been adjudicated and the result is shown below. This employment authorization is valid only for the time necessary to decide your application for permanent residence.

If you change your address, marital, or employment status notify this office, referring to the above file number. To avoid delay in the processing of your application, please do not call or write to inquire about the current status of your case.

Sincerely yours,

District Director



Form I - 181a (Rev. 3-1-83) N

Imposter A file - 0031

# UNITED STATES DEPARTMENT OF JUSTICE
## IMMIGRATION AND NATURALIZATION SERVICE

REFER TO THIS FILE NO.

A 73 418   834

**Date:**

RONY DENIS

13904 WASHINGTON STREET
TACOMA, WA 98488

**The** processing of the application for adjustment of status to that of permanent resident filed by the above named individual has been completed. A request has **been** forwarded for the allocation of a visa number.

Sincerely yours,

**District Director**

**ATTORNEY**

_____

**U.S. Department of Justice**
Immigration and Naturalization Service

Decision on Application for Naturalization

| Name and Address of Applicant | Refer to this File No. |
|---|---|
| | A73 448 854 |

Rony Denis
PO Box 92314
Tacoma WA  98498

Date: DEC 1 7 1996

## DECISION

On ___11/1/95___ , you ~~appeared~~ applied for an examination on your application for naturalization, which was filed in accordance with:

Section ___328___ of the Immigration and Nationality Act.

Pursuant to the investigation and examination of your application it is determined that you are ineligible for naturalization for the following reason(s):

See attachment.

This decision is made without prejudice toward the filing of a new application in the future.  It is noted that you may be eligible to apply for naturalization again on or after: ___ineligible___ .

If you desire to request a review hearing on this decision pursuant to Section 336(a) of the Act, you must file a request for a hearing within 30 days of the date of this notice.  If no request for hearing is filed within the time allowed, this decision is final.  A request for hearing may be made to the District Director, with the Immigration and Naturalization Service office which made the decision, on Form N-336, Request for Hearing on a Decision in Naturalization Proceeding under Section 336 of the Act, together with a fee of $110.00.  A brief or other written statement in support of your request may be submitted with the Request for Hearing.

Any questions which you have may be answered by the Service office nearest your residence, or at the address shown in the heading to this letter.

Sincerely,

_acting_    District Director

☐ Enclosure(s)

Form N-335 (Rev. 10/24/91) N

Imposter A file - 0033

ATTACHMENT TO N-335                                      A73 448 854

Section 328(a) of the Immigration and Nationality Act, as
amended, states that a person who has served honorably at any
time in the Armed Forces of the United States for a period or
periods aggregating three years, and who, if separated from such
service, was never separated except under honorable conditions,
may be naturalized without having resided, continuously
immediately preceding the date of filing such person's
application, in the United States for at least five years, and in
the State or district of the Service in which the application for
naturalization is filed for at least three months, and without
having been physically present in the United States for a
specified period, if such application is filed while the
applicant is still in the service or within six months after the
termination of such service.

According to your record, you were discharged from the United
States Armed Forces on January 9, 1987. This is over the six
month period listed in Section 328.

Therefore, your application is denied.

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB #1115-0009
Application for Naturalization

## START HERE - Please Type or Print

### Part 1. Information about you.

| | | |
|---|---|---|
| Family Name: DENIS | Given Name: RONY | Middle Initial: NONE |

**U.S. Mailing Address - Care of**

Street Number and Name: 15004 WASHINGTON AVE S W.   P.O. BOX 92314   Apt. #: NONE

City: TACOMA   County: Pierce

State: WASHINGTON   ZIP Code: 98498

Date of Birth (month/day/year): 08 2363   Country of Birth: Haiti

Social Security #: 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   A #: N/A

### Part 2. Basis for Eligibility (check one).

a. ☐ I have been a permanent resident for at least five (5) years

b. ☐ I have been a permanent resident for at least three (3) years and have been married to a United States Citizen for those three years.

c. ☐ I am a permanent resident child of United States citizen parent(s)

d. ☒ I am applying on the basis of qualifying military service in the Armed Forces of the U.S. and have attached completed Forms N-426 and G-325B

e. ☐ Other. (Please specify section of law) _____

### Part 3. Additional information about you.

Date you became a permanent resident (month/day/year): 6/3/96

Port admitted with an immigrant visa or INS Office where granted adjustment of status: SEATTLE, WASHINGTON

Citizenship: Haitian   N/A

Name on alien registration card (if different than in Part 1): SAME   N/A

Other names used since you became a permanent resident (including maiden name): N/A

| Sex: ☒ Male ☐ Female | Height: 5'6 | Marital Status: ☐ Single ☒ Married ☐ Divorced ☐ Widowed |

Can you speak, read and write English? ☐ No ☒ Yes.

**Absences from the U.S.:**

Have you been absent from the U.S. since becoming a permanent resident? ☐ No ☒ Yes

If you answered **"Yes"**, complete the following. Begin with your most recent absence. If you need more room to explain the reason for an absence or to list more trips, continue on separate paper.

| Date left U.S. | Date returned | Did absence last 6 months or more? | Destination | Reason for trip |
|---|---|---|---|---|
| Dec 85 | May 86 | ☐ Yes ☒ No | KOREA | US ARMY |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |
| | | ☐ Yes ☐ No | | |

Form N-400 (Rev 07/17/91)N

Imposter A file - 0035

**Continued on back.**

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|
| | |

Resubmitted

Reloc Sent

1373 004   11/01/95 15:49
N-400   95.00

Reloc Rec'd

☐ Applicant Interviewed

**At interview**
☐ request naturalization ceremony at court

**Remarks**
Section 328c.
§2m

**Action**

**To Be Completed by**
*Attorney or Representative, if any*
☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

FP 11/1/95

## Part 4. Information about your residences and employment.

A. List your **addresses** during the last five (5) years or since you became a permanent resident, whichever is less. Begin with your current address. If you need more space, continue on separate paper:

| Street Number and Name, City, State, Country, and Zip Code | Dates (month/day/year) From | To |
|---|---|---|
| 15004 WASHINGTON AVE S.W. P.O. BOX 92314 TACOMA WA 98498 | OCT 95 | Present |
| 764 BACON RD HINESVILLE GEORGIA 31313 | OCT 92 | OCT 95 |
| 5113 Lafaye St. New Orleans, Louisiana 70122 | Nov 90 | May 92 |

B. List your **employers** during the last five (5) years. List your present or most recent employer first. If none, write "None". If you need more space, continue on separate paper.

| Employer's Name | Employer's Address Street Name and Number - City, State and ZIP Code | Dates Employed (month/day/year) From | To | Occupation/position |
|---|---|---|---|---|
| New Testament Church | P.O. BOX 92314 TACOMA WA 98498 | OCT 95 | Present | FULL TIME PASTOR |
| New Testament Church Church | 764 BACON RD HINESVILLE GA 31313 | OCT 92 | OCT 95 | FULL TIME PASTOR |
| New Testament Church Church | 4119 Iroquois St New Orleans LA | Nov 90 | June 92 | Pastor |
| | | | | |

## Part 5. Information about your marital history.

A. Total number of times you have been married __1__. If you are now married, complete the following regarding your husband or wife.

| Family name DENIS (Maiden) Robertson | Given name MARJORIE | Middle initial |
|---|---|---|

Address  15004 WASHINGTON Ave. S.W.  TACOMA  WA  98498

| Date of birth (month/day/year) 12/25/66 | Country of birth U.S.  St Louis MO | Citizenship U.S  American |
|---|---|---|
| Social Security# 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 | A# (if applicable) N/A | Immigration status (if not a U.S. citizen) N/A |

Naturalization (if applicable) (month/day/year) N/A     Place  (City, State) N/A

If you have ever previously been married or if your current spouse has been previously married, please provide the following on separate paper: Name of prior spouse, date of marriage, date marriage ended, how marriage ended and immigration status of prior spouse.

## Part 6. Information about your children.

B. Total Number of Children __0__. Complete the following information for each of your children. If the child lives with you, state "with me" in the address column; otherwise give city/state/country of child's current residence. If deceased, write "deceased" in the address column. If you need more space, continue on separate paper.

| Full name of child | Date of birth | Country of birth | Citizenship | A - Number | Address |
|---|---|---|---|---|---|
| N/A | | N/A | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Imposter A file - 0036

Form N-400 (Rev 07/17/91)N          *Continued on next page*

*Continued on back*

---

## Part 7. Additional eligibility factors.

Please answer each of the following questions. If your answer is **"Yes"**, explain on a separate paper.

1. Are you now, or have you ever been a member of, or in any way connected or associated with the Communist Party, or ever knowingly aided or supported the Communist Party directly, or indirectly through another organization, group or person, or ever advocated, taught, believed in, or knowingly supported or furthered the interests of communism?   ☐ Yes ☒ No

2. During the period March 23, 1933 to May 8, 1945, did you serve in, or were you in any way affiliated with, either directly or indirectly, any military unit, paramilitary unit, police unit, self-defense unit, vigilante unit, citizen unit of the Nazi party or SS, government agency or office, extermination camp, concentration camp, prisoner of war camp, prison, labor camp, detention camp or transit camp, under the control or affiliated with:
   a. The Nazi Government of Germany?   ☐ Yes ☒ No
   b. Any government in any area occupied by, allied with, or established with the assistance or cooperation of, the Nazi Government of Germany?   ☐ Yes ☒ No

3. Have you at any time, anywhere, ever ordered, incited, assisted, or otherwise participated in the persecution of any person because of race, religion, national origin, or political opinion?   ☐ Yes ☒ No

4. Have you ever left the United States to avoid being drafted into the U.S. Armed Forces?   ☐ Yes ☒ No

5. Have you ever failed to comply with Selective Service laws?   ☐ Yes ☒ No
   If you have registered under the Selective Service laws, complete the following information:
   Selective Service Number: _____ Date Registered: _____
   If you registered before 1978, also provide the following:
   Local Board Number: _____ Classification: _____

6. Did you ever apply for exemption from military service because of alienage, conscientious objections or other reasons?   ☐ Yes ☒ No

7. Have you ever deserted from the military, air or naval forces of the United States?   ☐ Yes ☒ No

8. Since becoming a permanent resident, have you ever failed to file a federal income tax return?   ☐ Yes ☒ No

9. Since becoming a permanent resident, have you filed a federal income tax return as a nonresident or failed to file a federal return because you considered yourself to be a nonresident?   ☐ Yes ☒ No

10. Are deportation proceedings pending against you, or have you ever been deported, or ordered deported, or have you ever applied for suspension of deportation?   ☐ Yes ☒ No

11. Have you ever claimed in writing, or in any way, to be a United States citizen?   ☐ Yes ☒ No

12. Have you ever:
    a. been a habitual drunkard?   ☐ Yes ☒ No
    b. advocated or practiced polygamy?   ☐ Yes ☒ No
    c. been a prostitute or procured anyone for prostitution?   ☐ Yes ☒ No
    d. knowingly and for gain helped any alien to enter the U.S. illegally?   ☐ Yes ☒ No
    e. been an illicit trafficker in narcotic drugs or marijuana?   ☐ Yes ☒ No
    f. received income from illegal gambling?   ☐ Yes ☒ No
    g. given false testimony for the purpose of obtaining any immigration benefit?   ☐ Yes ☒ No

13. Have you ever been declared legally incompetent or have you ever been confined as a patient in a mental institution?   ☐ Yes ☒ No

14. Were you born with, or have you acquired in same way, any title or order of nobility in any foreign State?   ☐ Yes ☒ No

15. Have you ever:
    a. knowingly committed any crime for which you have not been arrested?   ☐ Yes ☒ No
    b. been arrested, cited, charged, indicted, convicted, fined or imprisoned for breaking or violating any law or ordinance excluding traffic regulations?   ☐ Yes ☒ No

( If you answer yes to 15, in your explanation give the following information for each incident or occurrence the **city, state**, and **country**, where the offense took place, the **date** and **nature** of the offense, and the **outcome** or **disposition** of the case).

---

## Part 8. Allegiance to the U.S.

If your answer to any of the following questions is **"NO"**, attach a full explanation:

1. Do you believe in the Constitution and form of government of the U.S.?   ☒ Yes ☐ No
2. Are you willing to take the full Oath of Allegiance to the U.S.? (see instructions)   ☒ Yes ☐ No
3. If the law requires it, are you willing to bear arms on behalf of the U.S.?   ☒ Yes ☐ No
4. If the law requires it, are you willing to perform noncombatant services in the Armed Forces of the U.S.?   ☒ Yes ☐ No
5. If the law requires it, are you willing to perform work of national importance under civilian direction?   ☒ Yes ☐ No

---

*Continued on back*
Form N-400 (Rev. 07/17/91)N

## Part 9. Memberships and organizations.

A.   List your present and past membership in or affiliation with every organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place. Include any military service in this part. If none, write "none". Include the name of organization, location, dates of membership and the nature of the organization. If additional space is needed, use separate paper.

*U.S ARMY*

*NCoA*

*A AA*

## Part 10. Complete only if you checked block " C " in Part 2.

How many of your parents are U.S. citizens?    ☐ One    ☐ Both    (Give the following about one U.S. citizen parent:)

| Family Name | *N/A* | Given Name | *N/A* | Middle Name | |
|---|---|---|---|---|---|

Address    *N/A*

Basis for citizenship:   *N/A*
☐ Birth
☐ Naturalization Cert. No.

Relationship to you (check one):   *N/A*
☐ natural parent    ☐ adoptive parent
☐ parent of child legitimated after birth    *N/A*

If adopted or legitimated after birth, give date of adoption or, legitimation:   *(month.day.year)* _____

Does this parent have legal custody of you?    ☐ Yes    ☐ No    *N/A*

(Attach a copy of relating evidence to establish that you are the child of this U.S. citizen and evidence of this parent's citizenship.)

## Part 11. Signature.   *(Read the information on penalties in the instructions before completing this section).*

I certify or, if outside the United States, I swear or affirm, under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Date |
|---|---|
| *Rev. King Denis* | *10/25/95* |

**Please Note:**  If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for naturalization and this application may be denied.

## Part 12. Signature of person preparing form if other than above. *(Sign below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

Signature                          Print Your Name                          Date

Firm Name
and Address

### DO NOT COMPLETE THE FOLLOWING UNTIL INSTRUCTED TO DO SO AT THE INTERVIEW

I swear that I know the contents of this application, and supplemental pages 1 through_____, that the corrections , numbered 1 through_____, were made at my request, and that this amended application, is true to the best of my knowledge and belief.

_____
*(Complete and true signature of applicant)*

Subscribed and sworn to before me by the applicant.

_____
*(Examiner's Signature )*          Date



★U.S.GPO:1992-0-335-763

A73 440

**U.S. DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service

# BIOGRAPHIC INFORMATION

OMB No. 1115-0066

| (Family name) DENIS | (First name) RONY | (Middle Name) | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo- Day-yr.) | NATIONALITY | FILE NUMBER A- N/A |

| ALL OTHER NAMES USED (Including names by previous marriages) N/A | CITY AND COUNTRY OF BIRTH Port au Prince, Haiti | SOCIAL SECURITY NO. (If any) 590 01 1294 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
| FATHER | DENIS | Arnold | | |
| MOTHER (Maiden name) | Fernand | | | |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife give maiden name) Robertson | FIRST NAME Marjorie | BIRTHDATE 12/21/66 | CITY & COUNTRY OF BIRTH U.S. St Louis, MO | DATE OF MARRIAGE | PLACE OF MARRIAGE St Louis MO |

| FORMER HUSBANDS OR WIVES (If none, so state) | | | | |
| FAMILY NAME (For wife, give maiden-name) N/A | FIRST NAME | BIRTHDATE | DATE AND PLACE OF MARRIAGE N/A | DATE AND PLACE OF TERMINATION OF MARRIAGE |

**APPLICANTS RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.**

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| 15004 Washington Ave | TACOMA | WA | | OCT | 95 | PRESENT TIME | |
| 764 BACON RD | Hinesville | Georgia | LIBERTY | OCT | 92 | OCT | 95 |
| 5113 Latnye St | New Orleans | LA | ORLEANS | NOV | 90 | May | 92 |
| | | | | | | | |

**APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATE OF MORE THAN ONE YEAR.**

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|

**APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST.**

| FULL NAME AND ADDRESS OF EMPLOYER | | OCCUPATION (Specify) | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|
| New Testament Christian Church P.O. Box 9234 | Pastor | Full Time | OCT | 95 | PRESENT TIME | |
| New Testament Christian Church | Hinesville GA | Pastor | OCT | 92 | OCT | 95 |
| New Testament Christian Church | New Orleans LA | Pastor | NOV | 90 | May | 92 |
| Joseph bric Par Co | St Louis MO | Vice-President | Feb | 87 | NOV | 90 |
| U.S. Army | | Soldier | Jan | 84 | | 87 |

*Show below last occupation abroad if not shown above. (Include all information requested above.)*

*THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:*
☒ NATURALIZATION   ☐ OTHER (Specify)
☐ STATUS AS PERMANENT RESIDENT

If serving or ever served in the Armed Forces of the United States, complete the following:

| Branch of Service U.S ARMY | Rank E 3 | Service Number |

To Other Agency: Please furnish on the reverse of this form, or by attachment hereto, any derogatory information that may be contained in your records concerning the above person, for use in connection with consideration of above application and return to U.S. Immigration and Naturalization Service.

**INS USE (Office of Origin)**

Office Code SEa
Type of Case N400
Date 6-12-96

**(OTHER AGENCY)**

*(ALL DEFENSE CHECKS)*

MAIL TO:
DIRECTOR
UNITED STATES ARMY INVESTIGATIVE
RECORDS REPOSITORY
ATTN: ICIRR-A
FOR MEADE, MARYLAND 20755
ATTENTION: LIAISON OFFICE
IMMIGRATION AND NATURALIZATION SERVICE

| MIL PERS | AIR RESERVE | | OSI (USAF) | ONI (USN) |
| USAF PERS | ARMY PERS | | | |
| SEE O.I. 328.1 FOR MAILING ADDRESS | | | MID G-2 | PROV. MAR. |

| STATE (P.P.) | STATE (S.Y.) | OTHER |
| SEE O.I. 105.4 FOR MAILING ADDRESS | | |

**FOR STATE DEPARTMENT USE**
☐ SY
☐ RSC
☐ RMR
☐ C:Visa
☐ R:Visa
☐ ORM

Date _____ 19 _____

| | |
|---|---|
| Date of entry into service | |
| Date of separation | |
| Service number | |

The records of this Department show the following with respect to the subject of your inquiry:

All organizations, clubs or societies in the United States, or in any other country, of which subject was a member at any time, and dates thereof. (If none, show "None".) _____

_____

_____

All arrests, convictions, disciplinary actions, court martial proceedings, and illegal or immoral conduct in which subject involved, including dates and results thereof. (If none, show "None".)

_____

_____

_____

Details of any oral or written statements, conduct, behavior or associations of the subject which may indicate belief in, advocacy of or preference or sympathy for Communism or any other foreign ideology inconsistent with loyalty to the United States or the form of government of the United States or attachment to the principles of the United States Constitution. (If none, show "None".)

_____

_____

_____

Additional information or references.

_____

_____

_____

I certify that the information here given concerning the person named is correct according to the records of the

_____

(Name of Department or organization)

Official signature _____

By _____

Form Approved
OMB No. 43-R0265

## UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

## REQUEST FOR
## CERTIFICATION OF MILITARY OR NAVAL SERVICE
(SUBMIT IN TRIPLICATE)

| ALIEN REGISTRATION | DATE OF REQUEST |
|---|---|
| NO. N/A | 10/25/95 |

For use in connection with my petition for naturalization, please complete the certification of military service on the reverse and furnish it to the office of the Immigration and Naturalization Service shown in the address block below. The information shown below is furnished to help locate and identify my military records. APPLICANT: FURNISH AS MUCH INFORMATION AS POSSIBLE. IF YOU WERE ISSUED A REPORT OF SEPARATION, DD FORM 214, ATTACH A COPY. FILL IN THE BLANKS ON THIS PAGE ONLY. PLEASE TYPE OR PRINT CLEARLY. PRESS FIRMLY—ALL COPIES MUST BE LEGIBLE. (DO NOT USE PENCIL)

| NAME USED DURING ACTIVE SERVICE (Last, first, middle) | SOCIAL SECURITY NO. | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|---|
| DENIS  RONY | 590 01-12 94 | 08 23 63 | Haiti |

For an effective records search, it is important that ALL periods of service be shown below. (Use blank sheet if more space is needed.)

ACTIVE SERVICE:

| BRANCH OF SERVICE (Show also last organization if known.) | DATE ENTERED ON ACTIVE DUTY | DATE RELEASED FROM ACTIVE DUTY | CHECK WHICH OFFICER | CHECK WHICH ENLISTED | SERVICE NUMBER DURING THIS PERIOD |
|---|---|---|---|---|---|
| U.S. ARMY | Jan 84 Oct 11, 1983 | Jan 87 | | ✓ | 590 01 1294 |
| | | | | | |
| | | | | | |
| | | | | | |

RESERVE OR NATIONAL GUARD SERVICE: ➤ If none, check ☒ None

| BRANCH OF SERVICE | CHECK WHICH RESERVE | N GUARD | DATE MEMBERSHIP BEGAN | DATE MEMBERSHIP ENDED | CHECK WHICH OFFICER | ENLISTED | SERVICE NUMBER DURING THIS PERIOD |
|---|---|---|---|---|---|---|---|
| N/A | | | | | | | |
| | | | | | | | |
| | | | | | | | |

ARE YOU A MILITARY RETIREE OR FLEET RESERVIST?  ☒ No   ☐ Yes

| SIGNATURE (Present Name) | PRESENT ADDRESS (Number, Street, City, State, and ZIP Code) |
|---|---|
| Rony Denis | (P.O. Box 92314) 15004 Wash. Blvd. Tacoma WA  98498 |

## INSTRUCTIONS TO CERTIFYING OFFICER

Persons who are serving or have served honorably under specified conditions in the armed forces of the United States, inclusive of the reserve components of the armed forces of the United States, are granted certain exemptions from the general requirements for naturalization. The law requires such service to be established by a duly authenticated copy of the records of the executive department having custody of the record of service, showing whether the serviceman served honorably in an active-duty status, a reserve-duty status, or both, and whether each separation from the service was under honorable conditions. For that purpose, the certified statement on the reverse of this form, executed under the seal of your department, is required and should cover not only the period(s) of service shown above, but any other periods of service (active, reserve, or both) rendered by the serviceman.

The reverse of this form should be completed, or the information called for furnished by separate letter, and the form and letter returned to the office of the Immigration and Naturalization Service at the address in the box immediately below.

Immigration and Naturalization Service

Seattle District
815 Airport Way South
Seattle, WA 98134

 **RETURN TO**

Please type
or print
complete
return
address.
Include
ZIP code.

Form N–426 (Rev.5–12–77)N

Imposter A file - 0042

APPLICANT: DO NOT FILL OUT THIS PAGE

## CERTIFICATION OF MILITARY OR NAVAL SERVICE

- ☐ Name correctly shown on front of form.
- ☐ Name as shown in records: _____

### ACTIVE SERVICE

| 1. ENTERED SERVICE AT | 2. ON | 3. SERVED TO | 4. BRANCH OF SERVICE | 5. STATE WHETHER SERVING HONORABLY. IF SEPARATED, STATE WHETHER UNDER HONOR-ABLE CONDITIONS. IF OTHER THAN HONOR-ABLE, GIVE FULL DETAILS. ALWAYS COMPLETE ITEM 11. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### RESERVE OR NATIONAL GUARD SERVICE

| 6. BRANCH OF SERVICE | 7. CHECK WHICH | | 8. BEGAN | 9. ENDED | 10. STATE WHETHER SERVING HONORABLY. IF SEPARATED, STATE WHETHER UNDER HONOR-ABLE CONDITIONS. IF OTHER THAN HONOR-ABLE, GIVE FULL DETAILS. ALWAYS COMPLETE ITEM 11. |
|---|---|---|---|---|---|
| | RESERVE | N. GUARD | | | |
| | | | | | |
| | | | | | |

11. **STATEMENT REGARDING ALIENAGE.** *(Complete this item on ALL cases.)*
- ☐ Record shows this person WAS **NOT** discharged on account of alienage.
- ☐ Record shows this person **WAS** discharged on account of alienage.  Details: _____

12. **REMARKS.** Use for continuation of any of above items. You should also show in the space below any **DEROGATORY INFORMATION** in your records relating to the serviceman's character, loyalty to the United States, disciplinary actions, convictions or other matters touching on his fitness for citizenship.

_____

_____

_____

_____

Complete this block if subject is a "Lodge Act enlistee" - 64 Stat. 316 (Army). Subsequent to enlistment under the

Lodge Act on _____ , subject entered _____ (the United States, American Samoa, Swains Island, or

the Canal Zone) _____ at the port of _____

pursuant to Military orders on _____ via _____.

I CERTIFY that the information here given concerning the service of the person named on the face of this form is correct

according to the records of the _____ .
(Name of department or organization)

[SEAL]     (Official signature) _____

Date _____ , 19 _____     By _____

Imposter A file - 0043

Form Approved
OMB No. 43-R0265

## UNITED STATES DEPARTMENT OF JUSTICE
### IMMIGRATION AND NATURALIZATION SERVICE
# REQUEST FOR
# CERTIFICATION OF MILITARY OR NAVAL SERVICE
### (SUBMIT IN TRIPLICATE)

| ALIEN REGISTRATION | DATE OF REQUEST |
|---|---|
| NO.  N/A | 12/25/95 |

A 73 448 854

For use in connection with my petition for naturalization, please complete the certification of military service on the reverse and furnish it to the office of the Immigration and Naturalization Service shown in the address block below. The information shown below is furnished to help locate and identify my military records. APPLICANT: FURNISH AS MUCH INFORMATION AS POSSIBLE. IF YOU WERE ISSUED A REPORT OF SEPARATION, DD FORM 214, ATTACH A COPY. FILL IN THE BLANKS ON THIS PAGE ONLY. PLEASE TYPE OR PRINT CLEARLY. PRESS FIRMLY—ALL COPIES MUST BE LEGIBLE. (DO NOT USE PENCIL)

| NAME USED DURING ACTIVE SERVICE (Last, first, middle) | SOCIAL SECURITY NO. | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|---|
| Dean  Rony | 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 | 08/23/63 | Pretoria |

*For an effective records search, it is important that ALL periods of service be shown below. (Use blank sheet if more space is needed.)*

**ACTIVE SERVICE:**

| BRANCH OF SERVICE (Show also last organization if known.) | DATE ENTERED ON ACTIVE DUTY | DATE RELEASED FROM ACTIVE DUTY | CHECK WHICH OFFICER | CHECK WHICH ENLISTED | SERVICE NUMBER DURING THIS PERIOD |
|---|---|---|---|---|---|
| U.S. Army | 7-9-84 | 10-87 | | ✓ | N/A |
| | | | | | |
| Army Unit I do not remember. | | | | | |
| | | | | | |

**RESERVE OR NATIONAL GUARD SERVICE:** ➡ If none, check ☐ None

| BRANCH OF SERVICE | CHECK WHICH RESERVE | N. GUARD | DATE MEMBERSHIP BEGAN | DATE MEMBERSHIP ENDED | CHECK WHICH OFFICER | ENLISTED | SERVICE NUMBER DURING THIS PERIOD |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| ARE YOU A MILITARY RETIREE OR FLEET RESERVIST? | ☒ No | ☐ Yes |
|---|---|---|

| SIGNATURE (Present Name) | PRESENT ADDRESS (Number, Street, City, State, and ZIP Code) |
|---|---|
| | P.O. Box 92314 |

---

## INSTRUCTIONS TO CERTIFYING OFFICER

Persons who are serving or have served honorably under specified conditions in the armed forces of the United States, inclusive of the reserve components of the armed forces of the United States, are granted certain exemptions from the general requirements for naturalization. The law requires such service to be established by a duly authenticated copy of the records of the executive department having custody of the record of service, showing whether the serviceman served honorably in an active-duty status, a reserve-duty status, or both, and whether each separation from the service was under honorable conditions. For that purpose, the certified statement on the reverse of this form, executed under the seal of your department, is required and should cover not only the period(s) of service shown above, but any other period(s) of service (active, reserve, or both) rendered by the serviceman.

The reverse of this form should be completed, or the information called for furnished by separate letter, and the form and letter returned to the office of the Immigration and Naturalization Service at the address in the box immediately below.

---

**Immigration and Naturalization Service**

◀ **RETURN TO**



*Please type
or print
complete
return
address.*

Imposter A file - 0044

# CERTIFICATION OF MILITARY OR NAVAL SERVICE

☐ Name correctly shown on front of form.

☐ Name as shown in records: _____

## ACTIVE SERVICE

| 1. ENTERED SERVICE AT | 2. ON | 3. SERVED TO | 4. BRANCH OF SERVICE | 5. STATE WHETHER SERVING HONORABLY. IF SEPARATED. STATE WHETHER UNDER HONORABLE CONDITIONS. IF OTHER THAN HONORABLE. GIVE FULL DETAILS. **ALWAYS COMPLETE ITEM 11.** |
|---|---|---|---|---|
| | | | | |
| | | | | |

## RESERVE OR NATIONAL GUARD SERVICE

| 6. BRANCH OF SERVICE | 7. CHECK WHICH | | 8. BEGAN | 9. ENDED | 10. STATE WHETHER SERVING HONORABLY. STATE WHETHER UNDER HONORABLE CONDITIONS. IF OTHER THAN HONORABLE. GIVE FULL DETAILS. **ALWAYS COMPLETE ITEM 11.** |
|---|---|---|---|---|---|
| | RESERVE | N. GUARD | | | |
| | | | | | |

11. **STATEMENT REGARDING ALIENAGE.** *(Complete this item on ALL cases.)*

☐ Record shows this person **WAS NOT** discharged on account of alienage.

☐ Record shows this person **WAS** discharged on account of alienage. Details: _____

12. **REMARKS.** Use for continuation of any of above items. You should also show in the space below any **DEROGATORY INFORMATION** in your records relating to the serviceman's character, loyalty to the United States, disciplinary actions, convictions or other matters touching on his fitness for citizenship.

_____

_____

_____

_____

Complete this block if subject is a "Lodge Act enlistee" -64 Stat. 316 (Army). Subsequent to enlistment under the

Lodge Act on _____, subject entered _____ (the United States, American Samoa, Swains Island, or

the Canal Zone) _____ at the port of _____

pursuant to Military orders on _____ via _____

I CERTIFY that the information here given concerning the service of the person named on the face of this form is correct

according to the records of the _____
(Name of department or organization)

[SEAL]                    *(Official signature)* _____

Date _____, 19 ____    By _____

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES
...IS IS AN IMPORTANT RECORD
SAFEGUARD IT
ANY ALTERATIONS IN SHADED
AREAS RENDER FORM VOID

| DD FORM 1 JUL 79 214 | PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE. | CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY |
|---|---|---|

| 1. NAME (Last, first, middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| DENIS, RONY | ARMY/RA | 590 \| 01 \| 1294 |

| 4a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5. DATE OF BIRTH | 6. PLACE OF ENTRY INTO ACTIVE DUTY |
|---|---|---|---|
| PFC | E-3 | 630823 | NEWARK, NJ |

| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8. STATION WHERE SEPARATED |
|---|---|
| HHC, 1ST BDE, 5TH INF DIV, FC | FORT POLK, LA |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| USAR CON GP (REINF) RCPAC, ST. LOUIS, MO 63132 | AMOUNT $ 50, 000    ☐ NONE |

| 11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years) | 12. RECORD OF SERVICE | YEAR(s) | MON(s) | DAY(s) |
|---|---|---|---|---|
| 75B10 PERSONNEL ADMINISTRATIVE SPECIALIST, 1 YEAR, 2 MONTHS//NOTHING FOLLOWS | a. Date Entered AD This Period | 84 | 01 | 10 |
| | b. Separation Date This Period | 87 | 01 | 09 |
| | c. Net Active Service This Period | 03 | 00 | 00 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 03 | 11 |
| | f. Foreign Service | 00 | 04 | 00 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 86 | 07 | 15 |
| | i. Reserve Oblig. Term. Date | 89 | 09 | 28 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) |
|---|
| ARMY SERVICE RIBBON//ARMY ACHIEVEMENT MEDAL (1ST OAK LEAF CLUSTER)//OVERSEAS SERVICE RIBBON//ARMY COMMENDATION MEDAL//NOTHING FOLLOWS |

| 14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed) |
|---|
| NONE//NOTHING FOLLOWS |

| 15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM ☐ YES ☒ NO | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT ☒ YES ☐ NO | 17. DAYS ACCRUED LEAVE PAID 49 |
|---|---|---|

| 18. REMARKS |
|---|
| DENTAL CARE WAS NOT PROVIDED WITHIN 90 DAYS PRIOR TO SEPARATION//NOTHING FOLLOWS |

| 19. MAILING ADDRESS AFTER SEPARATION 2159 KENNEDY BLVD JERSEY CITY, NJ 07305 | 20. MEMBER REQUESTS COPY 6 BE SENT TO NJ DIR. OF VET AFFAIRS ☒ YES ☐ NO |
|---|---|

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN |
|---|---|
| | SIDNEY P. GUIDRY, GS7 G, SOLDIER TRANSITION CENTER |

MEMBER - 1

Imposter A file - 0046

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB #1115-0053
Supplement A to Form I-485

---

**START HERE - Please Type or Print**

**FOR INS USE ONLY**

## Part 1. Information about Applicant

| | | |
|---|---|---|
| Family Name: *DENIS* | First Name: *RONY* | Middle Name: |

Address - C/O: *P·O·Box 92314*

Street Number and Name: *15004 WASHINGTON AVE S.W* | Apt. Suite:

City: *TACOMA* | State or Province: *WASHINGTON*

Country: *USA* | ZIP/Postal Code: *98492-0314*

INS A #: | Date of Birth (month/day/year): *08/24/63* | Country of Birth: *HAITI*

**FOR INS USE ONLY**

Returned:

Receipt

Resubmitted: *3459 004*  *12/13/95 16:36*  *I-485A*  *650.00*

Reloc Sent:

Reloc Rec'd:

Interviewed: ☐ ☐

File Reviewed: ☐ ☐

Class of Adjustment Code: *IR-6*

## Part 2. Basis for Eligibility (check one)

1. On Form I-485, Part 2, I checked application type (check one):

   a. ☒ An immigrant petition . . .   Go to #2.
   b. ☐ My spouse or parent applied . . .   Go to #2.
   c. ☐ I entered as a K-1 fiance . . . .   Stop Here. Do Not File This Form.
   d. ☐ I was granted asylum . . . .   Stop Here. Do Not File This Form.
   e. ☐ I am a native or citizen of Cuba . .   Stop Here. Do Not File This Form.
   f. ☐ I am the spouse or child of a Cuban   Stop Here. Do Not File This Form.
   g. ☐ I have continuously resided in the U.S. .   Stop Here. Do Not File This Form.
   h. ☐ Other . . . .   Go to #2.
   i. ☐ I am already a permanent resident . . .   Stop Here. Do Not File This Form.
   j. ☐ I am already a permanent resident and am the spouse or child of a Cuban   Stop Here. Do Not File This Form.

2. I have filed Form I-360; and I am applying for adjustment of status as a special immigrant juvenile court dependent (check one):
   ☐ Yes   Stop Here. Do Not File This Form.   ☒ No   Go to #3.

   **To Be Completed by** *Attorney* or *Representative*, if any
   ☐ Check if G-28 is attached showing you represent the petitioner
   VOLAG#
   ATTY State License #

3. I have filed Form I-360; and I am applying for adjustment of status as a special immigrant who has served in the United States Armed Forces (check one):
   ☐ Yes   Stop Here. Do Not File This Form.   ☒ No   Go to #4.

4. I last entered the United States (check one):
   ☒ Legally as a crewman (D-1/D-2 visa).   Go to #11.   ☐ Legally without a visa.   Go to #5.
   ☐ Without inspection.   Go to #11.   ☐ Legally as a parolee.   Go to #5.
   ☐ Legally in transit without visa status.   Go to #11.   ☐ Legally with another type of visa (show type _____ ) Go to #5.

5. I last entered the United States legally without a visa as a visitor for tourism or business; and I am applying for adjustment of status as the spouse, unmarried child less than 21 years old, parent, widow or widower of a United States citizen (check one):
   ☐ Yes   Stop Here. Do Not File This Form.   ☒ No   Go to #6.

6. I last entered the United States legally as a parolee, or with a visa (except as a crewman), or as a Canadian citizen without a visa; and I am applying for adjustment of status (check one):
   ☐ As the spouse, unmarried child less than 21 years old, parent, widow or widower of a United States citizen. Stop Here. Do Not File This Form.
   ☐ As a special immigrant retired international organization employee or family member of an international organization employee or as a special immigrant physician; and I have filed Form I-360. Stop Here. Do Not File This Form.
   ☒ Under some other category. Go to #7.

*Imposter Artist L 0047*   Reports Control No.: HQADN-3-94

## Part 2. continue.

7. I am a national of the (former) Soviet Union, Vietnam, Laos or Cambodia who last entered the United States legally as a public interest parolee after having been denied refugee status; and I am applying for adjustment of status under Public Law 101-167 *(check one)*:

☐ Yes  **Stop Here. Do Not File This Form.**     ☒ No  Go to #8.

8. I have been employed in the United States after 01/01/77 without INS authorization *(check one)*:

☒ Yes  Go to #9.     ☐ No  Go to #10.

9. I am applying for adjustment of status under the Immigration Nursing Relief Act (INRA); I was employed without INS authorization only on or before 11/29/90; and I have always maintained a lawful immigration status while in the United States after 11/05/86 *(check one)*:

☐ Yes  **Stop Here. Do Not File This Form.**     ☒ No  Go to #10.

10. I am now in lawful immigration status; and I have always maintained a lawful immigration status while in the United States after 11/05/86 *(check one)*:

☐ Yes  **Stop Here. Do Not File This Form .**
☐ No, but I believe that INS will determine that my failure to be in or maintain a lawful immigration status was through no fault of my own or for technical reasons. **Stop Here. Do Not File This Form**, and attach an explanation to your Form I-485 application.
☒ No  Go to #11.

11. I am unmarried and less than 17 years old *(check one)*:

☐ Yes  **Stop Here. File This Form and Form I-485.**     Pay only the fee required with Form I-485.
☒ No  Go to #12.

12. I am the unmarried child of a legalized alien and am less than 21 years old, or I am the spouse of a legalized alien; and I have attached a copy of my receipt or approval notice showing that I have properly filed Form I-817, Application for Voluntary Departure under the Family Unity Program *(check one)*:

☐ Yes  **Stop Here. File This Form and Form I-485.**     Pay only the fee required with Form I-485.
☒ No  Go to #13.

13. **File This Form and Form I-485. You must pay the additional sum:**

   $130.00 - Fee required with Form I-485* and
   $650.00 - Additional sum under section 245(i) of the Act
   ─────────
   **$780.00** - Total amount you must pay.

*If you filed Form I-485 separately, attach a copy of your filing receipt and pay only the additional sum of $650.00. In #11 and /or #12, show the answer you would have given on the date you filed Form I-485.

## Part 3.     Signature.     Read the information on penalties in the instructions before completing this section. If someone helped you prepare this petition he or she must complete Part 4.

I certify, under penalty of perjury under the laws of the United States of America, that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
| *Rony Denis* | RONY  DENIS | 12/4/95 | (206) 589-6647 |

**Please Note:** If you do not completely fill out this form or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.

## Part 4.     Signature of person preparing form if other than above. *(Sign Below)*

*I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.*

| Signature | Print Your Name | Date | Daytime Telephone No. |
|---|---|---|---|
| | | | |

Firm Name
and Address

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB No. 1115-0053

**Application to Register Permanent Residence or Adjust Status**

## START HERE - Please Type or Print

| | FOR INS USE ONLY |
|---|---|

**Part 1.   Information about you.**

| | | |
|---|---|---|
| Family Name DENIS | Given Name RONY | Middle Initial N/A |

Address - C/O   P.O. Box 98314

Street Number and Name   15004 WASHINGTON AVE S/W    Apt. #

City   TACOMA, WA   98498

State   WASHINGTON    Zip Code   98498

Date of Birth (month/day/year)   08/24/63    Country of Birth   Haiti

Social Security #   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    A # (if any)   None   73 448 854

Date of Last Arrival (month/day/year)   9/21/1980    I-94 #   No Record   Do Not Remember

Current INS Status   N/A    Expires on (month/day/year)   N/A

FOR INS USE ONLY (right column):

Returned

Receipt

Resubmitted

Reloc Sent   12/13/95  16:36   485    130.00

Reloc Rec'd

☐ Applicant Interviewed

**Part 2.   Application Type.** (check one)

I am applying for adjustment to permanent resident status because:

a. ☒  an immigrant petition giving me an immediately available immigrant visa number has been approved (attach a copy of the approval notice), or a relative, special immigrant juvenile, or special immigrant military visa petition filed with this application will give me an immediately available immigrant visa number if approved.

b. ☐  My spouse or parent applied for adjustment of status or was granted lawful permanent residence in an immigrant visa category which allows derivative status for spouses and children.

c. ☐  I entered as a K-1 fiance(e) of a U.S. citizen whom I married within 90 days of entry, or I am the K-2 child of such a fiance(e) (attach a copy of the fiance(e) petition approval notice and the marriage certificate).

d. ☐  I was granted asylum or derivative asylum status as the spouse or child of a person granted asylum and am eligible for adjustment.

e. ☐  I am a native or citizen of Cuba admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least 1 year.

f. ☐  I am the husband, wife, or minor unmarried child of a Cuban described in (e) and am residing with that person, and was admitted or paroled into the U.S. after January 1, 1959, and thereafter have been physically present in the U.S. for at least 1 year.

g. ☐  I have continuously resided in the U.S. since before January 1, 1972.

h. ☐  Other-explain   Husband of American Native Citizen

I am already a permanent resident and am applying to have the date I was granted permanent residence adjusted to the date I originally arrived in the U.S. as a nonimmigrant or parolee, or as of May 2, 1964, whichever is later, and: (Check one)

i. ☐  I am a native or citizen of Cuba and meet the description in (e), above.

j. ☐  I am the husband, wife or minor unmarried child of a Cuban, and meet the description in (f), above.

FOR INS USE ONLY (right column):

**Section of Law**
☐ Sec. 209(b), INA
☐ Sec. 13, Act of 9/11/57
☒ Sec. 245, INA
☐ Sec. 249, INA
☐ Sec. 1 Act of 11/2/66
☐ Sec. 2 Act of 11/2/66
☐ Other _____

**Country Chargeable**

**Eligibility Under Sec. 245**
☐ Approved Visa Petition
☐ Dependent of Principal Alien
☐ Special Immigrant
☐ Other _____

**Preference**

**Action Block**   APPROVED   I.N.S. DISTRICT DIRECTOR

JUL 1 4 1998

Recommended by:
SEA    9007

**To Be Completed by**
*Attorney or Representative, if any*
☐ Fill in box if G-28 is attached to represent the applicant
VOLAG#

ATTY State License #

**Continued on back.**

## Part 3. Processing Information.

**A.** City/Town/Village of birth _Duvalier-ville HAITI_

Your mother's first name _Marie Solonge_

Current occupation _Minister / Pastor_

Your father's first name _Arnold_

Give your name exactly how it appears on your Arrival /Departure Record (Form I-94)
_Rony Denis_

Place of last entry into the U.S. (City/State) _Miami Florida_

In what status did you last enter? *(Visitor, Student, exchange alien, crewman, temporary worker, without inspection, etc.)*
_Crew Man — CR_

Were you inspected by a U.S. Immigration Officer? ☒ Yes ☐ No

Nonimmigrant Visa Number _N/A_

Consulate where Visa was issued _N/A_

Date Visa was Issued (month/day/year) _N/A_

Sex: ☒ Male ☐ Female

Marital Status: ☒ Married ☐ Single ☐ Divorced ☐ Widowed

Have you ever before applied for permanent resident status in the U.S? ☒ No ☐ Yes (give date and place of filing and final disposition):

**B.** List your present husband/wife, all of your sons and daughters (if you have none, write "none". If additional space is needed, use separate paper).

| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) | | |
|---|---|---|---|---|---|
| DENIS | MariBru | M (IA) | 12/25/66 | | |
| Country of birth U.S St Louis MO | Relationship WiFe | A # American Native | Applying with you? ☐ Yes ☐ No N/A | | |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) | | |
| | | | | | |
| Country of birth | Relationship | A # | Applying with you? ☐ Yes ☐ No | | |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) | | |
| | | | | | |
| Country of birth | Relationship | A # | Applying with you? ☐ Yes ☐ No | | |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) | | |
| | | | | | |
| Country of birth | Relationship | A # | Applying with you? ☐ Yes ☐ No | | |
| Family Name | Given Name | Middle Initial | Date of Birth (month/day/year) | | |
| | | | | | |
| Country of birth | Relationship | A # | Applying with you? ☐ Yes ☐ No | | |

**C.** List your present and past membership in or affiliation with every political organization, association, fund, foundation, party, club, society, or similar group in the United States or in any other place since your 16th birthday. Include any foreign military service in this part. If none, write "none". Include the name of organization, location, dates of membership from and to, and the nature of the organization. If additional space is needed, use separate paper.

_U-S Army        1983 — 1987_

Form I-485 (Rev. 09-09-2000)N

Continued On Next Page

## Part 3. Processing Information. *(Continued)*

Please answer the following questions. ( If your answer is **"Yes"** on any one of these questions, explain on a separate piece of paper. Answering **"Yes"** does not necessarily mean that you are not entitled to register for permanent residence or adjust status).

1. Have you ever, in or outside the U. S.:
   a. knowingly committed any crime of moral turpitude or a drug-related offense for which you have not been arrested?
   b. been arrested, cited, charged, indicted, fined, or imprisoned for breaking or violating any law or ordinance, excluding traffic violations?
   c. been the beneficiary of a pardon, amnesty, rehabilitation decree, other act of clemency or similar action?
   d. exercised diplomatic immunity to avoid prosecution for a criminal offense in the U. S.?  ☐ Yes  ☒ No

2. Have you received public assistance in the U.S. from any source, including the U.S. government or any state, county, city, or municipality (other than emergency medical treatment) , or are you likely to receive public assistance in the future?  ☐ Yes  ☒ No

3. Have you ever:
   a. within the past 10 years been a prostitute or procured anyone for prostitution, or intend to engage in such activities in the future?
   b. engaged in any unlawful commercialized vice, including, but not limited to, illegal gambling?
   c. knowingly encouraged, induced, assisted, abetted or aided any alien to try to enter the U.S. illegally?
   d. illicitly trafficked in any controlled substance, or knowingly assisted, abetted or colluded in the illicit trafficking of any controlled substance?  ☐ Yes  ☒ No

4. Have you ever engaged in, conspired to engage in, or do you intend to engage in, or have you ever solicited membership or funds for, or have you through any means ever assisted or provided any type of material support to, any person or organization that has ever engaged or conspired to engage, in sabotage, kidnapping, political assassination, hijacking, or any other form of terrorist activity?  ☐ Yes  ☒ No

5. Do you intend to engage in the U.S. in:
   a. espionage?
   b. any activity a purpose of which is opposition to, or the control or overthrow of, the Government of the United States, by force, violence or other unlawful means?
   c. any activity to violate or evade any law prohibiting the export from the United States of goods, technology or sensitive information?  ☐ Yes  ☒ No

6. Have you ever been a member of, or in any way affiliated with, the Communist Party or any other totalitarian party?  ☐ Yes  ☒ No

7. Did you, during the period March 23, 1933 to May 8, 1945, in association with either the Nazi Government of Germany or any organization or government associated or allied with the Nazi Government of Germany, ever order, incite, assist or otherwise participate in the persecution of any person because of race, religion, national origin or political opinion?  ☐ Yes  ☒ No

8. Have you ever engaged in genocide, or otherwise ordered, incited, assisted or otherwise participated in the killing of any person because of race, religion, nationality, ethnic origin, or political opinion?  ☐ Yes  ☒ No

9. Have you ever been deported from the U.S., or removed from the U.S. at government expense, excluded within the past year, or are you now in exclusion or deportation proceedings?  ☐ Yes  ☒ No

10. Are you under a final order of civil penalty for violating section 274C of the Immigration Act for use of fraudulent documents, or have you, by fraud or willful misrepresentation of a material fact, ever sought to procure, or procured, a visa, other documentation, entry into the U.S., or any other immigration benefit?  ☐ Yes  ☒ No

11. Have you ever left the U.S. to avoid being drafted into the U.S. Armed Forces?  ☐ Yes  ☒ No

12. Have you ever been a J nonimmigrant exchange visitor who was subject to the 2 year foreign residence requirement and not yet complied with that requirement or obtained a waiver?  ☐ Yes  ☒ No

13. Are you now withholding custody of a U.S. Citizen child outside the U.S. from a person granted custody of the child?  ☐ Yes  ☒ No

14. Do you plan to practice polygamy in the U.S.?  ☐ Yes  ☒ No

**Part 4.**   **Signature.**   *(Read the information on penalties in the instructions before completing this section.   You must file this application while in the United States.)*

I certify under penalty of perjury under the laws of the United States of America that this application, and the evidence submitted with it, is all true and correct. I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Print Your Name | Date | Daytime Phone Number |
|---|---|---|---|
| | Rony Denis | 11/18/93 | (206) 589-6647 |

*Please Note: If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application may be denied.*

**Part 5.**   **Signature of person preparing form if other than above.** *(Sign Below)*

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date | Day time Phone Number |
|---|---|---|---|
| | | | |

Firm Name
and Address

U.S. Department of Justice

Immigration and Naturalization Service

Case 1:25-cr-00062-JRH-BKE    Document 83-3    Filed 10/03/25    Page 54 of 210

FORM G-325A
BIOGRAPHIC INFORMATION

OMB No. 1115-0066

| (Family name) DENIS | (First name) RONY | (Middle name) | ☒MALE ☐FEMALE | BIRTHDATE(Mo.-Day-Yr.) 8/24/63 | NATIONALITY HAITIAN | FILE NUMBER A — |
|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED (Including names by previous marriages) NONE | CITY AND COUNTRY OF BIRTH Duvalier ville | SOCIAL SECURITY NO. (If any) 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 |
|---|---|---|

|  | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH(If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | DENIS | ARNOLD | MAY 22, 1926 PORT De PAIX Haiti | |
| MOTHER(Maiden name) | FERNAND | MARIE SOLANGE | JAN 5, 1942 Duvalier ville | |

| HUSBAND(If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | ROBERTSON | MARBRIE | 12/25/66 | U.S St. Louis MO | Feb 20 88 | St Louis MO |

| FORMER HUSBANDS OR WIVES(if none, so state) | | | | |
|---|---|---|---|---|
| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
| NONE | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| 15004 AVE S.W. WASH. | TACOMA | WA | U.S | Oct | 95 | PRESENT TIME | |
| 764 BACON RD | HINESVILLE | GA | U.S | Oct | 92 | Oct | 95 |
| 5113 LAFAYE ST. | N. ORLeans | LA | U.S | Nov | 90 | May | 92 |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION(SPECIFY) | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|
| N.T.C.C. 15004 WASH. AVE TACOMA WA | PASTOR | Oct | 95 | PRESENT TIME | |
| N.T.C.C. 764 BACON RD HINESVILLE GA | PASTOR | Oct | 92 | Oct | 95 |
| N.T.C.C. 948 IROQUOIS ST. N. orleans LA | PASTOR | Nov | 90 | May | 92 |
| | | | | | |

*Show below last occupation abroad if not shown above. (Include all information requested above.)*

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: ☐ NATURALIZATION ☒ STATUS AS PERMANENT RESIDENT ☐ OTHER (SPECIFY): Are all copies legible? ☒ Yes | SIGNATURE OF APPLICANT Rony Denis | DATE 12/4/95 |
|---|---|---|

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

## APPLICANT:
BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) DENIS | (Given name) RONY | (Middle name) — | (Alien registration number) — |
|---|---|---|---|

Form G-325 A (Rev. 10-1-82)          (1) Ident.

Imposter A file - 0053

U.S. Department of Justice
Immigration and Naturalization Service

**FORM G-325 A**
**BIOGRAPHIC INFORMATION**

OMB No. 1115-0066

| (Family name) | (First name) | (Middle name) | ☒ MALE<br>☐ FEMALE | BIRTHDATE(Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| DENIS | RONY | | | 8/24/63 | HAITIAN | A — |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| NONE | Duvalier ville | 590 04 1294 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH(If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | DENIS | Arnold | May 22 1940  Port De Paix Haiti | |
| MOTHER(Maiden name) | FERNAND | Marie Solange | JAN 5, 1942  Duvalier ville | |

| HUSBAND(If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | ROBERTSON | Mauria | 12/25/66 | St Louis MO  US | Feb 20 88 | St Louis MO |

| FORMER HUSBANDS OR WIVES(If none, so state) | | | | |
|---|---|---|---|---|
| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
| | | NONE | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 15004 Ave S.W. Wash. | Tacoma | WA | U.S | Oct | 95 | PRESENT TIME | |
| 764 Balon Rd | Hinesville | GA | U.S | Oct | 92 | Oct | 95 |
| 5113 Lafaye St. | N. Orleans | LA | U.S | Nov | 90 | May | 92 |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION(SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| N.T.C.C. 15004 Wash. Ave Tacoma WA | PASTOR | Oct | 95 | PRESENT TIME | |
| N.T.C.C. 764 Balon Rd Hinesville GA | PASTOR | Oct | 92 | Oct | 95 |
| N.T.C.C. 948 Iroquois St. N. Orbons La | PASTOR | Nov | 90 | May | 92 |
| | | | | | |
| | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION  ☒ STATUS AS PERMANENT RESIDENT<br>☐ OTHER (SPECIFY): | Rony Denis | 12/4/95 |

Are all copies legible?  ☒ Yes

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT:
**BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.**

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| DENIS | RONY | — | |

| (OTHER AGENCY USE) | INS USE (Office of Origin) |
|---|---|
| | OFFICE CODE:<br>TYPE OF CASE:<br>DATE: |

Form G-325 A (Rev. 10-1-82)       (2) Rec Br.

Imposter A file - 0054

U.S. Department of Justice
Immigration and Naturalization Service

FORM G-325A
BIOGRAPHIC INFORMATION

OMB No. 1115-0066

| (Family name) | (First name) | (Middle name) | ☒ MALE ☐ FEMALE | BIRTHDATE(Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| DENIS | Rony | | | 8/24/63 | Haitian | A — |

ALL OTHER NAMES USED (Including names by previous marriages)
None

CITY AND COUNTRY OF BIRTH
Duvalier ville

SOCIAL SECURITY NO. (If any)
390 04 1274

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH(If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | DENIS | Harold | may 22 1940 | Port De Paix Haiti |
| MOTHER (Maiden name) | Fernand | Marie Solange | Jan 5 1942 | Duvalier ville |

| HUSBAND(If none, so state) OR WIFE (For wife, give maiden name) | FAMILY NAME | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | Robertson | Marshel | 12/21/66 | U.S. St. Louis MO | Feb 88 | St. Louis MO |

FORMER HUSBANDS OR WIVES(if none,so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| None | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 15004 ave S.W. wash. | Tacoma | WA | U.S | Oct | 95 | PRESENT TIME | |
| 764 Baton RD | Hinesville | GA | U.S | Oct | 72 | Oct | 95 |
| 5113 Lafaye St. | N. Orleans | LA | U.S | Nov | 70 | May | 72 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION(SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| N.T.C.C 15004 wash. Ave Tacoma WA | Pastor | Oct | 95 | PRESENT TIME | |
| N.T.C.C 764 Baton RD Hinesville GA | Pastor | Oct | 72 | Oct | 95 |
| N.T.C.C 748 Lafaye St. N. Orleans LA | Pastor | Nov | 70 | May | 72 |
| | | | | | |

*Show below last occupation abroad if not shown above. (Include all information requested above.)*

| | | | | | |
|---|---|---|---|---|---|

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☐ NATURALIZATION
☒ STATUS AS PERMANENT RESIDENT
☐ OTHER (SPECIFY):

SIGNATURE OF APPLICANT
Rony Denis

DATE
12/6/95

Are all copies legible? ☒ Yes

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT: BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| DENIS | Rony | — | — |

| (OTHER AGENCY USE) | INS USE (Office of Origin) |
|---|---|
| | OFFICE CODE: |
| | TYPE OF CASE: |
| | DATE: |

Form G-325 A (Rev. 10-1-82)          (3) C.

Imposter A file - 0055

U.S. Department of Justice
Immigration and Naturalization Service

**FORM G-325A**
**BIOGRAPHIC INFORMATION**

OMB No. 1115-0066

| (Family name) | (First name) | (Middle name) | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER A— |
|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | | | | |
| MOTHER (Maiden name) | | | | |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|

FORMER HUSBANDS OR WIVES (if none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | PRESENT TIME | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|
| | | | | PRESENT TIME | |
| | | | | | |
| | | | | | |
| | | | | | |

*Show below last occupation abroad if not shown above. (Include all information requested above.)*

| | | | | | |
|---|---|---|---|---|---|

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION ☒ STATUS AS PERMANENT RESIDENT ☐ OTHER (SPECIFY): | | |

**Are all copies legible?** ☒ Yes

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT: BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|

| (OTHER AGENCY USE) | INS USE (Office of Origin) |
|---|---|
| | OFFICE CODE: TYPE OF CASE: DATE: |

Form G-325 A (Rev. 10-1-82)          (4) Consul



U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0066

## BIOGRAPHIC INFORMATION

| (Family name) | (First name) | (Middle name) | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| DENIS | RONY | | | 8/24/63 | Haitian | A — |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| None | Duvalier ville, HAITI | 59-03-1294 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE. |
|---|---|---|---|---|
| FATHER | DENIS Benoit | | MAY 22, 1926 | Port-de-Pain, Haiti. |
| MOTHER (Maiden name) | Feinand Marie Solange | | JAN 5, 1942 | Duvalier ville, Haiti |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY AND COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | ROBERTSON | Marjorie | 12/26/46 | St Louis, MO U.S. | Feb 20, 1988 | St Louis, MO |

| FORMER HUSBANDS OR WIVES FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| NONE | — | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 15004 WASH. AVE. SW. | Tacoma | WA | US | Oct | 95 | PRESENT TIME | |
| 764 Green Rd | Hinesville | GA | US | Oct | 92 | Oct | 95 |
| 5113 Lafaye St. | N-Orleans | LA | US | Nov | 90 | May | 92 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| N.T.C.C. 15004 WASHINGTON AVE SW. | Pastor | Oct | 95 | PRESENT TIME | |
| N.T.C.C. 764 Green RD. Hinesville GA | Pastor | Oct | 92 | Oct | 95 |
| N.T.C.C. 948 Iroquois St. N. Orleans | Pastor | Nov | 90 | May | 92 |

*Show below last occupation abroad if not shown above. (Include all information requested above.)*

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION ☐ OTHER (SPECIFY): ☒ STATUS AS PERMANENT RESIDENT | Rony Denis | 12/4/95 |

Are all copies legible?  ☒ Yes

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE.

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

## APPLICANT:  BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| DENIS | RONY | — | — |

Form G-325 (Rev. 10-1-82) Y

Imposter A file - 0059

(1) Ident.

U.S. Department of Justice

Immigration and Naturalization Service

**BIOGRAPHIC INFORMATION**

OMB No. 1115-0066

| Family name | First name | Middle name | | Birthdate (Mo.-Day-Yr.) | Nationality | File Number |
|---|---|---|---|---|---|---|
| Denis | Rony | | ☒ Male ☐ Female | 8/24/63 | Haitian | A — |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (if any) |
|---|---|---|
| None | Duvalier ville Haiti | 58001-1294 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE. |
|---|---|---|---|---|
| FATHER | Denis | Arnold | May 22, 1926  Port-de-Paix, Haiti | |
| MOTHER (Maiden name) | Fernand | Marie Solenge | Jan 5, 1942  Duvalier ville, Haiti | |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | Robertson | Marjorie | 12/25/ | U.S. St Louis, MO | Feb 20 1988 | St Louis, MO |

| FORMER HUSBANDS OR WIVES (If none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| None — | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| 15004 Wash. Ave. SW. | Tacoma | WA | US | Oct | 95 | PRESENT TIME | |
| 764 Bacon Rd | Hinesville | GA | US | Oct | 92 | Oct | 95 |
| 5113 Lafaye st. | N. Orleans | LA | US | Nov | 90 | May | 92 |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|
| N.T.C.C.  15004 Washington Ave SW. | Pastor | Oct | 95 | PRESENT TIME | |
| N.T.C.C.  764 Bacon Rd. Hinesville Ga | Pastor | Oct | 92 | Oct | 95 |
| N.T.C.C.  948 Iroquois St. N. Orleans, | Pastor | Nov | 90 | May | 92 |
| | | | | | |
| | | | | | |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION  ☐ OTHER (SPECIFY): ☒ STATUS AS PERMANENT RESIDENT | Rony Denis | 12/4/95 |

Are all copies legible?  ☒ Yes

IF YOUR NATIVE ALPHABET IS OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT:

**BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.**

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| Denis | Rony | — | — |

| (OTHER AGENCY USE) | INS USE (Office of Origin) |
|---|---|
| | OFFICE CODE: <br> TYPE OF CASE: <br> DATE: |

Form G-325 (Rev. 10-1-82) Y

Imposter A file - 0060

(2) Rec. BR.

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB #1115-0134
Medical Examination of Aliens Seeking Adjustment of Status

(Please type or print clearly)
*I certify that on the date shown I examined:*

3. File number (A number)

1. Name (Last in CAPS)
DENIS   Ron.y

(First)
Ron.y                                    (Middle Initial)
—

4. Sex
☒ Male          ☐ Female

5. Date of birth (Month/Day/Year)
08/24/63

2. Address (Street number and name)                    (Apt. number)
15004  WASHINGTON AVE   SW

6. Country of birth
Haiti

(City)                    (State)        (ZIP Code)
TACOMA          WA        98448

7. Date of examination (Month/Day/Year)
11/27/95

General Physical Examination: I examined specifically for evidence of the conditions listed below. My examination revealed;
☒ No apparent defect, disease, or disability.       ☐ The conditions listed below were found (check all boxes that apply).

**Class A Conditions**

| | | | |
|---|---|---|---|
| ☐ Chancroid | ☐ Hansen's disease, infectious | ☐ Mental defect | ☐ Psychopathic personality |
| ☐ Chronic alcoholism | ☐ HIV infection | ☐ Mental retardation | ☐ Sexual deviation |
| ☐ Gonorrhea | ☐ Insanity | ☐ Narcotic drug addiction | ☐ Syphilis, infectious |
| ☐ Granuloma inguinale | ☐ Lymphogranuloma venereum | ☐ Previous occurrence of one or more attacks of insanity | ☐ Tuberculosis, active |

**Class B Conditions**

☐ Hansen's disease, not infectious   ☐ Tuberculosis, not active       ☐ Other physical defect, disease or disability (specify below).

Examination for Tuberculosis - Tuberculin Skin Test
☐ Reaction _____ mm      ☒ No reaction    ☐ Not done

Examination for Tuberculosis - Chest X-Ray Report
☐ Abnormal          ☐ Normal        ☐ Not done

Doctor's name (please print)
A. TSOI IMD                  Date read  11/30/95

Doctor's name (please print)                          Date read

Serologic Test for Syphilis
☐ Reactive Titer (confirmatory test performed)    ☒ Nonreactive

Serologic Test for HIV Antibody
☐ Positive (confirmed by Western biot)        ☒ Negative

Test Type
RPR Serology

Test Type
HIV  =  Western Blot

Doctor's name (please print)           Date read
A. TSOI MD              11-28-95

Doctor's name (please print)           Date read
A. TSOI  MD              11-28-95

Immunization Determination (DTP, OPV, MMR, Td-Refer to *PHS Guidelines* for recommendations.)
☒ Applicant is current for recommended age-specific immunizations.     ☐ Applicant is not current for recommended age-specific immunizations and I have encouraged that appropriate immunizations be obtained.

REMARKS:

**Civil Surgeon Referral for Follow-up of Medical Condition**
☐ The alien named above has applied for adjustment of status. A medical examination conducted by me identified the conditions above which require resolution before medical clearance is granted or for which the alien may seek medical advice. Please provide follow-up services or refer the alien to an appropriate health care provider. The actions necessary for medical clearance are detailed on the reverse of this form.

**Follow-up Information:**
The alien named above has complied with the recommended health follow-up.

Doctor's name and address (please type or print clearly)         Doctor's signature        Date

**Applicant Certification:**
I certify that I understand the purpose of the medical examination, I authorize the required tests to be completed, and the information on this form refers to me.

Signature                                 Date  11/27/95

**Civil Surgeon Certification:**
My examination showed the applicant to have met the medical examination and health follow-up requirements for adjustment of status.

Doctor's name and address (please type or print clearly)         Doctor's signature        Date
A. TSOI MD  15005 Pacific Ave Tacoma WA 98444                  11/30/95

The Immigration and Naturalization Service is authorized to collect this information under the provisions of the
Imposter A file - 006  Immigration and Nationality Act and the Immigration Reform and Control Act of 1986, Public Law 99-603.

Form I 693 (Rev. 09/01/87) N                    ORIGINAL: INS A-FILE

## Medical Clearance Requirements
## for Aliens Seeking Adjustment of Status

| Medical Condition | Estimated Time For Clearance | Action Required |
|---|---|---|
| *Suspected Mental Conditions* | 5 - 30 Days | The applicant must provide to a civil surgeon a psychological or psychiatric evaluation from a specialist or medical facility for final classification and clearance. |
| *Tuberculin Skin Test Reaction and Normal Chest X-Ray* | Immediate | The applicant should be encouraged to seek further medical evaluation for possible preventive treatment. |
| *Tuberculin Skin Test Reaction and Abnormal Chest X-Ray or Abnormal Chest X-Ray (Inactive/Class B)* | 10 - 30 Days | The applicant should be referred to a physician or local health department for further evaluation. Medical clearance may not be granted until the applicant returns to the civil surgeon with documentation of medical evaluation for tuberculosis. |
| *Tuberculin Skin Test Reaction and Abnormal Chest X-Ray or Abnormal Chest X-Ray (Active or Suspected Active/Class A)* | 10 - 300 Days | The applicant should obtain an appointment with physician or local health department. If treatment for active disease is started, it must be completed (usually 9 months) before a medical clearance may be granted. At the completion of treatment, the applicant must present to the civil surgeon documentation of completion. If treatment is not started, the applicant must present to the civil surgeon documentation of medical evaluation for tuberculosis. |
| *Hansen's Disease* | 30 - 210 Days | Obtain an evaluation from a specialist or Hansen's disease clinic. If the disease is indeterminate or Tuberculoid, the applicant must present to the civil surgeon documentation of medical evaluation. If disease is Lepromotous or Borderline (dimorphous) and treatment is started, the applicant must complete at least 6 months and present documentation to the civil surgeon showing adequate supervision, treatment, and clinical response before a medical clearance is granted. |
| **Venereal Diseases* | 1 - 30 Days | Obtain an appointment with a physician or local public health department. An applicant with a reactive serologic test for syphilis must provide to the civil surgeon documentation of evaluation for treatment. If any of the venereal diseases are infectious, the applicant must present to the civil surgeon documentation of completion of treatment. |
| *Immunizations Incomplete* | Immediate | Immunizations are not required, but the applicant should be encouraged to go to physician or local health department for appropriate immunizations. |
| *HIV Infection* | Immediate | Post-test counseling is not required, but the applicant should be encouraged to seek appropriate post-test counseling. |

*Mental retardation; insanity; previous attack of insanity; psychopathic personality, sexual deviation or mental defect; narcotic drug addition; and chronic alcoholism.

**Chancroid; gonorrhea; granuloma inguinale; lymphogranuloma venereum; and syphilis.

Form I-693 (Rev. 09/01/87) N

Imposter A file - 0062



USI & NS
SEATTLE, WA    TRANSLATION OF A "BIRTH CERTIFICATE"    (form JJG-1)

1. NAME:_____**RONY**_____**DENIS**_____
          (first)        (middle)              (last)

2. BIRTH: Place:____**Déschapelles**    **Duvalier-Ville** , Republic of HAITI
                  (city or town)      (state or province) (country)

          Date: _____**August**_____**24TH**_____**1963** - **Time: 09 PM.**
                      (month)        (day)        (year)

3. FATHER'S NAME:_____**- 0 -**_____
                      (first)        (middle)        (last)

4. MOTHER'S NAME:____**Marie**_____**Solanges**____**Fermand**____
                      (first)        (middle)        (last)

5. CERTIFICATE ISSUED: Date-____**August**_____**27TH**____**1963** , Time 09 AM.
                              (month)        (day)        (year)
          Place-____**Duvalier-Ville**_____**Republic of HAITI**____
                  (city or town) (state or province)(country)

          Magistrate:_____**Bien Amée  Bien Amée**_____
                              (full name)

6. CERTIFICATE FOUND: Archive/Register-Book__**NO. 9868**ume____ No. **860**

7. NOTATIONS OF IMPORTANCE:    **Baptized at Duvalier-Ville**
                              **on the date of September 05th/1963**
                              **Reverent Father J.B.SOLOMME .**

          CERTIFICATION OF TRANSLATOR'S COMPETENCE

I,___**Chinh D. Vu**_____hereby certify that the above is an
accurate translation of the pertinent information of the original
"birth certificate" in __**French**___, and that I am competent in both
English and __**French**___to render such translation.

Date__**Nov. 30TH/95**____    _____
                              (signature of translator)

TACOMA COMMUNITY HOUSE
1314 SOUTH L ST              * SUBSCRIBED & SWORN TO BEFORE ME ON:
TACOMA WA 98405                                    Date Nov 30, 1995

Phone: 206-383-3951                          AT:
                                             Plate
                                             TACOMA, WA
                                             BY:
                                             Notary

                                    OFFICIAL SEAL
                                    BETTY L. DRAEGER
                                    NOTARY PUBLIC - WASHINGTON
                                    My Comm. Expires June 18, 1999

Imposter A file - 0063

ADMINISTRATION GENERALE
DES CONTRIBUTIONS

Nº 9868 H

B. C. 371.

(Décl. MERE)



# ACTE DE NAISSANCE

(Paysans)

ETAT CIVIL

LIBERTE

EGALITE

FRATERNITE

REPUBLIQUE D'HAITI

L'an mil neuf cent _____ An _____ de l'Indépendance et le _____ Mardi

_____ heures du matin

Par devant Nous _____

Officier de l'Etat Civil de _____

soussigné;

A comparu la dame _____

1963 demeurant et domiciliée sur l'habitation _____ sise dans la

section rurale de _____ commune de _____

Laquelle nous a présenté un enfant du _____ nous a déclaré

_____ né à _____

le Vingt _____ mil neuf cent _____ à _____ heures du _____

Auquel enfant elle a donné les prénoms de _____ Romay

Dont acte fait en notre Bureau, Rue _____ presence de _____

_____ et de _____

tous deux majeurs, demeurant et domiciés à _____

témoins choisis et amenés par _____

Après lecture faite par nous du présent acte, l'avons signé _____

*Première Expédition Gratuite*

Signé: _____

Imposter A file - 0064

OMB No. 1115-0062

**U. S. Department of Justice**
Immigration and Naturalization Service

**Affidavit of Support**

*(ANSWER ALL ITEMS: FILL IN WITH TYPEWRITER OR PRINT IN BLOCK LETTERS IN INK.)*

I, _Mar Jorie Denis_ , residing at _15004 Washington Ave S.W_
       (Name)                                              (Street and Number)

_Tacoma_        _Washington_        _98498_        _U.SA_
   (City)              (State)          (ZIP Code if in U.S.)        (Country)

**BEING DULY SWORN DEPOSE AND SAY:**

1. I was born on _12/25/66_ at _ST Louis_ _Missouri_ _U.SA_
                   (Date)              (City)                      (Country)

   If you are *not* a native born United States citizen, answer the following as appropriate:

   a. If a United States citizen through naturalization, give certificate of naturalization number _____
   b. If a United States citizen through parent(s) or marriage, give citizenship certificate number _____
   c. If United States citizenship was derived by some other method, attach a statement of explanation.
   d. If a lawfully admitted permanent resident of the United States, give "A" number _____

2. That I am_____years of age and have resided in the United States since (date) _12/25/66_

3. That this affidavit is executed in behalf of the following person:

| Name | | Sex | Age |
|---|---|---|---|
| _Rony_ _Denis_ | | _M_ | _32_ |

| Citizen of-(Country) | Marital Status | Relationship to Deponent |
|---|---|---|
| _Haiti_ | _Married_ | _Husband_ |

Presently resides at--(Street and Number)        (City)        (State)        (Country)
_15004 Washington Ave S.W. Tacoma, Washington 98498_

Name of spouse and children accompanying or following to join person:

| Spouse | | Sex | Age | Child | | Sex | Age |
|---|---|---|---|---|---|---|---|
| _Rony_ | _Denis_ | _M_ | _32_ | | | | |
| Child | | Sex | Age | Child | | Sex | Age |
| Child | | Sex | Age | Child | | Sex | Age |

4. That this affidavit is made by me for the purpose of assuring the United States Government that the person(s) named in item 3 will not become a public charge in the United States.

5. That I am willing and able to receive, maintain and support the person(s) named in item 3. That I am ready and willing to deposit a bond, if necessary, to guarantee that such person(s) will not become a public charge during his or her stay in the United States, or to guarantee that the above named will maintain his or her nonimmigrant status if admitted temporarily and will depart prior to the expiration of his or her authorized stay in the United States.

6. That I understand this affidavit will be binding upon me for a period of three (3) years after entry of the person(s) named in item 3 and that the information and documentation provided by me may be made available to the Secretary of Health and Human Services and the Secretary of Agriculture, who may make it available to a public assistance agency.

7. That I am employed as, or engaged in the business of _Non Profit organization_ with _New Testament_
                                                          (Type of Business)                          (Name of concern)
_Christian Church_

   at _7007 146th St S.W._ _Tacoma_, _WA_ _98498_
       (Street and Number)        (City)        (State)        (Zip Code)

   I derive an annual income of *(if self-employed, I have attached a copy of my last income tax
   return or report of commercial rating concern which I certify to be true and correct to the best
   of my knowledge and belief. See instruction for nature of evidence of net worth to be
   submitted.)*                                                                          $ _30.000 ≃_

   I have on deposit in savings banks in the United States                                $ _____

   I have other personal property, the reasonable value of which is                       $ _10.000 ≃_

Imposter A file - 0065
Form I-134 (Rev. 12-1-84) Y                                    OVER

Case 1:25-cr-00062-JRT-DK Document 88-63 Filed 10/08/25

which I certify to be true and correct to the best of my knowledge and belief. $
I have life insurance in the sum of $ _400,000 ℒ_
With a cash surrender value of $ _____
I own real estate valued at $ _____
   With mortgages or other encumbrances thereon amounting to   $ _____

Which is located at _____
                    (Street and Number)              (City)              (State)              (Zip Code)

8. That the following persons are dependent upon me for support: *(Place an "X"* in the appropriate column to indicate whether the person named is *wholly or partially* dependent upon you for support.)

| Name of Person | Wholly Dependent | Partially Dependent | Age | Relationship to Me |
|---|---|---|---|---|
| None | None | None | | |
| | | | | |
| | | | | |

9. That I have previously submitted affidavit(s) of support for the following person(s). If none, state *"None"*

| Name | Date submitted |
|---|---|
| None | |

10. That I have submitted visa petition(s) to the Immigration and Naturalization Service on behalf of the following person(s). If none, state none.

| Name | Relationship | Date submitted |
|---|---|---|
| None | | |

11. *(Complete this block only if the person named in item 3 will be in the United States temporarily.)*
   That I ☐ do intend   ☐ do not  intend, to make specific contributions to the support of the person named in item 3. (*If you check "do intend", indicate the exact nature and duration of the contributions. For example, if you intend to furnish room and board, state for how long and, if money, state the amount in United States dollars and state whether it is to be given in a lump sum, weekly, or monthly, or for how long.)*

*OATH OR AFFIRMATION OF DEPONENT*

*I acknowledge at that I have read Part III of the Instructions, Sponsor and Alien Liability, and am aware of my responsibilities as an immigrant sponsor under the Social Security Act, as amended, and the Food Stamp Act, as amended.*

*I swear (affirm) that I know the contents of this affidavit signed by me and the statements are true and correct.*

*Signature of deponent =* _MarJorie M. R. Lewis_

*Subscribed and sworn to (affirmed) before me this* _27th_ *day of* _Nov_ _,19 95_

*at* _SPANAWAY PIERCE CO. WA_ *, My commission expires on* _Oct 14, 1997_

*Signature of Officer Administering Oath* _____ *Title* _NOTARY PUBLIC_

*If affidavit prepared by other than deponent, please complete the following: I declare that this document was prepared by me at the request of the deponent and is based on all information of which I have knowledge.*

Imposter A file - 0066

*(Signature)* _____ *(Address)* _____ *(Date)*

# The Hinesville Bank

P. O. Box 1009
Hinesville, Georgia 31313
(912) 368-3332
Member FDIC

FAX (912) 368-6055

November 29, 1995

Rony or Marjorie R Denis
P O Box 92314
15004 Washington Avenue SW
Tacoma, WA   98498

RE:  Checking Account Number 07015365

Dear Mr & Mrs Denis:

This letter is in reference to your request for account information.
The account was opened October 23, 1992, and a current balance of
$6857.30.  The deposits made in the account since May 11, 1995 are:

| | |
|---|---|
| Jun 20 | $ 460.00 |
| Jun 22 | 200.00 |
| Aug 25 | 500.00 |
| Sep 26 | 426.00 |
| Sep 28 | 4000.00 |
| Oct 17 | 2700.00 |
| Nov 13 | 100.00 |
| Nov 27 | 3600.00 |

There were eight deposits made for a total of $11986.00.

If you need further information please contact  our Operations Center
at (912) 369-9364 or write to us again.

Sincerely,

*Sheila Whisman*

Sheila Whisman,
Operations Center

*Your Full Service Independent Bank*

Imposter A file - 0067

## New Testament Christian Church

15004 Washington Ave. S.W.
Tillicum, Wa. 98498
(206) 589-6647

TO WHOM IT MAY CONCERN:

THIS IS TO CERTIFY THAT MARJORIE DENIS IS CURRENTLY EMPLOYED WITH

NEW TESTAMENT CHRISTIAN CHURCH.  THIS IS A PERMANENT POSITION.

HER YEARLY SALARY IS $30.000 DOLLARS.

FOR MORE INFORMATION PLEASE CALL THE UNDERSIGNED. SHE HAS BEEN

EMPLOYED FOR OVER FIVE YEARS.


IN HIS SERVICE

JESHUN A. HUNT
TREASURER

Imposter A file - 0068

| Department of the Treasury—Internal Revenue Service | OMB Clearance No. 1545-1065 Expires 8-31-94 |
|---|---|

**Form 9003** (January 1992)

# Additional Questions to be Completed by All Applicants for Permanent Residence in the United States

**This form must accompany your application for permanent residence in the United States**

**Privacy Act Notice:** Your responses to the following questions will be provided to the Internal Revenue Service pursuant to Section 6039E of the Internal Revenue Code of 1986. Use of this information is limited to that needed for tax administration purposes. Failure to provide this information may result in a $500 penalty unless failure is due to reasonable cause.

On the date of issuance of the Alien Registration Receipt Card, the Immigration and Naturalization Service will send the following information to the Internal Revenue Service: your name, social security number, address, date of birth, alien identification number, occupation, class of admission, and answers to IRS Form 9003.

**Name** *(Last—Surname—Family)*    *(First—Given)*    *(Middle Initial)*

DENIS     RONY     ( FULL TIME PASTOR )

**Taxpayer Identification Number** . . . . . . . . . . . . . . . . . . . . . . .    5 9 0 0 1 1 1 2 8 4

Enter your Social Security Number (SSN) if you have one. If you do not have an SSN but have used a Taxpayer Identification Number issued to you by the Internal Revenue Service, enter that number. Otherwise, write "NONE" in the space provided; i.e., " ⌴⌴⌴⌴ N,O,N,E, ".

| | Mark appropriate column | |
|---|:---:|:---:|
| | **Yes** | **No** |
| 1. Are you self-employed? Mark "yes" if you own and actively operate a business in which you share in the profits other than as an investor. | | ✓ |
| 2. Have you been in the United States for 183 days or more during any one of the three calendar years immediately preceding the current calendar year? Mark "yes" if you spent 183 days or more (not necessarily consecutive) in the United States during any **one of the three prior** calendar years **whether or not you worked** in the United States. | ✓ | |
| 3. During the last three years did you receive income from sources in the United States? Mark "yes" if you received income paid by individuals or institutions located in the United States. Income includes, but is not limited to, compensation for services provided by you, interest, dividends, rents, and royalties. | ✓ | ✓ |
| 4. Did you file a United States Individual Income Tax Return (Forms 1040, 1040A, 1040EZ or 1040NR) in any of the last three years? | | ✓ |

If you answered yes to question 4, for which tax year was the last return filed? . . . . . . . . . . . . . . . . . . . . . . . . . 19 ___ ___

**Paperwork Reduction Act Notice**—We ask for the information on this form to carry out the Internal Revenue laws of the United States. You are required to give us the information. We need it to ensure that you are complying with these laws and to allow us to figure and collect the right amount of tax.

The time needed to complete and file this form will vary depending on individual circumstances. The estimated average time is 5 minutes. If you have comments concerning the accuracy of this time estimate or suggestions for making this form more simple, we would be happy to hear from you. You can write to both the **Internal Revenue Service**, Washington, DC 20224. Attention: IRS Reports Clearance Officer, T:FP, and **Office of Management and Budget**. Paperwork Reduction Project (1545-1065) Washington, DC 20503. **DO NOT send this form to either of these offices. Instead, return it to the appropriate office of the Department of State or the Immigration and Naturalization Service.**

Remarks

Imposter A file - 0069

Cat. No. 10126D                                                                 Form **9003** (Rev. 1-92)

| Form **9003**<br>(January 1992) | Department of the Treasury—Internal Revenue Service<br>**Additional Questions to be Completed by All Applicants<br>for Permanent Residence in the United States** | OMB Clearance No. 1545-1065<br>Expires 8-31-94 |
| --- | --- | --- |

**This form must accompany your application for permanent residence in the United States**

**Privacy Act Notice:** Your responses to the following questions will be provided to the Internal Revenue Service pursuant to Section 6039E of the Internal Revenue Code of 1986. Use of this information is limited to that needed for tax administration purposes. Failure to provide this information may result in a $500 penalty unless failure is due to reasonable cause.

On the date of issuance of the Alien Registration Receipt Card, the Immigration and Naturalization Service will send the following information to the Internal Revenue Service: your name, social security number, address, date of birth, alien identification number, occupation, class of admission, and answers to IRS Form 9003.

Name *(Last—Surname—Family)*      *(First—Given)*      *(Middle Initial)*

Taxpayer Identification Number . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

Enter your Social Security Number (SSN) if you have one. If you do not have an SSN but have used a Taxpayer Identification Number issued to you by the Internal Revenue Service, enter that number. Otherwise, write "NONE" in the space provided; i.e., " ⌶ ⌶ ⌶ ⌶ |N₁O₁N₁E₁ ".

|  | Mark appro-<br>priate column ||
| --- | :---: | :---: |
|  | **Yes** | **No** |
| 1. Are you self-employed?<br>Mark "yes" if you own and actively operate a business in which you share in the profits other than as an investor. |  |  |
| 2. Have you been in the United States for 183 days or more during any one of the three calendar years immediately preceding the current calendar year?<br>Mark "yes" if you spent 183 days or more (not necessarily consecutive) in the United States during any **one of the three prior** calendar years **whether or not you worked** in the United States. |  |  |
| 3. During the last three years did you receive income from sources in the United States?<br>Mark "yes" if you received income paid by individuals or institutions located in the United States. Income includes, but is not limited to, compensation for services provided by you, interest, dividends, rents, and royalties. |  |  |
| 4. Did you file a United States Individual Income Tax Return (Forms 1040, 1040A, 1040EZ or 1040NR) in any of the last three years? |  |  |

If you answered yes to question 4, for which tax year was the last return filed? . . . . . . . . . . . . . . . . . . . . . . . . . . . 19 \_\_ \_\_

**Paperwork Reduction Act Notice—**We ask for the information on this form to carry out the Internal Revenue laws of the United States. You are required to give us the information. We need it to ensure that you are complying with these laws and to allow us to figure and collect the right amount of tax.

The time needed to complete and file this form will vary depending on individual circumstances. The estimated average time is 5 minutes. If you have comments concerning the accuracy of this time estimate or suggestions for making this form more simple, we would be happy to hear from you. You can write to both the **Internal Revenue Service**, Washington, DC 20224. Attention: IRS Reports Clearance Officer, T:FP, and **Office of Management and Budget.** Paperwork Reduction Project (1545-1065) Washington, DC 20503. **DO NOT send this form to either of these offices. Instead, return it to the appropriate office of the Department of State or the Immigration and Naturalization Service.**

Remarks

Imposter A file - 0070

Cat. No. 10126D

2. FOR ADIT AND STATISTICAL REPORTS

Form **9003** (Rev. 1-92)

**U.S. Department of Justice**
Immigration and Naturalization Service (INS)

OMB #1115-0054
**Petition for Alien Relative**

## DO NOT WRITE IN THIS BLOCK - FOR EXAMINING OFFICE ONLY

| Case ID# | Action Stamp | Fee Stamp |
|---|---|---|
| A# 73 448 854 | APPROVED U.S. DISTRICT DIRECTOR JUN 02 1997 SEA-T 8190 | 3459 004    12/13/95 16:36 |

G-28 or Volag #

Petition was filed on: _____ I-130 (priority date)   80.00

☑ 201 (b) spouse  ☐ 203 (a)(1)
☐ 201 (b) child   ☐ 203 (a)(2)
☐ 201 (b) parent  ☐ 203 (a)(4)
                  ☐ 203 (a)(5)

AM CON: _____

☑ Personal Interview          ☐ Previously Forwarded
☐ Pet. ☐ Ben. "A" File Reviewed  ☐ Stateside Criteria
☐ Field Investigations        ☑ I-485 Simultaneously
☐ 204 (a)(2)(A) Resolved      ☐ 204 (h) Resolved

Remarks:

## A. Relationship

1. The alien relative is my
   ☑ Husband/Wife  ☐ Parent  ☐ Brother/Sister  ☐ Child
2. Are you related by adoption?  ☐ Yes  ☑ No
3. Did you gain permanent residence through adoption?  ☐ Yes  ☑ No

## B. Information about you

1. **Name** (Family name in CAPS) (First) (Middle)
   DENIS    MARJORIE   M

2. **Address** (Number and Street) (Apartment Number)
   15004 WASHINGTON AVE S.W.
   (Town or City) (State/Country) (ZIP/Postal Code)
   TACOMA    WA    98498

3. **Place of Birth** (Town or City) (State/Country)
   ST LOUIS, MO

4. **Date of Birth** (Mo/Day/Yr)
   12/25/66
5. **Sex**  ☐ Male  ☑ Female
6. **Marital Status**  ☑ Married  ☐ Single  ☐ Widowed  ☐ Divorced

7. **Other Names Used** (including maiden name)
   MARJORIE ROBERTSON OR DAVIS

8. **Date and Place of Present Marriage** (if married)
   ST LOUIS MO  Feb 20 1988

9. **Social Security Number**
   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
10. **Alien Registration Number** (if any)
   N/A

11. **Names of Prior Husbands/Wives**  12. **Date(s) Marriages(s) Ended**
   Marlowe DAVIS    JAN 29, 1988

13. If you are a U.S. citizen, complete the following:
   My citizenship was acquired through (check one)
   ☑ Birth in the U.S.
   ☐ Naturalization (Give number of certificate, date and place it was issued)

   ☐ Parents
   Have you obtained a certificate of citizenship in your own name?
   ☐ Yes  ☑ No
   If "Yes", give number of certificate, date and place it was issued

14a. If you are a lawful permanent resident alien, complete the following:
   Date and place of admission for, or adjustment to, lawful permanent residence,
   and class of admission:    N/A

14b. Did you gain permanent resident status through marriage to a United
   States citizen or lawful permanent resident? ☐ Yes  ☑ No

## C. Information about your alien relative

1. **Name** (Family name in CAPS) (First) (Middle)
   DENIS    RONY

2. **Address** (Number and Street) (Apartment Number)
   15004 WASHINGTON AVE SW.
   (Town or City) (State/Country) (ZIP/Postal Code)
   TACOMA    WA    98498

3. **Place of Birth** (Town or City) (State/Country)
   Duvalier ville, Haiti

4. **Date of Birth** (Mo/Day/Yr)
   08/24/63
5. **Sex**  ☐ Male  ☑ Female
6. **Marital Status**  ☑ Married  ☐ Single  ☐ Widowed  ☐ Divorced

7. **Other Names Used** (including maiden name)
   NONE

8. **Date and Place of Present Marriage** (if married)
   ST Louis, Missouri  Feb 20 1988

9. **Social Security Number**
   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
10. **Alien Registration Number** (if any)
   —

11. **Names of Prior Husbands/Wives**  12. **Date(s) Marriages(s) Ended**
   NONE    —

13. Has your relative ever been in the U.S.?  ☑ Yes  ☐ No

14. If your relative is currently in the U.S., complete the following: He or
   she last arrived as a (visitor, student, stowaway, without inspection, etc.)
   By SEA
   Arrival/Departure Record (I-94) Number    Date arrived (Month/Day/Year)
   | | | Lost Papers    9/21/1980
   Date authorized stay expired, or will expire, as shown on Form I-94 or I-95
   N/A

15. Name and address of present employer (if any)
   Full Time Pastor
   Date this employment began (Month/Day/Year)
   Full Time Pastor

16. Has your relative ever been under immigration proceedings?
   ☐ Yes  ☑ No  Where _____ When _____
   ☐ Exclusion  ☐ Deportation  ☐ Recission  ☐ Judicial Proceedings

| INITIAL RECEIPT | RESUBMITTED | RELOCATED | | COMPLETED | | |
|---|---|---|---|---|---|---|
| | | Rec'd | Sent | Approved | Denied | Returned |
| | | | | 6/2/97 | | |

Imposter A file - 0071

Form I-130 (Rev. 4'11'91) Y

## C. (continued) Information about your alien relative

**16. List husband/wife and all children of your relative** (if your relative is your husband/wife, list only his or her children).

| (Name) | (Relationship) | (Date of Birth) | (Country of Birth) |
|---|---|---|---|
| | None | | |

**17. Address in the United States where your relative intends to live**

| (Number and Street) | (Town or City) | | (State) |
|---|---|---|---|
| 15004 WASHINGTON AVE S.W. | TACOMA, | WA | 98478 |

**18. Your relative's address abroad**

| (Number and Street) | (Town or City) | (Province) | (Country) | (Phone Number) |
|---|---|---|---|---|
| N/A | | | | |

**19. If your relative's native alphabet is other than Roman letters, write his or her name and address abroad in the native alphabet:**

| (Name) | (Number and Street) | (Town or City) | (Province) | (Country) |
|---|---|---|---|---|
| N/A | | | | |

**20. If filing for your husband/wife, give last address at which you both lived together:**

| (Name) | (Number and Street) | (Town or City) | (Province) | (Country) | From (Month) (Year) | To (Month) (Year) |
|---|---|---|---|---|---|---|
| DENIS | 764 BATON RD | HINESVILLE | GA | | OCT 92 | OCT 95 |

**21. Check the appropriate box below and give the information required for the box you checked:**

☐ Your relative will apply for a visa abroad at the American Consulate in _____
                (City)             (Country)

☒ Your relative is in the United States and will apply for adjustment of status to that of a lawful permanent resident in the office of the Immigration and Naturalization Service at **Seattle** **Washington**. If your relative is not eligible for adjustment of status, he or she will
           (City)        (State)

apply for a visa abroad at the American Consulate in **N/A** ,
              (City)          (Country)

(Designation of a consulate outside the country of your relative's last residence does not guarantee acceptance for processing by that consulate. Acceptance is at the discretion of the designated consulate.)

## D. Other Information

**1. If separate petitions are also being submitted for other relatives, give names of each and relationship.**
N/A

**2. Have you ever filed a petition for this or any other alien before?**  ☐ Yes  ☒ No
If "Yes," give name, place and date of filing, and result.

**Warning:** The INS investigates claimed relationships and verifies the validity of documents. The INS seeks criminal prosecutions when family relationships are falsified to obtain visas.

**Penalties:** You may, by law be imprisoned for not more than five years, or fined $250,000, or both, for entering into a marriage contract for the purpose of evading any provision of the immigration laws and you may be fined up to $10,000 or imprisoned up to five years or both, for knowingly and willfully falsifying or concealing a material fact or using any false document in submitting this petition.

**Your Certification:** I certify, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct. Furthermore, I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit that I am seeking.

Signature _Marquel R. Lewis_  Date _Dec. 4, 95_  Phone Number (206) 589-6647

**Signature of Person Preparing Form if Other than Above**
I declare that I prepared this document at the request of the person above and that it is based on all information of which I have any knowledge.

Print Name _RONY DENIS_  (Address) _15004 WASHINGTON_  (Signature) _Rony Denis_  (Date) _12/4/95_

G-28 ID Number _HUSBAND_

Volag Number

Imposter A file - 0072

**NOTICE TO PERSONS FILING FOR SPOUSES IF MARRIED LESS THAN TWO YEARS**

Pursuant to section 216 of the Immigration and Nationality Act, your alien spouse may be granted conditional permanent resident status in the United States as of the date he or she is admitted or adjusted to conditional status by an officer of the Immigration and Naturalization Service. Both you and your conditional permanent resident spouse are required to file a petition, Form I-751, Joint Petition to Remove Conditional Basis of Alien's Permanent Resident Status, during the ninety day period immediately before the second anniversary of the date your alien spouse was granted conditional permanent residence.

Otherwise, the rights, privileges, responsibilities and duties which apply to all other permanent residents apply equally to a conditional permanent resident. A conditional permanent resident is not limited to the right to apply for naturalization, to file petitions in behalf of qualifying relatives, or to reside permanently in the United States as an immigrant in accordance with the immigration laws.

> **Failure to file Form I-751, Joint Petition to Remove the Conditional Basis of Alien's Permanent Resident Status, will result in termination of permanent residence status and initiation of deportation proceedings.**

**NOTE: You must complete Items 1 through 6 to assure that petition approval is recorded. Do not write in the section below item 6.**

| | | | |
|---|---|---|---|
| 1. **Name of relative** (Family name in CAPS) | (First) | (Middle) | |
| | DENIS | Rody | |

2. **Other names used by relative** (Including maiden name)
NONE

| | | |
|---|---|---|
| 3. **Country of relative's birth** | 4. **Date of relative's birth** (Month/Day/Year) | |
| Duvalien Ville | 08/20/63 | |

| | |
|---|---|
| 5. **Your name** (Last name in CAPS) (First) (Middle) | 6. **Your phone number** |
| DENIS Marjorie M | (206) 589-6647 |

| Action Stamp | SECTION | DATE PETITION FILED |
|---|---|---|
| | ☑ 201 (b)(spouse) | |
| | ☐ 201 (b)(child) | |
| | ☐ 201 (b)(parent) | |
| | ☐ 203 (a)(1) | ☐ STATESIDE |
| | ☐ 203 (a)(2) | CRITERIA GRANTED |
| | ☐ 203 (a)(4) | |
| | ☐ 203 (a)(5) | SENT TO CONSUL AT; |

### CHECKLIST

**Have you answered each question?**

**Have you signed the petition?**

**Have you enclosed:**

- ☒ The filing fee for each petition?
- ☒ Proof of your citizenship or lawful permanent residence?
- ☒ All required supporting documents for each petition?

**If you are filing for your husband or wife have you included:**

- ☒ Your picture?
- ☒ His or her picture?
- ☒ Your G-325A?
- ☒ His or her G-325A?

Imposter A file - 0073

Relative Petition Card
Form I-130A (Rev. 4/11/91) Y



# Marriage License.

### OFFICE OF
## RECORDER OF DEEDS

**STATE OF MISSOURI,**
CITY OF ST. LOUIS        S.S.

*This License authorizes any Judge of Court of Record or any Magistrate, or any Licensed or Ordained Preacher of the Gospel, who is a citizen of the United States, or who is a resident of and a Pastor of any Church in this State, to solemnize marriage between*

Mr. ___RONY DENIS_____

of _____SAINT LOUIS_____ State of MISSOURI

who is __OVER____ the age of eighteen years and_____

M ___MARJORIE MIA ROBERTSON_____

of _____SAINT LOUIS_____ State of MISSOURI

who is __OVER____ the age of eighteen years.

Witnesses To Above
Marriage Ceremony

_Timothy L. Jordan_

_J.F. Swann_

_Timothy A. Sarmiento_

**Witness** *my hand as Recorder with the seal of office hereto affixed at my office in the* CITY OF ST. LOUIS, *this* 16th *day of* February 19 88

_Sharon Quigley Carpenter_
RECORDER

_Anita Basinger_
MARRIAGE LICENSE CLERK

**This is to Certify**, *that the undersigned*

PASTOR _____

did, at ___ST. LOUIS_____ *in the State of Missouri, on the* 20th *day of*

February_____ 19 88 *, unite in marriage the above named persons.*

_Rev. R. C. Blumenthal_

REV. R. C. BLUMENTHAL

1123 HOLLY HILLS, ST. LOUIS, MO- 63111

The person performing the marriage ceremony will please print his name under his signature and the address of his office, church or residence. This license must be returned to the office of Recorder of Deeds, by the person solemnizing the marriage, within ten days after the ceremony.

**The Law requires this marriage license should be returned after the marriage is solemnized and if not used return same to Recorder of Deeds office, St. Louis, MO**

Imposter A file 1907

**State of Missouri,** }
**City of St. Louis.** } **ss.**

#866109

I, the undersigned Recorder of Deeds for said City and State, do hereby certify that the foregoing is a true copy of the MARRIAGE LICENSE and CERTIFICATE of MARRIAGE of _____ *Roxy* _____ *Denis* _____ and *Marydrie Luisha Robertson* together with the date of filing and recording thereof, as the same remains of record in my office in Marriage Record (License) Book No. _250_ at page _136_ and I further certify that I am the legal custodian of said Marriage Record

WITNESS my hand and official seal, this _____ *27th* _____ day of _____ *September* _____ A. D. 18*90*

*Harold Buckley Register*



**MISSOURI**

# BIRTH CERTIFICATION

DATE FILED    JANUARY 05 1967          STATE FILE NUMBER    124-66-077613

CHILD NAME                SEX        DATE OF BIRTH        COUNTY OF BIRTH

MAJORIE MIA ROBERTSON      FEMALE DECEMBER 25 1966   ST. LOUIS CITY
MOTHER MAIDEN NAME         MOTHER AGE              MOTHER STATE OF BIRTH

ARDER M ROBERTSON             26                   ILLINOIS
FATHER NAME                FATHER AGE             FATHER STATE OF BIRTH

THIS IS A TRUE CERTIFICATION OF NAME AND BIRTH FACTS RECORDED IN THIS OFFICE.

*Garland H. Land*
Garland H. Land
State Registrar of Vital Statistics

ISSUED BY: ST. LOUIS CITY              OCTOBER 03 1995

DATE ISSUED

THE REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW.
ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATION.

THE DEPARTMENT OF HEALTH OF MISSOURI

Imposter A file - 0076

STATE OF MISSOURI    )
                     )  SS.
CITY OF ST. LOUIS    )

IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS

( DOMESTIC RELATIONS DIVISION )

Friday, January 29th, 1988

873-03985        In re:        )
                               )
the Marriage of                )
                               )
MARJORIE M. DAVIS              )
        PETITIONER,            )
                               )
AND                            )
                               )
MARLOWE S. DAVIS               )
        RESPONDENT.            )

### DECREE OF DISSOLUTION

This cause was heretofore called on this 29th day of
January, 1988.  The Petitioner in person and by attorney and
the Respondent also in person and by attorney.

This Court having considered the record, the testimony,
and the evidence adduced and entered into the record, now
finds:

The Petitioner has been a resident of Missouri for
ninety days next preceding the commencement of this action
and that thirty days have elapsed since the filing of the
petition, and therefore, this Court has jurisdiction over
the subject matter and the parties in this cause.

That the parties were married on the 6th day of
September, 1986, in the City of St. Louis, State of
Missouri, and said marriage was registered at St. Louis,
Missouri.

That the parties were separated on or about the 8th day of October, 1987.

That the Petitioner is not now pregnant.

That there remains no reasonable likelihood that the marriage can be preserved, and, therefore, the marriage is irretrievably broken.

That there is not a separation agreement filed and admitted into evidence.

That there is no necessity to award maintenance to Petitioner.

That there is not identifiable separate property belonging to either party that the Court must consider, distribute, or otherwise make the subject of this decree.

That there is marital property for the Court to divide, the aggregate value of which is $800.00 Dollars.

WHEREFORE, THE COURT ORDERS, ADJUDGES AND DECREES THAT:

The marriage of Petitioner and Respondent be and is hereby dissolved.

Petitioner's Social Security No. 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.

Respondent's Social Security No. 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.

That the Petitioner's former name of "MARJORIE M. ROBERTSON" be restored to her.

There is marital property over which the Court has jurisdiction. That the marital property is awarded as follows:

That PETITIONER have and recover any and all interest of RESPONDENT in the marital property listed below:

- 2 -

Personal property now in her possession.

That RESPONDENT have and recover any and all interest of PETITIONER in the marital property listed below:

Personal property now in his possession.

Petitioner to pay Court costs.

Other orders:  Respondent to pay to Petitioner one-half of the Court costs.

--------------------

#14/lu

STATE OF MISSOURI

CITY OF ST. LOUIS } **ss.**

I, **FREEMAN R. BOSLEY, JR.,** CLERK OF THE CIRCUIT COURT, CITY OF ST. LOUIS, within and for the City and State aforesaid (said Court being a Court of Record, having a Clerk and official Seal), do hereby certify that the annexed and foregoing is a full, true and complete copy of the original. Decree of Dissolution of Marriage rendered Friday, January 29, 1988.

in the cause aforesaid, as fully as the same remains among the records and files of said Court in my office.

IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed the seal of said Court, at office, in the City of St. Louis,



this ___2nd___ day of _____February_____, 19 _88_

**FREEMAN R. BOSLEY, JR.**

CLERK, CIRCUIT COURT

By _Lorraine Ura_

Deputy

FORM 98

# Circuit Court, City of St. Louis

MARJORIE M. DAVIS

**VS.** { No. 873-03985   **Room** #14

MARLOWE S. DAVIS

DECREE OF DISSOLUTION OF MARRIAGE

Imposter A file - 0081

U.S. Department of Justice
Immigration and Naturalization Service

FORM G-325A
**BIOGRAPHIC INFORMATION**

OMB No. 1115-0066

| (Family name) | (First name) | (Middle name) | ☐ MALE ☒ FEMALE | BIRTHDATE (Mo.-Day-Yr.) 12/25/66 | NATIONALITY U.S. AMERICAN | FILE NUMBER A - |
|---|---|---|---|---|---|---|

DENIS    MarJorie

ALL OTHER NAMES USED (Including names by previous marriages)
MarJorie ROBERTSON or Davis

CITY AND COUNTRY OF BIRTH
ST Louis MO

SOCIAL SECURITY NO. (If any)
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

|  | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH(If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | JOHNSON | MAJOR E. | JAN 23 1936    MEMPHIS, TENN |  |
| MOTHER (Maiden name) | ROBERTSON | ARDER MAE | PEORIA, ILL (Nov1 1940) |  |

HUSBAND (If none, so state) FAMILY NAME (For wife, give maiden name)
OR WIFE    DENIS    MarJorie ROBERTSON

| FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|
| RONY | 08/24/63 | HAITI Duvalier ville | Feb 20 1988 | ST Louis MO |

FORMER HUSBANDS OR WIVES(if none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| Davis | Marlowe | — | ST Louis MO SEPT, 6 1986 | ST Louis MO JAN 29 1988 |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 15004 WASHINGTON AVE SW | TACOMA | WA | Pierce | OCT | 95 | PRESENT TIME |  |
| 764 BACON RD | HINESVILLE | GA | LIBERTY | OCT | 92 | Sept | 95 |
| 5113 LaFaye St. | New Orleans | LA | ORLEANS | NOV | 90 | May | 92 |
|  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION(SPECIFY) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| New TesTament CHristian Church TACOMA WA | Administrator | OCT | 95 | PRESENT TIME |  |
| New TesTament CHristian Church Hinesville GA | Administrator | OCT | 92 | OCT | 95 |
| New TesTament CHristian Church New orleans La | Administrator | NOV | 90 | May | 92 |

Show below last occupation abroad if not shown above. (Include all information requested above.)

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☐ NATURALIZATION    ☐ STATUS AS PERMANENT RESIDENT
☐ OTHER (SPECIFY):

Are all copies legible?    ☐ Yes

SIGNATURE OF APPLICANT
Marjorie M.R. Denis

DATE
12/4/95

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT:
BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| DENIS | MarJorie | — |  |

Form G-325 A (Rev. 10-1-82)    (1) Ident.

Imposter A file - 0082

U.S. Department of Justice
Immigration and Naturalization Service

**BIOGRAPHIC INFORMATION**

OMB No. 1115-0066

| (Family name) | (First name) | (Middle name) | | BIRTHDATE(Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| DENIS | MarJorie | | ☐ MALE ☒ FEMALE | 12/25/66 | U.S. American | A — |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| MarJorie Robertson & Davis | St Louis Mo | xxx-86-8950 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH(if known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | JOHNSON | MAJOR E. | JAN 23, 1936 | Mempho, TENN |
| MOTHER(Maiden name) | ROBERTSON | ARDEN MAE | Peoria ILL (NOV1 1940) | |

| | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| HUSBAND(If none, so state) OR WIFE | DENIS   MarJorie Robertson | RONY | 08/24/63 | Haiti Duvalin ville | Feb 20, 1988 | St Louis Mo |

| FORMER HUSBANDS OR WIVES(if none, so state) | | | | | |
|---|---|---|---|---|---|
| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE | |
| Davis | Marlowe | — | St Louis MO SEPT. 6 1986 | ST Louis MO JUN 29, 1988 | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| | | | | FROM | | TO | |
|---|---|---|---|---|---|---|---|
| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | MONTH | YEAR | MONTH | YEAR |
| 15004 Washington st sw | Tacoma | WA | Pierce | oct | 95 | PRESENT TIME | |
| 764 Bacon Rd | Hinesville | GA | Liberty | oct | 92 | oct | 95 |
| 5113 Lafaye st. | New orleans | LA | Orleans | Nov | 90 | May | 92 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| | | | | FROM | | TO | |
|---|---|---|---|---|---|---|---|
| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | MONTH | YEAR | MONTH | YEAR |
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| | | FROM | | TO | |
|---|---|---|---|---|---|
| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION(SPECIFY) | MONTH | YEAR | MONTH | YEAR |
| New Testament Christian Church Tacoma, WA | Administrator | oct | 95 | PRESENT TIME | |
| New Testament Christian Church Hinesville GA | Administrator | oct | 92 | oct | 95 |
| New Testament Christian Church New orleans L | Administrator | Nov | 90 | May | 92 |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION   ☐ STATUS AS PERMANENT RESIDENT ☐ OTHER (SPECIFY): | Marjorie M.R. Denis | 12/4/95 |

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

Are all copies legible?   ☐ Yes

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT:
**BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.**

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| DENIS | MarJorie | | — |

| (OTHER AGENCY USE) | INS USE (Office of Origin) |
|---|---|
| | OFFICE CODE:<br>TYPE OF CASE:<br>DATE: |

Form G-325 A (Rev. 10-1-82)          (2) Rec Br.

Imposter A file - 0083

**U.S. Department of Justice**
**Immigration and Naturalization Service**

## BIOGRAPHIC INFORMATION

OMB No. 1115-0066

| (Family name) | (First name) | (Middle name) | ☐ MALE / ☐ FEMALE | BIRTHDATE(Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| Denis | Marjorie | | | | U.S. | A |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| | | |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | | | | |
| MOTHER(Maiden name) | | | | |

| HUSBAND(If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | Denis | Rony | | Haiti | Feb 20 1988 | St Louis |

| FORMER HUSBANDS OR WIVES(if none, so state) | | | | |
|---|---|---|---|---|
| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
| Davis | | | | |

### APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| | | | LA | | 95 | PRESENT TIME | |
| | | | LA | | | | |
| | | | LA | | | | |

### APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

### APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION(SPECIFY) | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|
| | | | | PRESENT TIME | |
| | | | | | |
| | | | | | |
| | | | | | |

*Show below last occupation abroad if not shown above. (Include all information requested above.)*

| | |
|---|---|

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☐ NATURALIZATION   ☐ STATUS AS PERMANENT RESIDENT   ☐ OTHER (SPECIFY)

SIGNATURE OF APPLICANT: *Marjorie M.R. Denis*   DATE: 12/4/95

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

Are all copies legible?   ☐ Yes

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

## APPLICANT: BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| Denis | | | |

| (OTHER AGENCY USE) | INS USE (Office of Origin) |
|---|---|
| | OFFICE CODE:<br>TYPE OF CASE:<br>DATE: |

Form G-325 A (Rev. 10-1-82)   (3) C.

Imposter A file - 0084

U.S. Department of Justice  FORM G-325A  OMB No. 1115-0066
Immigration and Naturalization Service

## BIOGRAPHIC INFORMATION

| (Family name) | (First name) | | (Middle name) | ☐ MALE ☐ FEMALE | BIRTHDATE(Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER A |
|---|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH(If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | | | | |
| MOTHER(Maiden name) | | | | |

| HUSBAND(If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|

| FORMER HUSBANDS OR WIVES(if none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | PRESENT TIME | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION(SPECIFY) | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|
| | | | | PRESENT TIME | |
| | | | | | |
| | | | | | |
| | | | | | |

*Show below last occupation abroad if not shown above. (Include all information requested above.)*

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION  ☐ STATUS AS PERMANENT RESIDENT | Marjorie M.R. Denis | 12/4/85 |
| ☐ OTHER (SPECIFY): | | |
| Are all copies legible?  ☐ Yes | IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE: | |

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

## APPLICANT: BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|

| (OTHER AGENCY USE) | INS USE (Office of Origin) |
|---|---|
| | OFFICE CODE: |
| | TYPE OF CASE: |
| | DATE: |

Form G-325 A (Rev. 10-1-82)          (4) Consul

Imposter A file - 0085

U.S. Department of Justice
Immigration and Naturalization Service

**— BIOGRAPHIC INFORMATION —**

OMB No. 1115-0066

| (Family name) | (First name) | (Middle name) | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| DENIS | Marjorie | | | 12/25/66 | American US | A |

ALL OTHER NAMES USED (Including names by previous marriages)

Marjorie Robertson or Davis

| | CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| | St Louis MO | 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 |

|  | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | Johnson | Major E. | Jan 23, 1936 | Memphis Tenn |
| MOTHER (Maiden name) | Robertson | Ander Mae | Nov 1, 1990 | Peoria, Ill |

| HUSBAND OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | DENIS | Rory | 08/24/63 | Haiti Duvalier-ville | Feb 20 1988 | St Louis MO |

FORMER HUSBANDS OR WIVES (If none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| Davis | Marlowe | | Sept 6, 86 St Louis MO | St Louis MO Jan 29 1988 |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| 15004 Washington Ave S.W. | Tacoma | WA | Pierce | | | PRESENT TIME | |
| 764 Bacon Rd | Hinesville | GA | Liberty | | | | |
| 5113 Lafaye St. | N. Orleans | LA | Orleans | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST.

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (SPECIFY) | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|
| N.T.C.C. 15004 SW. Washington Ave | Administrator | Oct | 95 | PRESENT TIME | |
| N.T.C.C. 764 Bacon Rd Hinesville GA | Administrator | Oct | 92 | Oct | 95 |
| N.T.C.C. 948 Iroquois St N. Orleans La | Administrator | Nov | 90 | May | 92 |

*Show below last occupation abroad if not shown above. (Include all information requested above.)*

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:

☐ NATURALIZATION   ☐ OTHER (SPECIFY):
☒ STATUS AS PERMANENT RESIDENT

Are all copies legible?   ☒ Yes

| SIGNATURE OF APPLICANT | DATE |
|---|---|
| Marjorie M.R. Denis | 12/4/95 |

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT:
**BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.**

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| DENIS | Marjorie | — | — |

Form G-325 (Rev. 10-1-82) Y

Imposter A file - 0086

(1) Ident.

U.S. Department of Justice
Immigration and Naturalization Service

**BIOGRAPHIC INFORMATION**

OMB No. 1115-0066

| (Family name) | (First name) | (Middle name) | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| Denis | Marjorie | | | 12/25/66 | american | A |

| ALL OTHER NAMES USED (Including names by previous marriages) | | CITY AND COUNTRY OF BIRTH | | SOCIAL SECURITY NO. (If any) |
|---|---|---|---|---|
| Marjorie Robertson Davis | | | | |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE. |
|---|---|---|---|---|
| FATHER | Johnson Moore | | June 23, 1936 | |
| MOTHER (Maiden name) | Robertson | | April 1990 | |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | Denis | Kary | 3/24 | | | |

| FORMER HUSBANDS OR WIVES (If none, so state) | | | | | |
|---|---|---|---|---|---|
| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE & PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE | |
| Davis | Charles | | | | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | MONTH | YEAR | MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | PRESENT TIME | |
| | | | | | | | |
| | | | | | | | |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | MONTH | YEAR | MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE) LIST PRESENT EMPLOYMENT FIRST

| FULL NAME AND ADDRESS OF EMPLOYER | | OCCUPATION (SPECIFY) | MONTH | YEAR | MONTH | YEAR |
|---|---|---|---|---|---|---|
| | | | | | PRESENT TIME | |
| | | | | | | |
| | | | | | | |

*Show below last occupation abroad if not shown above. (Include all information requested above.)*

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | SIGNATURE OF APPLICANT | DATE |
|---|---|---|
| ☐ NATURALIZATION ☐ OTHER (SPECIFY) ☒ STATUS AS PERMANENT RESIDENT | Marjorie M.R. Denis | 12/4/95 |

'Are all copies legible?  ☒ Yes

IF YOUR NATIVE ALPHABET IS IN OTHER THAN ROMAN LETTERS, WRITE YOUR NAME IN YOUR NATIVE ALPHABET IN THIS SPACE:

PENALTIES: SEVERE PENALTIES ARE PROVIDED BY LAW FOR KNOWINGLY AND WILLFULLY FALSIFYING OR CONCEALING A MATERIAL FACT.

# APPLICANT:
**BE SURE TO PUT YOUR NAME AND ALIEN REGISTRATION NUMBER IN THE BOX OUTLINED BY HEAVY BORDER BELOW.**

| COMPLETE THIS BOX (Family name) | (Given name) | (Middle name) | (Alien registration number) |
|---|---|---|---|
| DENIS | Marjorie | | |

| (OTHER AGENCY USE) | INS USE (Office of Origin) |
|---|---|
| | OFFICE CODE: TYPE OF CASE: DATE: |

Form G-325 (Rev. 10-1-82) Y

Imposter A file - 0087

(2) Rec. BR.



## *Important Document Information*

The Immigration and Naturalization Service has changed the policy requiring submission of original documents or certified copies of documents with applications and petitions.

You may now submit ordinary legible photocopies of the original documents required, including Naturalization Certificates and Alien Registration Cards. Please submit copies of both sides of documents. You may be required to present the original documents during any subsequent contacts with the Service.

The following statement must be signed and dated by either the applicant, the petitioner, or the attorney, *and submitted with each petition and/or application.*

-----------------------------------------------------------

"Copies of documents submitted are exact photocopies of unaltered original documents and I understand that I may be required to submit original documents to an Immigration or Consular official at a later date."

Signature: *Rony Denis*

Typed or Printed Name: *Rony Denis*

Date: *12/4/95*

EΠ 750
3/91 3230

**DEPARTMENT OF JUSTICE**
Immigration & Naturalization Service

**PROCESSING SHEET**

**Application or**
**Petition Form No.**_____    **File No.**_____

---

### DATA COLLECTION FOR ALIEN DOCUMENTATION,
### IDENTIFICATION & TELECOMMUNICATION SYSTEM (ADIT)

Please print or type information requested below:

COMPLETE NAME  *Rony Denis*

COMPLETE MAILING ADDRESS (Include zip code)  *15004 Washington Ave*

*SW PO Box 92314 Tacoma, WA 98492*

_____

MOTHER'S FIRST NAME  *Marie Solange Fernord*

FATHER'S FIRST NAME  *Arnold Denis*

CITY/TOWN/VILLAGE OF BIRTH  *Duvalier ville, Haiti*

CITY OF RESIDENCE WHEN APPLYING
FOR A VISA OR IMMIGRANT STATUS  *Tacoma, Washington*

CITY OF DESTINATION AT
TIME OF ORIGINAL ADMISSION  *Miami, Florida*

LOCATION OF CONSULATE WHERE IMMIGRANT VISA
OBTAINED (OR IMMIGRATION OFFICE WHERE ADJUSTED)  *Seattle Washington*

DATE OF BIRTH  *8/24/63*

PORT OF ENTRY WHEN ADMITTED AS IMMIGRANT OR
OFFICE WHERE ADJUSTED TO LAWFUL PERMANENT RESIDENT  *Miami, FLA*

SYMBOL ADMITTED UNDER (CLASSIFICATION)  *N/A*

DATE ADMITTED OR ADJUSTED TO LAWFUL PERMANENT RESIDENT  *N/A*

COUNTRY OF BIRTH  *Haiti*

CARD NUMBER  *N/A*

TRANSACTION NUMBER  *N/A*

WR-702    2211
06/21/93

Imposter A file - 0091

*U.S.GPO:1994-580-266/80177

WAS ~~L~~     ' OFFICE - EXTERNAL ROUTING SHEET
Please Charge All Outgoing Files to RC 121

If you do not see the FCO listed please indicate the FCO you need in the Other FCO Space

| | | |
|---|---|---|
| **Other FCO -** | HNT – Huntsville Hearing | POM – Portland, ME |
| **ABQ** – Albuquerque, NM | HOU – Houston, TX | POO – Portland, OR |
| **AGA** – Agana, GU | IMP- Imperial, CA | PRO – Providence, RI |
| **ALB** – Albany, NY | INP – Indianapolis, IN | RAL – Raleigh/Durham, NC |
| **ANC** – Anchorage, AK | JAC – Jacksonville, FL | RDF – Records Digitization |
| **ATL** – Atlanta, GA | KAN – Kansas City, MO | REN – Reno, NV |
| **BAL** – Baltimore, MD | KND - Kendall, FL | RIT, Rome Italy |
| **BKK**, Bangkok Thailand | LAW- Lawrence, MA | SAA – Santa Ana, CA |
| **BOI** – Boise, ID | LDN – London U. Kingdom | SAC – Sacramento, CA |
| **BOS** – Boston, MA | LOS – Los Angeles, CA | SAJ – San Juan, PR |
| **BUF** – Buffalo, NY | LOU – Louisville, KY | SEA –Seattle, WA |
| **CHA** – Charlotte Amalie | LSC – Law Enf. Support | SEK, Seoul Korea |
| **CHI** – Chicago, IL | LVG – Las Vegas, NV | SFR –San Francisco, CA |
| **CHL** - Charleston, WV | MEM – Memphis, TN | SLC – Salt Lake City, UT |
| **CIN** – Cincinnati, OH | MEX, Mexico City Mexico | SNA – San Antonio, TX |
| **CLE** – Cleveland, OH | MIA – Miami, FL | SND – San Diego, CA |
| **CLM** - Columbus, OH | MIL – Milwaukee, WI | SNJ – San Jose, CA |
| **CLT** – Charlotte, NC | MPH, Manila Philippines | SPM – St. Paul, MN |
| **COW** – HQ, Washington DC | NBC – National Benefit Center | SPO – Spokane, WA |
| **DAL** – Dallas, TX | NBO, Nairobi, Kenya | SSC, Southern Service Center |
| **DEN** – Denver, CO | NDI, New Delhi India | STA – St. Albans, VT |
| **DET** – Detroit, MI | NEW – Newark, NJ | STL – St. Louis, MO |
| **DSM** – Des Moines, IA | NOL – New Orleans, LA | TAM – Tampa, FL |
| **ELP** – El Paso, TX | NOR – Norfolk, VA | TUC – Tucson, AZ |
| **ESC**, Vermont Service Center | NRC, National Record Center | VNA, Vienna Austria |
| **FKB**, Frankfurt, Germany | NSC, Nebraska Service Center | WPB – West Palm Bch, FL |
| **FLO** – Florence Process | NYC – New York, NY | WSC – Western Service Center |
| **FRE** – Fresno, CA | OAK – Oakdale, LA | YAK – Yakima, WA |
| **FSA** - Fort Smith, AR | OKC –Oklahoma City, OK | ZAR, Arlington, VA |
| **GCU** - Garden City, NY | OKL-Oakland Park, FL | ZCH, Chicago, IL |
| **HAR** – Hartford, CT | OMA – Omaha, NE | ZHN – Houston, TX |
| **HBG**, Harrisonburg VA | ORL – Orlando, FL | ZLA, Los Angeles, CA |
| **HEL** – Helena, MT | PHI – Philadelphia, PA | ZMI, Miami, FL |
| **HIA**- Hialeah, FL | PHO – Phoenix, AZ | ZNK, Newark, NJ |
| **HHW** – Honolulu, HI | PIT – Pittsburgh. PA | ZNY – New York, NY |
| **HLG** – Harlingen, TX | PNM, Panama City Panama | ZSF, San Francisco, CA |

**Note:** All sites listed above are File Control Offices according to NFTS. If you need a file to be sent to another location not listed, the file MUST be sent to the District Office for that jurisdiction. (*Information per Records Operating Handbook*)

Live Application? Yes _____ No _____ If Yes: _____ I-485 Family Based _____ I-485 Employment Based _____ I-485 Asylum _____ I-485 Refugee
_____ I-485 Other _____ I-130 Imm. Relative _____ I-130 Pref. Base _____ I-751 Join: _____ I-751 Waiver _____ N-400 Regular _____ N-400 Military
Other Type:

Shipping Information  Account #: _____    Service Type: ☐UPS   ☐USPS (Regular Mail)   ☐ FED EX

FROM (FCO,Dept,Name): _uuus_    PHONE: _____    NFTS CODE: _____    DATE: 2/17/11    DUE DATE: _____

Washington Field Office – Transmittal Sheet                    **DATE SENT:** 2/17/2011



**FROM** ➔ **TO**

| NAME:<br>EXT: | NAME: |
|---|---|
| NFTS CODE: | NFTS CODE: *FR 1000* |

*Files In Transit to File room – "Charge Out" to FR 1000 (NATZ - 1ˢᵗ Floor), FR 2000 (ADJUSTMENT – 3ʳᵈ Floor)*

### RESPONSIBLE PARTY CODE (RPC)/WHAT ARE YOU SENDING?

| ADJUSTMENT | | NATZ |
|---|---|---|
| I-485:<br>I-130:<br>I-751:<br>Other "I" Forms: | *NRC* | N-400:<br>N-600:<br>Military:<br>Customer Service Division: |

| **FDNS** (For FDNS Staff ONLY) | **LIT/ICE/DRO/OTHER** |
|---|---|
| | |

### ADDITIONAL INSTRUCTIONS:
*(Explain any additional instruction needed – I-751 Petition, Cleaners of America, etc.)*

RFE/N-14 Due Date:                                   Motion Response Due Date:

Re-exam Earliest Date (60-90 days from interview date):       Q&A Date:

Fingerprint Appointment Date:                        Military Class:

No Show Date:

**Awaiting Relating File(s):**   This file relates to: _____   _____   _____

☐ Please Consolidate/Merge once relating file has arrived at WAS. *(Consolidation/Merger Form inside file)*

☐ DO NOT Consolidate/Merge

**Visa Number Availability:** Classification:_____   Country: _   Priority Date: _____

**NATZ Reverification:**

(NATZ) Approved Needs Reverification:

(NATZ) Re-verification Needs Oath Scheduled:

| **SUPERVISORS:**<br>*File/cover page reviewed*<br>Initials: _____<br>Date: _____ |
|---|

Imposter A file - 0094

Rev. 11/17/09

I-485 Schedule

# UNITED STATES DEPARTMENT OF JUSTICE
## IMMIGRATION & NATURALIZATION SERVICE
## PERMANENT RESIDENCE INTERVIEW

| NAME AND ADDRESS | ALIEN REGISTRATION |
|---|---|
| DENIS RONY | NUMBER: |
| 15004 WASHINGTON AVE SW | A A73448854 |
| TACOMA, WA 98498 | DATE: |
| Atty Notified: | July 2, 1998 |

Please come to the office shown below at he time indicated in connection with an official matter. Please place this appointment letter in the tray located at counter ten (10). Do not wait in line. Do not take a number at the front counter. An officer will retrieve your letter and call you by name to process you for your petition for alien relative.

| OFFICE LOCATED AT: | 815 AIRPORT WAY SOUTH        SEATTLE, WA 98134 |
|---|---|
| DATE & TIME: | 7/14/98   1:40 PM |
| REASON FOR APPOINTMENT: | ADJUSTMENT OF STATUS FORM I-485 |
| ASK FOR: | PERMANENT RESIDENCE INTERVIEW SECTION EXAMIER DAO    **DAO 10** |
| BRING WITH YOU TO COUNTER TEN (10): | This letter with your passport; Your alien registration card, Re-entry permits, your receipt and any other Immigration documents in your possession. If petition is based on marriage to a citizen of the United States or permanent resident, bring evidence of co-habitation and commingling of fiancés such as: rent receipts; Bank statements; Utility bills; Apartment lease or Home mortgage. |

IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT, BRING THIS LETTER WITH YOUR IF YOU ARE UNABLE TO KEEP THIS APPOINTMENT, STATE YOUR REASONS BELOW AND SIGN RETURN THIS LETTER TO THIS OFFICE AS SOON AS POSSIBLE. IF YOU ARE SEEKING TO CHANGE YOUR NAME, YOU MUST PRESENT AN ORDERS FROM A STATE COURT SHOWING THAT YOU HAVE LEGALLY CHANGED YOUR NAME. WE WILL NOT RESCHEDULE APPOINTMENTS EXCEPT FOR BONAFIDE EMERGENCIES (VACATIONS, BUSINESS TRIPS ECT... DO NOT CONSTITUTE EMERGENCIES). IF YOU FAIL TO KEEP THIS APPOINTMENT AND YOU FAIL TO NOTIFY THIS OFFICE PRIOR TO THE SCHEDULED DAY OF APPOINTMENT, YOUR APPLICATION MAY BE DENIED FOR LACK OF PROSECUTION. IF YOUR PETITION IS FILED ON BEHALF OF YOUR SPOUSE AND YOUR SPOUSE IS IN THE UNITED STATES, YOUR SPOUSE MUST ACCOMPANY YOU TO THIS INTERVIEW. THE INTERVIEW MAY BE VIDEO TAPED. IF YOU DO NOT SPEAK THE ENGLISH LANGUAGE, PLEASE BRING SOMEONE WITH YOU THAT CAN SPEAK BOTH YOUR NATIVE LANGUAGE AND ENGLISH.

REASON: _____

SIGNATURE: _____

RICHARD C SMITH

**DISTRICT DIRECTOR**

Attorney Notified:

## FILE COPY

I-485 schedule letter

Imposter A file - 0095

9108

Department of Justice
Immigration and Naturalization Service

## N-400 Adjudication Processing Worksheet

A# 73448854

| INTERVIEW | Initials | Date | Remarks |
|---|---|---|---|
| Appeared for interview | PL | 2-20-02 | No show on _____ (Date) _____ (Initials and Current Date) |
| A-file present at time of initial interview | PL | 2-20-02 | |

| OFFICER | Initials | Date | Remarks  (Only circle standard annotations when and if applicable) |
|---|---|---|---|
| Met § 312 requirements at initial interview | PL | 2-20-02 | (55/15) (50/20) (65/20) |
| Appeared for Re-Exam | | | No show on: _____ (Date) _____ (Initials and Current Date) |
| Met § 312 requirements at Re-Exam | | | |
| If applicable, met § 312(b) disability exceptions | | | |
| Established physical presence/residence | PL | 2-20-02 | |
| Established good moral character | PL | 2-20-02 | (See Sworn Statement) (Criminal Record in File) |
| Established attachment to Constitution (If modified oath, circle notation in remarks) | PL | 2-20-02 | (Religious Objection) |
| Met other eligibility requirements (put reason(s) in remarks) | PL | 2-20-02 | Met Sec 319(a) Reg not. marriage cert in file. 3rd agency ck PL 2-20-02 (See Sworn Statement) |
| Recommendation, if supervisory review required ☐ (CRIMINAL) and/or  1ST ☐ (T-FILE) and/or ☐ (DISABILITY)    If necessary, enter 2ND | | | CIRCLE RECOMMENDATION: (GRANT)    (DENY)    (WITHDRAW) CIRCLE RECOMMENDATION: (GRANT)    (DENY)    (WITHDRAW) |

| SUPERVISORY CONCURRENCE WITH OFFICER'S RECOMMENDATION | Initials | Date | Remarks    (Indicate non-concurrence issue(s) within remarks) |
|---|---|---|---|
| | | | |
| | | | |

| OFFICER | Initials | Date | Remarks    (Circle decision) |
|---|---|---|---|
| Indicate decision under remarks | PL | 2-20-02 | (GRANTED)    (DENIED)    (WITHDRAWN) |

Reverified _____ _Johnatha R Klein_ _____ / 02/20/02

Reverifier's Signature                                    Date

Form N-650B (Rev. 11/1/98)

U. S. Department of Justice
Immigration and Naturalization Service

## N-400 Clerical Processing Worksheet

A# O73  448  854

| CLERICAL | Initials | Date | Remarks |
|---|---|---|---|
| FD-258 "Masthead" is complete, accurate, and legible  (Overseas-Initially Prepared FD-258s) | | | |

| COMPLETE FOR ALL FILES | Initials | Date | Remarks  (Only circle standard annotations when and if applicable) |
|---|---|---|---|
| FD-258 Control # : _DE 7945 N_  Process Date: _6-28-01_ | NE 22007 | 2-6-02 | (Waived) (Rap Sheet Interfiled) (FTA/RFE-Not Received) |
| FD-258  Control # : _____  Process Date: _____ | | | (2nd Unclassifiable) (Rap Sheet Interfiled) (FTA/RFE-Not Received) |

| MANUAL REQUESTS/RAFACS REQUESTS | Initials | Date | Remarks  (Only circle standard annotations when and if applicable) |
|---|---|---|---|
| Initial search request was made (RAFACS) | | | |
| If necessary, 2nd search request was made (RAFACS - 30 calendar days) | | | |
| If necessary, 3rd search request was made (RAFACS - 30 calendar days) | | | |
| Manual search request initiated (circle one) | | | (New Added) (No Record Found) |
| Final Status of A-file (circle one) | | | (Received) (Not Received) (New Added) (Not Found) |

| A-FILE PROCESSING | Initials | Date | Remarks |
|---|---|---|---|
| A-file relates to applicant | NE 200101 | 8/17/01 | |

| T-FILE PROCESSING | Initials | Date | Remarks |
|---|---|---|---|
| CIS documentation of lawful status and requisite file transfer requests is in T-file (9101 and 9504 CIS screen prints) | | | |

Imposter A file  0097

Form N-650A (Rev 10/1/98)

**U.S Department of Justice**                              **A#:A073448854**
**Immigration and Naturalization Service**        **Receipt Number:100629860**
                                                  **Naturalization Document Request**

A review of your N-400: Application for Naturalization, indicates that additional information is required to process your application. Please bring this letter, all the additional information requested below, your Permanent Resident Card (Green Card), all passports, and your re-entry permit (if you have one) to your interview. Failure to do so may cause delays in deciding your case or result in denial of your application. Your interview appointment letter will follow at a later date if you have not already received one. IMPORTANT: DO NOT SEND OR BRING THESE DOCUMENTS TO INS UNTIL YOUR INTERVIEW!!

RONY DENIS                                        **FILE COPY**

* PO BOX 92314                                                    SEA
TACOMA WA   98492                                            02/08/2002

**Please bring the following to your interview:**                NSC

- Copies of your tax returns since 05/14/1998 or an IRS Return Transcript for the same period.

- Evidence of your marital union, such as bank account statements, leases, mortgages, or other documentation with both of your names, since 05/14/1998. If you and your spouse have children together, please bring copies of their birth certificates.

- The completed original Form G-325B: Biographic Information. Form G-325B is available through the INS Forms Center at 1-800-870-3676 or at your local INS office.

**Any documents in a foreign language must be accompanied by an English translation.**
**The translator must certify that he/she is competent to translate and that the translation is accurate.**
**REMINDER: BRING THIS ORIGINAL LETTER WITH YOUR DOCUMENTS!!**

Imposter A file - 0098

FD258 TRACKING SYSTEM                    10:49

SEARCH CRITERIA: ANUM = 073448854

CIDN        : A073448854              ORI: (SC) NBINSWANZ (LOC) WAINSSE00
A-NUMBER     : 073448854      FORM#: N400
NAME (L/F/M): DENIS                RONY

DATE OF BIRTH  : 08/24/1963
FP REQUEST SENT: 06/28/2001              TCN: A073448854200106281422
PLACE OF BIRTH : HT                      TCR: IFCS0005000010094801

********************* FBI RESPONSE INFORMATION ***************************

FBI RESPONSE DESCRIPTION : NON-IDENT          CONTROL NO: DE7945N
DATE PROCESSED BY FBI    : 06/28/2001     FNU      :
RESPONSE PROCESSED BY LAN: 06/28/2001     PCN      :
RESPONSE PROCESSED BY M/F: 06/29/2001
REJECT DESCRIPTION       :

SUCCESSFUL FD258 DETAIL SCREEN DISPLAY
      PF1        PF2            PF6          PF8
     PG FWD    PG BWD      PRIOR SCREEN    LOGOFF

Imposter A file - 0099

**UNITED STATES DEPARTMENT OF JUSTICE**

**IMMIGRATION AND NATURALIZATION SERVICE**

# COVER SHEET

# RECORD
# OF
# PROCEEDING

**This is a permanent record of the Immigration and Naturalization Service. Any part of this record that is removed MUST BE RETURNED after it has served its purpose.**

## INSTRUCTIONS

1. Place a separate cover sheet on the top of each Record of Proceeding.

2. Each Record of Proceeding is to be fastened on the inner left side of the file jacket in chronological order.

3. Any person temporarily removing any part of this record must make, date, and sign a notation to this effect which is to be retained in this record, below the cover sheet. The signer is responsible for replacing the removed material as soon as it has served its purpose.

4. See AM 2710 for detailed instructions.

M-175 (Rev. 10-20-69)

*U.S. Government Printing Office: 2000 — 462-044/00005

**U.S. Department of Justice**
Immigration and Naturalization Service

**AUTHORIZATION FOR PAROLE OF AN ALIEN
INTO THE UNITED STATES**

| Name of Alien | (First) | (Middle) | (Last) | Date 07/03/98 |
|---|---|---|---|---|
| | **RONY** | | **DENIS** | |

File Number
A 73 448 854

| Date of Birth | Place of Birth | (City or Town) | (State or province) | (Country) |
|---|---|---|---|---|
| 08/24/63 | | | **HAITI** | |

| U.S. Address | (Apt. number and/or in care of) | (Number and Street) | (City or town) | (State) | (Zip Code) |
|---|---|---|---|---|---|
| | | 15004 WASHINGTON AVE SW | TACOMA | WA | 98492 |

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality act for bring an alien who does not have a visa.

**JULY 3, 1999**

Presentation of the original of this document prior to _____ will authorize an immigration officer at a port of entry in the United States to permit the above named bearer, whose photograph appears hereon, to enter the United States:

☐   As an alien paroled pursuant to section 212(d)(5) of the Immigration and Nationality Act.

☑   This is a multiple entry document. Mark each entry on the reverse of the original I-512.
Subject should retain this document during its validity.

**Remarks:** The subject is an applicant for Adjustment of Status under Section 245, who must travel abroad for business or personal reason. The subject should be paroled for six (6) months upon each return to the U.S. prior to the above date. THIS DOCUENT IS TO BE RETAINED BY THE SUBJECT DURING ITS PERIOD OF VALIDITY AND IS VALID FOR MULTIPLE ENTRIES.

NOTE TO ALIEN: This authority will permit you to resume your application upon return to the U.S. However, you will then be an applicant for admission, and if your application is denied, you will be unable to renew your application in expulsion proceedings.

_____
**(Signature of Immigration Officer)**
**Richard C. Smith**
**District Director**

SEATTLE, WASHINGTON
**(Authorizing Office)**



**ARRIVAL STAMP**

**TO ALIEN OR TRANSPORTATION LINE**

Form I-512 (Rev. 10-1-82)Y SEA 2-19-96
Retyped by INS SEA 05-08-97

Imposter A file - 0101

SEP 03 '99 -6:30 AM 1086

**U.S. Department of Justice**
**Immigration and Naturalization Service**

**AUTHORIZATION FOR PAROLE OF AN ALIEN**
**INTO THE UNITED STATES**

| Name of Alien | (First) | (Middle) | (Last) | |
|---|---|---|---|---|
| | **RONY** | | **DENIS** | Date 07/03/98 |
| | | | | File Number A 73 448 854 |

| Date of Birth | Place of Birth | (City or Town) | (State or province) | (Country) |
|---|---|---|---|---|
| 08/24/63 | | | | HAITI |

| U.S. Address | (Apt. number and/or in care of) | (Number and Street) | (City or town) | (State) | (Zip Code) |
|---|---|---|---|---|---|
| | | 15004 WASHINGTON AVE SW | TACOMA | WA | 98492 |

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality act for bring an alien who does not have a visa.

**JULY 3, 1999**

Presentation of the original of this document prior to _____ will authorize an immigration officer at a port of entry in the United States to permit the above named bearer, whose photograph appears hereon, to enter the United States:

☐    As an alien paroled pursuant to section 212(d)(5) of the Immigration and Nationality Act.

☐    This is a multiple entry document.  Mark each entry on the reverse of the original I-512.
     Subject should retain this document during its validity.

**Remarks:** The subject is an applicant for Adjustment of Status under Section 245, who must travel abroad for business or personal reason.  The subject should be paroled for six (6) months upon each return to the U.S. prior to the above date.   THIS DOCUENT IS TO BE RETAINED BY THE SUBJECT DURING ITS PERIOD OF VALIDITY AND IS VALID FOR MULTIPLE ENTRIES.

NOTE TO ALIEN:  This authority will permit you to resume your application upon return to the U.S. However, you will then be an applicant for admission, and if  your application is denied, you will be unable to renew your application in expulsion proceedings.

_____
**(Signature of Immigration Officer)**
**Richard C. Smith**
**District Director**

SEATTLE, WASHINGTON
**(Authorizing Office)**



ARRIVAL STAMP

TO ALIEN  OR  TRANSPORTATION LINE

Form I-512 (Rev. 10-1-82)Y SEA 2-19-96
Retyped by INS SEA 05-08-97

Imposter A file - 0102

**U.S. Department of Justice**
Immigration and Naturalization Service

OMB #1115-0005
Application for Travel Document

## START HERE - Please Type or Print

### Part 1.  Information about you.

| | | |
|---|---|---|
| Family Name  DENIS | Given Name  Rony | Middle Initial (NONE) |

**Address - C/O**

| | |
|---|---|
| Street Number and Name  15004 WASHINGTON AVE SW. | Apt. # _ |

| | |
|---|---|
| City  TACOMA | State or Province  WA |
| Country  PIERCE | ZIP/Postal Code  98492 |

| | |
|---|---|
| Date of Birth (Month/Day/Year)  08/24/63 | Country of Birth  HAITI |
| Social Security #  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 | A #  073448854 |

### Part 2.  Application Type (check one).

a.  ☐  I am a permanent resident or conditional resident of the United States and I am applying for a Reentry Permit.

b.  ☐  I now hold U.S. refugee or asylee status and I am applying for a Refugee Travel Document.

c.  ☐  I am a permanent resident as a direct result of refugee or asylee status, and am applying for a Refugee Travel Document.

d.  ☒  I am applying for an Advance Parole to allow me to return to the U.S. after temporary foreign travel.

e.  ☐  I am outside the U.S. and am applying for an Advance Parole.

f.  ☐  I am applying for an Advance Parole for another person who is outside the U.S.  *Give the following information about that person:*

| Family Name  — | Given Name  — | Middle Initial |
|---|---|---|
| Date of Birth (Month/Day/Year)  — | Country of Birth  — | |

**Foreign Address - C/O** —

| | |
|---|---|
| Street Number and Name  — | Apt. # |
| City  — | State or Province |
| Country  — | ZIP/Postal Code |

### Part 3.  Processing Information.

| Date of Intended departure (Month/Day/Year)  12 Jul 98 | Expected length of trip.  IN and out (2 years) |
|---|---|

Are you, or any person included in this application, now in exclusion or deportation proceedings?
☒ No      ☐ Yes, at (give office name) _____

*If applying for an Advance Parole Document, skip to Part 7.*

Have you ever before been issued a Reentry Permit or Refugee Travel Document?
☒ No      ☐ Yes (give the following for the last document issued to you)

| Date Issued | Disposition (attached, lost, etc.) |
|---|---|

**Form I-131 (Rev. 12/10/91) N**          *Continued on back.*

Imposter A file - 0103

---

### FOR INS USE ONLY

| Returned | Receipt |
|---|---|

Resubmitted

3844 001        05/15/98  8:04

Reloc Sent        I-131                70.00

740

Reloc Rec'd

☐ Applicant Interviewed on

**Document Issued**
☐ Reentry Permit
☐ Refugee Travel Document
☐ Single Advance Parole
☐ Multiple Advance Parole
Validity to ____

**If Reentry Permit or Refugee Travel Document**
☐ Mail to Address in Part 2
☐ Mail to American Consulate
☐ Mail to INS overseas office
AT

**Remarks:**
☐ Document Hand Delivered
On ____  By ____

**Action Block**

APPROVED
U.S. DISTRICT DIRECTOR
MAY 2 0 1998
SEA        8187

**To Be Completed by**
*Attorney or Representative, if any*
☐ Fill in box if G-28 is attached to represent the applicant

VOLAG#

ATTY State License #

## Part 3.    Processing Information. (continued)

Where do you want this travel document sent? (check one)

a.  ☐   Address in Part 2, above

b.  ☐   American Consulate at (give City and Country, below)

c.  ☐   INS overseas office at (give City and Country, below)

| City | Country |
|------|---------|

If you checked b. or c., above, give your overseas address:

## Part 4.    Information about the Proposed Travel.

| Purpose of trip. *If you need more room, continue on a separate sheet of paper.* | List the countries you intend to visit. |
|------|------|
| | |

## Part 5.    Complete only if applying for a Reentry Permit.

| | | | |
|---|---|---|---|
| Since becoming a Permanent Resident (or during the past five years, whichever is less) how much total time have you spent outside the United States? | ☐ less than 6 months<br>☐ 6 months to 1 year<br>☐ 1 to 2 years | ☐ 2 to 3 years<br>☐ 3 to 4 years<br>☐ more than 4 years | |
| Since you became a Permanent Resident, have you ever filed a federal income tax return as a nonresident, or failed to file a federal return because you considered yourself to be a nonresident? (if yes, give details on a separate sheet of paper). | ☐ Yes | ☐ No | |

## Part 6.    Complete only if applying for a Refugee Travel Document.

Country from which you are a refugee or asylee:

If you answer yes to any of the following questions, explain on a separate sheet of paper.

| | | |
|---|---|---|
| Do you plan to travel to the above-named country? | ☐ Yes | ☐ No |
| Since you were accorded Refugee/Asylee status, have you ever: returned to the above-named country; applied for an/or obtained a national passport, passport renewal, or entry permit into this country; or applied for an/or received any benefit from such country (for example, health insurance benefits)? | ☐ Yes | ☐ No |
| Since being accorded Refugee/Asylee status, have you, by any legal procedure or voluntary act, re-acquired the nationality of the above-named country, acquired a new nationality, or been granted refugee or asylee status in any other country? | ☐ Yes | ☐ No |

## Part 7.    Complete only if applying for an Advance Parole.

*On a separate sheet of paper, please explain how you qualify for an Advance Parole and what circumstances warrant issuance of Advance Parole. Include copies of any documents you wish considered. (See instructions.)*

For how may trips do you intend to use this document?   ☐ 1 trip   ☒ More than 1 trip
*If outside the U.S., at right give the U.S. Consulate or INS office you wish notified if this application is approved.*

## Part 8.    Signature.    *Read the information on penalties in the instructions before completing this section. You must file this application while in the United States if filing for a reentry permit or refugee travel document.*

I certify under penalty of perjury under the laws of the United States of America that this petition, and the evidence submitted with it, is all true and correct.    I authorize the release of any information from my records which the Immigration and Naturalization Service needs to determine eligibility for the benefit I am seeking.

| Signature | Date | Daytime Telephone # |
|-----------|------|---------------------|
| *Kong Heur* | 5/10/98 | ( 253 ) 589-6647 |

*Please Note:* If you do not completely fill out this form, or fail to submit required documents listed in the instructions, you may not be found eligible for the requested document and this application will have to be denied.

## Part 9.    Signature of person preparing form if other than above. (sign below)

I declare that I prepared this application at the request of the above person and it is based on all information of which I have knowledge.

| Signature | Print Your Name | Date |
|-----------|-----------------|------|
| | | |

| Firm Name and Address | Daytime Telephone # ( ) |
|------|------|

Imposter A file - 0104

☆ U.S. GPO:1997-417-725/65634

## ATTACHMENT TO FORM I-131
## APPLICATION FOR PAROLE OR ADVANCED PAROLE

FILE NUMBER _A0 73 44 8854_ DATE OF REQUEST _5/10/98_

COMPLETE NAME _Rony Denis_ STATUS IN U.S. _Adjustment of Status Approved, Waiting for FBI Clearance_

DATE I WISH TO (ENTER)(LEAVE) U.S. _12 Jul 98_ PORT OF ENTRY _SeaTac Airport_

DATE I WILL (LEAVE)(RETURN TO) U.S. _IN and out (2 years)_ IF YOU HAVE A GROUND(S) OF

INADMISSIBILITY HAVE YOU FILED FOR A WAIVER ? _N/A_ WHAT IS YOUR GROUND(S) OF

INADMISSIBILITY ? _N/A_

ADDRESS ABROAD _Korea, Germany, Philippines_

EMPLOYER ABROAD _N/A_ OCCUPATION _N/A_

ADDRESS IN U.S. _15004 Washington Ave SW. Tacoma WA 98472_

EMPLOYER IN U.S. _New Testament Christian Church_ OCCUPATION _Pastor_

THIS APPLICATION MUST BE ACCOMPANIED BY THREE (3) PASSPORT SIZED PHOTOS.

NOTE:

Parole may only be granted in the case of compelling humanitarian reasons, bona fide business reasons, or the national interest. Requests for humanitarian parole must be accompanied by documentation, such as a telegram notifying of a death in the family, letter from doctor treating family member, etc. A business request must be accompanied by a letter from the employer outlining the reasons for travel, and why the particular individual is needed. A National Interest request must be accompanied by documentation from a U.S. agency or significant private corporation, signed by a high ranking officer in such organization, indicating the necessity for the travel, and why the particular individual is needed. Such requests from Military Agencies must be signed by an Officer of O-6 Rank or above.

REASONS FOR REQUEST:

_Currently my wife and I have been appointed by our church to go abroad and minister in various countries. My wife is a US citizen. We have been waiting for our green card for almost 3 years. The church will be supporting me as we travel to these countries to minister_

CONTINUE ON REVERSE

preach and teach _____ _____ _____ the
matter will be greatly appreciated. Right now we don't have definite
date of arrival and departure, upon approval of the application. We
will be making our schedule. Again the church. This a congregation
of 800 & two people. We will be totally supported by them.
For more information Please call at the church office to speak
to the Senior pastor    (253) 581-4401    or mail all
                                    589 - 6647
Correspondence to P.O. Box 92314
                    Lakewood, WA 98492

Thank you

Rory _____

Imposter A file - 0106



**U.S. Department of Justice**
Immigration and Naturalization Service
Attention: 245 Section
815 Airport Way South
Seattle, WA  98134

<u>NAME AND ADDRESS OF APPLICANT/PETITIONER</u>

| NAME OF BENEFICIARY | |
|---|---|
| **DATE** 05/20/98 | |
| **FILE NO.** A  73 448 854 | |
| **FORM NO.** ADVANCE PAROLE | |

Rony  Denis
15004 Washington Ave S.W.
Tacoma, WA  98492

PLEASE COMPLY WITH THE BELOW CHECKED    INSTRUCTIONS.

☐ 1.  The above application/petition and its supporting documents are attached.

☐ 2.  The above application/petition and its supporting documents have been forwarded to your attorney or representative.

☐ 3.  Please complete the blocks on your enclosed application/petition which are checked  in red.

☐ 4.  Please follow the instructions on your enclosed application/petition which are checked  in red.

☐ 5.  Furnish the required fee of $          .

☐ 6.  Furnish the birth or baptismal certificate of          .

☐ 7.  Furnish the marriage certificate of          .

☐ 8.  Furnish proof of death or legal termination of marriage of

☐ 9.  A foreign document must be accompanied by a translation in English.  The translator must certify that he/she is competent to translate and that the translation is accurate.

☐ 10.  Furnish the date and port of each of your entries into the United States and the name of the ship, plane, or other vehicle on which you traveled.

☐ 11.  Except for aliens with occupations listed under Schedule A, 20 Code of Federal Regulations, Part 656.10, a certification from the Secretary of Labor must be obtained before your petition or application may be resubmitted to this Service.  Further information and Department of Labor forms and instructions may be obtained from the local office of the state employment service agencies.

☐ 12.  You have indicated that you do not intend to seek employment.  You must furnish evidence that you have sufficient funds or other means of maintaining yourself in this country.

☒ 13.  Furnish two (2) color photographs.  These photos must have a white background, photos must be glossy, unretouched, and not mounted.  Dimension of the facial image should be about 1 inch from chin to top of hair or head, shown in 3/4 frontal view of right side of face with right ear visible.  Using soft pencil or felt pen, print name and alien registration receipt number, if known) on the back of each photograph.  You should show these instructions to the photographer who takes the pictures.

☐ 14.  You may now apply for adjustment of status, on the attached forms, for yourself and the below listed persons.

☐ 15.  Your proof of status documents have been checked and are attached.  Your application/petition is being processed and will be completed in the near future.

☐ 16.  You are granted additional time until _        to submit a brief in support of your appeal, or to present evidence in rebuttal to the proposed visa petition revocation or denial.

☐ 17. Need to file new  Form I-485 application.

*You have until        to provide this information or your application will be denied for lack of prosecution.*

FORM I-72
(REV 4-1-83)

PLEASE RETURN THIS LETTER AND ALL ATTACHMENTS WITH
YOUR RESPONSE

**U.S. Department of Justice**
Immigration and Naturalization Service
Attention: 245 Section
815 Airport Way South
Seattle, WA 98134

---

**NAME AND ADDRESS OF APPLICANT/PETITIONER**

| | |
|---|---|
| | **NAME OF BENEFICIARY** |
| Rony Denis | |
| 15004 Washington Ave S.W. | **DATE** 05/20/98 |
| Tacoma, WA 98492 | **FILE NO.** A 73 448 854 |
| | **FORM NO.** ADVANCE PAROLE |

**PLEASE COMPLY WITH THE BELOW CHECKED INSTRUCTIONS.**

☐ 1. The above application/petition and its supporting documents are attached.

☐ 2. The above application/petition and its supporting documents have been forwarded to your attorney or representative.

☐ 3. Please complete the blocks on your enclosed application/petition which are checked in red.

☐ 4. Please follow the instructions on your enclosed application/petition which are checked in red.

☐ 5. Furnish the required fee of $ .

☐ 6. Furnish the birth or baptismal certificate of _____ .

☐ 7. Furnish the marriage certificate of _____ .

☐ 8. Furnish proof of death or legal termination of marriage of

☐ 9. A foreign document must be accompanied by a translation in English. The translator must certify that he/she is competent to translate and that the translation is accurate.

☐ 10. Furnish the date and port of each of your entries into the United States and the name of the ship, plane, or other vehicle on which you traveled.

☐ 11. Except for aliens with occupations listed under Schedule A, 20 Code of Federal Regulations, Part 656.10, a certification from the Secretary of Labor must be obtained before your petition or application may be resubmitted to this Service. Further information and Department of Labor forms and instructions may be obtained from the local office of the state employment service agencies.

☐ 12. You have indicated that you do not intend to seek employment. You must furnish evidence that you have sufficient funds or other means of maintaining yourself in this country.

☒ 13. Furnish two (2) color photographs. These photos must have a white background, photos must be glossy, unretouched, and not mounted. Dimension of the facial image should be about 1 inch from chin to top of hair or head, shown in 3/4 frontal view of right side of face with right ear visible. Using soft pencil or felt pen, print name and alien registration receipt number, if known) on the back of each photograph. You should show these instructions to the photographer who takes the pictures.

☐ 14. You may now apply for adjustment of status, on the attached forms, for yourself and the below listed persons.

☐ 15. Your proof of status documents have been checked and are attached. Your application/petition is being processed and will be completed in the near future.

☐ 16. You are granted additional time until _____ to submit a brief in support of your appeal, or to present evidence in rebuttal to the proposed visa petition revocation or denial.

☐ 17. Need to file new Form I-485 application.

***You have until _____ to provide this information or your application will be denied for lack of prosecution.***

FORM I-72
(REV 4-I-83)

**PLEASE RETURN THIS LETTER AND ALL ATTACHMENTS WITH YOUR RESPONSE**

*Enclosed are the Pictures you requested (6)*

*Please select 16 good ones    Rony Denis*

Imposter A file - 0108



US Immigration & Naturalization
815 Airport Way South
Seattle, WA 98134

Rony Denis
15004 Washington Ave. SW
Tacoma, WA 98492

13 June 1998

Mr. Denis,

Please resubmit 2 photos that follow INS standards. Advance parole photos must be taken in ¾ profile; all the pictures you submitted are full profile and therefore unusable. Please send your new pictures in as soon as possible so that your application may be expedited.

Thank you,

B. Connor

SEA INS

*Enclosed are 2 pictures —*



Version 2.62                                                                07/28/98

Immigration and Naturalization Service
PC Receipt & A-File Accountability and Control System

Inquiry On:     SEATTLE, WA

| | | | |
|---|---|---|---|
| Number | A73448854 | File Status | TRANSFER INCOMPLETE |
| Creation Date | 12/14/95 | Creation Source | NEW ADD |
| Last Active Date | 07/18/98 | Time | 0935 |
| Last Transaction | TRANSFER FORWARD | Audit Date | 06/30/98 |
| Location Section | RECORDS | Responsible Party | RC000 |
| In Transit To | | Phone Number | |
| Requestor Section | | Responsible Party | |
| Survivor of | PRESS F6 | | |
| TRANSFERRED TO | NORTHERN SERVICE CTR PREV LOCATION: | 245 APPROVED CPU | |

| Number | Section | Responsible Party |
|---|---|---|
| A73448854 | TRANSFERRED OUT TO | NORTHERN SERVICE CTR |

SE854

Next Receipt or A-Number

TRANSACTION COMPLETED                                          09:01:11

Version 2.62                                                                07/28/98

Immigration and Naturalization Service
PC Receipt & A-File Accountability and Control System

Inquiry On:     SEATTLE, WA

| | | | |
|---|---|---|---|
| Number | A73448854 | File Status | TRANSFER INCOMPLETE |
| Creation Date | 12/14/95 | Creation Source | NEW ADD |
| Last Active Date | 07/18/98 | Time | 0935 |
| Last Transaction | TRANSFER FORWARD | Audit Date | 06/30/98 |
| Location Section | RECORDS | Responsible Party | RC000 |
| In Transit To | | Phone Number | |
| Requestor Section | | Responsible Party | |
| Survivor of | PRESS F6 | | |
| TRANSFERRED TO | NORTHERN SERVICE CTR PREV LOCATION: | 245 APPROVED CPU | |

| Number | Section | Responsible Party |
|---|---|---|
| A73448854 | TRANSFERRED OUT TO | NORTHERN SERVICE CTR |

Next Receipt or A-Number

TRANSACTION COMPLETED                                          09:01:11



**U.S. Department of Justice**
**Immigration and Naturalization Service**

**AUTHORIZATION FOR PAROLE OF AN ALIEN**
**INTO THE UNITED STATES**

| Name of Alien | (First) | (Middle) | (Last) | Date 07/03/98 |
|---|---|---|---|---|
| | **RONY** | | **DENIS** | **File Number** A 73 448 854 |

| Date of Birth 08/24/63 | Place of Birth | (City or Town) | (State or province) HAITI | (Country) |
|---|---|---|---|---|

| U.S. Address | (Apt. number and/or in care of) (Number and Street) 15004 WASHINGTON AVE SW | (City or town) TACOMA | (State) WA | (Zip Code) 98492 |
|---|---|---|---|---|

Presentation of the attached duplicate of this document will authorize a transportation line to accept the named bearer on board for travel to the United States without liability under section 273 of the Immigration and Nationality act for bring an alien who does not have a visa.

**JULY 3, 1999**

Presentation of the original of this document prior to _____ will authorize an immigration officer at a port of entry in the United States to permit the above named bearer, whose photograph appears hereon, to enter the United States:

☐    As an alien paroled pursuant to section 212(d)(5) of the Immigration and Nationality Act.

☐    This is a multiple entry document.  Mark each entry on the reverse of the original I-512.
      Subject should retain this document during its validity.

---

**Remarks:**  The subject is an applicant for Adjustment of Status under Section 245, who must travel abroad
for business or  personal reason.  The subject should be paroled for six (6) months upon each return to the
U.S. prior to the above date.   THIS DOCUENT IS TO BE RETAINED BY THE SUBJECT DURING ITS
PERIOD OF VALIDITY AND IS VALID FOR MULTIPLE ENTRIES.

NOTE TO ALIEN:  This authority will permit you to resume your application upon return to the U.S.
However, you will then be an applicant for admission, and if  your application is denied, you will be
unable to renew your application in expulsion proceedings.

---

**(Signature of Immigration Officer)**
**Richard C. Smith**
**District Director**

SEATTLE,  WASHINGTON
**(Authorizing Office)**

**PHOTOGRAPH**

**ARRIVAL STAMP**

**TO ALIEN  OR  TRANSPORTATION LINE**

Form I-512 (Rev. 10-1-82)Y SEA 2-19-96
Retyped by INS SEA 05-08-97

Imposter A file - 0113

# I-551 OR I-586 CARD DATA COLLECTION FORM
## TRANSACTION 1 - INITIAL CARD
### (Use the Other Side For All Other Transactions)

FORM I-89 (Rev. 2/25/86) N SIDE 1
U.S. DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

1. CARD TYPE:   1.☒ REGULAR I-551   2.☐ COMMUTER I-551   3.☐ MEXICAN I-586   4.☐ CANADIAN I-586

A 7 3 4 4 8 8 5 4

2. ALIEN NUMBER

3. DATE OF THIS I-89     7-14-98

4. NAME (LAST/FIRST/MIDDLE)

CARD FACILITY USE ONLY

5. MOTHER'S FIRST NAME

6. FATHER'S FIRST NAME

7. DOB (MM/DD/YY)     8. COB

9. CITY/TOWN/VILLAGE OF BIRTH

10. CITY OF RESIDENCE WHEN APPLYING FOR THIS STATUS

11. CITY OF DESTINATION AT TIME OF ORIGINAL ADMISSION

12. LOCATION OF CONSULATE (OR INS OFFICE WHERE ADJUSTED)

13. POE/POI     14. CLASS     15. ADM/ADJ DATE (MM/DD/YY)     16. AMC     17. OTHER FP

STAPLE PHOTO/OLD CARD HERE

18. WAIVER/REASON

FP _____

SIG _____

PHOTO _____

19. IN CARE OF

20. NUMBER AND STREET (APT NO. IF APPLICABLE)

22. STATE     23. ZIP CODE

25. CERTIFICATION

I certify, based upon all available information, that this applicant is entitled to the immigration document for which this application has been made.

H.U. ORJI

EXAMINER

26.     STAMPED OR PRINTED NAME OF OFFICER

27.   OFFICER'S SIGNATURE

8 E A     A 7 3 4 4 8 8 5 4

28. LOC CODE     29. ALIEN NUMBER

# USE THIS SIDE FOR TRANSACTIONS 2 THROUGH 7

FORM I-89 (Rev. 2/25/86) N SIDE 2

**A. CARD TYPE**  1. ☐ REGULAR I-551  2. ☐ COMMUTER I-551  3. ☐ MEXICAN I-586  4. ☐ CANADIAN I-586

**B. TRANSACTION CODES - CHECK APPROPRIATE BLOCK**

2 ☐ REPLACEMENT FOR LOST/STOLEN CARD  
3 ☐ REPLACEMENT FOR MUTILATED CARD  
4 ☐ REPLACEMENT FOR ADMINISTRATIVE REASONS  
5 ☐ LOST/STOLEN CARD RECOVERED - NO NEW CARD TO BE ISSUED  
6 ☐ CARD LIFTED - NO NEW CARD TO BE ISSUED (NOT USED FOR DEATH OR NATURALIZATION)  
7 ☐ REPLACEMENT FOR CHANGE IN CARD DATA

C. ALIEN NUMBER — A

D. OLD CARD RECOVERED — YES  NO

E. ISSUE NO OF RECOVERED CARD

F. DATE OF THIS I-89

G. NAME AS PRINTED ON LAST CARD  (LAST/FIRST/MIDDLE)

H. IN CARE OF

I. NUMBER AND STREET (APT. NO. IF APPLICABLE)

J. CITY     K. STATE     L. ZIP CODE

M. DOB (MM/DD/YY) ON CARD     N. AMC     O. OTHER FP DESIGNATOR

P. WAIVER/INIT./REASON  
FP _____  
SIG _____  
PHOTO _____

STAPLE PHOTO/ OLD CARD HERE

Q. NAME CHANGE CODE

NEW NAME

R1. CHANGE CODE     NEW DATA

R2. CHANGE CODE     NEW DATA     R3. CHANGE CODE     NEW DATA

S  
AFFIX SEAL IN THIS SPACE

**T. CERTIFICATION**  
I certify, based upon all available information, that this applicant is entitled to the immigration document for which this application has been made.

## H.U. ORJI
### EXAMINER

U. STAMPED OR PRINTED NAME OF OFFICER

V. OFFICER'S SIGNATURE

W. LOC CODE  S E A     X. ALIEN NUMBER  A 7 3 4 4 8 8 5 4

U.S. GOVERNMENT PRINTING OFFICE 1996 718-402

Imposter A file - 0115

```
FDDETL3                 IMMI⌣ATION AND NATURALIZATION S⌣VICE         07/02/1998
                             FBI TRACKING SYSTEM                     11:12


                                       SEARCH CRITERIA: ANUM = 073448854
   CIDN        : NI03F00460            ORI: (SC) NBINS000Z (LOC) WAINSSE00
   A-NUMBER    : 073448854    FORM#: I485
   NAME (L/F/M): DENIS               RONY

   DATE OF BIRTH  : 08/24/1963
   FP REQUEST SENT: 10/29/1997
   PLACE OF BIRTH : HT


*********************** FBI RESPONSE INFORMATION ***************************

   FBI RESPONSE DESCRIPTION : NON-IDENT           CONTROL NO: DE0206N
   DATE PROCESSED BY FBI    : 11/24/1997          FNU       :
   RESPONSE PROCESSED BY LAN: 04/13/1998          PCN       :
   RESPONSE PROCESSED BY M/F: 04/15/1998
   REJECT DESCRIPTION       :


SUCCESSFUL FD258 DETAIL SCREEN DISPLAY
      PF1           PF2              PF6              PF8
    PG FWD       PG BWD          PRIOR SCREEN       LOGOFF
```



U.S Department Of Justice
Immigration and Naturalization Service
*Western Region*

SEA RA&IS 70/42.2

*815 Airport Way South*
*Seattle, WA 98134*

June 30, 1998

RONY, DENIS
15004 WASHINGTON AVE. SW.
TACOMA, WA 98498
Ref #: 73448854

Dear Applicant:

To continue processing your application, INS must send your fingerprints to the Federal Bureau of Investigation (FBI) for a criminal history check. All naturalization applicants who were between the ages of 14 and 75 at the time of filing must have their fingerprints taken at an INS Application Support Center (ASC). You have been scheduled to be fingerprinted at the location listed below:

| **Address** | **7 Day period beginning** | **Hours of Operation** |
|---|---|---|
| **US INS/Application Support Center** | 07/02/98 | **Monday - Friday** |
| **909 1st Avenue** | | **Between 8:00am – 4:30pm** |
| **Room 750 (7th Floor)** | | **Closed on Weekend** |
| **Seattle, WA** | | |
| | | Also closed on Federal holidays |

If you can not go to the INS ASC during your scheduled seven day period, you may go on any Wednesday following your scheduled seven day period, as long as you have your fingerprints taken by 09/23/98. If you do not have them taken within that period, your naturalization application may be considered abandoned pursuant to 8 CFR 103.2(b)(13).

When you go to have your fingerprints taken, you must bring:
1) **THIS LETTER; and**
2) **Your Alien Registration Card (ARC).** If you do not have your ARC, you must bring alternative photo identification such as a passport, valid driver's license, national ID, Military ID, State-issued photo ID, or other INS issued photo ID.
If you do not bring this letter and proper photo identification, you will not be permitted to have your fingerprints taken. This may cause a delay in the processing of your application.

Please take note that the staff at the INS ASC will not be able to answer any questions about the status of your application. We appreciate your patience during this process.

Please inform this office immediately of any address changes.

US Immigration & Naturalization Service
ASC Appointment
815 Airport Way South
Seattle, WA 98134

74

**U.S. Department of Justice**

Federal Bureau of Investigation

Criminal Justice Information
  Services Division
Clarksburg, West Virginia    26306

June 18,1998

Cruz Perez
Immigration Naturalization Service
Tacoma, WA

Dear Mr. Perez:

       The Criminal Justice Information Services Division of the
Federal Bureau of Investigation has completed its fingerprint check on
the following individual:

| **NAME** | **RECEIVED** | **COMPLETED** | **RESULTS** |
|---|---|---|---|
| DENIS,RONY<br>CIDN# NI03F00460 | 11/21/97 | 11/25/97 | NO ARREST RECORD |

       If you have any further questions, please contact
Brandi R. Meighan at (304)625-2359.

            Sincerely,

            Swanson D. Carter
            Section Chief IISS/N
            Criminal Justice Information
             Services Division

            by: Carolyn A. Brawner
              Supervisor Liaison Office

A 73 448 854

Imposter A file - 0118



# FBI FACSIMILE

# COVER SHEET

**PRECEDENCE**

☒ Immediate
☐ Priority
☐ Routine

**CLASSIFICATION**

☐ Top Secret
☐ Secret
☒ Confidential
☐ Sensitive
☐ Unclassified

Time Transmitted: _____
Sender's Initials: __BRM__
Number of Pages: __2__
   (including cover sheet)

To: __IMMIGRATION NATURALIZATION SERVICE__         Date: __06/18/1998__
        Name of Office

Facsimile Number: __253-593-6340__

    Attn: __CRUZ PEREZ__
         Name             Room     Telephone

From: __FBI LIAISON OFFICE__
            Name of Office

Subject: __FINGERPRINT CHECK RESULTS__

Special Handling Instructions: __PLEASE HAND CARRY TO MR. PEREZ.__

Originator's Name: __BRANDI R. MEIGHAN__     Telephone: __304-625-2359__

Originator's Facsimile Number: __304-625-3571__

Approved: _____

Brief Description of Communication Faxed: _____

**WARNING**

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

Imposter A file - 0119

**RTMENT OF JUSTICE**
and Naturalization Service

**U.S. IMMIGRATION INQUIRY**

would like to inquire about the status of an application or other action within USINS, Seattle, WA, please fill out the followin
nation (print or type)

Name: DENIS        Rony
    Last       First        Middle

Alien Number A 73 44 8854

Also known as:_____

Soc. Sec. No. _____

Address: 15004 Washington Ave S.W.

New Address?  ☐ Yes  ☑ No

Tacoma, WA 58492

Date of Birth  08 24 63

(253) 589-6647

Place of Birth _____

Citizenship:_____

Date of Inquiry 02-05-98

NOTE: Most applications and petitions required four (4) to six (6) months to process. We will not respond to an inquiry unless the applicatio
or petition was filed over six (6) months ago.

Type of Application: Check on Case I&N

| | | Where Filed | Date Filed |
|---|---|---|---|
| ☐ | Citizenship Certificate (N-600) | | |
| ☐ | Naturalization (N-400) | | |
| ☐ | Re-test Appt. for Citizenship | | |
| ☐ | Replacement Certificates (N-565) | Copy I-181 | |
| ☑ | Permanent Residence (I-485) | SEA | 6/97 |
| ☐ | Orphan (I-600/I-600A) | | |
| ☐ | Refugee Adjustment (I-643) | | |
| ☐ | Public Interest Adjustment (I-485) | | |
| ☐ | Student Extension | | |
| ☐ | Other _____ | | |
| ☐ | Additional Information or Inquiry **NOT** about an application or petition | New FP have Submitted | |

_____
_____

For information on non-receipt of Form I-1551, (ARC or Green Card) call    **(214) 655-1500**
If your application or petition was filed at the Lincoln, NB Service Center call    **(402) 437-5218**

## FOR INS USE ONLY

☐ Application received on ___1_____        ☐  No Record of Application

☐ Previously scheduled/returned by Postal Authorities as undeliverable. (new address *noted and matter will be rescheduled*)

☐ Approximate date of interview or response    740 I485 FBI—PENDING

☐ Other _____
_____
_____

WR-757(SEA)
05/23/95

Imposter A file - 0120

```
IXFBIY              IMMIGRATION AND NATURALIZATION SERVICE           03/25/98
                    FBI BILLING - QUERY ENTRY                        11:46:03


           *    A-NUMBER :   073448854
           *   LAST NAME :
             FIRST NAME :
                *    PCN :   000000000000

           *        ORI :

             FBI STATUS :

         INS LOAD DATE:   00/00/00    MM/DD/YY



   * A-NUMBER, NAME, PCN, OR ORI MUST BE SPECIFIED.  OTHER FIELDS ARE OPTIONAL.
     IF MULTIPLE FIELDS ARE ENTERED, FIRST FIELD WILL BE USED AS THE PRIMARY
     SEARCH CRITERIA AND OTHER FIELDS WILL BE USED AS SECONDARY CRITERIA


       CLEAR EXIT
NO DATA RECEIVED FROM FBI FOR REQUESTED A-NUMBER
```

Imposter A file - 0122

```
JIXFBIH             IMMIGRATION AND NATURALIZATION SERVICE        03/25/98
                    FBI BILLING - PREVIEW QUERY RESULTS           11:46:46
      PAGE:  0001
A-NUMBER: 000000000  LAST NAME:   DENNIS
     ORI:            FIRST NAME:  RONY
     PCN: 000000000000  FBI STATUS:    INS LOAD DATE:
                                           BIRTH    RECEIVE   PROCESS    S
     A-NUMBER   LAST NAME    FIRST NAME     ORI      DATE      DATE      DATE    T
```

NO RECORDS MATCH REQUESTED CRITERIA
     TO VIEW TRANSACTION DETAILS, PLACE CURSOR ON A LINE - PRESS ENTER.
CLEAR EXIT PF1 PAGE AHEAD PF2 PAGE BACK  PF4 RETURN

Imposter A file - 0123

A_____

Riding With_____

# ROUTING
# WORKSHEET

### TO BE COMPLETED BY DAO

**1.** <u>**TYPE OF APPLICATION (circle one):**</u>

I-130     ADJUSTMENT     I-751     OTHER_____

**2.** <u>**TYPE OF ACTION** (circle one):</u>

APPROVE     DENY     CONTINUE     RESCHEDULE

**3.** <u>**DIRECTIVE FOR CLERICAL UNIT:**</u>

_____ **NEED I-89 Appointment**

_____ Send Doc's to TCF - Copy 3 of I-181/I-89/9003

_____ **Asylum** case, send complete file to NSC

_____ Send Temp I-94 (complete with dry-seal) to Alien not Attorney

_____ Route to Continued Drawer;

      a..   For documents, see I-72

      b.   Medical

      c.   Military Hold

      d.   Fingerprints

_____ Notice to Appear - Section of Law_____

_____ Standard Denial for:

      a.   No Show

      b.   Lack of Prosecution

      c.   Withdrawn

      d.   Other_____

_____ Charge to Duty Officer Drawer for Complex Denial

NOTES: <u>Please make appointment for fingerprints</u>

Receipt requested

I hope I did not burn any of my bridges in Litigation.  I approved an I-751 based on the fact that it appeared to me to be entered into good faith, and Mr. Fehlings is not pleased with my decision.  Sorry if this makes you all unhappy, but that is what it appeared to me.  Anyways, my question is...

Can we charge an alien for CIMT when he forged his promotion packet, and award papers while serving in the Army.  He got reduction in rank, some money taken out, and extra-duty for 14 days.  He also was charged for Aggravated Assault in the Army, for which he got a oral reprimand.   He was ultimately discharged with a Honorable Discharge.  Does it sound like I have anything?

Thanks for the input.

No bridges burned, in fact, we want you consult with us to avoid such issues. As to the military convictions? Greg is the expert having written a lengthy law review article for the Georgetown Law Review. He says it sounds like nonjudical punishment rather than a conviction on both counts. If they were convictions rather than non judicial punishment then they are cimts but if non judicial then they do not constitute convictions.



```
Version 2.62                                                    01/29/98
                    Immigration and Naturalization Service
                 PC Receipt & A-File Accountability and Control System

                      Receipt or A-File (Inquiry/Request)

 Number            A73448854        File Status        RECORD IN USE
 Creation Date     12/14/95         Creation Source    NEW ADD
 Last Active Date  01/20/98         Time               2022
 Last Transaction  BATCH AUDIT      Audit Date         01/21/98
 Location Section  ADJUDICATIONS    Responsible Party  520 S.THOMPSON ROOM
 In Transit To                      Phone Number       206-553-2236
 Requestor Section                  Responsible Party
 Survivor of        PRESS F6

                                    PREV LOCATION:  444 ERNESTINE LESLIE

  Number              Section              Responsible Party
  A73448854           ADJUDICATIONS        520 S.THOMPSON ROOM




  Next Receipt or A-Number

                    TRANSACTION COMPLETED                    10:12:22
```



```
Version 2.62                                                    01/29/98
                    Immigration and Naturalization Service
                 PC Receipt & A-File Accountab ┌ Consolidated Inquiry Window ┐
                      Receipt or A-File (│                                    │
                                         │                                    │
 Number            A73448854             │      Survivor Number               │
 Creation Date     12/14/95              │        A73448854                   │
 Last Active Date  01/20/98              │          Section                   │
 Last Transaction  BATCH AUDIT           │       ADJUDICATIONS                │
 Location Section  ADJUDICATIONS         │     Responsible Party        │ROOM │
 In Transit To                           │    520 S.THOMPSON ROOM             │
 Requestor Section                       │                                    │
 Survivor of        PRESS F6             │       Consolidated Files           │
                                         │   A24708198                  │ESLIE│
                                         │                                    │
  Number              Section            │                                    │
  A73448854           ADJUDICATIONS      │                                    │
                                         │                                    │
                                         └────────────────────────────────────┘
  Next Receipt or A-Number

                                         F7=Exit.        10:12:25
```

(253) 589-6647



**U.S. Department of Justice**

Federal Bureau of Investigation

Criminal Justice Information
 Services Division
Clarksburg, West Virginia    26306

July 1,1998

Cruz Perez
U.S. Immigration and Naturalization Service
Tacoma, WA

Dear Mr. Perez:

    The Criminal Justice Information Services Division of the
Federal Bureau of Investigation has completed its fingerprint check on
the following individual:

| NAME | RECEIVED | COMPLETED | RESULTS |
|------|----------|-----------|---------|
| DENIS,RONY<br>CIDN# NI03F00460 | 11/21/97 | 11/25/97 | NO ARREST RECORD |

    If you have any further questions, please contact
Brandi R. Meighan at (304)625-2359.

Sincerely,

Swanson D. Carter
Section Chief IISS/N
Criminal Justice Information
 Services Division

by: Carolyn A. Brawner
    Supervisor Liaison Office

TOTAL P.02



# FBI FACSIMILE

## COVER SHEET

---

**PRECEDENCE**

- [X] Immediate
- [ ] Priority
- [ ] Routine

**CLASSIFICATION**

- [ ] Top Secret
- [ ] Secret
- [X] Confidential
- [ ] Sensitive
- [ ] Unclassified

Time Transmitted: _____

Sender's Initials: __BRM__

Number of Pages: __2__

(including cover sheet)

To: __U.S. IMMIGRATION AND NATURALIZATION SERVICE__    Date: __07/07/1998__
   Name of Office

Facsimile Number: __253-593-6340__

   Attn: __CRUZ PEREZ__
          Name              Room      Telephone

From: __FBI LIAISON OFFICE__
          Name of Office

Subject: __FINGERPRINT CHECK RESULTS__

Special Handling Instructions: __PLEASE HAND CARRY TO MR. PEREZ.__

---

Originator's Name: __BRANDI R. MEIGHAN__    Telephone: __304-625-2359__

Originator's Facsimile Number: __304-625-3571__

Approved: _____

Brief Description of Communication Faxed: __HERE IS THE INFORMATION YOU REQUESTED.__

---

### WARNING

Information attached to the cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited (18.USC, § 641). Please notify the originator or local FBI Office immediately to arrange for proper disposition.

Imposter A file - 0129

```
CIMDTL                    IMMIGRATION AND NATURALIZATION SERVICE        12/19/97
COMMAND:          CENTRAL INDEX SYSTEM - PERSONAL DESCRIPTION DISPLAY    14:26:21

A#: 024708198 NAME: DENIS                    ,RONY            DOB: 082359

      LAST: DENIS
     FIRST: RONY                                   NATZ DATE:
    MIDDLE:                                            COURT:
   ALIASES:                                         LOCATION:

   SEX:        POE: MIA    COB: HAITI    DOE: 101880
   FCO: SEA    COA:        COC:          FTC: 041597      FATHER:
  PFCO: MIA    SFCO:       DFO: 102180   BIN: 041597      MOTHER:

          SSN:                     CONSOLIDATED A-NOS    --OTHER INFORMATION--
  I-94 ADM #:
  PASSPORT #:
       FBI #:
  DRIVER LIC:
  FINGER CD#:


            OVER-KEY A-NUMBER TO DISPLAY NEW PERSON.  PRESS ENTER.
  CLEAR EXIT  PF4 RETURN  PF5 HELP    PF6 MAIN MENU  PF8 VIEW HISTORY  PF10 NAILS
  PF10 REQUIRES A SPECIAL SECURITY CLASS.
```

*ordered file from FRC*
*12/19/97 sl*

**case history**

1) filed N400 under Sec 328 on 11/01/95
2) denied for LCMC 12/17/96
3) filed I130/I485 on 12/13/95
4) I130 approved 06/02/97
5) pending I485
6) has another A-File in the system A24-708-198. Ordered 12/19/97 from FRC. Need to consolidate.
7) Consolidated 12/31/97

135  27 Feb 87  1314

GP 2    11                    243

## RECORD OF PROCEEDINGS UNDER ARTICLE 15, UCMJ

For use of this form, see AR 27-10; the proponent agency is TJAG.

See Notes on Reverse Before Completing Form

| NAME | GRADE | SSN | UNIT | PAY (Basic & Sea/Foreign) |
|---|---|---|---|---|
| DENIS, Rony | E4 | 590-0J-4294 | HQ, Btry, 8th Bn, 8th FA | $847.60 |

1. I am considering whether you should be punished under Article 15, UCMJ, for the following misconduct: In that you, having received a lawful order from CPT Thomas L. Moyer and 2LT Robert G. Horner, US Army, your superior commissioned officers, "to remain in your room, #102, Bldg #2244", did, on or about 25 Feb 86 at Camp Stanley, ROK, willfully disobey the same. SEE ITEM 11

You are not required to make any statements, but if you do, they may be used against you in this proceeding or at a trial by court-martial. You have several rights under this Article 15 proceeding. First I want you to understand I have not yet made a decision whether or not you will be punished. I will not impose any punishment unless I am convinced beyond a reasonable doubt that you committed the offense(s) you may ordinarily have an open hearing before me. You may request a person to speak on your behalf. You may present witnesses or other evidence to show why you shouldn't be punished at all (matters of defense) or why punishment should be very light (matters of extenuation and mitigation). I will consider everything you present before deciding whether I will impose punishment or the type and amount of punishment I will impose. If you do not want me to dispose of this report of misconduct under Article 15, you have the right to demand trial by court-martial instead. In deciding what you want to do you have the right to consult with legal counsel located at _Trial Defense Service, Camp Stanley, ROK_. You now have 48 hours to decide what you want to do.

| DATE TIME | NAME, GRADE, AND ORGANIZATION OF COMMANDER | SIGNATURE |
|---|---|---|
| 1 Mar 86  1357 | THOMAS L. MOYER, CPT, HQ BTRY, 8/8TH FA | |

3. Having been afforded the opportunity to consult with counsel, my decisions are as follow: (Initial appropriate blocks, date, and sign)
a. [ ] I demand trial by court-martial.
b. [X] I do not demand trial by court-martial and in the Article 15 proceedings:
(1) I request the hearing be [ ] Open [X] Closed. (2) A person to speak in my behalf [X] Is [ ] Is not requested.
(3) Matters in defense, mitigation, and/or extenuation: [X] Are not presented [X] Will be presented in person [ ] Are attached.

| DATE | NAME AND GRADE OF SERVICE MEMBER | SIGNATURE |
|---|---|---|
| 10 Mar 86 | RONY DENIS, E4 | |

4. In a(n) [ ] Open [X] Closed hearing all matters presented in defense, mitigation, and/or extentuation, having been considered the following punishment is imposed:
Reduction to the grade of E-3. Forfeiture of $185.00 per month for one month. 14 days extra duty. Restriction for 14 days.

5. I direct the original DA Form 2627 be filed in the [X] Performance fiche [ ] Restricted fiche of the OMPF.
6. You are advised of your right to appeal to the CDR, 2D INF DIV within 5 calendar days. An appeal made after that time may be rejected as untimely. Punishment is effective immediately unless otherwise stated above.

| DATE | NAME, GRADE, AND ORGANIZATION OF COMMANDER | SIGNATURE |
|---|---|---|
| 10 Mar 86 | THOMAS L. MOYER, CPT, HQ BTRY, 8/8TH FA | |

7. (Initial appropriate block, date, and sign)
a. [X] I do not appeal  b. [ ] I appeal and do not submit additional matters  c. [ ] I appeal and submit additional matters

| DATE | NAME AND GRADE OF SERVICE MEMBER | SIGNATURE |
|---|---|---|
| 10 Mar 86 | RONY DENIS, E-3 | |

8. I have considered the appeal and it is my opinion that:

| DATE | NAME AND GRADE OF JUDGE ADVOCATE | SIGNATURE |
|---|---|---|
| | | |

9. After consideration of all matters presented in appeal, the appeal is: Maley Blk
[ ] Denied  [ ] Granted as follows:
This is in violation of Article 90, UCMJ.

| DATE | NAME, GRADE, AND ORGANIZATION OF COMMANDER | SIGNATURE |
|---|---|---|
| | | |

10. I have seen the action taken on my appeal.

| DATE | SIGNATURE OF SERVICE MEMBER |
|---|---|
| | |

11. ALLIED DOCUMENTS AND/OR COMMENTS 11/12/12/

DA FORM 2627  AUG 84    EDITION OF NOV 82 IS OBSOLETE

Lesia 22 Apr 58 #2431

50

Ft. Bev. Harris

8 R G-45

**RECORD OF PROCEEDINGS UNDER ARTICLE 15, UCMJ**
For use of this form, see AR 27-10; the proponent agency is TJAG.

6-8

*See Notes on Reverse Before Completing Form*

| NAME DENIS, Rony | GRADE E4 | SSN 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 | UNIT Med Hold Co, Med Ctr Bde, WRAMC, Wash., D.C. | PAY (Basic & Sea/Foreign) $834.60 |

1. I am considering whether you should be punished under Article 15, UCMJ, for the following misconduct: 1/ At Walter Reed Army Medical Center, Washington D.C., on or about 18 April 1986, you offered violence against Captain Barbara S. Randolph, your superior commissioned officer, then known by you to be your superior commissioned officer, who was then in the execution of (SEE CONTINUATION SHEET)

2. You are not required to make any statements, but if you do, they may be used against you in this proceeding or at a trial by court-martial. You have several rights under this Article 15 proceeding. First I want you to understand I have not yet made a decision whether or not you will be punished. I will not impose any punishment unless I am convinced beyond a reasonable doubt that you committed the offense(s). You may ordinarily have an open hearing before me. You may request a person to speak on your behalf. You may present witnesses or other evidence to show why you shouldn't be punished at all (matters of defense) or why punishment should be very light (matters of extenuation and mitigation). I will consider everything you present before deciding whether I will impose punishment or the type and amount of punishment I will impose. 2/ If you do not want me to dispose of this report of misconduct under Article 15, you have the right to demand trial by court-martial instead. 3/ In deciding what you want to do you have the right to consult with legal counsel located at CJA, WRAMC, Bldg 1, Rm 211, 6-2531 . You now have 48 hours to decide what you want to do. 1/

| DATE July 86 TIME 0930 hrs | NAME, GRADE, AND ORGANIZATION OF COMMANDER HARLAN H. BAKER, COL, Med Ctr Bde | SIGNATURE |

3. Having been afforded the opportunity to consult with counsel, my decision are as follow: (initial appropriate blocks, date, and sign)
a. [ ] I demand trial by court-martial.
b. [ ] I do not demand trial by court-martial and in the Article 15 proceedings:
(1) request the hearing be [X] Open [ ] Closed. (2) A person to speak in my behalf [ ] Is [ ] Is not requested.
(3) Matters in defense, mitigation, and/or extenuation: [ ] Are not presented [ ] Will be presented in person [ ] Are attached

| DATE 2 / 86 | NAME AND GRADE OF SERVICE MEMBER RONY DENIS, SP4 | SIGNATURE |

4. In [an] open [ ] Closed hearing all matters presented in defense, mitigation, and/or extenuation having been considered, the following punishment is imposed: 1/4/ Reduction to the grade of E-3, Forfeiture of $100 per month for 2 months.

5. I direct the original DA Form 2627 be filed in the [X] Performance fiche [ ] Restricted fiche of the OMPF. 2/
6. You are advised of your right to appeal to the CGG WRAMC within 5 calendar days. An appeal made after that time may be rejected as untimely. Punishment is effective immediately unless otherwise stated above. 1/

| DATE 15 / 86 | NAME, GRADE, AND ORGANIZATION OF COMMANDER HARLAN H. BAKER, COL, Med Ctr Bde | SIGNATURE Harlan H. Baker |

7. (Initial appropriate block, date, and sign)
a. [ ] I do not appeal. 4/ [X] I appeal and do not submit additional matters 3/2/ [ ] I appeal and submit additional matters 3/2/

| DATE 16 Ju/86 | NAME AND GRADE OF SERVICE MEMBER RONY DENIS, PFC | SIGNATURE |

8. I have considered the appeal and it is my opinion that the proceedings were conducted in accordance with law and regulation and the punishment was not disproportionate to the offenses.

| DATE 1 Aug 86 | NAME AND GRADE OF JUDGE ADVOCATE ROBERT F. COMEAU, COL, CENTER JUDGE ADVOCATE | SIGNATURE |

9. After consideration of all matters presented in appeal, the appeal is:
[X] Denied [ ] Granted as follows: 1/

| DATE 8 Aug 1986 | NAME, GRADE, AND ORGANIZATION OF COMMANDER JAMES E. HASTINGS, COL, Acting Cdr, WRAMC | SIGNATURE |

10. I have seen the action taken on my appeal. | DATE | SIGNATURE SERVICE MEMBER |

11. ALLIED DOCUMENTS AND/OR COMMENTS 11/12/13/

B/M

DA FORM 2627
AUG 84

EDITION OF NOV 82 IS OBSOLETE

P-1
ORIGINAL

Imposter A file - 0132

Form Approved
OMB No. 43-R0265

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

**REQUEST FOR**
## CERTIFICATION OF MILITARY OR NAVAL SERVICE
(SUBMIT IN TRIPLICATE)

| ALIEN REGISTRATION | DATE OF REQUEST |
|---|---|
| NO. N/A | 10/25/95 |

A 73 448 854

For use in connection with my petition for naturalization, please complete the certification of military service on the reverse and furnish it to the office of the Immigration and Naturalization Service shown in the address block below. The information shown below is furnished to help locate and identify my military records. APPLICANT: FURNISH AS MUCH INFORMATION AS POSSIBLE. IF YOU WERE ISSUED A REPORT OF SEPARATION, DD FORM 214, ATTACH A COPY. FILL IN THE BLANKS ON THIS PAGE ONLY. PLEASE TYPE OR PRINT CLEARLY. PRESS FIRMLY—ALL COPIES MUST BE LEGIBLE. (DO NOT USE PENCIL)

| NAME USED DURING ACTIVE SERVICE (Last, first, middle) | SOCIAL SECURITY NO. | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|---|
| DENIS RONY | 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 | 08/23/63 | PORT-au-Prince, Höiti |

For an effective records search, it is important that ALL periods of service be shown below. (Use blank sheet if more space is needed.)

**ACTIVE SERVICE:**

| BRANCH OF SERVICE (Show also last organization if known.) | DATE ENTERED ON ACTIVE DUTY | DATE RELEASED FROM ACTIVE DUTY | CHECK WHICH OFFICER | CHECK WHICH ENLISTED | SERVICE NUMBER DURING THIS PERIOD |
|---|---|---|---|---|---|
| U.S. ARMY | JAN 84 | JAN 87 | | ✓ | N/A |
| | | | | | |
| | | | | | |
| | | | | | |

**RESERVE OR NATIONAL GUARD SERVICE:** ➡ If none, check ☐ None

| BRANCH OF SERVICE | CHECK WHICH RESERVE | CHECK WHICH N. GUARD | DATE MEMBERSHIP BEGAN | DATE MEMBERSHIP ENDED | CHECK WHICH OFFICER | CHECK WHICH ENLISTED | SERVICE NUMBER DURING THIS PERIOD |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| ARE YOU A MILITARY RETIREE OR FLEET RESERVIST? | ☒ No | ☐ Yes |
|---|---|---|

| SIGNATURE (Present Name) | PRESENT ADDRESS (Number, Street, City, State, and ZIP Code) |
|---|---|
| Rony Denis | P.O. BOX 92314 TACOMA WA 98498  S.W. 15004 Ave WASHINGTON |

## INSTRUCTIONS TO CERTIFYING OFFICER

Persons who are serving or have served honorably under specified conditions in the armed forces of the United States, inclusive of the reserve components of the armed forces of the United States, are granted certain exemptions from the general requirements for naturalization. The law requires such service to be established by a duly authenticated copy of the records of the executive department having custody of the record of service, showing whether the serviceman served honorably in an active-duty status, a reserve-duty status, or both, and whether each separation from the service was under honorable conditions. For that purpose, the certified statement on the reverse of this form, executed under the seal of your department, is required and should cover not only the period(s) of service shown above, but any other periods of service (active, reserve, or both) rendered by the serviceman.

The reverse of this form should be completed, or the information called for furnished by separate letter, and the form and letter returned to the office of the Immigration and Naturalization Service at the address in the box immediately below.

**Immigration and Naturalization Service**

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service
815 Airport Way South
Seattle, Washington 98134

 **RETURN TO**

*Please type or print complete return address. Include ZIP code.*

Imposter A file   0133

APPLICANT:  DO NOT FILL OUT THIS PAGE

## CERTIFICATION OF MILITARY OR NAVAL SERVICE

☐ Name correctly shown on front of form.
☐ Name as shown in records: _____

### ACTIVE SERVICE

| 1. ENTERED SERVICE AT | 2. ON | 3. SERVED TO | 4. BRANCH OF SERVICE | 5. STATE WHETHER SERVING HONORABLY. IF SEPARATED. STATE WHETHER UNDER HONORABLE CONDITIONS.  IF OTHER THAN HONORABLE. GIVE FULL DETAILS. **ALWAYS COMPLETE ITEM 11.** |
|---|---|---|---|---|
| Newark, N.J. | 1-10-84 | 1-9-87 | Army | Honorable release from active duty. |

### RESERVE OR NATIONAL GUARD SERVICE

| 6. BRANCH OF SERVICE | 7. CHECK WHICH RESERVE | N. GUARD | 8. BEGAN | 9. ENDED | 10. STATE WHETHER SERVING HONORABLY. IF SEPARATED. STATE WHETHER UNDER HONORABLE CONDITIONS. IF OTHER THAN HONORABLE. GIVE FULL DETAILS. **ALWAYS COMPLETE ITEM 11.** |
|---|---|---|---|---|---|
| Army | X | | 1-10-87 | 1-9-90 | Honorable discharge |

11. **STATEMENT REGARDING ALIENAGE.** *(Complete this item on ALL cases.)*
☑ Record shows this person **WAS NOT** discharged on account of alienage.
☐ Record shows this person **WAS** discharged on account of alienage. Details: _____

12. **REMARKS.** Use for continuation of any of above items. You should also show in the space below any **DEROGATORY INFORMATION** in your records relating to the serviceman's character, loyalty to the United States, disciplinary actions, convictions or other matters touching on his fitness for citizenship. _____

See att'd Art 15's

_____

Complete this block if subject is a "Lodge Act enlistee" 64 Stat. 316 (Army).  Subsequent to enlistment under the

Lodge Act on _____, subject entered _____ (the United States, American Samoa, Swains Island, or

the Canal Zone) _____ at the port of _____

pursuant to Military orders on _____ via _____

I CERTIFY that the information here given concerning the service of the person named on the face of this form is correct

according to the records of the _Dept. of the Army_ _____
(Name of department or organization)

[SEAL]    _____
(Official signature)   A.C. 15 May 1997

CODE:    NCPM    DATE:
NATIONAL PERSONNEL RECORDS CENTER (NPR)
By _____

Date _____ 19 _____

**U.S. Department of Justice**
**Immigration and Naturalization Service**
**Nebraska Service Center**
**P.O. Box 87258**
**Lincoln, Nebraska  68501-7258**

RONY DENIS
15004 WASHINGTON AVE SW
TACOMA, WA 98498-

August 13, 1997
SEA
A73448854

The FBI is unable to accept your Form FD-258 Fingerprint card for processing as submitted.  You have eighty-seven (87) days to resubmit a corrected Form FD-258 Fingerprint card to the Immigration and Naturalization Service.  Under current regulations, if you do not respond to this notice within the time allotted, your application will be considered abandoned pursuant to 8CFR 103.2(b)(13) and, as such, will be denied.

Effective March 1, 1997, FD-258 Fingerprint cards filed as part of an application to the Immigration and Naturalization Service **must be prepared and properly submitted to INS by a certified Designated Fingerprint Service (DFS).** Please take this letter and the enclosed Form FD-258 to a certified DFS and have them prepare one new clear, unsmudged set of prints on the card provided in the envelope.  Also, to speed processing, please ensure that the following information has been completed: Applicant's Name, Applicant's Signature, ORI, Date of Birth (DOB), Sex, Form/Reason Fingerprinted, Signature of the person taking the print and your Alien Registration Number, if available (OCA).

The DFS must ensure that the new Form FD-258 Fingerprint card is properly marked, an I-850A form completed, and the envelope sealed with the required DFS information.  If the DFS does not resubmit the Form FD-258 in accordance with current guidelines, the FD-258 will be rejected as incorrect.  Please contact your local INS office for a current list of DFS's in your area.

**IMPORTANT: RETURN THIS NOTICE AND THE ORIGINAL FD-258 WITH THE SEALED ENVELOPE**
**CONTAINING YOUR NEW FD-258 PREPARED BY THE CERTIFIED DFS**
**IN THE ENCLOSED PRE-ADDRESSED ENVELOPE.**

You will be notified separately about any other cases you have filed.

The average postage exceeds 32 cents, requiring more than one standard stamp.  Failure to affix sufficient postage may result in delays in processing, or your submission considered abandoned.

Sincerely,

*Natalie Vedder*

Natalie Vedder
Director

B-184

Copy furnished: SEA

**ROUTING AND TRANSMITTAL SLIP**

| TO: (Name, office symbol, room number, building, Agency/ Post) | Initials | Date |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Action | File | Note and Return |
|---|---|---|
| Approval | For Clearance | Per Conversation |
| As Requested | For Correction | Prepare Reply |
| Circulate | For Your Information | See Me |
| Comment | Investigate | Signature |
| Coordination | Justify | |

**REMARKS**

CONTINUED

AWAITING F/P

DO NOT use this form as a RECORD of approvals, concurrences, disposals, clearances, and similar actions

| FROM: (Name, org. symbol, Agency/ Post) | Room No. — Bldg. |
|---|---|
| | Phone No. |

5041-103

OPTIONAL FORM 41 (Rev. 1-94)
Prescribed by GSA
UNICOR FPI - SST

OMB # 1115-0191

U.S. Department of Justice
Immigration and Naturalization Service

**Attestation by
Designated Fingerprinting Service
Certified to Take Fingerprints**

## Part 1. Instructions

To ensure the INS of the integrity of the fingerprint cards submitted by applicants for benefits, all DFS fingerprinters must fill out an attestation on Form I-850A each time they take fingerprints for an immigration benefit applicant. The DFS's fingerprinters are required to execute the attestations in duplicate, giving the original copy to the person being fingerprinted and keeping the second copy, which may be a reproduced copy of the original attestation, on file for at least 3 months for Service inspection. Attestations must be submitted on Form I-850A, Attestation by Designated Fingerprinting Service Certified to Take Fingerprints. Reproduced copies of Form I-850A are acceptable.

**Reporting Burden.** Under the Paperwork Reduction Act, a person is not required to respond to a collection of information unless it displays a currently valid OMB number. We try to create forms and instructions that are accurate, can be easily understood, and which impose the least possible burden on you to provide us with information. Often this is difficult because some immigration laws are very complex. Accordingly, the reporting burden for this collection of information is computed as follows: 1)Learning about the law and form 3 minutes 2) completing form 2 minutes and 3) Assembling and filing the application 5 minutes; for a total estimated average of 10 minutes per response. If you have comments regarding the accuracy of this estimate, or suggestions for making this form simpler, you can WRITE to the Immigration and Naturalization Service, 425 I Street, N.W.; Room 5307, Washington, D.C. 20536. (Do not mail your completed application to this address.)

## Part 2. Information about DFS

| Last name  WA | First name  CHONG | Middle name |
|---|---|---|

Name and address of company/organization

CHONG WA BENEVOLENT ASSN.

| Street number and name  815- AIRPORT WAY SO. | | Suite # |
|---|---|---|
| City  SEATTLE, | State or Province  WA | |
| Country  U.S.A. | | Zip/postal code  98134 |
| Certification number of DFS (As assigned by the INS)  SEA DFS 0012 | Expiration date  9-3-99 | Fee charged  8 00 |

## Part 3. Attestation

I attest that I have complied with the requirements of 8 CFR 103.2(e) and I have properly checked the identity of this person whom I just fingerprinted by comparing the information on the fingerprint card with his/her:

(1) ☐  passport number_____

(2) ☐  alien registration card number_____

(3) ☐  other INS issued photo-ID:  name of document_____ document number_____

(4) ☐  other documented proof of ID (state the type of ID document checked and list the document serial numbers, if any)

DENISR ★ 375N4

I understand the fingerprinting procedures as required by 8 CFR 103.2(e)(5) and have received adequate training to perform fingerprinting responsibilities.

This attestation is executed in the presence of the person listed below whom I have just fingerprinted.

DENIS RONY

(Print name of person fingerprinted)        (Signature of person fingerprinted)

## Part 4. Signature

| Print name of fingerprinter  KIM  AG | Signature of fingerprinter | Date  6-2-9 |
|---|---|---|
| Employee ID # (As assigned by INS)  03 | Telephone #  (   )   . | |

Form I-850A (5-21-96)        APPENDIX B

[FR Doc. 96-13856 Filed 6-3-96; 8:45 am]
BILLING CODE 4410-10-C

Imposter A file - 0137

```
CIXFBIY              IMMIGRATION AND NATURALIZATION SERVICE        05/10/97
                        FBI BILLING - QUERY ENTRY                  16:34:13


          *   A-NUMBER :  073448854
          *   LAST NAME :

          *        ORI :



             FBI STATUS :

          INS LOAD DATE:  00/00/00     MM/DD/YY



    *  A-NUMBER, NAME, OR ORI MUST BE SPECIFIED.   OTHER FIELDS ARE OPTIONAL.
       IF MULTIPLE FIELDS ARE ENTERED, FIRST FIELD WILL BE USED AS THE PRIMARY
       SEARCH CRITERIA AND OTHER FIELDS WILL BE USED AS SECONDARY CRITERIA


       CLEAR EXIT
NO DATA RECEIVED FROM FBI FOR REQUESTED A-NUMBER
```

Imposter A file - 0138

Resched. 755

NEEDS TO GO
TO 485 SECTION
TO BE SCHEDULED
WITH WESLEY
PER JOE MOORE

DAO Wesley not available
on the reschedule date given.
                    Monica 1-8-97

*ATTACHMENT 6*

**DRAFT**

## N-400 Quality Assurance Checklist

A 73-448-854

Office Code SEA

| Task | Yes | No | Comments |
|------|-----|-----|----------|
| **Clerical Processing Checklist** | | | |
| Evidence of fee receipt of N-400 | X | | |
| Is there an annotation of the date the fingerprints were sent to FBI (G-325, N-400, Worksheet) | X | | |
| If Non-NACS site, is G-325A attached to N400 | NA | | |
| If military, is G-325B and/or N-426 in file | X | | |
| Is there a photocopy of both sides of Alien Registration Card | | X | |
| Have the photographs been submitted with application | X | | |
| If there is a G-28 in file, has it been signed by representative/attorney, if applicable | X | | |
| If NACS Office is data entry completed | X | | |
| Does the A number match with the copy of the alien registration card, N-400, G-325, G-28 and A file. | X | | |
| Has the A-file been requested (CIS/RAFACS) | NA | | |
| | | | |
| **Checklist after Interview for all cases (complete this section and then proceed to the appropriate section on the following page(s))** | | | |
| Is the applicant at least 18 years of age | X | | |
| Has the applicant been an LPR for 5 years if filing under Sec 316(a) or 3 years if filing under Sec 319(a) | | X | |
| Is there evidence that the applicant met all Sec 312 requirements | | X | |
| If Sec 312 exemption granted, verify eligibility - 50/20; 55/15; 65/20; or disability | NA | X | |
| Is there evidence that the applicant has met all Good Moral Character requirements (may consist of answers on N-400, if no issues) | X | | |
| If arrested, are all court dispositions in A file | NA | | |

1

DRAFT

N-400 Quality Assurance Checklist

A 73-448-854

Office Code SEA

| Task | Yes | No | Comments |
|---|---|---|---|
| If filing under Sec 319(a) has marital union been confirmed | NA | | |
| Is modified oath clearly indicated, if person is not willing to take full oath of allegiance | NA | | |
| Is documentation regarding religious beliefs or strong personal convictions in the file establishing a modified oath is warranted | NA | | |
| Has applicant signed oath | | X | |
| Has application been signed by applicant and officer at time of interview | | X | Never went to interview |
| Were all questions that were asked by DAO, marked in red ink and numbered on N-400 | | X | " " |
| Was case updated in NACS & updater identified | X | | |
| If name changes, is the name change in the file? | | X | " " " |
| Are all signatures correct, corresponding to the name that will be placed on the certificate | | X | " " " |
| Applicant's Occupation noted | X | X | |
| Is ther evidence that applicant complied with selective service requirements, if applicable. | X | | |
| | | | |
| **Continued Cases** | | | |
| Is reason for continuation clearly indicated | | | |
| If required, has additional documentation been requested on N-14 with a due date from applicant | | | |
| Is case beyond the regulatory 120 day requirement | NA | NA | |
| If reexamination for Sec 312 eligibility, has the case been rescheduled between 60 days to 90 days after initial interview | | X | |
| | | | |
| **Granted Cases Pending Oath Ceremony** | | | |
| Was A file available at time of approval | NA | | |

2

Imposter A file - 0141

**DRAFT**

**N-400 Quality Assurance Checklist**

A 73-448-854

Office Code SEA

| Task | Yes | No | Comments |
|---|---|---|---|
| Approval stamp and signature on the N-400 | | | |
| Is there evidence that the results of the FBI fingerprint check were known by the officer at the time of interview | N/A | | |
| reserved | | | |
| reserved | | | |
| reserved | | | |
| Denied Cases | | | |
| Was intent to deny prepared, if necessary | | X | |
| Was the reason for denial clearly indicated in the notice | | X | |
| Was enial sent by certified mail or hand delivered. If mailed, is the return receipt in the file. | | X | told just sent regular mail |
| Does the record support denial or withdarawals | X | | |
| If appeal filed, has it been assigned to another officer at the same grade level or higher than the original officer | N/A | | |
| If appeal filed, has it been scheduled within 180 days of filing the appeal | N/A | | |
| After second interview has decision been made | ~~N/A~~ | | |

_Ken Hamilton_                          12-17-96

Officer's Signature                          (Date)

Additional Comments:

3

## NOTICE OF ENTRY OF APPEARANCE AS ATTORNEY OR REPRESENTATIVE

| In re: | DATE |
|---|---|
| Rony  Denis | Oct 10, 96 |
| | FILE No.   A 07 344 8854 |

I hereby enter my appearance as attorney for (or representative of), and at the request of, the following named person(s):

| NAME | | | ☐ Petitioner    ☐ Applicant |
|---|---|---|---|
| Rony, Denis | | | ☐ Beneficiary    ☐ |

| ADDRESS | (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|---|
| 15004 Washington Ave, SW | | | Tacoma, | WA | 98498 |

| NAME | | | ☐ Petitioner    ☐ Applicant |
|---|---|---|---|
| | | | ☐ Beneficiary    ☐ |

| ADDRESS | (Apt. No.) | (Number & Street) | (City) | (State) | (ZIP Code) |
|---|---|---|---|---|---|

### Check Applicable Item(s) below:

[x] 1. I am an attorney and a member in good standing of the bar of the Supreme Court of the United States or of the highest court of the following State, territory, insular possession, or District of Columbia

_____ _____ and am not under a
*(Name of Court)*

court or administrative agency order suspending, enjoining, restraining, disbarring, or otherwise restricting me in practicing law.

☐ 2. I am an accredited representative of the following named religious, charitable, social service, or similar organization established in the United States and which is so recognized by the Board:

☐ 3. I am associated with _____,
the attorney of record who previously filed a notice of appearance in this case and my appearance is at his request. *(If you check this item, also check item 1 or 2 whichever is appropriate.)*

☐ 4. Others (Explain fully.)

| SIGNATURE | COMPLETE ADDRESS |
|---|---|
| *[signature]* | 3820 Steilacoom Blvd SW Tacoma, WA 98499 |
| NAME (Type or Print)  David R. Minikel | TELEPHONE NUMBER  (206) 589-8888 |

PURSUANT TO THE PRIVACY ACT OF 1974, I HEREBY CONSENT TO THE DISCLOSURE TO THE FOLLOWING NAMED ATTORNEY OR REPRESENTATIVE OF ANY RECORD PERTAINING TO ME WHICH APPEARS IN ANY IMMIGRATION AND NATURALIZATION SERVICE SYSTEM OF RECORDS: _____
*(Name of Attorney or Representative)*

THE ABOVE CONSENT TO DISCLOSE IS IN CONNECTION WITH THE FOLLOWING MATTER:

| NAME OF PERSON CONSENTING | SIGNATURE OF PERSON CONSENTING | DATE |
|---|---|---|
| Rony, Denis | X *[signature]* | 10/10/96 |

*(NOTE: Execution of this box is required under the Privacy Act of 1974 where the person being represented is a citizen of the United States or an alien lawfully admitted for permanent residence.)*

Form G-28     spster A file - 0143
(Rev.10-25-79)N                          (OVER)

UNITED STATES DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

**APPEARANCES** — An appearance shall be filed on Form G—28 by the attorney or representative appearing in each case. Thereafter, substitution may be permitted upon the written withdrawal of the attorney or representative of record or upon notification of the new attorney or representative. When an appearance is made by a person acting in a representative capacity, his personal appearance or signature shall constitute a representation that under the provisions of this chapter he is authorized and qualified to represent. Further proof of authority to act in a representative capacity may be required.

**AVAILABILITY OF RECORDS** — During the time a case is pending, and except as otherwise provided in 8 CFR 103.2(b), a party to a proceeding or his attorney or representative shall be permitted to examine the record of proceeding in a Service office. He may, in conformity with 8 CFR 103.10, obtain copies of Service records or information therefrom and copies of documents or transcripts of evidence furnished by him. Upon request, he may, in addition, be loaned a copy of the testimony and exhibits contained in the record of proceeding upon giving his receipt for such copies and pledging that it will be surrendered upon final disposition of the case or upon demand. If extra copies of exhibits do not exist, they shall not be furnished free on loan; however, they shall be made available for copying or purchase of copies as provided in 8 CFR 103.10.

"THIS FORM MAY NOT BE USED TO REQUEST RECORDS UNDER THE FREEDOM OF INFORMATION ACT OR THE PRIVACY ACT. THE MANNER OF REQUESTING SUCH RECORDS IS CONTAINED IN 8 CFR 103.10 AND 103.20 ET. SEQ."



U.S. Department of Justice
Immigration and Naturalization

## INS FACSIMILE

### *Baltimore - Examinations*

TRANSMITTED TO:

| FIS: | COMMERCIAL |
|---|---|
| | 8 (800) 553 - 1464 |

| Recipient: | Rick Suster |
|---|---|
| Organization: | SEA Citizenship |
| Building, Room No., Etc. | Telephone No. 553 - 2237 |

| TRANSMITTED FROM: | Phone (410) 962-2118 | FAX (410) 962-2105 |
|---|---|---|

| Name of Sender: | Sylvia J. Moyer |
|---|---|
| Organization: | Immigration & Naturalization Service Baltimore, Maryland |

Title/Contents of Document:
G-325B: A73448854 - DENIS, Rony

Transmission Date: 08/23/96

Number of Pages Sent (including Cover Sheet): 12

Comments: Per your request — a couple of other people called from your office about this too! I'm sure you're sick of him, because I am — (I've spoken to him almost every day (and the wife!! a couple times) ... Please note A24 788 198 appears to relate as well.

[handwritten left margin, vertical] you'll see why I'm asking — read back !!!

A 73 448 854

**U.S. DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service

# BIOGRAPHIC INFORMATION

C08-22-2

OMB No. 1115-0066

| (Family name) DEWIS | (First name) RONY | (Middle Name) | ☒ MALE ☐ FEMALE | BIRTHDATE 08/23/63 | NATIONALITY | FILE NUMBER A N/A |
|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED (including names of previous marriages) N/A | CITY AND COUNTRY OF BIRTH Port-au-Prince Haiti | SOCIAL SECURITY NO. (if any) 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 |
|---|---|---|

|  | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (if known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | DEWIS | Harold | Nov 22, 1926, Pnt de Paix Haiti | Haiti |
| MOTHER (Maiden name) | Fearwell | Marie Solande | Jan 5, 1942 | 2nd alien wife, Haiti |

| HUSBAND (if none, so state) OR WIFE | FAMILY NAME (For wife give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | Robertson | Marsha | 12/25/66 | U.S. St Louis, MO | 20 Feb 88 | St Louis MO |

| FORMER HUSBANDS OR WIVES (if none, so state) FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE AND PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| N/A | | | N/A | |

**APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.**

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 15004 Washington Ave | Tacoma | WA | | oct | 95 | PRESENT TIME | |
| 784 Bacon RD | Hinesville | Georgia | Liberty | oct | 92 | oct | 95 |
| 513 Lafaye St. | New Orleans | LA | Orleans | Nov | 90 | Nov | 92 |
| | | | | | | | |

**APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATE OF MORE THAN ONE YEAR.**

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST.**

| FULL NAME AND ADDRESS OF EMPLOYER | | OCCUPATION (Specify) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|
| New Testament Christian Church | P.O. Box 92314 (Pastor) | Full Time | oct | 95 | PRESENT TIME | |
| New Testament Christian Church | Hinesville Ga | Pastor | oct | 92 | oct | 95 |
| New Testament Christian Church | New Orleans La | Pastor | Nov | 90 | Aug | 92 |
| Joseph H Pie Bro Co | St Louis MO | Vice-President | Feb | 87 | Nov | 90 |
| U.S. Army | | Soldier | Jan | 84 | Jan | 87 |

Show below last occupation abroad if not shown above. (Include all information requested above.)

**THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:**
☒ NATURALIZATION  ☐ OTHER (Specify)
☐ STATUS AS PERMANENT RESIDENT

① ACRD-86-33875026 ✓
② ACRD-86-24110037A ✓

If serving or ever served in the Armed Forces of the United States, complete the following:

| Branch of Service U.S. Army | Rank E-3 | Service Number |
|---|---|---|

**INS USE (Office of Origin)**

Office Code SEa
Type of Case N400
Date 6-12-96

To Other Agency: Please furnish on the reverse of this form, or by attachment hereto, any derogatory information that may be contained in your records concerning the above person, for use in connection with consideration of above application and return it to U.S. Immigration and Naturalization Service.

U.S. IMM. & NATZ. SERVICE LIAISON OFFICE
FORT MEADE, MD. 20755
REFD TO WAC
G-2 FILE REVIEW

(OTHER AGENCY)

AUG 21 1996

(ALL DEFENSE CHECKS)

☐ No record
☐ Nothing Derogatory
☐ Record Attached   8 pages

MAIL TO:
DIRECTOR
UNITED STATES ARMY INVESTIGATIVE
RECORDS REPOSITORY
ATTN: ICRR-A
FOR MEADE, MARYLAND 20755
ATTENTION: LIAISON OFFICE
IMMIGRATION AND NATURALIZATION SERVICE

| NO PERS | AIR RESERVE | OSI (USAF) | ONI (USN) | STATE (P.P.) | STATE (S.Y.) | OTHER |
|---|---|---|---|---|---|---|
| USAF PERS | ARMY PERS | | | | | |
| SEE O.I. 328.1 FOR MAILING ADDRESS | | MID G-2 | PROV. MAR. | SEE O.I. 105.4 FOR MAILING ADDRESS | | |

FORM G-325B
(Rev 10-1-82)Y

**FOR STATE DEPARTMENT USE**
☒ SY
☐ RSC
☐ RMR
☐ C: Visa
☐ R: Visa
☐ ORM

8 pages attached (See Reverse)

Date _____ 19__

| | |
|---|---|
| Date of entry into service | |
| Date of separation | |
| Service number | |

The records of this Department show the following with respect to the subject of your inquiry:

All organizations, clubs or societies in the United States, or in any other country, of which subject was a member at any time, and dates thereof. (If none, show "None.")

① When original F-325 B was received only one dossier came through with the computer check because it was set on 100%. When

All arrests, convictions, disciplinary actions, court martial proceedings, and illegal or immoral conduct in which subject involved, including dates and results thereof. (If none, show "None".)

When the 2nd F-325 B was received (& a phone call from your office) the check was done by social security number because I did a CIS and noticed a discrepancy

Details of any oral or written statements, conduct, behavior or associations of the subject which may indicate belief in, advocacy of, or preference or sympathy for Communism or any other foreign ideology inconsistent with loyalty to the United States or the form of government of the United States or attachment to the principles of the United States Constitution. (If none, show "None".)

in birth dates according to CIS. The first file lists - dob: 08/23/59 ; pob: Gonaives & France & the 2nd lists his pob: Brooklyn, NY, thus a U.S. citizen. The background investigation closed 11/07/83 listed his pob: Haiti and

Additional information or references.

dob: 08/23/59. Social security # & name are consistent in all entries.

② It should be noted that on page #3, it

I certify that the information here given concerning the person named is correct according to the records of the _INS/LN - H. Meade, MD_

Continued on reverse of original F-325 B

(Name of Department or organization)

Official signature    Sylvia J. Moyer 08/21/96

By _____

# BIOGRAPHIC INFORMATION

08-23-63

OMB No. 1115-0066

U.S. Department of Justice
Immigration and Naturalization Service

| (Family name) | (First name) | (Middle name) | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) 63 08 23 | NATIONALITY Haitian | FILE NUMBER A24 788 19 |
|---|---|---|---|---|---|---|

DENIS, RONY (NONE)

(NONE)

CITY AND COUNTRY OF BIRTH: Port au Prince Haiti

SOCIAL SECURITY NO. (if any) 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

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (if known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | Denis | Arnold | May 22 1926 Port-de-Paix Haiti | |
| MOTHER (Maiden name) | Fernand | Marie Solonge | Jan 5 1942 Duvalierville Haiti | |

| HUSBAND (if none, so state) | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | Robertson | Marjorie | 12/25/66 | St Louis MO U.S. | 20 Feb 88 | St Louis MO U.S. |

| FORMER HUSBANDS OR WIVES (if none, so state) | | | | |
|---|---|---|---|---|
| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE AND PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
| (None) | (None) | None | (None) | (None) |

## APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| | STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|---|
| | 15004 Washington Ave | Tacoma | WA | U.S. | Oct | 95 | PRESENT TIME | |
| | 764 Baker Rd | Hinesville | GA | U.S. | Oct | 92 | Oct | 95 |
| | 5113 Lafaye St | New Orleans | LA | U.S. | Nov | 90 | May | 92 |
| | | | | | | | | |
| | | | | | | | | |

## APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATE OF MORE THAN ONE YEAR.    N/A

| | STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

## APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST.

| FULL NAME AND ADDRESS OF EMPLOYER | | | OCCUPATION (Specify) | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| New Testament Christian Church Tacoma WA | | | Pastor | Oct | 95 | PRESENT TIME | |
| New Testament Christian Church Hinesville GA | | | Pastor | Oct | 92 | Oct | 95 |
| New Testament Christian Church New Orleans LA | | | Pastor | Nov | 90 | May | 92 |
| Joseph Copic Rad Co St Louis MO | | | Vice President | Feb | 87 | Nov | 90 |
| U.S. Army | | | Soldier | Jan | 84 | Jan | 87 |

Show below last occupation abroad if not shown above. (Include all information requested above.)

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☒ NATURALIZATION   ☐ OTHER (Specify)
☐ STATUS AS PERMANENT RESIDENT

ACRD-86-2411037H

If serving or ever served in the Armed Forces of the United States, complete the following:

| Branch of Service | Rank | Service Number |
|---|---|---|
| U.S. Army | E-3 | 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 |

INS USE (Office of Origin)
Office Code SEA
Type of Case N-400
Date 06NOV95

To Other Agency: Please furnish on the reverse of this form, or by attachment hereto, any derogatory information that may be contained in your records concerning the above person, for use in connection with consideration of above application and return to U.S. Immigration and Naturalization Service.

REF D. TO WAS
SOP FILE REVIEW

AUG 21 1996

(OTHER AGENCY)

(ALL DEFENSE CHECKS)

| MIL PERS | AIR RESERVE |
|---|---|
| USAF PERS | ARMY PERS |
| SEE O.I. 325.1 FOR MAILING ADDRESS | |

☐ OSI (USAF)  ☐ ONI (USN)
☐ MID G-2  ☐ PROV. MAR.

MAIL TO:
DIRECTOR,
UNITED STATES ARMY INVESTIGATIVE
RECORDS REPOSITORY
ATTN: (CIRR—A
FOR MEADE, MARYLAND 20755
ATTENTION: LIAISON OFFICE
IMMIGRATION AND NATURALIZATION SERVICE

FOR STATE DEPARTMENT USE
☐ SY
☐ RSC
☐ RMR
☐ C-Visa
☐ IV-Visa
☐ ORM

SEE O.I. 105.8
FOR MAILING ADDRESS

FORM G-325B
(Rev. 10-1-82)Y

*U.S. GOVERNMENT PRINTING OFFICE

PUGRICSE

continued from reverse
2nd G-325B:

Date _____ 19___

Date of entry into service _____

Date of separation _____

Service number _____

The records of this Department show the following with respect to the subject of your inquiry:

All organizations, clubs or societies in the United States, or in any other country, of which subject was a member at any time, and dates thereof. (If none, show "None".)

(2) While stationed in #5.2 ... SP4 Denis was medically evacuated to Walter Reed Army Medical Center (WRAMC) due to psychological

All arrests, convictions, disciplinary actions, court martial proceedings, and illegal or immoral conduct in which subject involved, including dates and results thereof. (If none, show "None".)

problems and is presently assigned to the Medical Hold Company WRAMC. CPT Moyer stated he doesn't expect SP4 Denis to return to Korea." The psychological

Details of any other written statements, conduct, behavior or associations of the subject which may indicate belief in, advocacy of, preference, sympathy for Communism or any other foreign ideology inconsistent with loyalty to the United States or the form of government of the United States or attachment to the principles of the United States Constitution. (If none, show "None".)

problems referred to may need some further investigation / explanation / or medical certification.

(3) The original G-325 B was received without an A#. A name search of CIS found # A 24 708 198 relating to this subject. It appears a new has been opened by your office. The prior file

I certify that the information here given concerning the person named is correct according to the records of the

should be
requested +
reviewed.

INS/LN- Ft. Meade, MD
(Name of Department or organization)

Official signature   Sylvia J. Moyer  08/21/96

By _____

Imposter A file - 0150

For use of this form, see AR 190-45 and AR 195-2; the proponent agency is DCSPER.

THRU

Camp Casey District
Seventh Region, USACIDC
APO SF 96224-0379

| USACRC CONTROL NUMBER | MP REPORT NUMBER | SUB-INSTALLATION IDENTIFIER |
|---|---|---|
| 0115-86-CID338-75026 | | |

To be completed by the commander or supervisor of the subject identified below and in corresponding MP/CID report. Check all applicable blocks. Briefly explain circumstances not covered by blocks. For multiple offenses resulting in more than one type of action taken or action taken for offenses not listed in the report, explain in REMARKS which offenses apply to blocks checked and action taken for other offenses. Retain last copy and return all others to addressee indicated in "TO" block on completion of final action.

| NAME OF SUBJECT (Last, first, MI) | GRADE | SOCIAL SECURITY NUMBER | DATE OF BIRTH |
|---|---|---|---|
| DENIS, Rony (NMN) | SP4 | 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 | 23 Aug 59 |

| OFFENSE(S) | DATE OF OFFENSE(S) |
|---|---|
| Forgery; Preparing False Official Documents | Unknown |

**ACTION TAKEN**

A ☐ *NONE  1 ☐ INSUFFICIENT EVIDENCE (Explain in remarks)  2 ☐ OTHER (Explain in remarks)

*Subject was advised that although no action was taken, the report will be retained in Army records and that requests for amendment, correction, or expungement may be submitted IAW AR 190-45 (MP Reports) or AR 195-2 (CID Reports).

B ☐ ADMINISTRATIVE  C ☐ NONJUDICIAL (Article 15, UCMJ)

D ☐ JUDICIAL (If subject was tried by court-martial attach a copy of the court-martial order giving findings and sentences)
1 ☐ SUMMARY COURT-MARTIAL  2 ☐ SPECIAL COURT-MARTIAL  3 ☐ GENERAL COURT-MARTIAL  4 ☐ CIVIL COURT

**JUDICIAL FINDINGS**

A ☐ GUILTY  B ☐ NOT GUILTY  C ☐ DISMISSED  D ☐ OTHER (For example, guilty of a lesser included offense) (Explain below)

**RESULTANT SENTENCES, PUNISHMENTS, OR ADMINISTRATIVE ACTION**

A ☐ REPRIMAND/ADMONITION (Strike inappropriate word)  1 ☐ ORAL  2 ☐ IN WRITING

B ☐ DETENTION/FORFEITURE/FINED (Strike inappropriate words)  $ _____ / _____ MONTHS

C ☐ REDUCED FROM _____ TO _____  D ☐ EXTRA DUTY FOR _____ DAYS  E ☐ RESTRICTED FOR _____ DAYS

F ☐ CORRECTIONAL CUSTODY FOR _____ DAYS  G ☐ CONFINED _____ YEARS _____ MONTHS

H ☐ PUNITIVE DISCHARGE ADJUDGED (type) _____

I ☐ ADMINISTRATIVE DISCHARGE UP PARA _____ AR _____ - _____ , EFFECTIVE _____

J ☐ OTHER, FOR EXAMPLE, SUSPENSION OF DRIVING PRIVILEGES (Explain below)

REMARKS
See attached MSG
Field Grade Art. 15, Reduction to E-3 forfeiture of $100.00 a month for 2 month.

LARRY G. BEAR
1SG, USA
Chief Investigative Support

| TYPED NAME & GRADE OF COMMANDING OFFICER | SIGNATURE | DATE OF REPORT |
|---|---|---|
| | | |

DA FORM 4833
1 JAN 80

REPLACES DA FORM 3975-1, 1 JAN 74, WHICH IS OBSOLETE.

DEPARTMENT OF THE ARMY
CAT CASEY DISTRICT, SEVENTH REGION
UNITED STATES ARMY CRIMINAL INVESTIGATION COMMAND
APO SAN FRANCISCO 96224-0379

REPLY TO
ATTENTION OF:

17 APR 1986

CIRGC-ZA

SUBJECT: CID REPORT OF INVESTIGATION - Final (C) - 0115-86-CID338-75026-
~~~~/5G2X/8D6B

SEE DISTRIBUTION

LOCATION OF OCCURRENCE: HQ, 197th AG Co, Fort Benning, GA.

DATE/TIME OF OCCURRENCE: Unknown.

DATE/TIME REPORTED: 1400, 21 Feb 86.

INVESTIGATED BY: SA Thomas L. GUADAGNO, 2918.

TITLE: 1. DENIS, Rony (NMN); SP4; 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; 23 Aug 59; Gonalves, France; M;
Black; Medical Hold Company, Walter Reed Army Medical Center, Washington, DC 20012;
Forgery; Preparing False Official Documents.

VICTIM: 1. U.S. Government; Forgery; Preparing False Official Documents.

SYNOPSIS: Investigation disclosed SP4 DENIS prepared a false promotion packet and
placed it in his offical files. SP4 DENIS also prepared falsified orders and a certificate
awarding himself an Army Commendation Medal, to which he forged the signature of
LTC Bobby RICH.

STATUTES: The statutes pertaining to this investigation are the following Articles of
the Uniform Code of Military Justice:

a. Article 107 - Preparing a False Official Document

b. Article 123 - Forgery

BASIS FOR INVESTIGATION: About 1400, 21 Feb 86, CPT Thomas L. MOYER, 301-54-
2964, CDR, HHB, 2/8th FA, Camp Stanley, reported he suspected SP4 DENIS of having
false official documents in his personnel file.

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY PROP USACIDC DO NOT RELEASE OUTSIDE UR AGENCY

Imposter A file - 0162

0115-86-CID338-75026

**NARRATIVE:**

1. <u>Interview of Source:</u>

1.1 About 1400, 21 Feb 86, CPT Thomas L. MOYER, 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, CDR, HHB, 8/8th FA, was interviewed by Special Agent (SA) GUADAGNO. CPT MOYER related that a review of SP4 DENIS's field 201 file by SSG Bradford N. ORTIZ, 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, HHB, 8/8th FA, disclosed several documents which were suspected to be falsified.

2. <u>Interview of Witnesses:</u>

2.1 About 1647, 21 Feb 86, SSG ORTIZ was interviewed by SA GUADAGNO. SSG ORTIZ related that during a review of SP4 DENIS' records he found what he believed to be a false Promotion Packet and False orders for an award (Exhibit 1).

3. <u>Interview of Subjects:</u>

3.1 About 1438, 21 Feb 86, SP4 DENIS was interviewed by SA GUADAGNO. SP4 DENIS related he paid SP4 Glan STEVENSON (NFI) for making up his promotion packet. SFC John RAMIREZ (NFI) and SP4 Mark ANDREWS (NFI) prepared an ARCOM packet, including orders (Exhibit 2).

4. <u>Collection of Handwriting Specimens:</u>

4.1 <u>Exemplars</u>: About 1700, 21 Feb 86, SA Joseph J. STEFULA, this office, obtained handwriting exemplars from SP4 DENIS. Exemplars were taken from SP4 DENIS after he signed the same signatures as those appearing on the questioned documents.

4.2 <u>Standards</u>: About 1415, 21 Feb 86, SA GUADAGNO obtained SP4 DENIS' complete 201 file as evidence. This file contained the standards needed for laboratory comparison.

5. <u>Command Notification:</u>

5.1 <u>Initial</u>: About 1630, 21 Feb 86, CPT Thomas L. MOYER, 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, was briefed on the interview with SP4 DENIS and was provided with copies of SP4 DENIS' statement.

5.2 <u>Final</u>: On 4 Apr 86, CPT MOYER was briefed on the results of this investigation. CPT MOYER related on 21 Mar 86, SP4 DENIS was medically evacuated to Walter Reed Army Medical Center (WRAMC) due to psychological problems and is presently assigned to the Medical Hold Company, WRAMC. CPT MOYER stated he doesn't expect SP4 DENIS to return to Korea.

6. <u>Staff Judge Advocate Coordination:</u>

6.1 <u>Initial</u>: About 0900, 22 Feb 86, CPT Nicholas J. BETSACON, Office of the Staff Judge Advocate, Camp Casey, was contacted. After being briefed on this

- 2 -

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY PRIOR USACIDC DO NOT RELEASE OUTSIDE US AGENCY

0115-86-CID338-75026

investigation, he opined SP4 DENIS should be titled for Bribery, Conspiracy to Commit a Larceny, and Filing False Official Documents; and SFC RAMIREZ and SP4 ANDREWS should be titled for Forgery and Signing False Official Documents.

6.2    Final:    On 4 Apr 86, this investigation was again coordinated with CPT BETSACON, who opined there was sufficient probable cause to title SP4 DENIS for the offenses of Forgery and Preparing False Official Documents.  CPT BETSACON further advised there was no need to submit the exemplars and questioned documents for laboratory analysis.

7.    Other Investigative Aspects:

7.1  On 28 Feb 86, a Request for Assistance was forwarded to Fort Benning District, Third Region, USACIDC, requesting SFC RAMIREZ, SP4 STEVENSON and SP4 ANDREWS be interviewed as possible subjects of this investigation.

7.2    On 27 Mar 86, a First Information Report was received from Fort Benning District reflecting efforts to locate SFC RAMIREZ, SP4 STEVENSON and SP4 ANDREWS through the worldwide locator, post locator, and PAC personnel disclosed no record could be found on these individuals.

LAW ENFORCEMENT RECORDS:    A review of DCII records revealed a favorable NAC only was completed on SP4 DENIS.  No derogatory information was noted.

EXHIBITS:

   A.    Attached:

      1.    Statement of SSG ORTIZ, 21 Feb 86.

      2.    Waiver Certificate and statement of SP4 DENIS, 21 Feb 86.

      3.    Two Evidence/Property Custody Documents, EV numbers 091-86 and 092-86, 21 Feb 86.  (USACRC & file cys only)

   B.    Not Attached:

   Retained in the evidence depository, Camp Casey District, Seventh Region, USACIDC, APO SF 96224-0379:

      4.    Field 201 file of SP4 DENIS.

      5.    Seventy-two (72) handwriting exemplars executed by SP4 DENIS.

The original of Exhibit 1 and 2 are forwarded with the USACRC copy of this report. The original of Exhibit 3 is retained in the files of this office.

-- 3 --

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY FROM USACIDC DO NOT RELEASE OUTSIDE UR AGENCY

0115-86-CID338-75026

**INVESTIGATIVE STATUS:** This is a Final (C) report. This investigation is terminated IAW Para 3-27(4), CIDR 195-1.

Report Prepared by:                                Report Approved by:

THOMAS L. GUADAGNO                                 JOHN F. JACKSON, JR.
Special Agent, 2918                                LTC, AV
                                                   Commanding

**DISTRIBUTION:**

1 - Dir, USACRC, USACIDC, Baltimore, MD 21222-4099
1 - Cdr, 7th Rgn, USACIDC, ATTN: CIRG-OF, APO 96301-0077
1 - Cdr, SJA, Walter Reed Army Medical Center, Washington, DC 20012
1 - Cdr, 2d Inf Div, ATTN: EAID-PM, APO SF 96224-0290
1 - Action Commander (Medical Hold Company, Walter Reed Army Medical Center,
        Washington, DC 20012)
1 - File

- 4 -

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY PROP USACIDC. DO NOT RELEASE OUTSIDE UR AGENCY

*For use of this form, see AR 190-45 and 195-2; the proponent agency is DCSPER.

| THRU: | TO: | FROM: |
|---|---|---|
| Cdr, Med Cen Bde WRAMC Washington, D.C. 20307 | Provost Marshal Office WRAMC Washington, D.C. 20307 | Cdr, Medical Holding Co WRAMC Washington, D.C. 20307 |

| USACRC CONTROL NUMBER | MP REPORT NUMBER | SUB-INSTALLATION IDENTIFIER |
|---|---|---|
| 86-MPC 241-1037A | MPR-00692-86 | |

To be completed by the commander or supervisor of the subject identified below and in corresponding MP/CID report. Check all applicable blocks. Briefly explain circumstances not covered by blocks. For multiple offenses resulting in more than one type of action taken or action taken for offenses not listed in the report, explain in REMARKS which offenses apply to blocks checked and action taken for other offenses. Retain last copy and return all others to addressee indicated in "TO" block on completion of final action.

| NAME OF SUBJECT (Last, first, MI) | GRADE | SOCIAL SECURITY NUMBER | DATE OF BIRTH |
|---|---|---|---|
| DENIS, Rony (NMN) | E-4 | 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 | 23 August 63 |

| OFFENSE(S) | DATE OF OFFENSE(S) |
|---|---|
| Aggravated Assault (Art. 128 UCMJ) | 8 0628 |

**ACTION TAKEN**

A ☐ *NONE  1 ☐ INSUFFICIENT EVIDENCE (Explain in remarks)  2 ☐ OTHER (Explain in remarks)

*Subject was advised that although no action was taken, the report will be retained in Army records and that requests for amendment, correction, or expungement may be submitted IAW AR 190-45 (MP Reports) or AR 195-3 (CID Reports).

B ☒ ADMINISTRATIVE    C ☐ NONJUDICIAL (Article 15, UCMJ)

D ☐ JUDICIAL (If subject was tried by court-martial attach a copy of the court-martial order giving findings and sentences)
  1 ☐ SUMMARY COURT-MARTIAL  2 ☐ SPECIAL COURT-MARTIAL  3 ☐ GENERAL COURT-MARTIAL  4 ☐ CIVIL COURT

**JUDICIAL FINDINGS**

A ☐ GUILTY  B ☐ NOT GUILTY  C ☐ DISMISSED  D ☐ OTHER (For example, guilty of a lesser included offense) (Explain below)

**RESULTANT SENTENCES, PUNISHMENTS, OR ADMINISTRATIVE ACTION**

A ☒ REPRIMAND/ADMONITION (Strike inappropriate word)  1 ☒ ORAL  2 ☐ IN WRITING

B ☐ DETENTION/FORFEITURE/FINED (Strike inappropriate words)  $ _____ / _____ MONTHS

C ☐ REDUCED FROM _____ TO _____  D ☐ EXTRA DUTY FOR _____ DAYS  E ☐ RESTRICTED FOR _____ DAYS

F ☐ CORRECTIONAL CUSTODY FOR _____ DAYS  G ☐ CONFINED _____ YEARS _____ MONTHS

H ☐ PUNITIVE DISCHARGE ADJUDGED (type) _____

I ☐ ADMINISTRATIVE DISCHARGE IAW PAR _____ , AR _____ - _____ , EFFECTIVE _____

J ☐ OTHER, FOR EXAMPLE, SUSPENSION OF DRIVING PRIVILEGES (Explain below)

**REMARKS**



| TYPED NAME & GRADE OF COMMANDING OFFICER | SIGNATURE | DATE OF REPORT |
|---|---|---|
| KELVIN B. OWENS, 1LT, MS | | 25 Aug 8 |

DA FORM 4833, 1 JAN 80    REPLACES DA FORM 2976-1, 1 JAN 74, WHICH IS OBSOLETE.

FOR OFFICIAL USE ONLY

| THRU: Cdr, Med Cen Bde<br>WRAMC<br>Washington, D.C. 20307 | MPR-00692-86<br>MC<br>Washington, D.C. 20307 | Provost Marshal Office<br>WRAMC<br>Washington, D.C. 20307 |
|---|---|---|

**1. REPORT TYPE/STATUS**
- [ ] Information
- [X] Complaint
- [ ] Supplemental
- [X] Police action completed
- [ ] Commanders action required (See attached DA Form 3975-1)
- [ ] Commanders action completed

**2. EVALUATION**
- [ ] Unfounded
- [X] Criminal offense
- [ ] Serious criminal offense
- [ ] Military offense
- [ ] Traffic offense

| 3. TYPE COMPLANT | 4. LOCATION (*address) | 5. HOUR OF OFFENSE | 6. DATE OF OFFENSE |
|---|---|---|---|
| Aggravated Assault (128 UCMJ) (subject 1)<br>Aggravated Assault (128 UCMJ) (subject 2) | [X] On post [ ] Off post<br>Ward 2021, OMTF, Bldg 1<br>WRAMC, Washington DC<br>20307-50001 | 2100 | 860628 |
| | | 7. OFFENSE CODE NO. | |
| | | 2J3 5C1F | |

| 8. COMPLAINT RECEIVED BY (Name, grade, position) | | a. HOUR RECEIVED | b. DATE RECEIVED |
|---|---|---|---|
| Eugene RANDOLPH GS 7 Lieutenant | a. In person<br>X b. By telephone<br>c. By mail | 2105hrs | 86 June 28 |

| 9a. MP ACTION REFERRED TO | | b. DATE REFERRED |
|---|---|---|
| [ ] NA [ ] Patrol [ ] MPI [ ] CID [ ] Other agency (Specify) | | |

**10. NAME OF SUBJECT**

| a. | b. GRADE | c. SSN | c. ORGANIZATION (Include address and telephone no.) |
|---|---|---|---|
| DENIS, Rony, NMN | E 4 | 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 | Medical Holding Company, WRAMC<br>phone 576-4192 |

| d. HOME OF RECORD | e. PLACE OF BIRTH | f. DATE OF BIRTH | |
|---|---|---|---|
| Brooklyn New York | Brooklyn New York | 23 August 63 | |

| g. CAT/ID | h. COLOR HAIR | i. COLOR EYES | j. COMPLEXION | k. WEIGHT | l. HEIGHT | m. AGE | n. RACE | o. SEX |
|---|---|---|---|---|---|---|---|---|
| | black | brown | dark | 147lbs. | 65" | 23 | black | [X] Male [ ] Female |

**11. INVOLVEMENT**
- [ ] Alcohol [ ] Drugs
- [ ] Other (Specify)

**12. DRESS**
- [ ] Uniform
- [X] Civilian clothing

**13. BEHAVIOR**
- [ ] Cooperative
- [ ] Uncooperative
- [ ] Belligerent

**14. IDENTIFYING MARKS**
Scars on Nose

**15. PERSONS RELATED TO REPORT**

| a. Name | b. Grade | c. SSN | d. Organization/address | e. (1) (2) |
|---|---|---|---|---|
| DAVIS, Norman | PFC | 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 | Medical Holding Co. WRAMC | B A |
| BROWN, Jeffery | PV1 | 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 | Medical Holding Co. WRAMC | B A |
| CRAIG, Carl A | E 2 | 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 | Medical Holding Co. WRAMC | B A |
| HOSENDOVE, Ricky | E 3 | 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 | Medical Holding Co. WRAMC | C A |
| SMITH, Dale | GS 6 | 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 | PMO, WRAMC Wash DC 20307 | E D |
| PAGE, Isaac | Detective | 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 | PMO, WRAMC Wash DC 20307 | E D |

**16. PROPERTY DATA**

| a. Date | b. (1) (2) | d. Amount | a. Offender | b. Evidence |
|---|---|---|---|---|
| | | | Released on<br>Form 629 | BEST AVAILABLE COPY<br>None Retained |

**17. DISPOSITION**

**18. DETAILS OF REPORT** (Who, what, when, where, how and why) (Continue on reverse)

This investigation was initiated upon receipt of information from the WRAMC Police Desk that a aggravated assault had occurred.

///OVER///

| INCLOSURES | DISTRIBUTION | FOR THE COMMANDER (Strike out if inapplicable) |
|---|---|---|
| 11 DA Forms 2823<br>2 DA Forms 3881 | 1-EM Files<br>1-JAG | TYPED NAME, GRADE, AND TITLE OF REPORTING OFFICER<br>CHARLES C. HOLLAND<br>CPT, DAC<br>Asst. A.G.<br>SIGNATURE |

| (1) STATUS | (2) CATEGORY | (3) PROPERTY TYPE | (4) POLICE ACTION | WORKLOAD DATA (MP File Copy Only) |
|---|---|---|---|---|
| A - Subject<br>B - Witness<br>C - Victim<br>D - Complaint<br>E - Military police<br>F - Other subjects | A - Army<br>B - Other service<br>C - Dependent<br>D - DA civilian<br>E - Civilian<br>F - Contractor<br>G - Other govt empl<br>H - Non mil empl | F - Other tgn<br>J - Other | A - Govt prop/bulidg<br>B - Govt vehicle<br>C - NAF prop/funds<br>D - NAF vehicle<br>E - Pvt property<br>F - Pvt vehicle<br>G - Real govt prop funds<br>H - Other govt vehicle | A - Lost<br>B - Stolen<br>C - Recovered<br>D - Damaged | FROM<br>TO<br>MANHOURS EXPENDED |

| DA FORM 3975 | THIS FORM TOGETHER WITH DA FORM 3975... REPLACES DA FORM 3975. | GPO : 1980-518-871 |
|---|---|---|

## INVESTIGATIVE SYNOPSIS

Investigation by Detective PAGE disclosed that JACKSON reported to this station that about, 2100hrs, 28 June 86, on ward 2021, Bldg 1, WRAMC, Washington DC 20307, while attempting to quell a disturbance between DAVIS and DENIS. DENIS drew a knife and was disarmed by JACKSON. DENIS approached JACKSON again at which time JACKSON threw a que ball in DENIS'S direction, striking HOSENDOVE about the forehead. HOSENDOVE was treated at WRAMC ASO for contusions and lacerations and released. JACKSON and DENIS were apprehended and advised of their legal rights. Both waived their legal rights and provided a sworn statement. JACKSON and DENIS were released to the unit on DD 629.

STAFF JUDGE ADVOCATE COORDINATION: None Required.

THIS IS A FINAL REPORT.

BEST AVAILABLE COPY

MILITARY POLICE RECORDS AND REPORTS ARE EX-
EMPT FROM AUTOMATIC DISCLOSURE IN ACCORD-
ANCE WITH THE PROVISIONS OF 5 USC 552(b)(7) and
5 USC 552a(j)(2), AS IMPLEMENTED BY PARAGRAPH 3-
200, NUMBER 7, AR 340-17; AND CHAPTER 7, AR 340-21.

BEST AVAILABLE COPY

**Veterans Services Division 346/27**
**FAX #: (206)-220-6108**

## FAX COVER SHEET

This message is intended only for the use of the person or office to whom it is addressed and may contain information that is privileged, confidential, or protected by law. All others are hereby notified that receipt of this message does not waive any applicable privilege or exemption from disclosure and that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please notify us immediately at the telephone number shown.

**Please deliver to:**

Name of person: _Jacqueline Clark_

Voice #: _____ FAX #: _(206) 553-1464_

Office - room number: _____

Number of pages attached: Cover + _____ pages

**From:**

Name of person: _Sharon_ Phone #: _____

**Comments:**

_Hi Jackie!_

_Remember me?_

_Sharon CFC_

**Please Call if You Did Not Receive All of The Transmittal.**

Imposter A file - 0159



**DEPARTMENT OF VETERANS AFFAIRS**
Regional Office
Henry M. Jackson Federal Building
915 Second Avenue
Seattle WA 98174

7-31-96

In Reply Refer To:

C ss590·0 1· 1294

The records of the Department of Veterans Affairs show that    Rony Denis
served in the Armed Forces of the United States as follows:

| Entered on Active Duty | Released From Active Duty |
|---|---|
| 1-10-84 | 1-9-87 |

| Branch of Service |
|---|
| U.S Army |

| Character of Discharge |
|---|
| HonoRaBle |

| Service Serial No | Rank and Organization | Date of Birth |
|---|---|---|
| 590011294 | E-3 | 8-23-63 |

*As certified to VA by military branch of service or shown on official military documents.

Sincerely yours,

FRANCIS J. LYNCH
Acting Veterans Services Officer

*"VA - - Putting Veterans First"*

FL 27-449
FEB 1996 (RS)

037

Imposter A file - 0160

# POST    AMERICA

*14802 Union Ave SW*
*Tillicum, WA 98498*
*FAX # 206-582-1518*

## COVER PAGE
### FAX TO :

Company : _____ I. N. S _____
Name : _____ Jacquiline  Clark _____
FAX : _____ (206) 553· 1464 _____

## FAXED FROM :

Name : _____ Rony, Denis _____
Comments : _____

### PAGES FAXED : ( 2 )
### (INCLUDING COVER PAGE)

Imposter A file - 0161



## DEPARTMENT OF VETERANS AFFAIRS

Regional Office
Henry M. Jackson Federal Building
915 Second Avenue
Seattle, WA 98174-1001

Adjudication Division 346/21

### FAX COVER SHEET

*This message is intended only for the use of the person or office to whom it is addressed and may contain information that is privileged, confidential, or protected by law. All others are hereby notified that receipt of this message does not waive any applicable privilege or exemption from disclosure and that any dissemination, distribution, or copying of this communication is prohibited. If you have received this communication in error, please notify us immediately at the telephone number shown.*

Please deliver to:

Name of person : _RONY DeniS_

Voice #: _____ FAX #: _206 - 5P2 - 1518_

Office - room number: _____

Number of pages attached: Cover + ____2____ pages

From:

Name of person: _UARO Seattle (Terry)_

Voice #: _____ FAX #: _____

COMMENTS: _As requested_

_____

_____

_____

_____

_____

_____

*Please Call If You Did Not Receive All of The Transmittal.*



# DEPARTMENT OF VETERANS AFFAIRS
## Regional Office
Henry M. Jackson Federal Building
915 Second Avenue
Seattle, Washington 98174

7-31-96

RONY DENIS

In Reply Refer To:

346/Tm 2

The records of the Department of Veterans Affairs show that RONY DENIS
served in the Armed Forces of the United States as follows:

| ENTERED ON ACTIVE DUTY | RELEASED FROM ACTIVE DUTY |
|---|---|
| 01-10-1984 | 01-09-1987 |

| BRANCH OF SERVICE |
|---|
| Army |

| *CHARACTER OF DISCHARGE |
|---|
| Honorable |

| SERVICE SERIAL NO. | RANK AND ORGANIZATION | DATE OF BIRTH |
|---|---|---|
| 590011294 | E-3 | 08-23-1963 |

*As certified to VA by military branch of service or shown on official military documents.

Sincerely yours,

JOHN F. MCARTOR
Veterans Services Officer  0 40

Imposter A file - 0163

FL 27-440
APR 1990 (R8)

*Father Jackie Clark 3491*

HH A73 448 854

**U.S. DEPARTMENT OF JUSTICE**
Immigration and Naturalization Service

## BIOGRAPHIC INFORMATION

C08-23-63

OMB No. 1115-0066

| (Family name) DENIS | (First name) RONY | (Middle name) NMN | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-yr.) 08/33/62 | NATIONALITY | FILE NUMBER A- N/A |
|---|---|---|---|---|---|---|

| ALL OTHER NAMES USED (Including names by previous marriages) N/A | CITY AND COUNTRY OF BIRTH Port-au-Prince, Haiti | SOCIAL SECURITY NO. (If any) 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 |
|---|---|---|

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | DENIS | Arnold | May 22, 1926   Pont de Paix Haiti | |
| MOTHER (Maiden name) | Fernand | Marie Solente | Jan 5, 1942 | Duvalier wife, Haiti |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | Robertson | Montira | 12/25/66 | St. Louis, MO U.S. | 20 Feb 88 | St Louis MO |

FORMER HUSBANDS OR WIVES (If none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE AND PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| N/A | | | N/A | |

APPLICANTS RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 1500 + WASHINGTON AVE | TACOMA | WA | | OCT | 95 | PRESENT TIME | |
| 764 BACON RD | HINESVILLE | GEORGIA | LIBERTY | OCT | 92 | OCT | 95 |
| 5113 LAFAYE St | New ORLEANS | LA | ORLEANS | NOV | 90 | MOY | 92 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATE OF MORE THAN ONE YEAR.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST.

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (Specify) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| New TESTAMENT Christian Church P.O. Box 92314 | PASTOR (Full Time) | OCT | 95 | PRESENT TIME | |
| New TESTAMENT Christian Church  Hinesville GA | PASTOR | OCT | 92 | OCT | 95 |
| New Testament Christian Church  New Orleans LA | Pastor | NOV | 90 | Aug | 92 |
| Joseph Lupe For Co   ST Louis MO | Vice-President | Feb | 87 | NOV | 90 |
| U.S. Army | Soldier | Jan | 84 | Jan | 87 |

Show below last occupation abroad if not shown above. (Include all information requested above.)

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:

☒ NATURALIZATION   ☐ OTHER (Specify)
☐ STATUS AS PERMANENT RESIDENT

① ACRD-86-33875026 ✓
② ACRD-86-2411037A ✓

If serving or ever served in the Armed Forces of the United States, complete the following:

| Branch of Service U.S ARMY | Rank E-3 | Service Number |
|---|---|---|

To Other Agency: Please furnish on the reverse of this form, or by attachment hereto, any derogatory information that may be contained in your records concerning the above person, for use in connection with consideration of above application and return to U.S. Immigration and Naturalization Service.

### INS USE (Office of Origin)

Office Code SEa
Type of Case N400
Date 6-12-96

U.S. MIL & NATZ. SERVICE LIAISON OFFICE
FORT MEADE, MD. 20755
☐ REF D. TO WAS
FOR FILE REVIEW

FAXED 09/04/96 6.00m

**(OTHER AGENCY)**

**(ALL DEFENSE CHECKS)**

MAIL TO:
DIRECTOR
UNITED STATES ARMY INVESTIGATIVE
RECORDS REPOSITORY
ATTN: ICIRR-A
FOR MEADE, MARYLAND 20755
ATTENTION: LIAISON OFFICE
IMMIGRATION AND NATURALIZATION SERVICE

AUG 2 1 1996

☐ No Record
☐ Nothing Derogatory
☐ Repro Attached 8 Pages

| MIL PERS | AIR RESERVE | | |
|---|---|---|---|
| | | ☐ OSI (USAF) | ☐ ONI (USN) |
| USAF PERS | ARMY PERS | | |
| SEE O.I. 328.1 FOR MAILING ADDRESS | | ☐ MID G-2 | ☐ PROV. MAR. |

| STATE (P.P.) | STATE (S.Y.) | OTHER |
|---|---|---|
| | | |

SEE O.I. 105.4
FOR MAILING ADDRESS

FOR STATE DEPARTMENT USE
☒ SY ✓
☐ RSC
☐ RMR
☐ C:Visa
☐ R:Visa
☐ ORM

FORM G-325B
(Rev. 10-1-82)Y

Imposter A file - 0164

8 pages attached / See Reverse

Date _____ 19 _____

| Date of entry into service |
| Date of separation |
| Service number |

The records of this Department show the following with respect to the subject of your inquiry:

All organizations, clubs or societies in the United States, or in any other country, of which subject was a member at any time, and dates thereof. (If none, show "None".)

① When original H-325 B was received only one dossier came through with the computer check because it was set on 100% likeness.

All arrests, convictions, disciplinary actions, court martial proceedings, and illegal or immoral conduct in which subject involved, including dates and results thereof. (If none, show "None".)

When the 2ⁿᵈ H-325 B was received (& a phone call from your office) the check was done by social security number because I did a CIS and noticed a discrepancy

Details of any oral or written statements, conduct, behavior or associations of the subject which may indicate belief in, advocacy of or preference or sympathy for Communism or any other foreign ideology inconsistent with loyalty to the United States or the form of government of the United States or attachment to the principles of the United States Constitution. (If none, show "None".)

in birthdates according to CIS. The first file lists - dob: 08/23/59; pob: Gonalves, France & the 2ⁿᵈ lists his pob: Brooklyn NY, thus a US. citizen. The background investi-

Additional information or references.

gation closed 11/07/83 listed his pob: Haiti and dob: 08/23/59. Social security # & name are consistent in all entries.

② It should be noted that on page #3, it

I certify that the information here given concerning the person named is correct according to the records of the

Continued on reverse of original H 325 B.

INS/LN - Ft. Meade, MD
(Name of Department or organization)

Official signature    Sylvia J. Moyer 08/21/96

By _____

# BIOGRAPHIC INFORMATION

**U.S. Department of Justice**
**Immigration and Naturalization Service**

OMB No. 1115-0066

08-23-63   HA   A24 708 198

| (Family name) | (First name) | (Middle name) | ☐ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| DENIS | RON Y | (NONE) | ☒ MALE | 63 08 23 | HAITIAN | A |

ALL OTHER NAMES USED (Including names by previous marriages): (NONE)

CITY AND COUNTRY OF BIRTH: Port-Au-Prince Haiti

SOCIAL SECURITY NO. (If any): 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

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | DENIS | Arnold Ratary | May 22 1926 Port-De-Paix Haiti | Pierre |
| MOTHER (Maiden name) | Fernand Marie Solonge | | JAN 5 1942 | Duvalice ville Haiti |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | Robertson | Marjorie | 12/25/66 | St Louis MO U.S. | 20 Feb 88 | St Louis MO U.S. |

FORMER HUSBANDS OR WIVES (If none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE AND PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| (NONE) | NONE | NONE | (NONE) | (NONE) |

APPLICANTS RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 15004 WASHINGTON AVE | TACOMA | WA | U.S. | OCT | 95 | PRESENT TIME | |
| 764 BACON RD | Hinesville | GA | U.S. | OCT | 92 | OCT | 95 |
| 5113 Lafaye St. | New Orleans | LA | U.S. | NOV | 90 | MAY | 92 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATE OF MORE THAN ONE YEAR.   N/A

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST.

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (Specify) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| New Testament Christian Church Tacoma WA | Pastor | OCT | 95 | PRESENT TIME | |
| New Testament Christian Church Hinesville GA | Pastor | OCT | 92 | OCT | 95 |
| New Testament Christian Church New Orleans LA | Pastor | NOV | 90 | MAY | 92 |
| Joseph LiPic Pen Co. St Louis, MO | Vice President | Feb | 87 | Nov | 90 |
| U.S. Army | Soldier | JAN | 84 | JAN | 87 |

Show below last occupation abroad if not shown above. (Include all information requested above.)

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☒ NATURALIZATION   ☐ OTHER (Specify)
☐ STATUS AS PERMANENT RESIDENT

ACRD-86-2411037A

If serving or ever served in the Armed Forces of the United States, complete the following:

| Branch of Service | Rank | Service Number |
|---|---|---|
| U.S. ARMY | E-3 | 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 |

To Other Agency: Please furnish on the reverse of this form, or by attachment hereto, any derogatory information that may be contained in your records concerning the above person, for use in connection with consideration of above application and return to U.S. Immigration and Naturalization Service.

**INS USE (Office of Origin)**

Office Code   SEA
Type of Case   N-400
Date   06NOV95

U.S. IMM. & NATZ. SERVICE LIAISON OFFICE FORT MEADE, MD. 20755
☐ REF'D. TO WAS FOR FILE REVIEW
AUG 2 1 1996
☐ No Record
☐ Nothing Derogatory
(S.Y.)   ☐ OTHER

Pages Attached

SEE O.I. 105.4 FOR MAILING ADDRESS

(OTHER AGENCY)

(ALL DEFENSE CHECKS)

MAIL TO:
DIRECTOR,
UNITED STATES ARMY INVESTIGATIVE
RECORDS REPOSITORY
ATTN: ICIRR—A
FOR MEADE, MARYLAND 20755
ATTENTION: LIAISON OFFICE
IMMIGRATION AND NATURALIZATION SERVICE

| MIL PERS | AIR RESERVE |
|---|---|
| USAF PERS | ARMY PERS |
| SEE O.I. 326.1 FOR MAILING ADDRESS | |

| ☐ OSI (USAF) | ☐ ONI (USN) |
|---|---|
| ☐ MID G-2 | ☐ PROV. MAR. |

**FOR STATE DEPARTMENT USE**
☐ SY
☐ RSC
☐ RMR
☐ C:Visa
☐ R:Visa
☐ ORM

FORM G-325B (Rev. 10-1-82)Y

8 pages attached

*U.S. GOVERNMENT PRINTING OFFICE: 1984-421-578

continued from reverse
2 nd A-325 B:

Date _____ 19____

Date of entry into service

Date of separation

Service number

The records of this Department show the following with respect to the subject of your inquiry:

All organizations, clubs or societies in the United States, or in any other country, of which subject was a member at any time, and dates thereof. (If none, show "None".)

(2) indicates in #5.2 ..."SP4 Denis was medically evacuated to Walter Reed Army Medical Center (WRAMC) due to psychological

All arrests, convictions, disciplinary actions, court martial proceedings, and illegal or immoral conduct in which subject involved, including dates and results thereof. (If none, show "None".)

problems and is presently assigned to the Medical Hold Company, WRAMC. CPT Moyer stated he doesn't expect SP4 Denis to return to Korea." The psychological

Details of any oral or written statements, conduct, behavior or associations of the subject which may indicate belief in, advocacy of or preference or sympathy for Communism or any other foreign ideology inconsistent with loyalty to the United States or the form of government of the United States or attachment to the principles of the United States Constitution. (If none, show "None".)

problems referred to may need some further investigation, explanation, or medical certification.

(3) The original A-325 B was received

Additional information or references.

without an A#. A name search of CIB found # A 24 708 198 relating to this subject. It appears a new has been opened by your office. The prior file

I certify that the information here given concerning the person named is correct according to the records of the

should be requested + reviewed.

INS/LN - Ft. Meade, MD

(Name of Department or organization)

Official signature   Sylvia J. Moyer   08/21/96

By _____

# COMMANDER'S REPORT OF DISCIPLINARY OR ADMINISTRATIVE ACTION

For use of this form see AR 190-45 and AR 195-2; the proponent agency is ODCSOPS.

| THRU: | Commander<br>Camp Casey District<br>Seventh Region, USACIDC<br>APO SF 96224-0379 | FR |
|---|---|---|

| USACRC CONTROL NUMBER<br>0115-86-CID338-75026 | MP REPORT NUMBER | SUB-INSTALLATION IDENTIFIER |
|---|---|---|

To be completed by the commander or supervisor of the subject identified below and in corresponding MP/CID report. Check all applicable blocks. Briefly explain circumstances not covered by blocks. For multiple offenses resulting in more than one type of action taken or action taken for offenses not listed in the report, explain in REMARKS which offenses apply to blocks checked and action taken fo other offenses. Retain first copy and return all others to addressee indicated in "TO" block on completion of final action.

| NAME OF SUBJECT (Last, first, MI)<br>DENIS, Rony (NMN) | GRADE<br>SP4 | SOCIAL SECURITY NUMBER<br>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 | DATE OF BIRTH<br>23 Aug 59 |
|---|---|---|---|

| OFFENSE(S)<br>Forgery; Preparing False Official Documents | DATE OF OFFENSE(S)<br>Unknown |
|---|---|

## ACTION TAKEN

**A** ☐ *NONE   **1** ☐ INSUFFICIENT EVIDENCE (Explain in remarks)   **2** ☐ OTHER (Explain in remarks)

*Subject was advised that although no action was taken, the report will be retained in Army records and that requests for amendment, correction, or expungement may be submitted IAW AR 190-45 (MP Reports) or AR 195-2 (CID Reports).

**B** ☐ ADMINISTRATIVE   **C** ☐ NONJUDICIAL (Article 15, UCMJ)

**D** ☐ JUDICIAL (If subject was tried by court-martial attach a copy of the court-martial order giving findings and sentences)

**1** ☐ SUMMARY COURT–MARTIAL   **2** ☐ SPECIAL COURT–MARTIAL   **3** ☐ GENERAL COURT–MARTIAL   **4** ☐ CIVIL COURT

## JUDICIAL FINDINGS

**A** ☐ GUILTY   **B** ☐ NOT GUILTY   **C** ☐ DISMISSED   **D** ☐ OTHER (For example, guilty of a lesser included offense) (Explain below)

## RESULTANT SENTENCES, PUNISHMENTS, OR ADMINISTRATIVE ACTION

**A** ☐ REPRIMAND/ADMONITION (Strike inappropriate word)   **1** ☐ ORAL   **2** ☐ IN WRITING

**B** ☐ DETENTION/FORFEITURE/FINED (Strike inapproprate words)   $ _____ / _____ MONTHS

**C** ☐ REDUCED FROM _____ TO _____   **D** ☐ EXTRA DUTY FOR _____ DAYS   **E** ☐ RESTRICTED FOR _____ DAYS

**F** ☐ CORRECTIONAL CUSTODY FOR _____ DAYS   **G** ☐ CONFINED _____ YEARS _____ MONTHS

**H** ☐ PUNITIVE DISCHARGE ADJUDGED (type)

**I** ☐ ADMINISTRATIVE DISCHARGE UP PARA _____ , AR _____ – _____ , EFFECTIVE _____

**J** ☐ OTHER, FOR EXAMPLE, SUSPENSION OF DRIVING PRIVILEGES (Explain below)

**REMARKS**
See attached MSG
Field Grade Art. 15, Reduction to E-3 forfieture of $100.00 a month for 2 month.

LARRY G. BEAR
1SG, USA
Chief Investigative Support

| TYPED NAME & GRADE OF COMMANDING OFFICER | SIGNATURE | DATE OF REPORT |
|---|---|---|

**DA FORM 4833** 1 JAN 80   REPLACES DA FORM 3975–1, 1 JAN 74, WHICH IS OBSOLETE.

DEPARTMENT OF THE ARMY
CASEY DISTRICT, SEVENTH REGION
UNITED STATES ARMY CRIMINAL INVESTIGATION COMMAND
APO SAN FRANCISCO 96224-0379

REPLY TO
ATTENTION OF:

17 APR 1986

CIRGC-ZA

SUBJECT: CID REPORT OF INVESTIGATION - Final (C) - 0115-86-CID338-75026-
/5G2X/8D6B

SEE DISTRIBUTION

LOCATION OF OCCURRENCE: HQ, 197th AG Co, Fort Benning, GA.

DATE/TIME OF OCCURRENCE: Unknown.

DATE/TIME REPORTED: 1400, 21 Feb 86.

INVESTIGATED BY: SA Thomas L. GUADAGNO, 2918.

TITLE: 1. DENIS, Rony (NMN); SP4; 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; 23 Aug 59; Gonalves, France; M;
Black; Medical Hold Company, Walter Reed Army Medical Center, Washington, DC 20012;
Forgery; Preparing False Official Documents.

VICTIM: 1. U.S. Government; Forgery; Preparing False Official Documents.

SYNOPSIS: Investigation disclosed SP4 DENIS prepared a false promotion packet and
placed it in his offical files. SP4 DENIS also prepared falsified orders and a certificate
awarding himself an Army Commendation Medal, to which he forged the signature of
LTC Bobby RICH.

STATUTES: The statutes pertaining to this investigation are the following Articles of
the Uniform Code of Military Justice:

    a. Article 107 - Preparing a False Official Document

    b. Article 123 - Forgery

BASIS FOR INVESTIGATION: About 1400, 21 Feb 86, CPT Thomas L. MOYER, 301-54-
2964, CDR, HHB, 8/8th FA, Camp Stanley, reported he suspected SP4 DENIS of having
false official documents in his personnel file.

FOR OFFICIAL USE ONLY

② 3

Imposter A file - 0169



FOR OFFICIAL USE ONLY PROP USACIDC DO NOT RELEASE OUTSIDE UR AGENCY

0115-86-CID338-75026

## NARRATIVE:

### 1. Interview of Source:

1.1 About 1400, 21 Feb 86, CPT Thomas L. MOYER, 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, CDR, HHB, 8/8th FA, was interviewed by Special Agent (SA) GUADAGNO. CPT MOYER related that a review of SP4 DENIS's field 201 file by SSG Bradford N. ORTIZ, 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, HHB, 8/8th FA, disclosed several documents which were suspected to be falsified.

### 2 Interview of Witnesses:

2.1 About 1647, 21 Feb 86, SSG ORTIZ was interviewed by SA GUADAGNO. SSG ORTIZ related that during a review of SP4 DENIS' records he found what he believed to be a false Promotion Packet and False orders for an award (Exhibit 1).

### 3. Interview of Subjects:

3.1 About 1438, 21 Feb 86, SP4 DENIS was interviewed by SA GUAD. ;NO. SP4 DENIS related he paid SP4 Glan STEVENSON (NFI) for making up his prom..tion packet. SFC John RAMIREZ (NFI) and SP4 Mark ANDREWS (NFI) prepared an ARCOM packet, including orders (Exhibit 2).

### 4. Collection of Handwriting Specimens:

4.1 Exemplars: About 1700, 21 Feb 86, SA Joseph J. STEFULA, this office, obtained handwriting exemplars from SP4 DENIS. Exemplars were taken from SP4 DENIS after he signed the same signatures as those appearing on the questioned documents.

4.2 Standards: About 1415, 21 Feb 86, SA GUADAGNO obtained SP4 DENIS' complete 201 file as evidence. This file contained the standards needed for laboratory comparison.

### 5. Command Notification:

5.1 Initial: About 1630, 21 Feb 86, CPT Thomas L. MOYER, 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, was briefed on the interview with SP4 DENIS and was provided with copies of SP4 DENIS' statement.

5.2 Final: On 4 Apr 86, CPT MOYER was briefed on the results of this investigation. CPT MOYER related on 21 Mar 86, SP4 DENIS was medically evacuated to Walter Reed Army Medical Center (WRAMC) due to psychological problems and is presently assigned to the Medical Hold Company, WRAMC. CPT MOYER stated he doesn't expect SP4 DENIS to return to Korea.

### 6. Staff Judge Advocate Coordination:

6.1 Initial: About 0900, 22 Feb 86, CPT Nicholas J. BETSACON, Office of the Staff Judge Advocate, Camp Casey, was contacted. After being briefed on this

- 2 -

FOR OFFICIAL USE ONLY



Imposter A file - 0170

FOR OFFICIAL USE ONLY PROP USACIDC DO NOT RELEASE OUTSIDE UR AGENCY

0115-86-CID338-75026

investigation, he opined SP4 DENIS should be titled for Bribery, Conspiracy to Commit a Larceny, and Filing False Official Documents; and SFC RAMIREZ and SP4 ANDREWS should be titled for Forgery and Signing False Official Documents.

6.2  Final:  On 4 Apr 86, this investigation was again coordinated with CPT BETSACON, who opined there was sufficient probable cause to title SP4 DENIS for the offenses of Forgery and Preparing False Official Documents. CPT BETSACON further advised there was no need to submit the exemplars and questioned documents for laboratory analysis.

7.  Other Investigative Aspects:

7.1  On 28 Feb 86, a Request for Assistance was forwarded to Fort Benning District, Third Region, USACIDC, requesting SFC RAMIREZ, SP4 STEVENSON and SP4 ANDREWS be interviewed as possible subjects of this investigation.

7.2  On 27 Mar 86, a First Information Report was received from Fort Benning District reflecting efforts to locate SFC RAMIREZ, SP4 STEVENSON and SP4 ANDREWS through the worldwide locator, post locator, and PAC personnel disclosed no record could be found on these individuals.

LAW ENFORCEMENT RECORDS:  A review of DCII records revealed a favorable NAC only was completed on SP4 DENIS. No derogatory information was noted.

EXHIBITS:

A.  Attached:

1.  Statement of SSG ORTIZ, 21 Feb 86.

2.  Waiver Certificate and statement of SP4 DENIS, 21 Feb 86.

3.  Two Evidence/Property Custody Documents, EV numbers 091-86 and 092-86, 21 Feb 86.  (USACRC & file cys only)

B.  Not Attached:

Retained in the evidence depository, Camp Casey District, Seventh Region, USACIDC, APO SF 96224-0379:

4.  Field 201 file of SP4 DENIS.

5.  Seventy-two (72) handwriting exemplars executed by SP4 DENIS.

The original of Exhibit 1 and 2 are forwarded with the USACRC copy of this report. The original of Exhibit 3 is retained in the files of this office.

- 3 -

FOR OFFICIAL USE ONLY PROP USACIDC DO NOT RELEASE OUTSIDE UR AGENCY

0115-86-CID338-75026

**INVESTIGATIVE STATUS:** This is a Final (C) report. This investigation is terminated IAW Para 3-27(4), CIDR 195-1.

Report Prepared by:                    Report Approved by:

THOMAS L. GUADAGNO                     JOHN F. JACKSON, JR.
Special Agent, 2918                    LTC, AV
                                       Commanding

**DISTRIBUTION:**

1 - Dir, USACRC, USACIDC, Baltimore, MD 21222-4099
1 - Cdr, 7th Rgn, USACIDC, ATTN: CIRG-OP, APO 96301-0077
1 - Cdr, SJA, Walter Reed Army Medical Center, Washington, DC 20012
1 - Cdr, 2d Inf Div, ATTN: EAID-PM, APO SF 96224-0290
1 - Action Commander (Medical Hold Company, Walter Reed Army Medical Cente.
      Washington, DC 20012)
1 - File

- 4 -

FOR OFFICIAL USE ONLY



FOR OFFICIAL USE ONLY PROP USACIDC DO NOT RELEASE OUTSIDE UR AGENCY

| COMMANDER'S REPORT OF DISCIPLINARY OR ADMINISTRATIVE ACTION | | | SUSPENSE DATE |
|---|---|---|---|
| *For use of this form, see AR 190-45; AR 195-2; the proponent agency is DCSPER. | | | 15 Sep 86 |

| THRU: Cdr, Med Cen Bde WRAMC Washington, D.C. 20307 | TO: Provost Marshal Office WRAMC Washington, D.C. 20307 | FROM: Cdr, Medical Holding Co WRAMC Washington, D.C. 20307 |
|---|---|---|
| **USACRC CONTROL NUMBER** 86-MPC 241-1037A | **MP REPORT NUMBER** MPR-00692-86 | **SUB-INSTALLATION IDENTIFIER** |

To be completed by the commander or supervisor of the subject identified below and in corresponding MP/CID report. Check all applicable blocks. Briefly explain circumstances not covered by blocks. For multiple offenses resulting in more than one type of action taken or action taken for offenses not listed in the report, explain in REMARKS which offenses apply to blocks checked and action taken for other offenses. Retain last copy and return all others to addressee indicated in "TO" block on completion of final action.

| NAME OF SUBJECT (Last, first, MI) | GRADE | SOCIAL SECURITY NUMBER | DATE OF BIRTH |
|---|---|---|---|
| DENIS, Rony (NMN) | E-4 | 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 | 23 August 63 |

| OFFENSE(S) | DATE OF OFFENSE(S) |
|---|---|
| Aggravated Assault (Art. 128 UCMJ) | 860628 |

## ACTION TAKEN

A ☐ *NONE 1 ☐ INSUFFICIENT EVIDENCE (Explain in remarks) 2 ☐ OTHER (Explain in remarks)

*Subject was advised that although no action was taken, the report will be retained in Army records and that requests for amendment, correction, or expungement may be submitted IAW AR 190-45 (MP Reports) or AR 195-2 (CID Reports).

B ☒ ADMINISTRATIVE    C ☐ NONJUDICIAL (Article 15, UCMJ)

D ☐ JUDICIAL (If subject was tried by court-martial attach a copy of the court-martial order giving findings and sentence)

1 ☐ SUMMARY COURT-MARTIAL 2 ☐ SPECIAL COURT-MARTIAL 3 ☐ GENERAL COURT-MARTIAL 4 ☐ CIVIL COURT

### JUDICIAL FINDINGS

A ☐ GUILTY B ☐ NOT GUILTY C ☐ DISMISSED D ☐ OTHER (For example, guilty of a lesser included offense) (Explain below)

### RESULTANT SENTENCES, PUNISHMENTS, OR ADMINISTRATIVE ACTION

A ☒ REPRIMAND/ADMONITION (Strike inappropriate word) 1 ☒ ORAL 2 ☐ IN WRITING

B ☐ DETENTION/FORFEITURE/FINED (Strike inappropriate words) $ _____ / _____ MONTHS

C ☐ REDUCED FROM _____ TO _____ D ☐ EXTRA DUTY FOR _____ DAYS E ☐ RESTRICTED FOR _____ DAYS

F ☐ CORRECTIONAL CUSTODY FOR _____ DAYS G ☐ CONFINED _____ YEARS _____ MONTHS

H ☐ PUNITIVE DISCHARGE ADJUDGED (type) _____

I ☐ ADMINISTRATIVE DISCHARGE UP PAR ____, AR ____ - ____, EFFECTIVE _____

J ☐ OTHER, FOR EXAMPLE, SUSPENSION OF DRIVING PRIVILEGES (Explain below)

REMARKS

| TYPED NAME & GRADE OF COMMANDING OFFICER | SIGNATURE | DATE OF REPORT |
|---|---|---|
| KELVIN B. OWENS, 1LT, MS | | 25 Aug 86 |

DA FORM 4833, 1 JAN 80    REPLACES DA FORM 3975-1, 1 JAN 74, WHICH IS OBSOLETE.

**FOR OFFICIAL USE ONLY**

FOR OFFICIAL USE ONLY PROP USACIDC DO NOT RELEASE OUTSIDE UR AGENCY

ACRD 86-241/0374

pages 6 → 8

**MILITARY POLICE REPORT**

For use of this form, see AR 190-45; the proponent agency is The Provost Marshal General.

MPR-00692-86

86-MPC 241-1037A

| THRU: | TO: | FROM: |
|---|---|---|
| Cdr, Med Cen Bde<br>WRAMC<br>Washington, D.C. 20307 | Cdr, Medical Holding Co.<br>WRAMC<br>Washington, D.C. 20307 | Provost Marshal Office<br>WRAMC<br>Washington, D.C. 20307 |

**1. REPORT TYPE/STATUS**

- [X] Police action completed
- [ ] Information
- [ ] Commanders action required (See attached DA Form 3975-1)
- [X] Complaint
- [ ] Supplemental
- [ ] Commanders action completed

**2. EVALUATION**  [ ] Unfounded  [X] Criminal offense  [ ] Serious criminal offense  [ ] Military offense  [ ] Traffic offense

**3. TYPE COMPLAINT**

Aggravated Assault (128 UCMJ) (subject 1)
Aggravated Assault (128 UCMJ) (subject 2)

**4. LOCATION** [X] On post [ ] Off post
Ward 2021, OMTF, Bldg 1
WRAMC, Washington DC
20307-50001

**5. HOUR OF OFFENSE** 2100
**6. DATE OF OFFENSE** 860628

**7. OFFENSE CODE NO.**
1. 5C1E
2. 5C1E

**8. COMPLAINT RECEIVED BY** (Name, grade, position)

Eugene RANDOLPH GS 7 Lieutenant

| a. In person | |
|---|---|
| X b. By telephone | |
| c. By mail | |

**d. HOUR RECEIVED** 2105hrs
**e. DATE RECEIVED** 86 June 28

**9a. MP ACTION REFERRED TO**
[ ] NA  [ ] Patrol  [ ] MPI  [ ] CID  [ ] Other agency (Specify)
**9b. DATE REFERRED**

**10. NAME OF SUBJECT**
DENIS, Rony, NMN
**a. GRADE** E 4
**b. SSN** 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
**c. ORGANIZATION** (Include address and telephone no.)
Medical Holding Company, WRAMC
phone 576-4192

**d. HOME OF RECORD** Brooklyn New York
**e. PLACE OF BIRTH** Brooklyn New York
**f. DATE OF BIRTH** 23 August 63

**g. CAT (2)**
**h. COLOR HAIR** black
**i. COLOR EYES** brown
**j. COMPLEXION** dark
**k. WEIGHT** 147lbs
**l. HEIGHT** 65"
**m. AGE** 23
**n. RACE** black
**o. SEX** [X] Male [ ] Female

**11. INVOLVEMENT**  [X] Alcohol  [ ] Drugs  [ ] Other (Specify)
**12. DRESS**  [ ] Uniform  [X] Civilian clothing
**13. BEHAVIOR**  [X] Cooperative  [ ] Uncooperative  [ ] Belligerent
**14. IDENTIFYING MARKS**
Scars on Nose

**15. PERSONS RELATED TO REPORT**

| a. Name | b. Grade | c. SSN | d. Organization/address | e. (1) | f. (2) |
|---|---|---|---|---|---|
| DAVIS, Norman | PFC | 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 | Medical Holding Co. WRAMC | B | A |
| BROW, Jeffery | PV1 | 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 | Medical Holding Co. WRAMC | B | A |
| CRAIG, Carl, A | E 2 | 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 | Medical Holding Co. WRAMC | B | A |
| HOSENDOVE, Ricky | E 3 | 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 | Medical Holding Co. WRAMC | C | A |
| SMITH, Dale | GS 6 | 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 | PMO, WRAMC, Wash DC 20307 | F | D |
| PAGE, Isaac | Detective | 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 | PMO, WRAMC, Wash DC 20307 | F | D |

**16. PROPERTY DATA**

| a. Date | b. (3) | c. (4) | d. Amount |
|---|---|---|---|

**17. DISPOSITION OF**

a. Offender
Released on
Form 629

b. Evidence
None Retained

BEST AVAILABLE COPY

**18. DETAILS OF REPORT** (Who, what, when, where, how, and why) (Continue on reverse)

This investigation was initiated upon receipt of information from the WRAMC Police Desk
that a aggravated assault had occurred.   ///OVER///

**INCLOSURES**

11 DA Forms 2823
2 DA Forms 3881

**DISTRIBUTION**

1-PM Files
1-JAG

**FOR THE COMMANDER** (Strike out if inapplicable)

TYPED NAME, GRADE, AND TITLE OF REPORTING OFFICER
CHARLES C. HOLLAND
CPT, DAC
Asst. A.G.

SIGNATURE

| (1) STATUS | (2) CATEGORY | (3) PROPERTY TYPE | (4) PROP ACTION | WORKLOAD DATA (MP File Copy Only) |
|---|---|---|---|---|
| A - Subject<br>B - Witness<br>C - Victim<br>D - Complainant<br>E - Military police<br>F - Civilian authorities | A - Army<br>B - Other service<br>C - Dependent<br>D - DA civilian<br>E - Civilian<br>F - Contractor<br>G - Other govt empl<br>H - Fgn natl empl | I - Other fgn natl<br>J - Other | A - Govt prop/funds<br>B - Govt vehicle<br>C - NAF prop funds<br>D - NAF vehicle<br>E - Pvt property<br>F - Pvt vehicle<br>G - Rost govt prop funds<br>H - Rost govt vehicle | A - Lost<br>B - Stolen<br>C - Recovered<br>D - Damaged | FROM<br><br>TO<br><br>MANHOURS EXPENDED |

**DA FORM 3975** 1 JAN 74   THIS FORM TOGETHER WITH DA FORM 3975 AND DA FORM 19-32 OBSOLETE, 1 NOV 71 AND DA FORM 19-32 OBSOLETE.

☆ GPO : 1980-318-871.

7    3

HOR: black, CE: brown, COMP light, WT: 145lbs, HT: 65", AGE 2yrs, RACE: black, SEX: male

## INVESTIGATIVE SYNOPSIS

Investigation by Detective PAGE disclosed that JACKSON reported to this station that about, 2100hrs, 28 June 86, on ward 2021, Bldg 1, WRAMC, Washington DC 20307, while attempting to quell a disturbance between DAVIS and DENIS. DENIS drew a knife and was disarmed by JACKSON. DENIS approached JACKSON again at which time JACKSON threw a que ball in DENIS'S direction, striking HOSENDOVE about the forehead. HOSENDOVE was treated at WRAMC ASO for contusions and lacerations and released. JACKSON and DENIS were apprehended and advised of their legal rights. Both wavied their legal rights and provided a sworn statement. JACKSON and DENIS were released to the unit on DD 629.

STAFF JUDGE ADVOCATE COORDINATION: None Required.

THIS IS A FINAL REPORT.

BEST AVAILABLE COPY

MILITARY POLICE RECORDS AND REPORTS ARE EXEMPT FROM AUTOMATIC DISCLOSURE IN ACCORDANCE WITH THE PROVISIONS OF 5 USC 552(b)(7) and 5 USC 552a(j)(2), AS IMPLEMENTED BY PARAGRAPH 3-200, NUMBER 7, AR 340-17; AND CHAPTER 7, AR 340-21.

BEST AVAILABLE COPY

19 Aug 86 : 10    462



8

4



U.S. Department of ___ice
Immigration and Naturalization

## INS FACSIMILE

### *Baltimore - Examinations*

TRANSMITTED TO:

FTS:

COMMERCIAL
8(206) 553-8660

Recipient: Jackie Clark, DAO

Organization: SEA Citizenship

Building, Room No., Etc.

Telephone No.
(206) 553-2236

TRANSMITTED FROM:

Phone (410) 962-2118        FAX (410) 962-2105

Name of Sender: Sylvia J. Moyer

Organization: Immigration & Naturalization Service
Baltimore, Maryland

Title/Contents of Document:
G-325B: A 73 448 854 - DENIS, Rony

Transmission Date        09/03/96

Number of Pages Sent (Including Cover Sheet): 12

Comments:
per your request
+ our conversation
of 08/30/96. SM

# BIOGRAPHIC INFORMATION

U.S. DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

*A 73 448 854*
*C98-33-23*

OMB No. 1115-0066

| (Family name) DENIS | (First name) RONY | (Middle Name) | ☑ MALE ☐ FEMALE | BIRTHDATE 08/23/63 | NATIONALITY N/A | FILE NUMBER (If any) |
|---|---|---|---|---|---|---|

ALL OTHER NAMES USED (Including names by previous marriages): N/a    CITY AND COUNTRY OF BIRTH: Port-au-Prince, Haiti    SOCIAL SECURITY NO. (If any): 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    CITY AND COUNTRY OF RESIDENCE

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | DENIS | Arnold | May 22 1926 Pnd Prince Haiti | Pnd |
| MOTHER (Maiden name) | Fremont | Marie Solande | Jan 5, 1942 | Pre alive wife Haiti |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife give maiden name) Robertson | FIRST NAME Manina | BIRTHDATE 12/26/66 | CITY & COUNTRY OF BIRTH St Louis MO U.S. | DATE OF MARRIAGE 20 Feb 88 | PLACE OF MARRIAGE St Louis MO |
|---|---|---|---|---|---|---|

| FORMER HUSBANDS OR WIVES (If none, so state) FAMILY NAME (For wife, give maiden name) N/a | FIRST NAME | BIRTHDATE | DATE AND PLACE OF MARRIAGE N/a | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|

**APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.**

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| 1520 & Washington Ave | Tacoma | WA | | Oct | 95 | PRESENT TIME | |
| 764 Bacon RD | Hines Ville | Georgia | Liberty | Oct | 92 | Oct | 95 |
| 5113 Lafaye St | New Orleans | LA | Orleans | Nov | 90 | Nov | 92 |

**APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATE OF MORE THAN ONE YEAR.**

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|

**APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST.**

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (Specify) | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|
| New Testament Christian Church P.O. Box 92314 (Foster) | Full Time | Oct | 95 | PRESENT TIME | |
| New Testament Christian Church Hinesville Ga | Pastor | Oct | 92 | Oct | 95 |
| New Testament Christian Church New Orleans LA | Pastor | Nov | 90 | May | 92 |
| Jack & the Bar b Q St Lou, MO | Vice President | Feb | 87 | Nov | 90 |
| U.S. Army | Soldier | Jan | 84 | Jan | 87 |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: ☑ NATURALIZATION ☐ OTHER (Specify) ☐ STATUS AS PERMANENT RESIDENT | ① ACRD-86-33875026 ✓ ② ACRD-86-24110371 ✓ |
|---|---|

If serving or ever served in the Armed Forces of the United States, complete the following:

| Branch of Service US Army | Rank E-3 | Service Number |
|---|---|---|

To Other Agency: Please furnish on the reverse of this form, or by attachment hereto, any derogatory information that may be contained in your records concerning the above person, for use in connection with consideration of above application and return to U.S. Immigration and Naturalization Service.

**INS USE (Office of Origin)**

Office Code SEa
Type of Case N400
Date 6-12-96

U.S. MIL. & NATZ. SERVICE LIAISON OFFICE
FORT MEADE, MD. 20755
REFD. TO MAS
FOR FILE REVIEW

(OTHER AGENCY)

AUG 21 1996

(ALL DEFENSE CHECKS)

☐ No Record
☐ Nothing Derogatory
☐ Report Attached    Pages

MAIL TO:
DIRECTOR
UNITED STATES ARMY INVESTIGATIVE
RECORDS REPOSITORY
ATTN: ICIRR-A
FOR MEADE, MARYLAND 20755
ATTENTION: LIAISON OFFICE
IMMIGRATION AND NATURALIZATION SERVICE

| MIL PERS | AIR RESERVE | ☐ OSI (USAF) | ☐ ONI (USN) | |
|---|---|---|---|---|
| USAF PERS | ARMY PERS | ☐ MID G-2 | ☐ PROV. MAR | |
| SEE I.N. 326.1 FOR MAILING ADDRESS | | | | |

FORM G-325B
(Rev. 10-1-82)V

| STATE (F.P.) | STATE (S.Y.) | OTHER |
|---|---|---|

SEE O.I. 105.4
FOR MAILING ADDRESS

**FOR STATE DEPARTMENT USE**
☑ SY
☐ PSC
☐ RMR
☐ C:Visa
☐ R:Visa
☐ ORM

8 pages attached / See Reverse

# BIOGRAPHIC INFORMATION

(08-23-63)

OMB No. 1115-0066

U.S. Department of Justice
Immigration and Naturalization Service

H24 708 19

| (Family name) | (First name) | (Middle name) | ☑ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| Denis | Rony | (None) | | 63 08 23 | Haitian | |

ALL OTHER NAMES USED (Including names by previous marriages)
(None)

| CITY AND COUNTRY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|
| Port-au-Prince Haiti | 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 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | Denis | Arnold | May 22 1926 Port-De-Paix Haiti | Katapant Pierce |
| MOTHER (Maiden name) | Fuzland | Marie Solonge | Jan 5 1942 | Duvivier ville Haiti |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | Robertson | Marjorie | 12/25/66 | St Louis MO | 20 Feb 88 | U.S. St Louis MO |

| FORMER HUSBANDS OR WIVES (If none, so state) | | | | |
|---|---|---|---|---|
| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE AND PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
| (None) | (None) | None | (None) | (None) |

APPLICANTS RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 15004 Washington Ave | Tacoma | WA | U.S | Oct | 95 | Present | Time |
| 764 Barton Rd | Hinesville | GA | U.S | Oct | 92 | Oct | 95 |
| 5163 Lafaye St | New Orleans | LA | U.S | Nov | 90 | May | 92 |

APPLICANTS LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR.   N/A

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANTS EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE). LIST PRESENT EMPLOYMENT FIRST.

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (Specify) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|
| New Testament Christian Church Tacoma WA | Pastor | Oct | 95 | Present | Time |
| New Testament Christian Church Hinesville Ga | Pastor | Oct | 92 | Oct | 95 |
| New Testament Christian Church New Orleans La | Pastor | Nov | 90 | May | 92 |
| Joseph Cerac Paint Co. St Louis, MO | Vice President | Feb | 87 | Nov | 90 |
| U.S. Army | Soldier | Jan | 84 | Jan | 87 |

Show below last occupation abroad if not shown above. (Include all information requested above.)

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☑ NATURALIZATION
☐ STATUS AS PERMANENT RESIDENT
☐ OTHER (Specify)

ACRD-86-2411037H

If serving or ever served in the Armed Forces of the United States, complete the following:

| Branch of Service | Rank | Service Number |
|---|---|---|
| U.S. Army | E-3 | 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 |

To Other Agency: Please furnish on the reverse of this form, or by attachment hereto, any derogatory information that may be contained in your records concerning the above person, for use in connection with consideration of above application and return to U.S. Immigration and Naturalization Service.

INS USE (Office of Origin)

Office Code   SEA
Type of Case   N-400
Date   06 NOV 95

REF'D. TO WAS
FOR FILE REVIEW

AUG 21 1996

(OTHER AGENCY)

(ALL DEFENSE CHECKS)

| MIL PERS | AIR RESERVE | | |
|---|---|---|---|
| USAF PERS | ARMY PERS | | |
| SEE O.I. 328.1 FOR MAILING ADDRESS | | | |

☐ OSI (USAF)
☐ ONI (USN)
☐ MID G-2
☐ PROV. MAR.

MAIL TO:
DIRECTOR,
UNITED STATES ARMY INVESTIGATIVE
RECORDS REPOSITORY
ATTN: ICIRR—A
FOR MEADE, MARYLAND 20755
ATTENTION: LIAISON OFFICE
IMMIGRATION AND NATURALIZATION SERVICE

SEE O.I. 105.1
FOR MAILING ADDRESS

FOR STATE DEPARTMENT USE
☐ SY
☐ RSC
☐ RMR
☐ C Visa
☐ V Visa
☐ ORM

FORM G-325B
(Rev. 10-1-82)Y

*U.S. GOVERNMENT PRINTING OFFICE

continued from reverse
2 ND ¶ 325 B:

| Date | | 19 |
| Date of entry into service | | |
| Date of separation | | |
| Service number | | |

The records of this Department show the following with respect to the subject of your inquiry:

All organizations, clubs or societies in the United States, or in any other country, of which subject was a member at any time, and dates thereof. (If none, show "None".)

② Indicated in #5.2... "SP4 Denis was medically evacuated to Walter Read Army Medical Center (WRAMC) due to psychological problems and is presently assigned to the Medical Hold Company, WRAMC. CPT Moyer stated he doesn't expect SP4 Denis to return to Korea." The psychological problems referred to may need some further investigation / explanation / or medical certification.

③ The original ¶ 325 B was received without an A#. A name search of CIO found # A 24 708 198 relating to this subject. It appears a new has been opened by your office. The prior file should be requested + reviewed.

I certify the information here given concerning the person named is correct according to the records of the

INSCOM - Ft. Meade MD

Official signature    Sylvia L. Moyer   08/21/96

By

For use of this form, see AR 190-45 and AR 195-2; the proponent agency is OCSPER.

| THRU | | FROM |
|------|------|------|
| | Commander<br>Camp Casey District<br>Seventh Region, USACIDC<br>APO SF 96224-0379 | |

| USACRC CONTROL NUMBER | MP REPORT NUMBER | SUB-INSTALLATION IDENTIFIER |
|------|------|------|
| 0115-86-CID338-75026 | | |

To be completed by the commander or supervisor of the subject identified below and in corresponding MP/CID report. Check all applicable blocks. Briefly explain circumstances not covered by blocks. For multiple offenses resulting in more than one type of action taken or action taken for offenses not listed in the report, explain in REMARKS which offenses apply to blocks checked and action taken fo other offenses. Retain first copy and return all others to addressee indicated in "TO" block on completion of final action.

| NAME OF SUBJECT (Last, first, MI) | GRADE | SOCIAL SECURITY NUMBER | DATE OF BIRTH |
|------|------|------|------|
| DENIS, Rony (NMN) | SP4 | 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 | 23 Aug 5_ |

| OFFENSE(S) | DATE OF OFFENSE(S) |
|------|------|
| Forgery; Preparing False Official Documents | Unknown |

**ACTION TAKEN**

A ☐  *NONE   1 ☐ INSUFFICIENT EVIDENCE (Explain in remarks)   2 ☐ OTHER (Explain in remarks)

*Subject was advised that although no action was taken, the report will be retained in Army records and that requests for amendment, correction, or expungement may be submitted IAW AR 190-45 (MP Reports) or AR 195-2 (CID Reports).

B ☐ ADMINISTRATIVE       C ☐ NONJUDICIAL (Article 15, UCMJ)

D ☐ JUDICIAL (If subject was tried by court-martial attach a copy of the court-martial order giving findings and sentences)

<<<<   MEMORY FULL   >>>>

Imposter A file - 0180

Date _____ 19__

Date of entry into service _____

Date of separation _____

Service number _____

The records of this Department show the following with respect to the subject of your inquiry:

All organizations, clubs or societies in the United States, or in any other country, of which subject was a member at any time, and dates thereof. (If none, show "None".)

(1) When original G-325 G was received only one dossier came through with the computer check because it was set on 100% taken...

All arrests, convictions, disciplinary actions, court martial proceedings, and illegal or immoral conduct in which subject involved, including dates and results thereof. (If none, show "None".)

When the 2nd G-325 B was received (is a phone call from your office) the check was done by social security number because I did a CIS and noticed a discrepancy

Details of any oral or written statements, conduct, behavior or associations of the subject which may indicate belief in, advocacy of or preference or sympathy for Communism or any other foreign ideology inconsistent with loyalty to the United States or the form of government of the United States or attachment to the principles of the United States Constitution. (If none, show "None".)

in birth dates according to CIS. The first file lists - dob: 08/23/59; pob: Tonalbes France & the 2nd lists his pob: Brooklyn NY, thus US citizen. The background investi-

Additional information or references.

gation closed 11/07/83 listed his pob: Haiti and dob: 08/23/59. Social security # & name are consisted in all entries.

(2) It should be noted that on page #3 it

I certify that the information here given concerning the person named is correct according to the records of the

Continued on
(Name of Department or organization) INS/LN - H. Meade MD

reverse of original
G-325 B
Official signature Sylvia D. Moyer 08/21/96

By _____



U.S. Department of Justice
Immigration and Naturalization

*Baltimore - Examinations*

TRANSMITTED TO:

| FTS: | COMMERCIAL: (206) 553-8660 |

Recipient: *Jackie Clark, DAO*

Organization: *SEA   Citizenship*

Building, Room No., Etc.          Telephone No. (206) 553-2236

TRANSMITTED FROM:

Phone (410) 962-2118     FAX (410) 962-2105

Name of Sender: *Sylvia Moyer*

Organization: Immigration & Naturalization Service
Baltimore, Maryland

Title/Contents of Document: *A-3256-A73 448 854 — DENIS, Rony*

Transmission Date: 09/03/96

Number of Pages
Sent (Excluding
Cover Sheet): 12

Comments: *per your request — I've tried this 2 times earlier today — hopefully this will transmit*

Imposter A file - 0182

U.S. DEPARTMENT OF JUSTICE
Immigration and Naturalization Service

# BIOGRAPHIC INFORMATION

A 73 448 854

OMB No. 1115-0066

| (Family name) | (First name) | (Middle Name) | SEX | BIRTHDATE (Mo. Day Yr) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| DENIS | RONY | | ☒ MALE ☐ FEMALE | 08/23/82 | N/A | A- N/A |

| | | CITY AND COUNTRY OF BIRTH | | SOCIAL SECURITY NO. (If any) |
|---|---|---|---|---|
| ALL OTHER NAMES USED (Including names by previous marriages) | N/A | Port-au-Prince | Haiti | 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 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | DENIS | Arnold | May 22, 1926 | Port de Paix | Haiti |
| MOTHER (Maiden name) | Ferdinard | Marie Solande | Jan 5, 1942 | Dead alien wife | Haiti |

| HUSBAND (If none, so state) OR WIFE | FAMILY NAME (For wife give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | Robertson | Martha | 12/26/66 | U.S. St Louis, MO | 20 Feb 88 | St Louis MO |

| FORMER HUSBANDS OR WIVES (If none, so state) FAMILY NAME (For wife give maiden name) | FIRST NAME | BIRTHDATE | DATE AND PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| N/A | | | N/A | |

APPLICANT'S RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| 2500 S Washington Ave | Tacoma | WA | | Oct | 95 | PRESENT TIME | |
| 784 Bacon Rd. | Hinesville | Georgia | Liberty | Oct | 92 | Oct | 95 |
| 503 LaFaye St | New Orleans | LA | Orleans | Nov | 90 | Nov | 92 |

APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATE OF MORE THAN ONE YEAR.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST.

| FULL NAME AND ADDRESS OF EMPLOYER | | OCCUPATION (Specify) | FROM MONTH | FROM YEAR | TO MONTH | TO YEAR |
|---|---|---|---|---|---|---|
| New Testament Christian Church | P.O. Box 92314 (Pastor | Full Time | Oct | 95 | PRESENT TIME | |
| New Testament Christian Church | Hinesville Ga | Pastor | Oct | 92 | Oct | 95 |
| New Testament Christian Church | New Orleans La | Pastor | Nov | 90 | Nov | 92 |
| Total Relic Bar Co | St Louis MO | Vice-President | Feb | 87 | Nov | 90 |
| US Army | | Sylvian | Jan | 84 | Jan | 87 |

Show below last occupation abroad if not shown above. (Include all information requested above.)

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☒ NATURALIZATION   ☐ OTHER (Specify)
☐ STATUS AS PERMANENT RESIDENT

① ACRD-86- 338 75026 ✓
② ACRD-86- 2411037A ✓

If serving or ever served in the Armed Forces of the United States, complete the following:

| Branch of Service | Rank | Service Number |
|---|---|---|
| US Army | E-3 | |

To Other Agency: Please furnish on the reverse of this form, or by attachment hereto, any derogatory information that may be contained in your records concerning the above person, for use in connection with consideration of above application and return to U.S. Immigration and Naturalization Service.

INS USE (Office of Origin)

Office Code SEa
Type of Case N400
Date 6-12-96

U.S. MIL & NATZ. SERVICE LIAISON OFFICE
FORT MEADE, MD. 20755
REF'D TO WAC
COB LE SEVERY

(OTHER AGENCY)

AUG 21 1996

(ALL DEFENSE CHECKS)

☐ No record
☐ Nothing Derogatory
☐ Re-min Attached          8 Pages

MAIL TO:
DIRECTOR
UNITED STATES ARMY INVESTIGATIVE
RECORDS REPOSITORY
ATTN: ICRR-A
FORT MEADE, MARYLAND 20755
ATTENTION: LIAISON OFFICE
IMMIGRATION AND NATURALIZATION SERVICE

| MIL PERS | AIR RESERVE | | | |
|---|---|---|---|---|
| USAF PERS | ARMY PERS | OSI (USAF) | ONI (USN) | |
| | | MID G-2 | PROV. MAR. | |

SEE O.I. 523.1 FOR MAILING ADDRESS

FOR STATE DEPARTMENT USE
☒ SY
☐ PSC
☐ RMR
☐ C:Visa
☐ R:Visa
☐ ORM

| STATE (P.F.) | STATE (S.Y.) | OTHER |
|---|---|---|

SEE O.I. 105.4 FOR MAILING ADDRESS

FORM G-325B
(Rev. 10-1-82)Y

8 pages attached See Reverse

Imposter A file - 0183

# BIOGRAPHIC INFORMATION

08-23-63    OMB No. 1115-0066

HA H24 788 19.

U.S. Department of Justice
Immigration and Naturalization Service

| Family name | First name | Middle name | MALE / FEMALE | BIRTHDATE (Mo-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| DENIS | RONY | (NONE) | ☒ FEMALE | 63 08 23 | HAITIAN | A |

ALL OTHER NAMES USED (NONE)    CITY AND COUNTRY OF BIRTH: Port Au Prince Haiti    SOCIAL SECURITY NO. (if any) 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

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | Denis | Arnold | May 22 1926 Port-De-Paix Haiti | RATABLE Piquee |
| MOTHER (Maiden name) | Fernand | Marie Solange | JAN 5 1942 Duvalierville Haiti | |

| HUSBAND (If none, so state) | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | RoberTson | Martonie | 12/25/66 | St Louis MO U.S. | 20 Feb 88 | St Low MO U.S. |

FORMER HUSBANDS OR WIVES (If none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE AND PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| (None) | None | None | (None) | (None) |

APPLICANTS RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| 15004 Washington Ave | Tacoma | WA | U.S. | Oct | 95 | PRESENT TIME | |
| 706 Bacon RD | Hinesville | Ga | U.S. | Oct | 92 | Oct | 95 |
| 5113 Lafaye St | New Orleans | LA | U.S. | Nov | 90 | May | 92 |

APPLICANTS LAST ADDRESS OUTSIDE THE UNITED STATES OF MORE THAN ONE YEAR.    N/A

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|

APPLICANTS EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST.    FROM

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (Specify) | MONTH | YEAR | MONTH | YEAR |
|---|---|---|---|---|---|
| New Testament Christian Church Tacoma WA | Pastor | Oct | 95 | PRESENT TIME | |
| New Testament Christian Church Hinesville Ga | Pastor | Oct | 92 | Oct | 95 |
| New Testament Christian Church New Orleans La | Pastor | Nov | 90 | May | 92 |
| Joseph Lific Per Co St Louis MO | Vice President E6 | 87 | Nov | 90 | |
| U.S. Army | Soldier | Jan | 84 | Jan | 87 |

Show below last occupation abroad if not shown above. (Include all information requested above.)

THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:
☒ NATURALIZATION   ☐ OTHER (Specify)   ☐ STATUS AS PERMANENT RESIDENT

ACRD-86-2411037A

If serving or ever served in the Armed Forces of the United States, complete the following.

| Branch of Service | Rank | Service Number |
|---|---|---|
| U.S. Army | E-3 | 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 |

To Other Agency: Please furnish on the reverse of this form, or by attachment hereto, any derogatory information that may be contained in your records concerning the above person, for use in connection with consideration of above application and return to U.S. Immigration and Naturalization Service.

INS USE (Office of Origin)
Office Code SEA
Type of Case N-400
Date 06NOV95

(OTHER AGENCY)

☐ REC'D. TO WAS
☐ FOR REF REVP

AUG 21 1996

(ALL DEFENSE CHECKS)

| MIL PERS | AIR RESERVE | | | MAIL TO: DIRECTOR, UNITED STATES ARMY INVESTIGATIVE RECORDS REPOSITORY ATTN: ICIRR---A FOR MEADE, MARYLAND 20755 ATTENTION: LIAISON OFFICE IMMIGRATION AND NATURALIZATION SERVICE |
|---|---|---|---|---|
| USAF PERS | ARMY PERS | ☐ OSI (USAF) | ☐ ONI (USN) | |
| SEE O.I. 326.1 FOR MAILING ADDRESS | | ☐ MRD G-2 | ☐ PROV MAR | |

FOR STATE DEPARTMENT USE
☐ SY
☐ RSC
☐ RMR
☐ R-Visa
☐ R-Visa
☐ ORM

FORM G-325B (Rev. 10-1-82)

★ U.S. GOVERNMENT PRINTING OFFICE

continued from reverse
2nd ½ 325 B:

| Date | 19 |
| Date of entry into service | |
| Date of separation | |
| Service number | |

The records of this Department show the following with respect to the subject of your inquiry:

All organizations, clubs or societies in the United States, or in any other country, of which subject was a member at any time, and dates thereof. (If none, show "None.")

② In the file on #5-2, "SP4 Denis was medically evacuated to Walter Reed Army Medical Center (WRAMC) due to psychological

All arrests, convictions, disciplinary actions, court martial proceedings, and illegal or immoral conduct in which subject involved, including dates and results thereof. (If none, show "None.")

problems and is presently assigned to the Medical Hold Company WRAMC CPT Meyer stated he doesn't expect SP4 Denis to return to Korea." The psychological

Data relating to statements, conduct, behavior or associations of the subject which may indicate belief in, advocacy of, or adherence to Communism or any other foreign ideology inconsistent with loyalty to the United States or the form of government of the United States or attachment to the principles of the United States Constitution. (If none, show "None.")

problems referred to may need some further investigation/explanation for medical certification.

③ The original ½ 325 B was received without an A#. A name search of CIS found # A 24 708 198 relating to the subject. It appears a new has been opened by your office. The prior file

I certify that the information here given concerning the person named is correct according to the records of the

should be requested + reviewed.          I N S I N  Ft. Meade, MD
                                        (Name of Department or organization)

Official signature    Sylvia J. Moyer    08/21/96

By

Serving of the terms of AR 190-45 dated 1 June 1978, the commentary is DSPLD.

| THRU: | | FROM: |
|---|---|---|
| | Commander<br>Camp Casey District<br>Seventh Region, USACIDC<br>APO SF 96224-0379 | |

| USACRC CONTROL NUMBER | MP REPORT NUMBER | SUB-INSTALLATION IDENTIFIER |
|---|---|---|
| 0115-86-CID338-75026 | | |

*To be completed by the commander or supervisor of the subject identified below and in corresponding MP/CID report. Check all applicable blocks. Briefly explain circumstances not covered by blocks. For multiple offenses resulting in more than one type of action taken or action taken for offenses not listed in the report, explain in REMARKS which offenses apply to blocks checked and action taken fo. other offenses. Return first copy and return all others to addressee indicated in "TO" block on completion of final action.*

| NAME OF SUBJECT (Last, First, MI) | GRADE | SOCIAL SECURITY NUMBER | DATE OF BIRTH |
|---|---|---|---|
| DENIS, Rony (NMN) | SP4 | 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 | 23 Aug 50 |

| OFFENSE(S) | DATE OF OFFENSE(S) |
|---|---|
| Forgery; Preparing False Official Documents | Unknown |

### ACTION TAKEN

A ☐ *NONE    1 ☐ INSUFFICIENT EVIDENCE (Explain in remarks)    2 ☐ OTHER (Explain in remarks)

*Subject was advised that although no action was taken, the report will be retained in Army records and that requests for amendment, correction, or expungement may be submitted IAW AR 190-45 (MP Reports) or AR 195-5 (CID Reports).

B ☐ ADMINISTRATIVE      C ☐ NONJUDICIAL (Article 15, UCMJ)

D ☐ JUDICIAL (If subject was tried by court-martial attach a copy of the court-martial order giving findings and sentences)

     1 ☐ SUMMARY COURT-MARTIAL    2 ☐ SPECIAL COURT-MARTIAL    3 ☐ GENERAL COURT-MARTIAL    4 ☐ CIVIL COURT

### JUDICIAL FINDINGS

A ☐ GUILTY    B ☐ NOT GUILTY    C ☐ DISMISSED    D ☐ OTHER (For example, guilty of a lesser included offense) (Explain below)

### RESULTANT SENTENCES, PUNISHMENTS, OR ADMINISTRATIVE ACTION

A ☐ REPRIMAND/ADMONITION (Strike inappropriate word)    1 ☐ ORAL    2 ☐ IN WRITING

B ☐ DETENTION/FORFEITURE/FINED (Strike inappropriate words)    $ _____ / _____ MONTHS

C ☐ REDUCED FROM _____ TO _____    D ☐ EXTRA DUTY FOR _____ DAYS    E ☐ RESTRICTED FOR _____ DAYS

<<<<    MEMORY FULL    >>>>

Imposter A file - 0187



U.S. Department of Justice
Immigration and Naturalization

NO FACSIMILE

**Baltimore - Examinations**

TRANSMITTED TO:

FTS:                    COMMERCIAL:
                        8(206)553-8660

Recipient: Jackie Clark, DAO

Organization: SEA - Citizenship)

Building, Room No., Etc.        Telephone No.
                                553-2236

TRANSMITTED FROM:    Phone (410) 962-2118    FAX (410) 962-2105

Name of Sender: Sylvia J. Moyer

Organization: Immigration & Naturalization Service
Baltimore, Maryland

Title/Contents of Document:

G-325B: A73448854 - DENIS, Rony

Transmission Date: 09/04/96

Comments: Yesterday, I faxed
5 pages many times. These
are the 2 ACRD files.
Please call me in BAL - exams
@ #above OR (410) 962-2136 or (410) 962-2338.
My voice mail box/ extension is #1170.

Number of Bages
Sent (Excluding
Cover Sheet)
8

Please call me to verify receipt!

| TO: | Commander Camp Casey District Seventh Region, USACIDC APO SF 96224-0379 | FROM: |
|---|---|---|

| USACRC CONTROL NUMBER | MP REPORT NUMBER | SUB-INSTALLATION IDENTIFIER |
|---|---|---|
| 0115-86-CID338-75026 | | |

To be completed by the commander or supervisor of the subject identified below and in corresponding MP/CID report. Check all applicable blocks. Briefly explain circumstances not covered by blocks. For multiple offenses resulting in more than one type of action taken or action taken for offenses not listed in the report, explain in REMARKS which offenses apply to blocks checked and action taken fo. other offenses. Re?ai inst copy and return all others to addressee indicated in "TO" block on completion of final action.

| NAME OF SUBJECT (Last, first, MI) | GRADE | SOCIAL SECURITY NUMBER | DATE OF BIRTH |
|---|---|---|---|
| DENIS, Rony (NMN) | SP4 | 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 | 23 Aug 5° |

| OFFENSE(S) | DATE OF OFFENSE(S) |
|---|---|
| Forgery; Preparing False Official Documents | Unknown |

**ACTION TAKEN**

A ☐ *NONE    1 ☐ INSUFFICIENT EVIDENCE (Explain in remarks)    2 ☐ OTHER (Explain in remarks)

*Subject notified that although no action was taken, the report will be retained in Army records and that requests for amendment, correction or expungement may be submitted AW AR 190-45 (MP Reports) or AR 195-2 (CID Reports).

B ☐ ADMINISTRATIVE    C ☐ NONJUDICIAL (Article 15, UCMJ)

D ☐ JUDICIAL (If subject was tried by court-martial attach a copy of the court-martial order giving findings and sentences)

1 ☐ SUMMARY COURT-MARTIAL    2 ☐ SPECIAL COURT-MARTIAL    3 ☐ GENERAL COURT-MARTIAL    4 ☐ CIVIL COURT

**JUDICIAL FINDINGS**

A ☐ GUILTY    B ☐ NOT GUILTY    C ☐ DISMISSED    D ☐ OTHER (For example, guilty of a lesser included offense) (Explain below)

**RESULTANT SENTENCES, PUNISHMENTS, OR ADMINISTRATIVE ACTION**

A ☐ REPRIMAND/ADMONITION (Strike inappropriate word)    1 ☐ ORAL    2 ☐ IN WRITING

B ☐ DETENTION/FORFEITURE/FINED (Strike inappropriate words)    $ _____ / _____ MONTHS

C ☐ REDUCED FROM _____ TO _____    D ☐ EXTRA DUTY FOR _____ DAYS    E ☐ RESTRICTED FOR _____ DAYS

F ☐ CORRECTIONAL CUSTODY FOR _____ DAYS    G ☐ CONFINED _____ YEARS _____ MONTHS

H ☐ PUNITIVE DISCHARGE ADJUDGED (type) _____

I ☐ ADMINISTRATIVE DISCHARGE UP PARA _____ AR _____ , EFFECTIVE _____

J ☐ OTHER, FOR EXAMPLE, SUSPENSION OF DRIVING PRIVILEGES (Explain below)

**REMARKS**

See attached MSG
Field Grade Art. 15, Reduction to E-3 forfeiture of $100.00 a month for 2 month.

*(signature)*
LARRY G. BEAR
1SG, USA
Chief Investigative Support

| TYPED NAME & GRADE OF COMMANDING OFFICER | SIGNATURE | DATE OF REPORT |
|---|---|---|

DA FORM 4833
1 JAN 80
REPLACES DA FORM 2975-1, 1 JAN 74, WHICH IS OBSOLETE.

Imposter A file - 0189

DEPARTMENT OF THE ARMY
HQ, CASEY DISTRICT, SEVENTH REGION
UNITED STATES ARMY CRIMINAL INVESTIGATION COMMAND
APO SAN FRANCISCO 96224-0379

REPLY TO
ATTENTION OF:

17 APR 1986

CIRGC-ZA

SUBJECT: CID REPORT OF INVESTIGATION - Final (C) - 0115-86-CID338-75026-
5G2X/6D6B

SEE DISTRIBUTION

LOCATION OF OCCURRENCE: HQ, 197th AG Co, Fort Benning, GA.

DATE/TIME OF OCCURRENCE: Unknown.

DATE/TIME REPORTED: 1400, 21 Feb 86.

INVESTIGATED BY: SA Thomas L. GUADAGNO, 2918.

TITLE: 1. DENIS, Rony (NMN); SP4; 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; 23 Aug 59; Gonalves, France; M;
Black; Medical Hold Company, Walter Reed Army Medical Center, Washington, DC 20012;
Forgery; Preparing False Official Documents.

VICTIM: 1. U.S. Government; Forgery; Preparing False Official Documents.

SYNOPSIS: Investigation disclosed SP4 DENIS prepared a false promotion packet and
placed it in his official files. SP4 DENIS also prepared falsified orders and a certificate
awarding himself an Army Commendation Medal, to which he forged the signature of
LTC Bobby RICH.

STATUTES: The statutes pertaining to this investigation are the following Articles of
the Uniform Code of Military Justice:

    a.  Article 107 - Preparing a False Official Document

    b.  Article 123 - Forgery

BASIS FOR INVESTIGATION: About 1400, 21 Feb 86, CPT Thomas L. MOYER, 301-54-
2964, CDR, HHB, 6/8th FA, Camp Stanley, reported he suspected SP4 DENIS of having
false official documents in his personnel file.

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY - RCFP USACIDC DO NOT RELEASE OUTSIDE UR AGENCY

0115-86-CID338-75026

**NARRATIVE:**

1.  **Interview of Source:**

1.1  About 1400, 21 Feb 86, CPT Thomas L. MOYER, 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, CDR, HHB, 8/8th FA, was interviewed by Special Agent (SA) GUADAGNO. CPT MOYER related that a review of SP4 DENIS's field 201 file by SSG Bradford N. ORTIZ, 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, HHB, 8/8th FA, disclosed several documents which were suspected to be falsified.

2.  **Interview of Witnesses:**

2.1  About 1647, 21 Feb 86, SSG ORTIZ was interviewed by SA GUADAGNO. SSG ORTIZ related that during a review of SP4 DENIS' records he found what he believed to be a false Promotion Packet and False orders for an award (Exhibit 1).

3.  **Interview of Subjects:**

3.1  About 1438, 21 Feb 86, SP4 DENIS was interviewed by SA GUADAGNO. SP4 DENIS related he paid SP4 Glen STEVENSON (NFI) for making up his promotion packet. SFC John RAMIREZ (NFI) and SP4 Mark ANDREWS (NFI) prepared an ARCOM packet, including orders (Exhibit 2).

4.  **Collection of Handwriting Specimens:**

4.1  **Exemplars:**  About 1700, 21 Feb 86, SA Joseph J. STEFULA, this office, obtained handwriting exemplars from SP4 DENIS. Exemplars were taken from SP4 DENIS after he signed the same signatures as those appearing on the questioned documents.

4.2  **Standards:**  About 1415, 21 Feb 86, SA GUADAGNO obtained SP4 DENIS' complete 201 file as evidence. This file contained the standards needed for laboratory comparison.

5.  **Command Notification:**

5.1  **Initial:**  About 1630, 21 Feb 86, CPT Thomas L. MOYER, 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, was briefed on the interview with SP4 DENIS and was provided with copies of SP4 DENIS' statement.

5.2  **Final:**  On 4 Apr 86, CPT MOYER was briefed on the results of this investigation. CPT MOYER related on 21 Mar 86, SP4 DENIS was medically evacuated to Walter Reed Army Medical Center (WRAMC) due to psychological problems and is presently assigned to the Medical Hold Company, WRAMC. CPT MOYER stated he doesn't expect SP4 DENIS to return to Korea.

6.  **Staff Judge Advocate Coordination:**

6.1  **Initial:**  About 0900, 22 Feb 86, CPT Nicholas J. BETSACON, Office of the Staff Judge Advocate, Camp Casey, was contacted. After being briefed on this

- 2 -

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY PROP-USACIDC DO NOT RELEASE OUTSIDE US AGENCY

0115-86-CID338-75026

investigation, he opined SP4 DENIS should be titled for Bribery, Conspiracy to Commit a Larceny, and Filing False Official Documents; and SFC RAMIREZ and SP4 ANDREWS should be titled for Forgery and Signing False Official Documents.

6.2  Final:  On 4 Apr 86, this investigation was again coordinated with CPT BETSACON, who opined there was sufficient probable cause to title SP4 DENIS for the offenses of Forgery and Preparing False Official Documents.  CPT BETSACON further advised there was no need to submit the exemplars and questioned documents for laboratory analysis.

7.  Other Investigative Aspects:

7.1  On 26 Feb 86, a Request for Assistance was forwarded to Fort Benning District, Third Region, USACIDC, requesting SFC RAMIREZ, SP4 STEVENSON and SP4 ANDREWS be interviewed as possible subjects of this investigation.

7.2  On 27 Mar 86, a First Information Report was received from Fort Benning District reflecting efforts to locate SFC RAMIREZ, SP4 STEVENSON and SP4 ANDREWS through the worldwide locator, post locator, and PAC personnel disclosed no record could be found on these individuals.

LAW ENFORCEMENT RECORDS:  A review of DCII records revealed a favorable NAC only was completed on SP4 DENIS.  No derogatory information was noted.

EXHIBITS:

1.  Attached:

1.  Statement of SSG ORTIZ, 21 Feb 86.

2.  Waiver Certificate and statement of SP4 DENIS, 21 Feb 86.

3.  Two Evidence/Property Custody Documents, EV numbers 091-86 and 092-86, 21 Feb 86.  (USACRC & file eys only)

B.  Not Attached:

Retained in the evidence depository, Camp Casey District, Seventh Region, USACIDC, APO SF 96224-0379:

4.  Field 201 file of SP4 DENIS.

5.  Seventy-two (72) handwriting exemplars executed by SP4 DENIS.

The original of Exhibit 1 and 2 are forwarded with the USACRC copy of this report. The original of Exhibit 3 is retained in the files of this office.

- 3 -

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY ... OUTSIDE UR AGENCY

Imposter A file - 0192

0115-86-CID338-75026

**INVESTIGATIVE STATUS:** This is a Final (C) report. This investigation is terminated IAW Para 3-27(4), CIDR 195-1.

Report Prepared by:                          Report Approved by:

THOMAS L. GUADAGNO                           JOHN F. JACKSON, JR.
Special Agent, 29th                          LTC, AV
                                             Commanding

**DISTRIBUTION:**

1 - Dir, USACRC, USACIDC, Baltimore, MD 21222-4099
1 - Cdr, 7th Rgn, USACIDC, ATTN: CIRG-OP, APO 96301-0077
1 - Cdr, SJA, Walter Reed Army Medical Center, Washington, DC  20012
1 - Cdr, 2d Inf Div, ATTN: EAID-FM, APO SF 96224-0290
1 - Action Commander (Medical Hold Company, Walter Reed Army Medical Center, Washington, DC  20012)

1 - File

- 4 -

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY PROP USACIDC DO NOT RELEASE OUTSIDE UR AGENCY

# COMMANDER'S REPORT OF DISCIPLINARY OR ADMINISTRATIVE ACTION

For use of this form, see AR 190-4; AR 195-2; the proponent agency is ODCSPER.

- Sep 86

| THRU: | TO: | FROM: |
|---|---|---|
| Cdr, Med Cen Bde<br>WRAMC<br>Washington, D.C. 20307 | Provost Marshal Office<br>WRAMC<br>Washington, D.C. 20307 | Cdr, Medical Holding Co<br>WRAMC<br>Washington, D.C. 20307 |

| USACRC CONTROL NUMBER | MP REPORT NUMBER | SUB-INSTALLATION IDENTIFIER |
|---|---|---|
| 86-MPC 241-1037A | MPR-00692-86 | |

To be completed by the commander or supervisor of the subject identified below and in corresponding MPC/CID report. Check all applicable blocks. Briefly explain circumstances not covered by blocks. For multiple offenses resulting in more than one type of action taken or action taken for offenses not listed in the report, explain in REMARKS which offenses apply to blocks checked and action taken for other offenses. Retain last copy and return all others to address indicated in "TO" block on completion of final action.

| NAME OF SUBJECT (Last, First, MI) | GRADE | SOCIAL SECURITY NUMBER | DATE OF BIRTH |
|---|---|---|---|
| DENIS, Rony (NMN) | E-4 | 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 | 23 August 63 |

| OFFENSE(S) | DATE OF OFFENSES |
|---|---|
| Aggravated Assault (Art. 128 UCMJ) | 8 Jul 86 28 |

## ACTION TAKEN

A ☐ NONE   1 ☐ INSUFFICIENT EVIDENCE (Explain in remarks)   2 ☐ OTHER (Explain in remarks)
*Subject was advised that should no action was taken, the report will be retained in Army records and that requests for amendment, correction, or expungement may be submitted IAW AR 190-45 (MP Records) or AR 195-3 (CID Reports).

B ☒ ADMINISTRATIVE   C ☐ NONJUDICIAL (Article 15, UCMJ)

D ☐ JUDICIAL (If subject was tried by court-martial attach a copy of the court-martial order citing findings and sentence)
   1 ☐ SUMMARY COURT-MARTIAL   2 ☐ SPECIAL COURT-MARTIAL   3 ☐ GENERAL COURT-MARTIAL   4 ☐ CIVIL COURT

## JUDICIAL FINDINGS

A ☐ GUILTY   B ☐ NOT GUILTY   C ☐ DISMISSED   D ☐ OTHER (For example, guilty of a lesser included offense) (Explain below)

## RESULT OF NONJUDICIAL PUNISHMENT OR ADMINISTRATIVE ACTION

A ☒ REPRIMAND/ADMONITION (Strike inappropriate word)   1 ☒ ORAL   2 ☐ IN WRITING

B ☐ DETENTION/FORFEITURE/FINED (Strike inappropriate word(s))   $_____ / _____ MONTHS

C ☐ REDUCED FROM _____ TO _____   E ☐ EXTRA DUTY FOR _____ DAYS   G ☐ RESTRICTED FOR _____ DAYS

F ☐ CORRECTIONAL CUSTODY FOR _____ DAYS   G ☐ CONFINED _____ YEARS _____ MONTHS

H ☐ PUNITIVE DISCHARGE ADJUDGED (type) _____

I ☐ ADMINISTRATIVE DISCHARGE UP PAR _____ AR _____ EFFECTIVE _____

J ☐ OTHER, FOR EXAMPLE, SUSPENSION OF DRIVING PRIVILEGES (Explain below)

## REMARKS

| TYPED NAME & GRADE OF COMMANDING OFFICER | SIGNATURE | DATE OF REPORT |
|---|---|---|
| KELVIN D. OWENS, 1LT, MS | | 25 Aug 86 |

DA FORM 4833 1 JAN 86   REPLACES DA FORM 2976-1, 1 JAN 74, WHICH IS OBSOLETE.

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY, WHICH CAN/DOC IS NOT RELEASE OUTSIDE US AGENCY

Imposter A file - 0194

| Cdr, Med Cen Bde WRAMC Washington, D.C. 20307 | Cdr, Medical Holding Co. JRAMC Washington, D.C. 20307 | Provost Marshal Office WRAMC Washington, D.C. 20307 |
|---|---|---|

**1. REPORT TYPE/STATUS**
☐ Information  ☒ Complaint  ☐ Supplemental
☒ Police action initiated  ☐ Commander action required (See attached DA Form 3975-1)  ☐ Commander action completed

**2. EVALUATION**
☐ Unfounded  ☐ Criminal offense  ☐ Serious criminal offense  ☐ Military offense  ☐ Traffic offense

**3. TYPE COMPLAINT**
Aggravated Assault (128 UCMJ) (subject 1)
Aggravated Assault (128 UCMJ) (subject 2)

**4. LOCATION** ☒ On post ☐ Off post
WRTC 2021, OMTF, Bldg 1
WRAMC, Washington DC 20307-50001

**5. TIME OF** 2100  **6. DATE OF** 860628

**7. OFFENSE CODE NO.** 1-3 5C1E 2-3 5C1E

**8. COMPLAINT RECEIVED BY** (Name, grade, position)
Eugene RANDOLPH  GS-7  Lieutenant
☐ a. In person  ☒ b. By telephone  ☐ c. By mail
**8. HOUR RECEIVED** 2105hrs  **8. DATE RECEIVED** 86 June 28

**9a. MP ACTION REFERRED TO**  **9. DATE REFERRED**
☐ NA  ☐ Pend  ☐ MPI  ☐ CID  ☐ Other Agency (Specify)

**10. NAME OF SUBJECT** DEUIS Rony NMN  **a. GRADE/STATUS** E 4  **b. SSN** 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

**c. ORGANIZATION** (Include address and telephone no.)
Medical Holding Company, WRAMC
phone 576-4192

**d. HOME OF RECORD** Brooklyn New York  **e. PLACE OF BIRTH** Brooklyn New York  **f. DATE OF BIRTH** 23 August 63

**g. CAT (?)** **h. COLOR HAIR** black  **i. COLOR EYES** brown  **j. COMPLEXION** dark  **k. WEIGHT** 147lbs  **l. HEIGHT** 65"  **m. AGE** 23  **n. RACE** black  **o. SEX** ☐ Male ☐ Female

**11. INVOLVEMENT** ☐ Alcohol ☐ Drugs ☐ Other (Specify)
**12. DRESS** ☐ Civilian ☐ Uniform/ Clothing
**13. BEHAVIOR** ☐ Cooperative ☐ Uncooperative ☐ Belligerent
**14. IDENTIFYING MARKS** Scars on Nose

**15. PERSONS RELATED TO REPORT**

| a. Name | b. Grade | c. SSN | d. Organization/Address | e. |
|---|---|---|---|---|
| DAVIS, Norman | PFC | 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 | Medical Holding Co, WRAMC | R |
| EROH, Jeffery | PV1 | 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 | Medical Holding Co, WRAMC | a |
| CRAIG, Carl A. | E 2 | 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 | Medical Holding Co, WRAMC | S |
| ROSENDOVE, Ricky | E 3 | 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 | Medical Holding Co, WRAMC | K |
| SMITH, Dale | GS 6 | 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 | PMO, WRAMC, Wash DC 20307 | W |
| PAGE, Issac | Detective | 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 | PMO, WRAMC, Wash DC 20307 | I |

**16. PROPERTY DATA**

| a. Date | b. (?) | c. (?) | d. Amount |
|---|---|---|---|
| | | | |

**17. DISPOSITION OF**
a. Offender: Released on Form 629
b. Evidence: None Retained

BEST AVAILABLE COPY

**18. DETAILS OF REPORT** (Who, what, when, where, how and why) (Continue on reverse)
This investigation was initiated upon receipt of information from the WRAMC Police Desk that a aggravated assault had occurred.
///OVER///

**INCLOSURES**
11 DA Forms 2823
2 DA Forms 3881

**DISTRIBUTION**
1-PM Files
1-JAG

**FOR THE COMMANDER** (Name and if appropriate)
**TYPED NAME, GRADE, AND TITLE OF REPORTING OFFICER**
CHARLES C. HOLLAND
CPT, DAC
Asst. A.G.

**STATUS**
A - Subject
B - Victim
C - (?)
D - Complainant
E - Military police
F - (?)

**CATEGORY**
A - Army
B - Other service
C - Civilian
D - DA civilian
E - Civilian
F - (?)
G - Other govt agency
H - Foreign natl

**PROPERTY TYPE**
I - (?)
J - Other

DOB: block, CE: brown, COM light, WT: 145lbs, HT: 65", AGE: s, RACE: black, SEX: male.

**INVESTIGATIVE SYNOPSIS**

Investigation by Detective PAGE disclosed that JACKSON reported to this station that about, 2100hrs, 28 June 86, on ward 2021, Bldg 1, WRAMC, Washington DC 20307, while attempting to quell a disturbance between DAVIS and DENIS. DENIS drew a knife and was disarmed by JACKSON. DENIS approached JACKSON again at which time JACKSON threw a que ball in DENIS'S direction, striking HOSENDOVE about the forehead. HOSENDOVE was treated at WRAMC ASU for contusions and lacerations and released. JACKSON and DENIS were apprehended and advised of their legal rights. Both wavied their legal rights and provided a sworn statement. JACKSON and DENIS were released to the unit on DD 629.

**STAFF JUDGE ADVOCATE COORDINATION:** None Required.

**THIS IS A FINAL REPORT.**

BEST AVAILABLE COPY

MILITARY POLICE RECORDS AND REPORTS ARE EX-
EMPT FROM AUTOMATIC DISCLOSURE IN ACCORD-
ANCE WITH THE PROVISIONS OF 5 USC 552(b)(1) and
5 USC 552c(b)(2), AS IMPLEMENTED BY PARAGRAPH 5-
200, NUMBER 7, AR 340-17; AND CHAPTER 7, AR 340-21.

# UNITED STATES DEPARTMENT OF JUSTICE
## Immigration & Naturalization Service
### PERMANENT RESIDENCE INTERVIEW

| Name, Address & Phone | Alien Registration number |
|---|---|
| Denis Rony PO Box 9231 15004 Washington Ave SW Tacoma, WA 98498 | A 73 448 854 date issued 7-30-96 |

Please come to the office shown below at the time indicated in connection with an official matter. PLEASE PLACE THIS APPOINTMENT LETTER IN THE TRAY LOCATED AT COUNTER TEN (10). DO NOT WAIT IN LINE. DO NOT TAKE A NUMBER FOR SERVICE AT THE FRONT COUNTER. AN OFFICER WILL RETRIEVE YOUR LETTER, AND CALL YOU BY NAME TO PROCESS YOU FOR YOUR PETITION FOR ALIEN RELATIVE.

| OFFICE LOCATED AT: | 815 AIRPORT WAY S. SEATTLE, WA 98031 | |
|---|---|---|
| DATE & HOUR | DATE    /    /  | HOUR    :    AM  PM |
| REASON FOR APPOINTMENT | REVIEW OF PETITION FOR ALIEN RELATIVE FORM I-130. | |
| ASK FOR | PERMANENT RESIDENCE INTERVIEW SECTION EXAMINER#_____ | |
| BRING WITH YOU TO COUNTER 10 | THIS LETTER, YOUR PASSPORT, YOUR ALIEN REGISTRATION CARD, RE-ENTRY PERMITS, YOUR RECEIPT AND ANY OTHER IMMIGRATION DOCUMENTS IN YOUR POSSESSION AND IF PETITION IS BASED ON MARRIAGE TO A CITIZEN OF THE UNITED STATES OR PERMANENT RESIDENT, BRING EVIDENCE OF CO-HABITATION AND COMINGLING OF FINANCES SUCH AS RENT RECEIPTS, BANK STATEMENTS, UTILITY BILLS, APARTMENT LEASE OR HOME MORTGAGE. | |

IT IS IMPORTANT THAT YOU KEEP THIS APPOINTMENT AND BRING THIS LETTER WITH YOU. IF YOU ARE UNABLE TO KEEP THIS APPOINTMENT, STATE YOUR REASONS BELOW AND SIGN RETURN THIS LETTER TO THIS OFFICE AS SOON AS POSSIBLE. IF YOU ARE SEEKING TO CHANGE OF YOUR NAME, YOU MUST PRESENT AN ORDER FROM A STATE COURT SHOWING THAT YOU HAVE LEGALLY CHANGED YOUR NAME. WE WILL NOT RESCHEDULE APPOINTMENTS EXCEPT FOR BONAFIDE EMERGENCIES (VACATIONS, BUSINESS TRIPS ETC.. DO NOT CONSTITUTE EMERGENCIES). IF YOU FAIL TO KEEP THIS APPOINTMENT AND YOU FAIL TO NOTIFY THIS OFFICE PRIOR TO THE SCHEDULED DAY OF APPOINTMENT, YOUR APPLICATION MAY BE DENIED FOR LACK OF PROSECUTION. IF YOUR PETITION IS FILED ON BEHALF OF YOUR SPOUSE, AND YOUR SPOUSE IS IN THE UNITED STATES, YOUR SPOUSE MUST ACCOMPANY YOU TO THIS INTERVIEW. THE INTERVIEW MAY BE VIDEO TAPED. IF YOU DO NOT SPEAK THE ENGLISH LANGUAGE, PLEASE BRING SOMEONE WITH YOU THAT CAN SPEAK BOTH YOUR NATIVE LANGUAGE AND ENGLISH.

REASON:_____

SIGNATURE:_____

RICHARD C. SMITH

DISTRICT DIRECTOR

Imposter A file - 0197

## ROUTING AND TRANSMITTAL SLIP

Date

| TO: (Name, office symbol, room number, building, Agency/Post) | Initials | Date |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| | | | | |
|---|---|---|---|---|
| Action | File | Note and Return | | |
| Approval | For Clearance | Per Conversation | | |
| As Requested | For Correction | Prepare Reply | | |
| Circulate | For Your Information | See Me | | |
| Comment | Investigate | Signature | | |
| Coordination | Justify | | | |

**REMARKS**

I-301-677-3216

شلاوي معابي

DO NOT use this form as a RECORD of approvals, concurrences, disposals, clearances, and similar actions

| FROM: (Name, org. symbol, Agency/Post) | Room No.—Bldg. |
|---|---|
| | Phone No. |

5041-102

☆ U.S.G.P.O.: 1994 300-891/80023

**OPTIONAL FORM 41 (Rev. 7-76)**
Prescribed by GSA
FPMR (41 CFR) 101-11.206

Phone number:
589-6647

1-301-677-3216
Sylvia Moyer



## DEPARTMENT OF THE ARMY
### WALTER REED ARMY MEDICAL CENTER
### WASHINGTON, D.C. 20307-5001

**REPLY TO
ATTENTION OF:**

HSHL-R                                              23 September 1986

SUBJECT: Letter of Commendation

TO:     SP4 Rony Denis
        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
        Medical Holding Company
        Walter Reed Army Medical Center
        Washington, D.C. 20307-5001

1. On the occasion of your departure from Walter Reed Army Medical Center, I
would like to take this opportunity to offer my sincere appreciation for the
assistance you provided to the Department of Psychiatry during the period
1 May 1986 through 25 September 1986.

2. During this period of time you were an invaluable asset in the Office of
the Chief, Department of Psychiatry. Your assistance in providing guidance on
personnel administrative matters, assisting the Director of Training with
preparing training materials for the psychiatric residents, and assisting the
Department in numerous other administrative duties was greated appreciated.

3. Your attitude and motivation towards your job was one of dedication and
perfection. I consider our Department fortunate to have had such an
individual as yourself helping us out. The responsible, courteous and
dependable manner in which you carried out your duties has been recognized by
the administrative staff and Service Chiefs in the Department of Psychiatry.

4. Keep up the good work and we all wish you success at your next assignment,
Fort Polk, Louisiana.

5. A copy of this correspondence is to be placed in your official military
201 file.

HARLAN R. BRIDENBAUGH
COL, MC
Assistant Chief
Department of Psychiatry

Imposter A file - 0200

CAUTION: NOT TO BE USED FOR
IDENTIFICATION PURPOSES

THIS IS AN IMPORTANT RECORD
SAFEGUARD IT

ANY ALTERATIONS IN SHADED
AREAS RENDER FORM VOID

| DD FORM 214 1 JUL 79 | PREVIOUS EDITIONS OF THIS FORM ARE OBSOLETE. | CERTIFICATE OF RELEASE OR DISCHARGE FROM ACTIVE DUTY |
|---|---|---|

| 1. NAME (Last, first, middle) | 2. DEPARTMENT, COMPONENT AND BRANCH | 3. SOCIAL SECURITY NO. |
|---|---|---|
| DENIS, RONY | ARMY/RA | 590 \| 01 \| 1294 |

| 4a. GRADE, RATE OR RANK | 4b. PAY GRADE | 5. DATE OF BIRTH | 6. PLACE OF ENTRY INTO ACTIVE DUTY |
|---|---|---|---|
| PFC | E-3 | 630823 | NEWARK, NJ |

| 7. LAST DUTY ASSIGNMENT AND MAJOR COMMAND | 8. STATION WHERE SEPARATED |
|---|---|
| HHC, 1ST BDE, 5TH INF DIV, FC | FORT POLK, LA |

| 9. COMMAND TO WHICH TRANSFERRED | 10. SGLI COVERAGE |
|---|---|
| USAR CON GP (REINF) RCPAC, ST. LOUIS, MO 63132 | AMOUNT $ 50,000  ☐ NONE |

| 11. PRIMARY SPECIALTY NUMBER, TITLE AND YEARS AND MONTHS IN SPECIALTY (Additional specialty numbers and titles involving periods of one or more years) | 12. RECORD OF SERVICE | YEAR (s) | MON (s) | DAY (s) |
|---|---|---|---|---|
| 75B10 PERSONNEL ADMINISTRATIVE SPECIALIST, 1 YEAR, 2 MONTHS//NOTHING FOLLOWS | a. Date Entered AD This Period | 84 | 01 | 10 |
| | b. Separation Date This Period | 87 | 01 | 09 |
| | c. Net Active Service This Period | 03 | 00 | 00 |
| | d. Total Prior Active Service | 00 | 00 | 00 |
| | e. Total Prior Inactive Service | 00 | 03 | 11 |
| | f. Foreign Service | 00 | 04 | 00 |
| | g. Sea Service | 00 | 00 | 00 |
| | h. Effective Date of Pay Grade | 86 | 07 | 15 |
| | i. Reserve Oblig. Term. Date | 89 | 09 | 28 |

| 13. DECORATIONS, MEDALS, BADGES, CITATIONS AND CAMPAIGN RIBBONS AWARDED OR AUTHORIZED (All periods of service) |
|---|
| ARMY SERVICE RIBBON//ARMY ACHIEVEMENT MEDAL (1ST OAK LEAF CLUSTER)//OVERSEAS SERVICE RIBBON//ARMY COMMENDATION MEDAL//NOTHING FOLLOWS |

| 14. MILITARY EDUCATION (Course Title, number weeks, and month and year completed) |
|---|
| NONE//NOTHING FOLLOWS |

| 15. MEMBER CONTRIBUTED TO POST-VIETNAM ERA VETERANS' EDUCATIONAL ASSISTANCE PROGRAM ☐ YES ☒ NO | 16. HIGH SCHOOL GRADUATE OR EQUIVALENT ☒ YES ☐ NO | 17. DAYS ACCRUED LEAVE PAID 49 |
|---|---|---|

| 18. REMARKS |
|---|
| DENTAL CARE WAS NOT PROVIDED WITHIN 90 DAYS PRIOR TO SEPARATION//NOTHING FOLLOWS |

| 19. MAILING ADDRESS AFTER SEPARATION | 20. MEMBER REQUESTS COPY 6 BE |
|---|---|
| 2159 KENNEDY BLVD JERSEY CITY, NJ 07305 | SENT TO NJ DIR. OF VET AFFAIRS ☒ YES ☐ NO |

| 21. SIGNATURE OF MEMBER BEING SEPARATED | 22. TYPED NAME, GRADE, TITLE AND SIGNATURE OF OFFICIAL AUTHORIZED TO SIGN |
|---|---|
| | SIDNEY E. GUIDRY, GS7 O, SOLDIER TRANSITION CENTER |

Imposter A file - 0201

Form Approved
OMB No. 43-R0265

UNITED STATES DEPARTMENT OF JUSTICE
IMMIGRATION AND NATURALIZATION SERVICE

**REQUEST FOR**
## CERTIFICATION OF MILITARY OR NAVAL SERVICE
(SUBMIT IN TRIPLICATE)

| ALIEN REGISTRATION | DATE OF REQUEST |
|---|---|
| NO. *N/A* | *10/25/95* |

A 73 448 854

For use in connection with my petition for naturalization, please complete the certification of military service on the reverse and furnish it to the office of the Immigration and Naturalization Service shown in the address block below. The information shown below is furnished to help locate and identify my military records. APPLICANT: FURNISH AS MUCH INFORMATION AS POSSIBLE. IF YOU WERE ISSUED A REPORT OF SEPARATION, DD FORM 214, ATTACH A COPY. FILL IN THE BLANKS ON THIS PAGE ONLY. PLEASE TYPE OR PRINT CLEARLY. PRESS FIRMLY–ALL COPIES MUST BE LEGIBLE. (DO NOT USE PENCIL)

| NAME USED DURING ACTIVE SERVICE (Last, first, middle) | SOCIAL SECURITY NO. | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|---|
| *DENIS, RONY* | *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* cis | *63 08 24?* -63 08 24? | *Haiti* |

For an effective records search, it is important that ALL periods of service be shown below. (Use blank sheet if more space is needed.)

**ACTIVE SERVICE:**

| BRANCH OF SERVICE (Show also last organization if known.) | DATE ENTERED ON ACTIVE DUTY | DATE RELEASED FROM ACTIVE DUTY | CHECK WHICH OFFICER | CHECK WHICH ENLISTED | SERVICE NUMBER DURING THIS PERIOD |
|---|---|---|---|---|---|
| *U.S. ARMY* | *JAN 84* | *JAN 87* | | ✓ | *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* |
| | | | | | |
| | | | | | |
| | | | | | |

**RESERVE OR NATIONAL GUARD SERVICE:** ⟶ If none, check ☒ None

| BRANCH OF SERVICE | CHECK WHICH RESERVE | CHECK WHICH N GUARD | DATE MEMBERSHIP BEGAN | DATE MEMBERSHIP ENDED | CHECK WHICH OFFICER | CHECK WHICH ENLISTED | SERVICE NUMBER DURING THIS PERIOD |
|---|---|---|---|---|---|---|---|
| *N/A* | | | | | | | |
| | | | | | | | |

| ARE YOU A MILITARY RETIREE OR FLEET RESERVIST? | ☒ No | ☐ Yes |
|---|---|---|

| SIGNATURE (Present Name) | PRESENT ADDRESS (Number, Street, City, State, and ZIP Code) *S.W.  98498* |
|---|---|
| *Rony Denis* | *(P.O. BOX 92314) 15004 WASHINGTON, TACOMA, WA* |

### INSTRUCTIONS TO CERTIFYING OFFICER

Person...
United State...
exemptions...
a duly authe...
showing whe...
whether eac...
ment on the...
the period(s...
serviceman.

The re...
the form and...
immediately below.

THIS CENTER HAS NO RECORD OF THE
ABOVE NAMED INDIVIDUAL ON FILE.
SUGGEST YOU SUBMIT A REQUEST TO THE
COMMANDER, U.S. ARMY RESERVE
PERSONNEL CENTER, 9700 PAGE BLVD,
ST. LOUIS, MO 63132-5200.

*05 JAN 1996*

the armed forces of the
States, are granted certain
service to be established by
of the record of service,
e-duty status, or both, and
purpose, the certified state-
iired and should cover not only
ve, or both) rendered by the

...ished by separate letter, and
...ce at the address in the box

**Immigration and Naturalization Service**

*Seattle District
815 Airport Way South
Seattle, WA 98134*

◀ **RETURN TO**

Please type
or print
complete
return
address.
Include
ZIP code.

Form N–426 (Rev.5–12–77)N

Imposter A file - 0202

APPLICANT: DO NOT FILL OUT THIS PAGE

## CERTIFICATION OF MILITARY OR NAVAL SERVICE

- [ ] Name correctly shown on front of form.
- [ ] Name as shown in records: _____

### ACTIVE SERVICE

| 1. ENTERED SERVICE AT | 2. ON | 3. SERVED TO | 4. BRANCH OF SERVICE | 5. STATE WHETHER SERVING HONORABLY. IF SEPARATED, STATE WHETHER UNDER HONORABLE CONDITIONS. IF OTHER THAN HONORABLE, GIVE FULL DETAILS. ALWAYS COMPLETE ITEM 11. |
|---|---|---|---|---|
| | | | | |

### RESERVE OR NATIONAL GUARD SERVICE

| 6. BRANCH OF SERVICE | 7. CHECK WHICH | | 8. BEGAN | 9. ENDED | 10. STATE WHETHER SERVING HONORABLY. IF SEPARATED, STATE WHETHER UNDER HONORABLE CONDITIONS. IF OTHER THAN HONORABLE, GIVE FULL DETAILS. ALWAYS COMPLETE ITEM 11. |
|---|---|---|---|---|---|
| | RESERVE | N. GUARD | | | |
| | | | | | |

11. **STATEMENT REGARDING ALIENAGE.** *(Complete this item on ALL cases.)*
- [ ] Record shows this person **WAS NOT** discharged on account of alienage.
- [ ] Record shows this person **WAS** discharged on account of alienage. Details: _____

12. **REMARKS.** Use for continuation of any of above items. You should also show in the space below any **DEROGATORY INFORMATION** in your records relating to the serviceman's character, loyalty to the United States, disciplinary actions, convictions or other matters touching on his fitness for citizenship.

_____

_____

_____

Complete this block if subject is a "Lodge Act enlistee" - 64 Stat. 316 (Army). Subsequent to enlistment under the

Lodge Act on _____ , subject entered _____ (the United States, American Samoa, Swains Island, or

the Canal Zone) _____ at the port of _____

pursuant to Military orders on _____ via _____ .

I CERTIFY that the information here given concerning the service of the person named on the face of this form is correct

according to the records of the _____ .
(Name of department or organization)

[SEAL]     *(Official signature)* _____

Date _____ , 19 ____     By _____

Form Approved
OMB No. 43-R0265

**UNITED STATES DEPARTMENT OF JUSTICE**
IMMIGRATION AND NATURALIZATION SERVICE

| ALIEN REGISTRATION | DATE OF REQUEST |
|---|---|
| NO. _N/A_ | 10/25/95 |

## REQUEST FOR
# CERTIFICATION OF MILITARY OR NAVAL SERVICE
### (SUBMIT IN TRIPLICATE)

For use in connection with my petition for naturalization, please complete the certification of military service on the reverse and furnish it to the office of the Immigration and Naturalization Service shown in the address block below. The information shown below is furnished to help locate and identify my military records. APPLICANT: FURNISH AS MUCH INFORMATION AS POSSIBLE. IF YOU WERE ISSUED A REPORT OF SEPARATION, DD FORM 214, ATTACH A COPY. FILL IN THE BLANKS ON THIS PAGE ONLY. PLEASE TYPE OR PRINT CLEARLY. PRESS FIRMLY—ALL COPIES MUST BE LEGIBLE. (DO NOT USE PENCIL.)

| NAME USED DURING ACTIVE SERVICE (Last, first, middle) | SOCIAL SECURITY NO. | DATE OF BIRTH | PLACE OF BIRTH |
|---|---|---|---|
| Denis, Rony | 590 01 1294 | 63 08 23 | Haiti |

For an effective records search, it is important that ALL periods of service be shown below. (Use blank sheet if more space is needed.)

**ACTIVE SERVICE:**

| BRANCH OF SERVICE (Show also last organization if known.) | DATE ENTERED ON ACTIVE DUTY | DATE RELEASED FROM ACTIVE DUTY | CHECK WHICH OFFICER | ENLISTED | SERVICE NUMBER DURING THIS PERIOD |
|---|---|---|---|---|---|
| U.S. ARMY | JAN 84 | JAN 87 | | ✓ | 590011294 |
| | | | | | |
| | | | | | |
| | | | | | |

**RESERVE OR NATIONAL GUARD SERVICE:** → If none, check ☒ None

| BRANCH OF SERVICE | CHECK WHICH RESERVE | N GUARD | DATE MEMBERSHIP BEGAN | DATE MEMBERSHIP ENDED | CHECK WHICH OFFICER | ENLISTED | SERVICE NUMBER DURING THIS PERIOD |
|---|---|---|---|---|---|---|---|
| N/A | | | | | | | |

ARE YOU A MILITARY RETIREE OR FLEET RESERVIST? ☒ No ☐ Yes

| SIGNATURE (Present Name) | PRESENT ADDRESS (Number, Street, City, State, and ZIP Code) S W   98498 |
|---|---|
| Rony Denis | (P.O. BOX 92314) 15004 WASHINGTON, TACOMA, WA |

## INSTRUCTIONS TO CERTIFYING OFFICER

Persons who are serving or have served honorably under specified conditions in the armed forces of the United States, inclusive of the reserve components of the armed forces of the United States, are granted certain exemptions from the general requirements for naturalization. The law requires such service to be established by a duly authenticated copy of the records of the executive department having custody of the record of service, showing whether the serviceman served honorably in an active-duty status, a reserve-duty status, or both, and whether each separation from the service was under honorable conditions. For that purpose, the certified statement on the reverse of this form, executed under the seal of your department, is required and should cover not only the period(s) of service shown above, but any other periods of service (active, reserve, or both) rendered by the serviceman.

The reverse of this form should be completed, or the information called for furnished by separate letter, and the form and letter returned to the office of the Immigration and Naturalization Service at the address in the box immediately below.

| RETURN TO | |
|---|---|
| Immigration and Naturalization Service | |
| Seattle District | |
| 815 Airport Way South | Please type or print complete return address. Include ZIP code. |
| Seattle, WA 98134 | |

Form N-426 (Rev.5-12-77)N

APPLICANT: DO NOT FILL OUT THIS PAGE

## CERTIFICATION OF MILITARY OR NAVAL SERVICE

☐ Name correctly shown on front of form.
☐ Name as shown in records: _____

### ACTIVE SERVICE

| 1. ENTERED SERVICE AT | 2. ON | 3. SERVED TO | 4. BRANCH OF SERVICE | 5. STATE WHETHER SERVING HONORABLY. IF SEPARATED, STATE WHETHER UNDER HONORABLE CONDITIONS. IF OTHER THAN HONORABLE, GIVE FULL DETAILS. ALWAYS COMPLETE ITEM 11. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |

### RESERVE OR NATIONAL GUARD SERVICE

| 6. BRANCH OF SERVICE | 7. CHECK WHICH | | 8. BEGAN | 9. ENDED | 10. STATE WHETHER SERVING HONORABLY. IF SEPARATED, STATE WHETHER UNDER HONORABLE CONDITIONS. IF OTHER THAN HONORABLE, GIVE FULL DETAILS. ALWAYS COMPLETE ITEM 11. |
|---|---|---|---|---|---|
| | RESERVE | N. GUARD | | | |
| | | | | | |
| | | | | | |

11. **STATEMENT REGARDING ALIENAGE.** *(Complete this item on ALL cases.)*
☐ Record shows this person **WAS NOT** discharged on account of alienage.
☐ Record shows this person **WAS** discharged on account of alienage. Details: _____

12. REMARKS. Use for continuation of any of above items. You should also show in the space below any **DEROGATORY INFORMATION** in your records relating to the serviceman's character, loyalty to the United States, disciplinary actions, convictions or other matters touching on his fitness for citizenship.

_____

_____

_____

Complete this block if subject is a "Lodge Act enlistee" - 64 Stat. 316 (Army). Subsequent to enlistment under the

Lodge Act on _____, subject entered _____ (the United States, American Samoa, Swains Island, or

the Canal Zone) _____ at the port of _____

pursuant to Military orders on _____ via _____

I CERTIFY that the information here given concerning the service of the person named on the face of this form is correct

according to the records of the _____ *(Name of department or organization)*

[SEAL]                              *(Official signature)* _____

Date _____, 19____        By _____

Imposter A file - 0205

# BIOGRAPHIC INFORMATION

U.S. Department of Justice

OMB No. 1115-0066

**Immigration and Naturalization Service**

| (Family name) | (First name) | (Middle name) | ☒ MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| DENIS | RONY | (NONE) | | 08 23 | HAITIAN | A- N/A |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| (NONE) | Port Au Prince Haiti | 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 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | DENIS | Arnold Ratelle Pierre | May 2, 1926 Port De. Paix | |
| MOTHER (Maiden name) | FERNOND | Marie Solenbe | JAN 5 1942 | Duvalier ville Haiti |

| HUSBAND OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | ROBERTSON | MARION | 10/25/68 | U.S. ST Louis MO | U.S. 20 Feb 88 | St Louis MO |

| FORMER HUSBANDS OR WIVES (If none, so state) | | | | |
|---|---|---|---|---|
| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE AND PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
| (NONE) | (NONE) | (NONE) | (NONE) | (NONE) |

| APPLICANTS RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST. | | | | FROM | | TO | |
|---|---|---|---|---|---|---|---|
| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | MONTH | YEAR | MONTH | YEAR |
| 15004 WASHINGTON AVE | TACOMA | WA | U.S. | OCT | 95 | PRESENT TIME | |
| 764 BACON RD | Hinesville | GA | U.S. | OCT | 92 | OCT | 95 |
| 5113 LAFAYE ST. | New Orleans | LA | U.S. | NOV | 90 | MAY | 92 |

| APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATE OF MORE THAN ONE YEAR. N/A | | | | FROM | | TO | |
|---|---|---|---|---|---|---|---|
| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | MONTH | YEAR | MONTH | YEAR |
| | | | | | | | |

| APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST. | | FROM | | TO | |
|---|---|---|---|---|---|
| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (Specify) | MONTH | YEAR | MONTH | YEAR |
| New Testament Christian Church Tacoma, WA | PASTOR | OCT | 95 | PRESENT TIME | |
| New Testament Christian Church Hinesville, GA | PASTOR | OCT | 92 | OCT | 95 |
| New Testament Christian Church New Orleans LA | PASTOR | NOV | 90 | May | 92 |
| JOSEPH Liller PAN Co. ST Louis, MO | Vice President | Feb | 87 | NOV | 90 |
| U.S. ARMY | Soldier | JAN | 84 | JAN | 87 |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| | | | | | |
|---|---|---|---|---|---|
| | | | | | |

**THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR:**

☒ NATURALIZATION    ☐ OTHER (Specify)

☐ STATUS AS PERMANENT RESIDENT

---

If serving or ever served in the Armed Forces of the United States, complete the following:

| Branch of Service | Rank | Service Number |
|---|---|---|
| U.S. ARMY | E-3 | 590 01 1294 |

To Other Agency: Please furnish on the reverse of this form, or by attachment hereto, any derogatory information that may be contained in your records concerning the above person, for use in connection with consideration of above person and return to U.S. Immigration and Naturalization Service.

**INS USE (Office of Origin)**

Office Code SEA

Type of Case N-400

Date 06 NOV 95

---

**(OTHER AGENCY)**

| | | | | |
|---|---|---|---|---|
| **(ALL DEFENSE CHECKS)** | | | | |

| MIL PERS | AIR RESERVE |
|---|---|
| USAF PERS | ARMY PERS |
| SEE O.I. 328.1 FOR MAILING ADDRESS | |

☐ OSI (USAF)  ☐ ONI (USN)
☐ MID G-2  ☐ PROV. MAR.

MAIL TO:

DIRECTOR,
UNITED STATES ARMY INVESTIGATIVE
RECORDS REPOSITORY
ATTN: ICIRR—A
FOR MEADE, MARYLAND 20755
ATTENTION: LIAISON OFFICE
IMMIGRATION AND NATURALIZATION SERVICE

| STATE (P.P.) | STATE (S.Y.) | OTHER |
|---|---|---|
| SEE O.I. 105.4 FOR MAILING ADDRESS | | |

**FOR STATE DEPARTMENT USE**

☐ SY
☐ RSC
☐ RMR
☐ C:Visa
☐ R:Visa
☐ ORM

FORM G-325B
(Rev. 10-1-82)Y

Imposter A file - 0206

*U.S.GOVERNMENT PRINTING OFFICE: 1986-158-928

Date _____ 19____

| | |
|---|---|
| Date of entry into service | |
| Date of separation | |
| Service number | |

The records of this Department show the following with respect to the subject of your inquiry:

All organizations, clubs or societies in the United States, or in any other country, of which subject was a member at any time, and dates thereof. (If none, show "None".) _____

_____

_____

All arrests, convictions, disciplinary actions, court martial proceedings, and illegal or immoral conduct in which subject involved, including dates and results thereof. (If none, show "None".)

_____

_____

_____

Details of any oral or written statements, conduct, behavior or associations of the subject which may indicate belief in, advocacy of or preference or sympathy for Communism or any other foreign ideology inconsistent with loyalty to the United States or the form of government of the United States or attachment to the principles of the United States Constitution. (If none, show "None".)

_____

_____

_____

Additional information or references.

_____

_____

_____

I certify that the information here given concerning the person named is correct according to the records of the

_____
(Name of Department or organization)

Official signature _____

By _____

Memorandum



| Subject | *A24 708 198* | Date | *11/17/95* |
|---------|---------------|------|------------|

*DENIS, Rony (NMN)*

**To**
Citizenship Unit — *SEA*

**From**  INS Liaison Office
Fort Meade, MD
Sylvia J. Moyer

Attached is a copy of Form G-325B which is pending at this office for the subject/A file/
application indicated above. Please route this to the file/application.

This subject has ___/___ dossier(s) which has/have been requested on ___*11/17/95*___

from ___/___ record facility/facilities.

No response to original request(s) sent on _____ for dossier(s)—Second request was
forwarded on _____.

Additional request(s) sent on _____.

Original Form G-325B has been forwarded on _____ to WAS for review of file and will be
returned to you from WAS when the file is received.

Original Form G-325B has been forwarded on _____ to WAS for file review and will be
returned to this office with the file and then forwarded on to your office.

Original Form G-325B has been forwarded on _____ to WAS for file review and will be
returned to your office when completed AND a copy has been retained for review of other
dossiers at this office.  Each will be returned to you separately upon completion.

Other/Remarks:

*Please refer to cable
dated 08/17/95 from HQ ADJ
regarding ACRD dossiers*

Imposter A file - 0208

Form G-2
(Rev. 1-2-80)

**BIOGRAPHIC INFORMATION**

08-23-63

HA

A24 708 198

U.S. Department of Justice
Immigration and Naturalization Service

OMB No. 1115-0066

| (Family name) | (First name) | (Middle name) | MALE ☐ FEMALE | BIRTHDATE (Mo.-Day-Yr.) | NATIONALITY | FILE NUMBER |
|---|---|---|---|---|---|---|
| DENIS | Rudy | NONE | ☒ MALE | 03 08 72 | HAITIAN | A |

| ALL OTHER NAMES USED (Including names by previous marriages) | CITY AND COUNTY OF BIRTH | SOCIAL SECURITY NO. (If any) |
|---|---|---|
| NONE | Port au Prince Haiti | 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 |

| | FAMILY NAME | FIRST NAME | DATE, CITY AND COUNTRY OF BIRTH (If known) | CITY AND COUNTRY OF RESIDENCE |
|---|---|---|---|---|
| FATHER | DENIS | ARNOLD RAPHAEL | MAY 22 1926  Port de Paix  Haiti | |
| MOTHER (Maiden name) | Fernand | Marie Solange Pierre | JAN   1942  Duvalierville Haiti | |

| HUSBAND (If none so state) OR WIFE | FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | CITY & COUNTRY OF BIRTH | DATE OF MARRIAGE | PLACE OF MARRIAGE |
|---|---|---|---|---|---|---|
| | RoBertson | Marjorie | 13/25/66 | U.S. St Louis MO | 20 Feb 88 | U.S. St Louis MO |

FORMER HUSBANDS OR WIVES (If none, so state)

| FAMILY NAME (For wife, give maiden name) | FIRST NAME | BIRTHDATE | DATE AND PLACE OF MARRIAGE | DATE AND PLACE OF TERMINATION OF MARRIAGE |
|---|---|---|---|---|
| NONE | NONE | NONE | (NONE) | (NONE) |

APPLICANTS RESIDENCE LAST FIVE YEARS. LIST PRESENT ADDRESS FIRST.

| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|---|---|
| 15004 WASHINGTON AVE | TACOMA | WA | U.S. | OCT | 95 | PRESENT TIME | |
| 764 BALON RD | Hinesville | GA | U.S. | OCT | 92 | OCT | 95 |
| 5113 Lafaye St. | New Orleans | LA | U.S. | Nov | 90 | May | 92 |

| APPLICANT'S LAST ADDRESS OUTSIDE THE UNITED STATE OF MORE THAN ONE YEAR.  N/A | | | | FROM | | TO | |
|---|---|---|---|---|---|---|---|
| STREET AND NUMBER | CITY | PROVINCE OR STATE | COUNTRY | MONTH | YEAR | MONTH | YEAR |

APPLICANT'S EMPLOYMENT LAST FIVE YEARS. (IF NONE, SO STATE.) LIST PRESENT EMPLOYMENT FIRST.

| FULL NAME AND ADDRESS OF EMPLOYER | OCCUPATION (Specify) | FROM MONTH | YEAR | TO MONTH | YEAR |
|---|---|---|---|---|---|
| New Testament Christian Church TACOMA WA | Pastor | OCT | 95 | PRESENT TIME | |
| New Testament Christian Church Hinesville GA | Pastor | OCT | 92 | OCT | 95 |
| New Testament Christian Church New Orleans LA | Pastor | Nov | 90 | May | 92 |
| Joseph LiPic Pen Co. St Louis, MO | Vice President | Feb | 87 | Nov | 90 |
| U.S. Army | Soldier | JAN | 84 | JAN | 87 |

Show below last occupation abroad if not shown above. (Include all information requested above.)

| THIS FORM IS SUBMITTED IN CONNECTION WITH APPLICATION FOR: | |
|---|---|
| ☒ NATURALIZATION  ☐ OTHER (Specify) ☐ STATUS AS PERMANENT RESIDENT | ACRD-86-2411037A |

If serving or ever served in the Armed Forces of the United States, complete the following:

| Branch of Service | Rank | Service Number |
|---|---|---|
| U.S. ARMY | E-3 | 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 |

To Other Agency: Please furnish on the reverse of this form, or by attachment hereto, any derogatory information that may be contained in your records concerning the above person, for use in consideration of above application and return to U.S. Immigration and Naturalization Service.

**INS USE (Office of Origin)**

Office Code  SEA
Type of Case  N-400
Date  06NOV95

(OTHER AGENCY)

FOR STATE DEPARTMENT USE

| MIL PERS | AIR RESERVE | | |
|---|---|---|---|
| USAF PERS | ARMY PERS | ☐ OSI (USAF) | ☐ ONI (USN) |
| SEE O.I. 328.1 FOR MAILING ADDRESS | | ☐ MID | ☐ PROV MAR |

(ALL DEFENSE CHECKS)

MAIL TO:

DIRECTOR,
UNITED STATES ARMY INVESTIGATIVE
RECORDS REPOSITORY
ATTN: ICIRR—A
FORT MEADE, MARYLAND 20755
ATTENTION: LIAISON OFFICE
IMMIGRATION AND NATURALIZATION SERVICE

| STATE (P.P.) | STATE (S.Y.) | OTHER |
|---|---|---|

SEE O.I. 105.4
FOR MAILING ADDRESS

☐ SY
☐ RSC
☐ RMR
☐ C:Visa
☐ R:Visa
☐ ORM

FORM G-325B
(Rev. 10...)

Imposter A file - 0209

*U.S. GOVERNMENT PRINTING OFFICE: 1986-158-928