EXHIBIT NO.

CASE NO.

vs.

MARKED FOR IDENTIFICATION

FILED IN EVIDENCE

JOHN TRIPLETT, CLERK OF COURT

**PF-2010-00132 Rony DENIS**
**Operation Death Match Redux**

**SUMMARY**
On 02/20/2002, SUBJECT executed DS-11 application #134009097 at the United States Post Office in El Paso, Texas. The address on the DS-11 is listed as 5205 Branon Drive, El Paso, Texas 79924. SUBJECT assumed the identity of a deceased individual and naturalized as a United States citizen under assumed identity. The death certificate for the true ID in on file in Palm Beach County, Florida; date of death is 07/15/1989.

Through state, commercial and criminal database checks, there is no association to Texas other than the DS-11 application #134009097 – all history seems to be in either Washington (state) or in Georgia.

Last known location of SUBJECT is Georgia; a copy of GADL #028042145 photo issued to SUBJECT on 06/27/2008 is included in case file. This photo appears to match the photo submitted with the DS-11.

**REQUEST**
I have included two photos of Rony DENIS that appear to be of different individuals and a photo from SUBJECT's wife DS-11 #232967553 executed on 04/03/2009 in Georgia.

If possible, go to address provided on SUBJECT's DS-11:
    **5205 Branon Drive**
    **El Paso, TX 79924**

Attempt to confirm is SUBJECT (or wife) are recognized as having lived at that address and name SUBJECT used while/if at that address.

NOTE: SUBJECT's DS-11 was executed in 2002.

mail cover → Gfl address
contact true ID spouse in SoFL

Death Match - 001



Which one
is the real one?

IMAGE CAPTURE DATE: 2008-06-27
**



Driver License Transaction on **01-07-98**

DL/ID Number
**D520-720-59-303-0**

Class
**I**

**RONY DENIS**
**118 S WEST SHORE BLVD #237**
**TAMPA, FL 33609-0000**

Date of Birth
**08-23-59**

Sex
**M**

Height
**6'02**

Restrictions

Endorsements

Fingerprint on file
**None**

Issue Date
**01-07-98**

Issue Time
**16:02:14**

Expiration Date
**08-23-01**

Duplicate Date

Form Number
**S039801070280**

Conditional Messages:

Application for DENIS MARJORIE MIA ROBERTSON

Passport Number/DCN: 454703444
Passport Card Number:
Application Number: 232967553



**DS/ICI/HFO**
**CRIMINAL RECORD CHECKLI___**

-IMS:_____

-CPCLEAR:_____

-CCD:

    -PLOTS:_____

    -PIERS:_____

    -IV:_____

    -NIV:_____

    -FaceRec:_____

-NCIC:

    -NN13 (Wants/Warrants):_____

    -SQ11 (CH):_____

    -NN16 (CH):_____

    -NN11 (DL):_____

    -SQAD (Address Check):_____

    -SQ13 NN13 (Vehicle):_____

    -SQ94 (Visiting National):_____

    -SQPQ (Visiting PA Vehicle):_____

-DL Image:_____

-BVS (TX State):_____

-MX BC:_____

-CURP:_____

-TX WC:_____

-SS# Verification:_____

-Local Jail Records:_____

-BOP Locator:_____

-FinCen:_____

-County Clerks Office:_____

-Secretary of State-Corporate:____

-Credit BureauC:_____

-ICE-A File:_____

-PACER:_____

-ICE-CIS ADIS:_____

-Facebook:_____

-MySpace:_____
-Other:_____

NAME: Rony DENIS

CASE #: PF. 2010. 00132

DOB: 08/24/1963

SSAN: 590. 01. 1294

_(# 733.35.2340)_

location for survivor benefits

husband's phone #

✓ GADL

✓A files !

ADIS - wife

* why apply in El Paso 2002

SSA - verify SSN's

590. D1.12 94  survivor benefits?

533 35.2346  issued in WA 96/97

Ernande 592 16.4965
          01.06. 1967

Marjorie *

SUMMARY OF DATA BASE CHECKS:                    Completed by:  Kenneth I. Sprawling-January 13, 2010

## SYNOPSIS FROM REFERAL:

SUBJECT INFORMATION:
NAME:  DENIS, RONY
PDOB:  08/24/1963-Haiti
SSN:    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

Execution: USPS El Paso, Texas
Citizenship: Unknown
Identification:  Unknown

SUMMARY:  Subject executed DS-11 application #134009097 on 02/2002 at the USPS in El Paso, TX.

This subject assumed the identity of a deceased individual in applying for a US Passport.  The SFFO verified Death Certificate on file in Palm Beach County Vital Records, Tarsa (561) 837-5847.  Date of death 07/15/1989, Palm Beach FL. Naturalized under assumed identity.  If convicted could pursue denaturalization.

This individual is part of an on-going investigation conducted by the SFFO under DS Case Number PF-2009-06509, Case Title: Operation Death Match Redux.

DS/FLD/HFO assistance is requested to locate and interview **Rony Denis** and obtain a sworn statement detailing his knowledge or lack of knowledge regarding SUBJECT.

## CHOICE POINT CLEAR:              QUERY DATE: 01/12/2010

1123 Holly Hills, St. Louis, MO 63111          reported: 04/01/1993
764 Bacon Rd., Hinesville, GA 31313           reported: 04/01/1993
308 NW 1st Ave., Delray Beach, FL 33444       reported: 04/01/1993
151 NE 17th Ct., Boynton Beach, FL 33435       reported: 03/1993

## TEXAS WORKFORCE COMMISSION:        QUERY DATE: 01/12/2010

No records were found in the Texas Workforce Commission Database for the subject.

## CBC:                            QUERY DATE: 01/12/2010

SSAN: **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** is listed to **Rony Denis.**  This Social Security Number was issued between 1979 and 1981.  CBC lists the Date Of Death: 07/15/1989 and Date Of Birth: 08/23/1959.

## TEXAS DEPT OF PUBLIC SAFETY:        QUERY DATE: 01/12/2010

There was no match found in the Texas Department Of Public Safety Database for this subject.

## TECS/NCIC/NLETS/CIS:            QUERY DATE: 01/12/2010

TECS II Message: Imposter. True Rony Denis died 1989 confirmed on file Palm Beach Vital Records.  Detain, seize passport, print, and interview to obtain true imposter ID.

No Records Found in NLETS.

## CCD                            QUERY DATE: 01/12/2010

No information was located in TDIS.  No Case located in Plots.  PIERS Query returned Passport Application #134009097.

## NOTES:

Death Match - 006

CPC's latest address for the subject is 112ᴏ Holly Hills, St. Louis, MO 623111 as of 04/01/1993.  Address on 2002 Passport Application is 5202 Branon Dr., El Paso, TX 79924.  There was no current telephone number listed for the subject.

There are no vehicles registered to this subject.  The subject is listed CPC as the owner of several properties in Georgia.

# PF-2010-00132:  DENIS, RONY

PQ-2010-00157

**Program:** PASSPORT FRAUD
**Office:** DS/ICI/HUFO
**Opened:** 01/11/2010

**Impact:** MEDIUM
**Status:** OPEN Investigation / Analysis Ongoing

---

### General Information

**Title:** DENIS, RONY

**Office:** Houston Field Office

**Type:** CRIMINAL

**Management Program:** Field Office

**Categories:**
■ PPT APPLICATION FRAUD

**Impact:** MEDIUM

**Principal Judicial District:**
TEXAS, SOUTHERN DISTRICT OF

**Due Date:**

**Countries Impacted:**

**Violations:**
■ 18 U.S.C. § 1542 - Passport Application
   Fraud

**Facets:**

**TECS Lookout:** No

### Nexus

**Nexus:**
■ Passport Fraud

### Origin/Source

**Source Organization:** San Francisco Field
Office

**Name:** Special Agent Ethan M Stone

**Source Comments:** Related Case#PF-
2009-06509-Operation Death Match Redux

### Assigned Personnel

| | |
|---|---|
| Coliston, Anthony | DS/ICI/HUFO |
| Conrado, Jorge I | DS/ICI/HUFO |
| Davies, Paul H | DS/ICI/HUFO |
| Juge, Michael | DS/ICI/HUFO |
| Sivertson, Kristen L | DS/ICI/HUFO |
| * Sprawling, Kenneth I | DS/ICI/HUFO |

### Synopsis

On 02/2002, this subject excuted DS-11 Application at the USPS
El Paso, TX. This subject assumed the identity of a deceased
individual in applying for a US Passport. The SFFO verified Death
Certificate on file in Palm Beach County Vital Records, Tarsa (561)
837-5847. Date of death 07/15/1989, Palm Beach FL. Naturalized
under assumed identity. If convicted could pursue
denaturalization.

This individual is part of an on-going investigation conducted by
the SFFO under DS Case Number PF-2009-06509, Case Title:
Operation Death Match Redux.

Rony Denis
PPN: 134009097
Applied: El Paso, TX 2/2002
SSN: 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
DOB: 08/23/1959

### Primary Subjects

### Case Reports

| Date | Snippet |
|---|---|

### Attachments

### Outstanding Warrants

### Status

| Date | Status |
|---|---|
| Mon, 1/11/2010 | OPEN PQ |
| Mon, 1/11/2010 | OPEN Inv |

| | |
|---|---|
| Standley, Deborah | DS/ICI/HUFO |
| Vallee, Paul A | DS/ICI/HUFO |
| Whatley, Darrin E | DS/ICI/HUFO |

Report

# PF-2009-06509:  Operation Death Match Redux

PQ-2009-07828

**Program:** PASSPORT FRAUD
**Office:** DS/ICI/SFFO
**Opened:** 12/02/2009

**Impact:** NOT SPECIFIED
**Status:** OPEN Investigation / Analysis Ongoing

---

### General Information

**Title:** Operation Death Match Redux

**Office:** San Francisco Field Office

**Type:** CRIMINAL

**Management Program:** Field Office

**Categories:**
■ PPT APPLICATION FRAUD

**Impact:** NOT SPECIFIED

**Principal Judicial District:**
Not Applicable

**Due Date:**

**Countries Impacted:**

**Violations:**

**Facets:**

**TECS Lookout:** Yes: Separate lookouts entered for all individuals. See individual comments section for subject number.

### Nexus

**Nexus:**
■ Passport Fraud

### Origin/Source

**Source Organization:** DS/ICI/SFFO

**Name:** SA Ethan Stone

**Phone:** (415) 705-1176

**Source Comments:** Data from Social Security Death Index

### Assigned Personnel

| | |
|---|---|
| Bigando, Sharon | DS/ICI/HUFO |
| Brenn, Michael G | DS/ICI/NYFO |
| Casamatta, Aimee | DS/ICI/WFO |
| Childs , Daniece | DS/ICI/WFO |
| Coliston, Anthony | DS/ICI/HUFO |

### Synopsis

\*\*\*\*\*\*\* ALL INDIVIDUALS INDEXED IN THIS CASE FILE ARE SUSPECTED DEATH ID WITH AN ACTIVE TECS LOOKOUT. IF CONTACTED BY CBP OR ICE IMMEDIATELY CONTACT CLOSEST DS DUTY AGENT AND THEN SFFO FOR A DSS FIELD RESPONSE. AGAIN, ANYONE INDEXED IN THIS CASE FILE IS A CONFIRMED PASSPORT ISSUED IN DEATH ID \*\*\*\*\*\*\*\*\*\*\*\*\*\*

These records were the result of a Social Security Death Index match against passport records further vetted by SFFO.

### Primary Subjects

**Raul Aguilar**
**DPOB:** 02/17/1983
(Case Original - ALIAS-ASSUMED ID)

**Janet Gerwer**
**DPOB:** 11/09/1951 Somerville NJ
(Case Original - ALIAS-ASSUMED ID)

**Manuel Armaiz**
**DPOB:** San Juan, PR
(Case Original - ALIAS-ASSUMED ID)

**Shirley Darlene Whitaker**
**DPOB:** 09/22/1953
(Case Original - ALIAS-ASSUMED ID)

**Claven Hunt**
**DPOB:** 04/26/1966
(Case Original - ALIAS-ASSUMED ID)

**Michael Lopez**
**DPOB:** 07/03/1960
(Case Original - ALIAS-ASSUMED ID)

**Jerome Scott**
**DPOB:** 03/17/1954
(Case Original - ALIAS-ASSUMED ID)

**Wile Leander Trotter**
**DPOB:** 10/17/1976 Springfield IL
(Case Original - ALIAS-ASSUMED ID)

**Robert Anthony Gorski**
**DPOB:** 08/21/1943 Chicago, IL
(Case Original - ALIAS-ASSUMED ID)

**Clayton Arnold Williams**
**DPOB:** 04/08/1967
(Case Original - ALIAS-ASSUMED ID)

**Robert Dillman**
**DPOB:** 02/21/1955 Glen Cove NY

---

Death Match - 010

| Conrado, Jorge I | DS/ICI/HUFO |
| Davies, Paul H | DS/ICI/HUFO |
| Dubsick, Jeff | DS/ICI/SFFO |
| Edmiston, Timothy | DS/ICI/LAFO |
| Evers, Gary W | DS/WFO/GNRO |
| Falcone, Joseph A | DS/ICI/NYFO |
| Fogarty, Michael R | Nairobi |
| Fritz, Ashley B | DS/ICI/CFO |
| Gaw, Ann | DS/ICI/SFFO |
| Guzzetta, Jerry A | DS/ICI/LAFO |
| Hill, Danielle M | DS/NYFO/BPRO |
| Hollar, Matthew | DS/ICI/CFO |
| Juge, Michael | DS/ICI/HUFO |
| Kopeck, Christopher R. | DS/CFO/SLRO |
| Lamb, Doug J | DS/ICI/WFO |
| Lanos, Bill | DS/ICI/WFO |
| Lunardi, Timothy J. | DS/ICI/LAFO |
| Mason, Al | DS/ICI/WFO |
| Maze, Daniel C | DS/ICI/WFO |
| Murphy, Brian M | DS/ICI/WFO |
| Reilly, Matthew E | DS/ICI/CFO |
| Savageau, Whitney T | DS/ICI/LAFO |
| Sivertson, Kristen L | DS/ICI/HUFO |
| Stafford, Beverly L | DS/MFO/ARO |
| Standley, Deborah | DS/ICI/HUFO |
| * Stone, Ethan M | DS/ICI/SFFO |
| Vallee, Paul A | DS/ICI/HUFO |
| Velazquez, Peter | DS/MFO/ARO |
| Wells, Leilani | DS/ICI/LAFO |
| Whatley, Darrin E | DS/ICI/HUFO |
| Willman, Kelly S | DS/ICI/NYFO |

(Case Original - ALIAS-ASSUMED ID)

**Edward Womack**
**DPOB:** 02/10/1952
(Case Original - ALIAS-ASSUMED ID)

**Rony Denis**
**DPOB:** 08/23/1959
(Case Original - ALIAS-ASSUMED ID)

**Larry Allen Moore**
**DPOB:** 03/09/1946
(Case Original - ALIAS-ASSUMED ID)

**Daniel Lozano**
**DPOB:** 03/02/1975
(Case Original - ALIAS-ASSUMED ID)

**Robert Dale Kramer**
**DPOB:** 06/13/1942
(Case Original - ALIAS-ASSUMED ID)

**Robert Thompson**
**DPOB:** 05/24/1947
(Case Original - ALIAS-ASSUMED ID)

**Ricardo Marrero**
**DPOB:** 01/22/1956 Puerto Rico
(Case Original - ALIAS-ASSUMED ID)

**Philip Walters**
**DPOB:** 11/25/1957
(Case Original - ALIAS-ASSUMED ID)

**Kurt Branham**
**DPOB:** 09/22/1966
(Case Original - ALIAS-ASSUMED ID)

**Richard Freedman**
**DPOB:** 12/22/1951
(Case Original - ALIAS-ASSUMED ID)

**Juan Perez**
**DPOB:** 08/31/1964
(Case Original - ALIAS-ASSUMED ID)

**Gerand Herbert Wright**
**DPOB:** 09/24/1973
(Case Original - ALIAS-ASSUMED ID)

**Madeline Rondon**
**DPOB:** 03/10/1961
(Case Original - ALIAS-ASSUMED ID)

**Michael Eugene McGoldrick**
**DPOB:** 10/29/1931
(Case Original - ALIAS-ASSUMED ID)

**Michael Truman Hummel**
**DPOB:** 08/11/1944
(Case Original - ALIAS-ASSUMED ID)

**Richard Piper Bradley**

**DPOB:** 12/28/1935
(Case Original - ALIAS-ASSUMED ID)

**Cameron Wayne Adams**
**DPOB:** 11/17/1954
(Case Original - TRUE NAME)

**Mary Phillips**
**DPOB:** 03/02/1948
(Case Original - ALIAS-ASSUMED ID)

**Case Reports**

| Date | Snippet |
|------|---------|
|      |         |

**Attachments**

**Outstanding Warrants**

**Status**

| Date | Status |
|------|--------|
| Wed, 12/2/2009 | OPEN PQ |
| Wed, 12/2/2009 | OPEN Inv |

Report



# DIPLOMATIC SECURITY SERVICE
## HOUSTON FIELD OFFICE
### ASSIGNMENT COVER SHEET

CASE NAME: DENIS, RONY      VENUE: DS/ICI/HUFO

IMS CASE NO: PF-2010-00132      PQ NO: 2010-00157

AGENT ASSIGNED: _____    DATE: _____

AGENT ASSIGNED: _____    DATE: _____

AGENT ASSIGNED: _____    DATE: _____

AGENT ASSIGNED: _____    DATE: _____


CASE TYPE:      ADMINISTRATIVE: __

     CRIMINAL: X

     INTELLIGENCE: __

     LEAD: X


PROGRAM TYPE:      PASSPORT FRAUD: X

     VISA FRAUD: __

     PROTECTIVE INTELLIGENCE: __

     CRIMINAL INTELLIGENCE: __

     COMPUTER CRIME/FORENSICS: __

     LIAISON/COORDINATION: __

U.S. Department of State

**APPLICATION FOR** [X] **U.S. PASSPORT** [ ] **REGISTRATION**
(Type or print all capital letters in blue or black ink in white areas only)

00028436-0111

**1. NAME (First and Middle)**
RONY

LAST
DENIS

**2. MAIL PASSPORT TO: STREET / RFD # or P.O. BOX**   APT. #
5205 BRANON DR

CITY
EL PASO

STATE
TX

ZIP CODE
79924

COUNTRY / IN CARE OF (if applicable)

134009097

| | |
|---|---|
| [ ] 5 Yr. | [X] 10 Yr. | Issue Date |
| [ ]A [ ]D [ ]O [ ]DP | |

End. #   Exp.

**3. SEX** [X] M [ ] F

**4. PLACE OF BIRTH (City & State or City & Country)**
DUVALIERVILLE HAITI (HTI)

**5. DATE OF BIRTH**
Month 08 Day 24 Year 1963

**6. SOCIAL SECURITY NUMBER**
(SEE FEDERAL TAX LAW NOTICE ON PAGE 4)
359 00 11294

**11. HEIGHT** 5 6
**12. HAIR COLOR** Black
**13. EYE COLOR** Brown
**14. HOME TELEPHONE** 253 279-4902
**15. BUSINESS TELEPHONE** 253 584-3906
**16. OCCUPATION** Minister

**13. PERMANENT ADDRESS (DO NOT LIST P.O. BOX)** CITY STATE ZIP CODE
15804 WASHINGTON AVE S.W. TACOMA, WA 98492

**14. FATHER'S FULL NAME** BIRTHPLACE BIRTHDATE U.S. CITIZEN
Denis Arnold Port Delat 9/22/26 [X] Yes [ ] No

**15. MOTHER'S FULL MAIDEN NAME** BIRTHPLACE BIRTHDATE U.S. CITIZEN
Eanond M. Solange Hoste 1/18/42 [ ] Yes [X] No

**16. HAVE YOU EVER BEEN MARRIED** [X] Yes [ ] No
**SPOUSE'S OR FORMER SPOUSE'S FULL NAME AT BIRTH** Marjorie Robertson
BIRTHPLACE ST Louis, MO
BIRTHDATE 12/25/66 [X] Yes [ ] No

**17. OTHER NAMES YOU HAVE USED**
NONE

DATE OF MOST RECENT MARRIAGE WIDOWED/DIVORCED?
02 20 1988 [X]

**18. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT?** [ ] Yes [X] No   IF YES, COMPLETE NEXT LINE AND SUBMIT PASSPORT IF AVAILABLE   DISPOSITION [ ] Submitted [ ] Stolen
NAME IN WHICH ISSUED   MOST RECENT PASSPORT NUMBER   Month Day Year ISSUE DATE [ ] Lost

It is necessary to submit a statement with an application for a new passport when a previous valid or potentially valid passport cannot be presented. The statement must set forth in detail why the previous passport cannot be presented. Use Form DS-64

**19. EMERGENCY CONTACT** If you wish, you may supply the name, address and telephone number of a person not traveling with you to be contacted in case of emergency.

NAME
HUGH S. VIRGO
3209 96th St. S
LAKEWOOD   WA   98499   (253) 576-6828

**20. TRAVEL PLANS** (not mandatory)
Month Day Year
Date of Departure
Length of Trip
Countries to be Visited

**21. STOP DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO BY PERSON ADMINISTERING OATH.** I have not, since acquiring United States citizenship, performed any of the acts listed under "Acts or Conditions" on the reverse of this application form (unless explanatory statement is attached). I solemnly swear (or affirm) that the statements made on this application are true and the photograph attached is a true likeness of me.

X _____
Applicant's Signature - age 14 or older

X _____
Father's/Legal Guardian's Signature (if identifying minor)

X _____
Mother's/Legal Guardian's Signature (if identifying minor)

_____   Month Day Year
02 22 2002

(Signature of person authorized to accept application)

(SEAL)

[ ] Clerk of Court  Location _____
[ ] PASSPORT Agent _____
[X] Postal Employee   Main Office
[ ] Vice Consul USA   8401 Boles Dr
El Paso TX 79910-5x3

**23a. Applicant's or Father's Identifying Documents**
[X] Driver's License [ ] Passport [ ] Other (Specify)
Issue Date 08 19 1999   Expiration Date 08 24 2003   Place of Issue Washington
Name DENIS RONY   ID No. DENISE 375 N47

**23b. Mother's Identifying Documents**
[ ] Driver's License [ ] Passport [ ] Other (Specify)
Issue Date   Expiration Date   Place of Issue
Name

**24. FOR ISSUING OFFICE USE ONLY (Applicant's evidence of citizenship)**
[ ] Birth Certificate [ ] SR [ ] CR [ ] City  Filed/Issued: 7/26/02
[ ] Passport Bearer's Name:
[ ] Report of Birth:
[X] Naturalization/Citizenship Cert. No.: 26672663   U.S. INS
[ ] Other:   Issued Seattle, WA
[X] Seen & Returned:
[ ] Attached:

**25** FEE $45 MB
EXEC $35 EF
EF
OTHER

DS-11   OMB No. 1405-0004 Expires: 12/31/2001 Estimated Burden - 20 Minutes   Page 3 of 4

**Name:** Denis, Rony (No True Name available)

**Caution Flags:**

**U.S. Status:**

## General Information

**Type:** PRIMARY SUBJECT

**US Status:**

**Caution Flags:**

**Criminal History:** Criminal History Unknown

**Gender:**

**Race/Ethnicity:**

**Age Range:**

**Hair Color:**

**Hair Style:**

**Eye Color:**

**Height:** 0' 0.0"

**Weight:**

**Build:**

**Complexion:**

**Teeth:**

**Scars/Marks/Tattoos**

**Scars, Marks, & Tattoos:**

**Physical Appearance Change**

## Comments

Death record confirmed on file with Palm Beach County rep Tarsa 561-837-5847. DOD 07/15/1989. Order Certificate using FL State Form with Attention to Kevin Wright (Ext 1004) for priority processing.

USINS Seattled - Naturalized Certificate 26672663 Pursue denaturalization after arrest as he was naturalized under assumed ID.

P8D41931000S01

### Identities

CASE ORIGINAL        Denis, Rony

### Judicial/Non Judicial Actions

### Arrests

### Attachments

× Delete  Report

# Denis, Rony (ALIAS-ASSUMED ID)

**For Person:** Denis, Rony (No True Name available)      **Original Identity**

| **Information** | **Comments** |
|---|---|

**Type:** ALIAS-ASSUMED ID

**Name Information:** Rony Denis

**SSN:** 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

**Gender:** UNKNOWN

**Citizenship:**

**Ethnicity Type:**

**Date of Birth:** 08/23/1959

**Date of Emancipation:**

**Place of Birth:**

**Country of Residence:**

**Fingerprint Classification:**

**FBI Number:**

**Misc Number:**

**Marital Information:**

**Dates of Birth**

**Addresses**

**Phone Numbers**

**Email Addresses**

---

**Related Identities**

**Related Records**

**Drivers License:** DENISR-375N4: Rony, Denis

**Passport:** 134009097 - USA Denis, Rony

**Attachments**

---

✕ Delete   🖹 Report

# DENISR-375N4 - ( Denis Rony )

**Associated Case Identity:** Denis, Rony                                                    **State/Province:**

| **Information** | **Comments** |
| --- | --- |

**Associated Case Identity:** Denis, Rony

**License Number:** DENISR-375N4

**Attachments** 🗋

**Type/Class:** AUTOMOBILE

**Status:**

**Finding:**

**Issue Data:**
**Issue Date:** 08/19/1999
**Expiration Date:** 08/24/2003
**Issued To:** Denis Rony

**Issue Authority:**
**Type:** DEPARTMENT OF MOTOR VEHICLES
**Location:** Washington State

✕ Delete | 📄Report

# 134009097 : Denis, Rony

**USA**
**Finding:**
**Date:**
**Name:**

INDIVIDUAL/TOURIST
**Status:** Active
**Issue Date:** 02/27/2002

### General Information

**Passport Number:** 134009097

**Passport Type:** INDIVIDUAL/TOURIST

**Passport Country:** USA

**Associated Case Identity:** Denis, Rony

**Issued To:**
Rony Denis

**Issue Date:** 02/27/2002

**Expiration Date:** 02/27/2012

**Finding:**

**Issuance Location:**
  **Location:** Houston Passport Office
  **Location Type:** U.S. DEPARTMENT OF STATE
  **Address:**

**Status:** Active

### Comments

### Attachments

✕ Delete   Report

SUMMARY OF DATA BASE CHECKS

CHECKS COMPLETED BY: Danielle Nitz – March 17, 2011

**CASE NUMBER: PF-2010-00132 (DENIS, RONY)**

SUBJECT NAME: Rony DENIS
DOB: 08/23/1959
CRIMINAL HISTORY: No.
SYNOPSIS: Imposter. Death Match. Subject assumed the identity of a deceased individual.
SUBJECT ("Rony DENIS") submitted a DS-11 on February 20, 2002 and was issued PPT #134009097.
According to the SSA Rony DENIS died July 15, 1989.

**CLEAR BASIC REPORT:**

CPC report on Subject's name and DOB shows the Subject's most current address as:      QUERY DATE: 03/10/2011

428 Willow Oak Lane
Hinesville, GA 31313

This address is NOT the same as the permanent addresses listed on the DS-11. There are numerous reporting elements linking the Subject to this address. The CPC reported DOB and SSN for the Subject matches the DS-11. DS-11 shows Subject's address as:

5205 Branson Drive
El Paso, TX 79924

**TEXAS DEPT OF PUBLIC SAFETY:**

Negative.                                     QUERY DATE: 3/06/2011

**CRIMINAL HISTORY**

No Criminal History.                          QUERY DATE: 03/10/2011

**EL PASO FUSION CENTER:**

Negative.                                     QUERY DATE: 03/10/2011

**EPIC:**

Not submitted.                                QUERY DATE: 03/10/2011

**PIERS ADDRESS**

Negative.                                     QUERY DATE: 03/10/2011

**TEXAS WORK COMISSION**

No Records Found.                             QUERY DATE: 03/10/2011

**CCD FACIAL RECOGNITION**

Negative.                                     QUERY DATE: 03/10/2011

LEAVE BLANK    CRIMINAL    STAPLE HERE    LEAVE BLANK

STATE USAGE
NFF SECOND
SUBMISSION    APPROXIMATE CLASS    AMPUTATION    SCAR

STATE USAGE

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

RONY,DENIS

SIGNATURE OF PERSON FINGERPRINTED

SOCIAL SECURITY NO.    LEAVE BLANK

590011294

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 08 23 1959 | M | B | 508 | 160 | BLK | BLK |



1. R. THUMB    2. R. INDEX    3. R. MIDDLE    4. R. RING    5. R. LITTLE

6. L. THUMB    7. L. INDEX    8. L. MIDDLE    9. L. RING    10. L. LITTLE

EPSON PERF 4990 GEBW028241    Tray 2  PHASER 4500 PMT284098 4/12/2010 9:22:00 AM

LEFT FOUR FINGERS TAKEN SIMULTANEOUSLY    L. THUMB    R. THUMB    RIGHT FOUR FINGERS TAKEN SIMULTANEOUSLY



**The United States Department of State - Bureau of Consular Affairs**

## Social Security Administration Death

*Report by PUBLIC on February , 24TH 2010 13:08 ET*

Excel

---

*Sensitive But Unclassified (SBU) - Information Protected under The Privacy Act of 1974 (5 USC 552a as amended)*

| | |
|---|---|
| **SSN:** | **590011294** |
| **Surname (Exact match...):** | **Not Specified** |
| **Given Name (Begins with...):** | **Not Specified** |
| **Date of Birth:** | **Not Specified** |

Note: The data in this report includes records of deaths through 02/19/10.

| SSN | Name | Date of Birth | Date of Death | State | Last Residence Zip | Lump Sum Payment Zip |
|---|---|---|---|---|---|---|
| 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 | Denis, Rony | 08/23/1959 | 07/15/1989 | | 33444 | |

---

Technical Support: SupportdeskCA@state.gov

*DOB on FL death certificate is 8/23/1962*

U.S. Postal
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To  FL BVS

Street, Apt. No.; or PO Box No.
City, State, ZIP+4

See Reverse for Instructions

PS Form 3800, June 2002

**State of Florida**
**Department of Health**
**Bureau of Vital Statistics**
**FLORIDA DEATH OR FETAL DEATH RECORD**

...may apply for a death certification. When cause of death information is also requested and ...t accompany this application AND the applicant OR person being represented must be an ... form). Relationship to the decedent must be entered in the space provided at the bottom of ... are: driver's license, state identification card, passport, and/or military ID card. When ...curred over 50 years prior to the request, photo identification is not required. If a funeral ...rse side of this form to ensure proper completion of this application.

...DENT PLEASE CHECK APPROPRIATE BOX: ☐ DEATH    ☐ FETAL DEATH

| MIDDLE | LAST | SUFFIX |
|---|---|---|
| | Denis | |

| IF MARRIED FEMALE, MAIDEN SURNAME | (if known) |
|---|---|

| STATE FILE NUMBER (if known) | SEX |
|---|---|
| | m |

| PLACE OF DEATH CITY OR TOWN | PLACE OF DEATH COUNTY |
|---|---|

| NAME OF SURVIVING SPOUSE AS RECORDED ON DEATH RECORD (if applicable and if known)) | FIRST | MIDDLE | LAST | SUFFIX |
|---|---|---|---|---|

| SOCIAL SECURITY NUMBER | 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 | FUNERAL HOME NAME | Stragun & Son Tri-City Funeral Home |
|---|---|---|---|

**IMPORTANT INFORMATION**

*Any person who willfully and knowingly provides any false information on a certificate, record or report required by Chapter 382, Florida Statutes, or on any application or affidavit, or who obtains confidential information from any Vital Record under false or fraudulent purposes, commits a felony of the third degree, punishable as provided in Chapter 775, Florida Statutes.*

**SECTION B – FEES: A RECORD SEARCH REQUIRES ADVANCE PAYMENT OF A NON-REFUNDABLE SEARCH FEE OF $5.00**

1st CERTIFICATION - Fee of $5.00 entitles applicant to ONE certification. Check appropriate box:

☒ Without Cause of Death    ☐ With Cause of Death (See Eligibility on the reverse side of this form)

| | | | | |
|---|---|---|---|---|
| | $5.00 | X | 1 | = | $5.00 |

Additional Certifications WITHOUT Cause of Death:
$4.00 for each subsequent certification

| $4.00 | X | | = | $0.00 |
|---|---|---|---|---|

Additional Certifications WITH Cause of Death (See Eligibility on the reverse side of this form):
$4.00 for each subsequent certification

| $4.00 | X | | = | |
|---|---|---|---|---|

Additional Years to be Searched: Required *only* when exact year is *not* known $2.00 for each additional year. The maximum additional year search fee is $ 50.00 regardless of the total number of years to be searched.

Total additional years

| $2.00 | X | | = | |
|---|---|---|---|---|

RUSH ORDERS (Optional): RUSH Fees are an additional $10.00.
See reverse side "Options for Rush Service" for ALL RUSH options and response times.
This section applies ONLY to mail in rush orders. Your Envelope must be marked "RUSH"

Check here for rush order ☐    =

TOTAL AMOUNT ENCLOSED: Check or Money Order Payable to: Vital Statistics. (DO NOT SEND CASH)
International payments must be by Cashiers Check or Money Order in U. S. Dollars.
*Florida Law imposes an additional service charge of $15.00 for dishonored checks.*

ENCLOSE COPY OF VALID PHOTO IDENTIFICATION IF CAUSE OF DEATH CERTIFICATIONS ARE ORDERED OR YOUR ORDER WILL NOT BE COMPLETED    $5.00

**SECTION C – MAILING INFORMATION:**

| Applicant's Name TYPE OR PRINT | FIRST, MIDDLE, LAST (INCLUDING ANY SUFFIX) SA Brian J. Rapier | Applicant Signature |
|---|---|---|

| If Funeral Director or Attorney listed as Applicant and requesting Cause of Death Information | LICENSE/BAR NUMBER | NAME OF PERSON YOU ARE REPRESENTING |
|---|---|---|

| If requesting cause of death, state your relationship (OR if a funeral director or an attorney, the relationship of the person you are representing) to the decedent. | RELATIONSHIP TO DECEDENT Federal Law Enforcement criminal investigation |
|---|---|

| HOME PHONE NUMBER (713) 209-3293 | ADDRESS FOR MAILING (BE SURE TO INCLUDE ANY BUILDING OR APARTMENT NUMBER.) 1919 Smith Street, Suite 2100 | |
|---|---|---|

| ALTERNATE PHONE NUMBER (713) 209-3488 | CITY Houston | STATE TX | ZIP CODE 77002 |
|---|---|---|---|

*IF THE CERTIFICATION IS TO BE MAILED TO ANOTHER PERSON OR ADDRESS USE THE SPACES BELOW TO SPECIFY SHIP TO NAME AND ADDRESS.*

| SHIP TO NAME TYPE OR PRINT | FIRST | MIDDLE | LAST (INCLUDING ANY SUFFIX) |
|---|---|---|---|
| HOME PHONE NUMBER | SHIP TO STREET ADDRESS (AND APT. NO. IF APPLICABLE) | | |
| WORK PHONE NUMBER | CITY | STATE | ZIP CODE |

DH 727, 9/08  64V-1.0131, Florida Administrative Code

STATE OF FLORIDA    JUL-10-1991 01:29PM 91-195256

## OFFICE of VITAL STATISTICS

### CERTIFIED COPY
CERTIFICATE OF DEATH    ORB 6886 Pg 348
FLORIDA

**1 DECEDENT'S NAME** (First, Middle, Last)
RORY S. DENIS    **2 SEX** male

**3 DATE OF DEATH** (Month, Day, Year)
July 15, 1989    **4 SOCIAL SECURITY NUMBER**    **5a AGE** Last Birthday 28    **5b UNDER 1 YEAR** **5c UNDER 1 DAY**

**6 BIRTHPLACE** (City and State or Foreign Country)
Gonvaives, Haiti    **7 WAS DECEDENT EVER IN US ARMED FORCES?** NO

**7a DATE OF BIRTH** (Month, Day, Year)
August 21, 1962    **8 PLACE CITY LIMITS?** Yes

**9a PLACE OF DEATH**    **9b COUNTY OF DEATH** Palm Beach
HOSPITAL □ Inpatient □ ER/Outpatient □ DOA □ Nursing Home □ Residence □ Other (Specify)

**9c FACILITY NAME** (If not institution, give street and number)
Bethesda Memorial Hospital    **9d CITY, TOWN, OR LOCATION OF DEATH** Boynton Beach

**10 DECEDENT'S USUAL OCCUPATION**
Electrician    **10a KIND OF BUSINESS/INDUSTRY** General House Wiring    **11 MARITAL STATUS** Married    **11a SURVIVING SPOUSE** (If wife, give maiden name) Enande Dieuguste

**12 RESIDENCE — STATE** Florida    **12a COUNTY** Palm Beach    **12b CITY, TOWN, OR LOCATION** Delray Beach    **12c STREET AND NUMBER** 1360 N. W. 1st Street

**12d INSIDE CITY LIMITS?** Yes    **12e ZIP CODE** 33444    **13 WAS DECEDENT OF HISPANIC ORIGIN?** No    **14 RACE** black    **15 DECEDENT'S EDUCATION**

**13a** Haitian

**16 FATHER'S NAME** (First, Middle, Last)
JONES PHILIPPE    **17 MOTHER'S NAME** (First, Middle, Maiden Surname) Theada Denis

**18a INFORMANT'S NAME** (Type/Print)    **18b MAILING ADDRESS** (Street and Number or Rural Route Number, City or Town, State, Zip Code)
1360 N. W. 1st. STREET DELRAY BEACH, FLORIDA 33444

**19 METHOD OF DISPOSITION**
□ Burial □ Cremation □ Removal from State
□ Donation □ Other (Specify)    **20a PLACE OF DISPOSITION** (Name of cemetery, crematory or other place) Delray Beach Cemetery    **20b LOCATION** — City or Town, State Delray Beach, Florida

**21a SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH**    **21b NAME AND ADDRESS OF FACILITY** STRACHIN & SON TRI-CITY FUNERAL HOME 26 SW 5TH AVENUE DELRAY BEACH, FLORIDA 33444
Scarsby Strachan    2751

**22a** [signature]    **22b HOUR OF DEATH** 10:15am 7/15/89

**23a NAME AND ADDRESS OF CERTIFYING PHYSICIAN, MEDICAL EXAMINER** (Type or Print)
RICHARD A. CAPPIELLO, M. D. 16244 S.MILITARY TRAIL DELRAY BEACH, FLORIDA 33484

**24 DATE SIGNED** (Month, Day, Year)
JULY 17, 1989    **25 DATE REGISTERED** JUL 24 1989

**26. PART I** IMMEDIATE CAUSE (Final disease or condition resulting in death)
a. Cardiopulmonary Arrest
DUE TO (OR AS A CONSEQUENCE OF):
b. Acquired Immunodeficiency Syndrome
DUE TO (OR AS A CONSEQUENCE OF):
c. Hepatic Failure

**RECORD VERIFIED
PALM BEACH COUNTY, FLA.
JOHN B. DUNKLE
CLERK CIRCUIT COURT**

THIS IS A CERTIFIED TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE

APR 10 1990

BY: Irene N. Stevens    OLIVER H. BOORDE
State Registrar

**WARNING:** ANY REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW, DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH COLORED BACKGROUND AND EMBOSSED GREAT SEAL OF THE STATE OF FLORIDA. ALTERATION OR ERASURE VOIDS THIS CERTIFICATION.

CERTIFICATION OF VITAL RECORD

*[Handwritten annotations in right margin:]*
Jean Paul, Ernande
Denis, Ernande
Dieujuste, Ernande
592.16
4965
DOB 01/06/1967

FL DL



Driver License Transaction on **01-07-98**

DL/ID Number
**D520-720-59-303-0**

Class
**I**

**RONY DENIS**
**118 S WEST SHORE BLVD #237**
**TAMPA, FL 33609-0000**

Date of Birth
**08-23-59**

Sex
**M**

Height
**6'02**

Restrictions

Endorsements

Fingerprint on file
**None**

Issue Date
**01-07-98**

Issue Time
**16:02:14**

Expiration Date
**08-23-01**

Duplicate Date

Form Number
**S039801070280**

Conditional Messages:

DNIS RONY

date of death
is 7/15/1989

SUMMARY OF DATA BASE CHECKS
CHECKS COMPLETED BY: Danielle Nitz – March 17, 2011

**CASE NUMBER: PF-2010-00132 (DENIS, RONY)**

SUBJECT NAME: Rony DENIS
DOB: 08/23/1959
CRIMINAL HISTORY: No.
SYNOPSIS: Imposter. Death Match. Subject assumed the identity of a deceased individual.
SUBJECT ("Rony DENIS") submitted a DS-11 on February 20, 2002 and was issued PPT #134009097.
According to the SSA Rony DENIS died July 15, 1989.

**CLEAR BASIC REPORT:**

CPC report on Subject's name and DOB shows the Subject's most current address as:      QUERY DATE: 03/10/2011

428 Willow Oak Lane
Hinesville, GA 31313

This address is NOT the same as the permanent addresses listed on the DS-11. There are numerous reporting elements linking the Subject to this address. The CPC reported DOB and SSN for the Subject matches the DS-11. DS-11 shows Subject's address as:

5205 Branson Drive
El Paso, TX 79924

**TEXAS DEPT OF PUBLIC SAFETY:**

Negative.                                                                      QUERY DATE: 3/06/2011

**CRIMINAL HISTORY**

No Criminal History.                                                           QUERY DATE: 03/10/2011

**EL PASO FUSION CENTER:**

Negative.                                                                      QUERY DATE: 03/10/2011

**EPIC:**

Not submitted.                                                                 QUERY DATE: 03/10/2011

**PIERS ADDRESS**

Negative.                                                                      QUERY DATE: 03/10/2011

**TEXAS WORK COMISSION**

No Records Found.                                                              QUERY DATE: 03/10/2011

**CCD FACIAL RECOGNITION**

Negative.                                                                      QUERY DATE: 03/10/2011

LEAVE BLANK          CRIMINAL          [STAPLE HERE]          LEAVE BLANK

STATE USAGE

NFF SECOND

SUBMISSION          APPROXIMATE CLASS          AMPUTATION          SCAR

STATE USAGE

LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

**RONY,DENIS**

SIGNATURE OF PERSON FINGERPRINTED          SOCIAL SECURITY NO.          LEAVE BLANK

**590011294**

ALIASES/MAIDEN
LAST NAME, FIRST NAME, MIDDLE NAME, SUFFIX

| FBI NO. | STATE IDENTIFICATION NO. | DATE OF BIRTH MM DD YY | SEX | RACE | HEIGHT | WEIGHT | EYES | HAIR |
|---|---|---|---|---|---|---|---|---|
| | | 08 23 1959 | M | B | 508 | 160 | BLK | BLK |



EPSON PERF 4990 GEBW028241          Tray 2' PHASER 4500 PMT284098 4/12/2010 9:22:00 AM



**The United States Department of State - Bureau of Consular Affairs**

## Social Security Administration Death

*Report by PUBLIC on February , 24TH 2010 13:08 ET*

Excel

---

*Sensitive But Unclassified (SBU) - Information Protected under The Privacy Act of 1974 (5 USC 552a as amended)*

| | |
|---|---|
| **SSN:** | **590011294** |
| **Surname (Exact match...):** | **Not Specified** |
| **Given Name (Begins with...):** | **Not Specified** |
| **Date of Birth:** | **Not Specified** |

**Note: The data in this report includes records of deaths through 02/19/10.**

| SSN | Name | Date of Birth | Date of Death | State | Last Residence Zip | Lump Sum Payment Zip |
|---|---|---|---|---|---|---|
| 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 | Denis, Rony | 08/23/1959 | 07/15/1989 | | 33444 | |

Technical Support: SupportdeskCA@state.gov

*DOB on FL death certificate is 8/23/1962*

**U.S. Postal Service**
**CERTIFIED MAIL™ RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Reciept Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To  *FL BVS*

Street, Apt. No.; or PO Box No.

City, State, ZIP+4

See Reverse for Instructions

PS Form 3800, June 2002

7002 3150 0005 6113 2594

**State of Florida**
**Department of Health**
**Bureau of Vital Statistics**
**FLORIDA DEATH OR FETAL DEATH RECORD**

...may apply for a death certification. When cause of death information is also requested and ...t accompany this application AND the applicant OR person being represented must be at ... form). Relationship to the decedent must be entered in the space provided at the bottom of ... are: driver's license, state identification card, passport, and/or military ID card. When ...curred over 50 years prior to the request, photo identification is not required. If a funeral ...rse side of this form to ensure proper completion of this application.

...DENT PLEASE CHECK APPROPRIATE BOX: ☐ DEATH     ☐ FETAL DEATH

| MIDDLE | LAST | SUFFIX |
|---|---|---|
| | Denis | |

| IF MARRIED FEMALE, MAIDEN SURNAME | (if known) |
|---|---|

| STATE FILE NUMBER (if known) | SEX |
|---|---|
| | m |

| PLACE OF DEATH CITY OR TOWN | PLACE OF DEATH COUNTY |
|---|---|

| NAME OF SURVING SPOUSE AS RECORDED ON DEATH RECORD (if applicable and if known)) | FIRST | MIDDLE | LAST | SUFFIX |
|---|---|---|---|---|

| SOCIAL SECURITY NUMBER | FUNERAL HOME NAME |
|---|---|
| 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 | Stragun & Son Tri-City Funeral Home |

**IMPORTANT INFORMATION**

*Any person who willfully and knowingly provides any false information on a certificate, record or report required by Chapter 382, Florida Statutes, or on any application or affidavit, or who obtains confidential information from any Vital Record under false or fraudulent purposes, commits a felony of the third degree, punishable as provided in Chapter 775, Florida Statutes.*

**SECTION B – FEES:** *A RECORD SEARCH REQUIRES ADVANCE PAYMENT OF A NON-REFUNDABLE SEARCH FEE OF $5.00*

1st CERTIFICATION - Fee of $5.00 entitles applicant to ONE certification. Check appropriate box:

☒ Without Cause of Death     ☐ With Cause of Death (See Eligibility on the reverse side of this form)

| | | | | | |
|---|---|---|---|---|---|
| | $5.00 | X | 1 | = | $5.00 |

**Additional Certifications WITHOUT Cause of Death:**
$4.00 for each subsequent certification

| | | | | | |
|---|---|---|---|---|---|
| | $4.00 | X | | = | $0.00 |

**Additional Certifications WITH Cause of Death (See Eligibility on the reverse side of this form):**
$4.00 for each subsequent certification

| | | | | |
|---|---|---|---|---|
| $4.00 | X | | = | |

**Additional Years to be Searched:** Required *only* when exact year is *not* known $2.00 for each additional year. The maximum additional year search fee is $50.00 regardless of the total number of years to be searched.

Total additional years

| | | | |
|---|---|---|---|
| $2.00 | X | | |

**RUSH ORDERS** (Optional): RUSH Fees are an additional $10.00.
See reverse side "Options for Rush Service" for ALL RUSH options and response times.
This section applies ONLY to mail in rush orders. Your Envelope must be marked "RUSH"

Check here for rush order ☐

**TOTAL AMOUNT ENCLOSED:** Check or Money Order Payable to: Vital Statistics. (DO NOT SEND CASH) International payments must be made by Cashiers Check or Money Order in U. S. Dollars. *Florida Law imposes an additional service charge of $15.00 for dishonored checks.*

| ENCLOSE COPY OF VALID PHOTO IDENTIFICATION IF CAUSE OF DEATH CERTIFICATIONS ARE ORDERED OR YOUR ORDER WILL NOT BE COMPLETED | $5.00 |
|---|---|

**SECTION C – MAILING INFORMATION:**

| Applicant's Name TYPE OR PRINT | FIRST, MIDDLE, LAST (INCLUDING ANY SUFFIX) SA Brian J. Rapier | Applicant Signature |
|---|---|---|

| If Funeral Director or Attorney listed as Applicant and requesting Cause of Death Information | LICENSE/BAR NUMBER | NAME OF PERSON YOU ARE REPRESENTING |
|---|---|---|

| If requesting cause of death, state your relationship (OR if a funeral director or an attorney, the relationship of the person you are representing) to the decedent. | RELATIONSHIP TO DECEDENT Federal Law Enforcement criminal investigation |
|---|---|

| HOME PHONE NUMBER (713) 209-3293 | ADDRESS FOR MAILING (BE SURE TO INCLUDE ANY BUILDING OR APARTMENT NUMBER.) 1919 Smith Street, Suite 2100 | | |
|---|---|---|---|

| ALTERNATE PHONE NUMBER (713) 209-3488 | CITY Houston | STATE TX | ZIP CODE 77002 |
|---|---|---|---|

*IF THE CERTIFICATION IS TO BE MAILED TO ANOTHER PERSON OR ADDRESS USE THE SPACES BELOW TO SPECIFY SHIP TO NAME AND ADDRESS.*

| SHIP TO NAME TYPE OR PRINT | FIRST | MIDDLE | LAST (INCLUDING ANY SUFFIX) |
|---|---|---|---|

| HOME PHONE NUMBER | SHIP TO STREET ADDRESS (AND APT. NO. IF APPLICABLE) | | |
|---|---|---|---|

| WORK PHONE NUMBER | CITY | STATE | ZIP CODE |
|---|---|---|---|

DH 727, 9/08  64V-1.0131, Florida Administrative Code

Death Match - 028

STATE OF FLORIDA    JUL 10 1991 01:29PM 91-195256

## OFFICE of VITAL STATISTICS

### CERTIFIED COPY
### CERTIFICATE OF DEATH
### FLORIDA

ORB 6886 Pg 348

LOCAL FILE NO

1 DECEDENT'S NAME (First, Middle, Last)
**RORY S. DENIS**

2 SEX
male

3 DATE OF DEATH (Month, Day, Year)
**July 15, 1989**

4 SOCIAL SECURITY NUMBER

5a AGE Last Birthday
**28**

5b UNDER 1 YEAR

5c UNDER 1 DAY

6 DATE OF BIRTH (Month, Day, Year)
**August 23, 1962**

7 BIRTHPLACE (City and State or Foreign Country)
**Gonaives, Haiti**

8 WAS DECEDENT EVER IN U.S. ARMED FORCES? (Yes or No)
NO

9a PLACE OF DEATH (Check only one, see instructions on other side)

HOSPITAL: Inpatient ☐ ER/Outpatient ☐ DOA ☐

OTHER: ☐ Nursing Home ☐ Residence ☐ Other (Specify)

9b FACILITY NAME (If not institution, give street and number)
**Bethesda Memorial Hospital**

9c CITY, TOWN, OR LOCATION OF DEATH
**Boynton Beach**

9d COUNTY OF DEATH
**Palm Beach**

10a DECEDENT'S USUAL OCCUPATION
**Electrician**

10b KIND OF BUSINESS/INDUSTRY
**General House Wiring**

11 MARITAL STATUS - Married, Never Married, Widowed, Divorced (Specify)
**Married**

12 SURVIVING SPOUSE (If wife, give maiden name)
**Enande Dieuguste**

13a RESIDENCE - STATE
**Florida**

13b COUNTY
**Palm Beach**

13c CITY, TOWN, OR LOCATION
**Delray Beach**

13d STREET AND NUMBER
**1360 N. W. 1st Street**

13e INSIDE CITY LIMITS? (Yes or No)
**Yes**

13f ZIP CODE
**33444**

14 WAS DECEDENT OF HISPANIC ORIGIN? (Specify No or Yes — If yes, specify Cuban, Mexican, Puerto Rican, etc.)
**Haitian**

15 RACE — American Indian, Black, White, etc.
**black**

16 DECEDENT'S EDUCATION (Specify only highest grade completed)

17 FATHER'S NAME (First, Middle, Last)
**JONES PHILIPPE**

18 MOTHER'S NAME (First, Middle, Maiden Surname)
**Theada Denis**

19a INFORMANT'S NAME (Type/Print)
**1360 N. W. 1st. STREET DELRAY BEACH, FLORIDA 33444**

20a METHOD OF DISPOSITION

☐ Burial ☐ Cremation ☐ Removal from State

☐ Donation ☐ Other (Specify)

20b PLACE OF DISPOSITION (Name of cemetery, crematory or other place)
**Delray Beach, Florida**

20c LOCATION — City or Town, State
**Delray Beach Cemetery**

21a SIGNATURE OF FUNERAL SERVICE LICENSEE OR PERSON ACTING AS SUCH
*Randy Strachan*

21b LICENSE NUMBER
**2731**

22 NAME AND ADDRESS OF FACILITY
**STRACHAN & SON TRI-CITY FUNERAL HOME 26 SW 5TH AVENUE DELRAY BEACH, FLORIDA 33444**

23a To the best of my knowledge, death occurred at the time, date and place and due to the cause(s) stated.

Signature and Title ▶ M.D.

23b HOUR OF DEATH
**10:16 am 7/15/89**

23c DATE SIGNED (Month, Day, Year)
**7/17/89**

24 TIME OF DEATH

25 WAS CASE REFERRED TO MEDICAL EXAMINER?

24a NAME OF ATTENDING PHYSICIAN IF OTHER THAN CERTIFIER (Type or Print)

24b PRONOUNCED DEAD (Month, Day, Year)

**RICHARD A. CAPPIELLO, M. D. 16244 S. MILITARY TRAIL DELRAY BEACH, FLORIDA 33484**

26 On the basis of examination and/or investigation, in my opinion death occurred at the time, date and place and due to the cause(s) stated.

Signature and Title of MEDICAL EXAMINER — SIGNATURE

27 DATE SIGNED (Month, Day, Year)
JUL 17, 1989

28 DATE REGISTERED
JUL 24 1989

PART I.

IMMEDIATE CAUSE (Final disease or condition resulting in death)
(a) *Cardiopulmonary Arrest*
DUE TO, OR AS A CONSEQUENCE OF:

Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST.
(b) *Acquired Immunodeficiency Syndrome*
DUE TO, OR AS A CONSEQUENCE OF:
(c) *Hepatic Failure*
DUE TO, OR AS A CONSEQUENCE OF:

28 Approximate Interval Between Onset and Death

PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.

27a WAS AN AUTOPSY PERFORMED?
**no**

27b WERE AUTOPSY FINDINGS AVAILABLE PRIOR TO COMPLETION OF CAUSE OF DEATH?

29 CASE REFERRED TO MEDICAL EXAMINER?
**no**

29 IF FEMALE, WAS THERE A PREGNANCY IN THE PAST 3 MONTHS?

30a DID TOBACCO USE CONTRIBUTE TO DEATH?

30b DATE OF INJURY (Month, Day, Year)

31 PRONOUNCED & MANNER OF DEATH

32a DATE OF INJURY (Month, Day, Year)

32b TIME OF INJURY

32c INJURY AT WORK?

32d DESCRIBE HOW INJURY OCCURRED

33a PLACE OF INJURY — At home, farm, street, factory, etc. (Specify)

33b LOCATION (Street and Number or Rural Route Number, City or Town, State)

RECORD VERIFIED
PALM BEACH COUNTY, FLA.
JOHN B. DUNKLE
CLERK CIRCUIT COURT

THIS IS A CERTIFIED TRUE AND CORRECT COPY OF THE OFFICIAL RECORD ON FILE IN THIS OFFICE    APR 10 1990

BY: *Irene N. Stevens*

OLIVER H. BOORDE
State Registrar

WARNING: ANY REPRODUCTION OF THIS DOCUMENT IS PROHIBITED BY LAW. DO NOT ACCEPT UNLESS ON SECURITY PAPER WITH STATE SEAL AND SIGNATURE OF CUSTODIAN. ALTERATION OR ERASURE VOIDS THIS CERTIFICATION.

HRS Form 1564 (8/88)

CERTIFICATION OF VITAL RECORD

---

*Handwritten annotations in right margin:*

Jean Paul, Ernande

Denis, Ernande

Dieujuste, Ernande

592.16.4965

DOB 01/06/1967

FL DL



Driver License Transaction on **01-07-98**

DL/ID Number
**D520-720-59-303-0**

Class
**I**

**RONY DENIS**
**118 S WEST SHORE BLVD #237**
**TAMPA, FL 33609-0000**

Date of Birth
**08-23-59**

Sex
**M**

Height
**6'02**

Restrictions

Endorsements

Fingerprint on file
**None**

Issue Date
**01-07-98**

Issue Time
**16:02:14**

Expiration Date
**08-23-01**

Duplicate Date

Form Number
**S039801070280**

Conditional Messages:

Done

Internet

DNIS RONY

date of death
is 7/15/1989

SBU (LAW ENFORCEMENT SENSITIVE)



**Diplomatic Security Service**
**Houston Field Office**

**IMS Case Report**

| DS Case Number:<br>PF-2010-00132 | Case Title:<br>DENIS, RONY | Report Date:<br>03/09/2012 |
|---|---|---|
| Case Type:<br>CRIMINAL | Investigative Program Type:<br>PASSPORT FRAUD | Dates Investigated:<br>01/11/2010 - 03/09/2012 |
| Case Impact:<br>MEDIUM | Case Status:<br>CLOSED | Open/Close Dates:<br>01/11/2010 - 03/09/2012 |
| Report Type:<br>CASE FINAL | Report Title: | Report Status:<br>APPROVED |

SUMMARY

On 02/2002, Rony DENIS (SUBJECT) executed DS-11 application 134009097 at the USPS El Paso, TX. Operation Death Match Redux revealed that SUBJECT's Social Security Number (SSN) is registered to a deceased individual. Diplomatic Security verified that the death certificate exists in the name of Rony DENIS; date of death 07/15/1989, Palm Beach FL. Results of investigation are inconclusive.  SUBJECT's passport is expired.  Statute of limitation has run on this specific 18 USC 1542 charge.


DS/ICI/HFO considers this case CLOSED.


DETAILS

On 02/2002, Rony DENIS (SUBJECT) executed DS-11 application 134009097 at the USPS El Paso, TX. Operation Death Match Redux revealed that SUBJECT's Social Security Number (SSN) is registered to a deceased individual. Diplomatic Security verified that the death certificate exists in the name of Rony DENIS. Date of death 07/15/1989, Palm Beach FL.

On 3/23/2002, Special Agent (SA) Dau AYUB and SA Mike McCORMICK interviewed current residents of 5205 Branon Dr, El Paso, TX, the house listed on DS-11 as SUBJECT's permanent address. The tenant's, Flora KRAUSE and Joseph KRAUSE recognized SUBJECT after SA AYUB showed them the photograph on the DS-11. They stated they knew him as Rony DENIS, a Haitian national. J. KRAUSE indicated that he is the pastor of the local church of the "New Testament Christian Churches of America Inc," and that through his membership in this church and participation in regional gatherings, met the SUBJECT but has had no interaction with him since 2004.

J. KRAUSE's stated the SUBJECT left the church organization and El Paso some time after a meeting in spring of 2003 where SUBJECT expressed his intention of planting his own church in Georgia. J. KRAUSE stated the last name he knew was used by SUBJECT's church was "The House of Prayer" and believed it to be in GA. SA AYUB located the church's incorporation information and SUBJECT's ties to such church on public domain databases. The church's main office is at 6538 Collins Ave Ste 141 Miami Beach, FL 33141, and is incorporated in Florida. SUBJECT used 428 Willow Oak ln, Hinesville, GA 31313 as his address on the incorporation documents.

| Reporting Official:<br>Rapier, Brian J | Distribution:<br>Houston Passport Agency, San Francisco Field Office |
|---|---|
| Approving Official:<br>Conrado, Jorge I | |

DS# PF-2010-00132
CASE FINAL: 03/09/2012
05:00 AM GMT

**SBU (LAW ENFORCEMENT SENSITIVE)**

SA GEHO confirmed with USPS that SUBJECT still receives mail at 428 Willow Oak Lane, Hinesville, GA. USPS mail carrier identified SUBJECT in DS-11 photo as the resident of 428 Willow Oak Lane. Mail carrier also said that SUBJECT recently installed a camera and intercom by his front door and refuses to answer the door.

On 08/09/2011, SA Guy and SA Joseph Maynard conducted an interview with Ernande Dieujuste Jean-Paul at 324 Datura Street West Palm Beach, Florida 33401, widow of the deceased Rony DENIS. She failed to identify SUBJECT. She provided a copy of a Haitian document that purports to be a delayed-entry birth record for the deceased DENIS.

Lead request was sent to U.S. Embassy Port-au-Prince to find evidence to confirm deceased DENIS is true ID. Haitian government was unable to confirm or deny genuineness of documents.

Lead request sent to Charleston Satellite Office to conduct SUBJECT interview. SUBJECT refused all requests for an interview. SA Geho's office received a call from Steven SADOW, an attorney purporting to represent SUBJECT.

SA Rapier contacted SADOW and requested documents that would indicate SUBJECT's life-long occupancy of the "Rony DENIS" identity. On 3/8/2012, SADOW provided an army certificate from 1984 and a driver's license issued in 1988. SA Rapier requested documents that predated the use of the identity by others. SADOW reported that his client declined to provide any further assistance.

The results of the investigation are inconclusive. The statute of limitations has expired on this 18 USC 1542 charge against SUBJECT and SUBJECT's passport has expired.

DS/ICI/HFO considers this case CLOSED.

This report is the property of the U.S. Department of State, Diplomatic Security Service. Neither the report nor its contents may be disclosed to unauthorized persons without the expressed permission of the Diplomatic Security Service.

**SBU (LAW ENFORCEMENT SENSITIVE)**