| |
|---|
| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

**U.S. Department of State**
**APPLICATION FOR** [X] U.S. PASSPORT [ ] REGISTRATION
(Type or print all capital letters in blue or black ink in white areas only)

00028436-0111

1. NAME (First and Middle): RONY
LAST: DENIS
2. MAIL PASSPORT TO STREET, RFD, or P.O. BOX: 5205 BRANON DR   APT #:
CITY: EL PASO   STATE: TX
ZIP CODE: 79924   COUNTRY / IN CARE OF:

Barcode: 134009097
[ ] 5 Yr.  [X] 10 Yr.

3. SEX: [X] M [ ] F
4. PLACE OF BIRTH: DUVALIERVILLE HAITI (HTI)
5. DATE OF BIRTH: 08/24/1963
6. SOCIAL SECURITY NUMBER: 590011294
7. HEIGHT: 5' 6"
8. HAIR COLOR: Black
9. EYE COLOR: Brown
10. HOME TELEPHONE: 253-279-4902
11. BUSINESS TELEPHONE: 253-584-3906
12. OCCUPATION: Minister
13. PERMANENT ADDRESS: 15804 WASHINGTON AVE S.W.   CITY: TACOMA   STATE: WA   ZIP: 98492
14. FATHER'S FULL NAME: DENIS Arnold   BIRTHPLACE: Port DePaix   BIRTHDATE: 5/22/26   U.S. CITIZEN: No
15. MOTHER'S FULL MAIDEN NAME: Fanrod N. Solong   BIRTHPLACE: Haiti   BIRTHDATE: 1/18/42   U.S. CITIZEN: No
16. HAVE YOU EVER BEEN MARRIED? Yes   SPOUSE: Marie Robertson   BIRTHPLACE: St Louis MO   BIRTHDATE: 12/25/66   U.S. CITIZEN: Yes
DATE OF MOST RECENT MARRIAGE: 02/20/1988
17. OTHER NAMES YOU HAVE USED: None
18. HAVE YOU EVER BEEN ISSUED A U.S. PASSPORT? [ ] Yes [X] No

19. EMERGENCY CONTACT:
NAME: HUGH S. VIRGO
STREET: 3209 96th St. S.
CITY: Lakewood   STATE: WA   ZIP: 98499   TELEPHONE: 253-576-6828

21. STOP. DO NOT SIGN APPLICATION UNTIL REQUESTED TO DO SO...
Applicant's Signature - age 14 or older: [signature]

22. FOR ACCEPTANCE AGENT'S USE
Subscribed and sworn to (affirmed) before me: [signature]   Date: 02/22/2002
[X] Passport Agent   Main Office   8401 Boley DR   El Paso TX 79910-9
(SEAL) EL PASO FEB

23a. Applicant's or Father's Identifying Documents:
[X] Driver's License
Issue Date: 08/19/1999   Expiration Date: 08/24/2003   Place of Issue: Washington
Name: DENIS RONY   ID No: DENISR-375N4

24. FOR ISSUING OFFICE USE ONLY
[ ] Birth Certificate [ ] SR [ ] CR [ ] City   Filed/Issued: 2/20/02
[ ] Passport Bearer's Name:
[ ] Report of Birth:
[X] Naturalization/Citizenship Cert. No. 6672613   SSUBC   Seattle, WA
[ ] Other:
[X] Seen & Returned
[ ] Attached

L. LoGiudice
FEB 27 2002
APPLICATION APPROVAL

25. $45 MB   $35 EF
FEE   EXEC.   EF   OTHER

DS-11   OMB No. 1405-0004 Expires: 12/31/2001 Estimated Burden - 20 Minutes   Page 3 of 4

3

USAO0358