| EXHIBIT NO. |
| CASE NO. |
| |
| vs. |
| |
| MARKED FOR IDENTIFICATION |
| FILED IN EVIDENCE |
| JOHN TRIPLETT, CLERK OF COURT |

**Parties:**

**FNU LNU aka Rony Denis**
**Anthony Oloans**
**Jeff Derby**
**Will Pilkington**

[00:00]
**FNU LNU aka Rony Denis:** *To give it to his lawyer. And that's* that. *Once you say that Abdullah any changes. He even told you he only came to me because I am the so-called leader. I am not the leader. Curse me out the prayer,* curse *me Christ. You understand Ab*dullah*?*

[00:16]
**Anthony Oloans:** *Yes, sir.*

[00:17]
**FNU LNU aka Rony Denis:** *And I am finished. There's gonna be a day God trapped me with this Abdullah. Okay? I was renting houses. I see the trap. Okay? I see the trap.* To *accept gay, lesbian, phony cater*ers, *adulterers and liars and cover* to some *greed. I'll stick foreclosure and burn the cars. I already sa*id *this. I'll set these houses on fire. I. I'm finished. Ab*dullah, *do you understand?*

[00:47]
**Anthony Oloans:** *Yes sir.*

[00:48]
**FNU LNU aka Rony Denis:** *I am finished. Ab*dullah, *because you already know. Okay? I, I don't care what happened to it. It, it's, it's all in Will's hand and that's it. It's Will and Reverend Robinson. And that's it. Do you understand? Do you understand Abdullah?*

[01:04]
**Anthony Oloans:** *Yes sir.*

[01:05]
**FNU LNU aka Rony Denis:** It *can shrink his hand. It*'s in *any* of *you guys' hand.* W*hat part of that* that you... S*o when the guy sees the leader, wh*at *is the...* S*ir, I'm sorry. You got it wrong. He's not the leader. People keep coming to his door. He's not in charge. Do you understand? There was a guy that was asked.* A*re you listening* Abdullah*?*

[01:26]
**Anthony Oloans:** *Yes sir.*

[01:27]
**FNU LNU aka Rony Denis:** *What part of that? And I'm gonna tell Steve, Steven, I'm not in charge of the play. Are you listening* Abdullah*? I don't know*

1

what, 40 years ago I did not know Christ. I don't, I still don't know Christ. I don't know God. I don't have charity. I have nothing. I'm finished. Do you understand Abdullah? I'm gonna, are you, Will, are you, you guys come to grip to that Derby, right?

[01:56]
**Jeff Derby:** *Yes, sir.*

[01:58]
**FNU LNU aka Rony Denis:** *Okay. Are you, you understand? Like here, the guy say, oh really? I'll tell you what. Who are you, sir? Wow. Okay. Thank you. Just like Derby when you invited Leon, they were asking you question this. Did you give information Derby? The reporter?*

[02:12]
**Jeff Derby:** *No sir, I didn't.*

[02:14]
**FNU LNU aka Rony Denis:** And *then what happened?*

[02:15]
**Jeff Derby:** *Uh, they backed away. They did.*

[02:17]
**FNU LNU aka Rony Denis:** *It's the same thing. The guy. This, this officer. Was he obnoxious Derby?*

[02:23]
**Jeff Derby:** *No sir.*

[02:24]
**FNU LNU aka Rony Denis:** *He was very respectful. Just he explained it's a civil, it's not a grand jury. Nobody's in trouble. It's just that you guys taking money from the GI. I need, okay, there are accusation against the church. The people kept pounding and pounding and pounding. Whatever. This, this, this. We just want it for our, our record. However, though, if it turns out that it's bad, they can turn it into uh, uh, not a criminal, but they'll shut down the school. Ask to pay money. This, this. But I don't know the inner working of the school. That's Labat, that's them. Do you understand that Abdullah?*

[03:05]
**Anthony Oloans:** *Yes sir.*

[03:06]
**FNU LNU aka Rony Denis:** *You knew that I didn't know any inner working of. Abdullah, do I know what you do at the Hooch?*

[03:11]

2

**Anthony Oloans:** *No sir.*

[03:12]
**FNU LNU aka Rony Denis:** *You heard that Will?*

[03:13]
**Will Pilkington:** *Yes sir.*

[03:15]
**FNU LNU aka Rony Denis:** *All the guy has to do said yeah, I do work. I do. But what kind of work? Well I helped out, I helped people. This, that, this other. You didn't say anything. But really he wasn't even concerned. He only asked you to work Abdullah. He wasn't gonna arrest you. He wasn't gonna do anything. You didn't have to lie to him, Abdullah. Do you understand? Say, man, I do all kind of work here. Sometime I can, sometime I do this, I do that. It all depends when you catch me. What can I do for you? Did you lie to him Abdullah?*

[03:45]
**Anthony Oloans:** *I didn't think I did. Cause I don't work for House of Prayer on paper. I'm a self-employed guy.*

[03:50]
**FNU LNU aka Rony Denis:** *Okay?*

[03:50]
**Anthony Oloans:** *I'm paid for yard work. I was blowing, I was, uh, so I blow at your house.*

[03:53]
**FNU LNU aka Rony Denis:** *Okay, so that's fine. So that's fine. That's on you. But still do not create cloud. Pastor Pilkington is in charge. This, this, this. And Will, if, Will, I tell you what. What is this all about? You send me in writing this, this, let me get my attorney. Is he gonna continue to talk to you Will?*

[04:10]
**Will Pilkington:** *No, sir.*

[04:12]
**FNU LNU aka Rony Denis:** *Okay. You understand that.*