# United States District Court
## Southern District of Georgia

USA
V.
FNU LNU (First Name Unknown, Last Name Unknown)

EXHIBIT AND WITNESS LIST

CASE NUMBER: 1:25-cr-062

| PRESIDING JUDGE<br>Brian K. Epps | PLAINTIFF'S ATTORNEY<br>Patricia Rhodes/George Jacobs | DEFENDANT'S ATTORNEY<br>Steven H. Sadow |
|---|---|---|
| DATE(S)<br>September 17, 2025; Sept 26, 2025 | COURT REPORTER<br>FTR | COURTROOM DEPUTY<br>Courtnay Capps |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS. AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | Witness List: |
| | | | | | |
| | | | | | |
| | | | | | Exhibit List: |
| 1 | | 9/17/2025 | | X | Passport received by Defendant Denis |
| | | | | | |

include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages

| | |
|---|---|
| EXHIBIT NO. | 1 |
| CASE NO. | 1:25-cr-00062 |
| USA | |
| vs. | |
| FNU LNU (First Name Unknown Last Name Unknown) | |
| MARKED FOR IDENTIFICATION | |
| FILED IN EVIDENCE | |
| JOHN TRIPLETT, CLERK OF COURT | |



USAO0345