# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT of GEORGIA

John E. Triplett Clerk of Court

| Augusta | Brunswick | Savannah |
|---|---|---|
| (912)-650-4020 | (912)-650-4020 | (912)-650-4020 |
| P.O. Box 1130 | P.O. Box 1636 | P.O. Box 8286 |
| Augusta, Georgia 30903 | Brunswick, Georgia 31521 | Savannah, Georgia 31412 |

### NOTICE of FILING DEFICIENCY

To:  Steven H. Sadow         Date: 10/17/2025
Case: 1:25-CR-062-001         Party: FNU LNU

Your pleading, #101 Motion for Leave of Absence,

was filed on 10/17/25, but remains deficient in the area(s) checked below:

[x] **No actions required (Informative Only)**   or   [ ] Corrective Actions Required

☐ 1. Disclosure Statement has not been filed. This is the only mechanism to identify potential judicial conflicts. (Local Rule 7.1.1)
☐ 2. Pleading is illegible or otherwise not in compliance with Local Rule 10.1.
☐ 3. Please submit a paper courtesy copy. Paper copies must be submitted when the document either is or relates to a motion for summary judgment; or, the document exceeds 250 pages. (Administrative Procedures)
☐ 4. Pleading is not signed. (Local Rule 11.1 and Administrative Procedures)
☐ 5. Pursuant to Section IIB of the Administrative Procedures, no certificate of service was provided.
☐ 6. Motion is not in compliance with Local Rules.
   ☐ a. No memorandum of law citing supporting authorities was submitted (L.R. 7.1)
   ☐ b. No good faith document was submitted. (L.R. 26.5)
   ☐ c. Separate proposed order was not attached to e-filed document. (L.R. 7.1)
   ☐ d. Separate proposed order was not e-mailed to appropriate proposed order address in MS Word format. (Administrative Procedures)
☐ 7. For Judge Baker or Wood cases, the Plaintiff/Defendant statement regarding referral was not returned within 14 days.
☐ 8. Counsel should file a separate motion for each relief sought and not file a consolidated motion.
☒ 9. **Other:**

The document is a notice for a case in another district. A Leave of Absence in the Southern District of Georgia must be filed in the format of a motion with a proposed order attached.

If action is required, after 14 days of noncompliance a notice will be submitted to a judicial officer for possible sanctions, to include dismissal.

For more information - Please contact:  Tara H. Burton (706) 849-4407

Deputy Clerk