**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | |
|---|---|
| **IN RE:** | ) CASE NOS.: |
| | ) |
| **LEAVE OF ABSENCE REQUEST** | )    **CR 125-003, N. Landry** |
| **PATRICIA G. RHODES** | )    **CR 125-062, FNU LNU, et al** |
| **August 5, 2026, through and** | ) |
| **including August 21, 2026** | ) |
| | ) |
| | ) |

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Patricia G. Rhodes for the dates of August 5, 2026, through and including August 21, 2026, for personal travel; same is hereby GRANTED.

This _____ day of _____, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA