UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case Nos. CR125-003, USA v. Landry |
| OF ABSENCE REQUEST | ) | CR125-062, USA v. FNU LNU, et al |
| | ) | |
| PATRICIA G. RHODES | ) | |
| | ) | |

### ORDER ON MOTION FOR LEAVE OF ABSENCE

**Patricia G. Rhodes** having made application to the Court for a leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Patricia G. Rhodes** be granted leave of absence for the following period: August 5, 2026 through August 21, 2026.

**SO ORDERED**, this 20th day of November, 2025.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA