IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>v.<br><br>DAVID REIP, DENNIS NOSTRANT, GERARD ROBERTSON, and MARCUS LABAT<br><br>Defendants. | CASE NO: 1:25-cr-00062 |

### DEFENDANT DAVID REIP'S OBJECTION TO MOTION TO WITHDRAW AS COUNSEL

COMES NOW David Reip, defendant in the above styled action, by and through undersigned counsel, Charles Rollins, and files this Motion to Withdraw as Counsel filed by Hall Booth Smith, PC ("HBS") and its attorneys, Partner Robin E. Daitch and Of Counsel Andrew A. Murdison. (Doc. 120).

Defendant Reip, through his remaining counsel, Charles Rollins, objects to this withdrawal as improper under S.D. Ga. LR Crim 44C absent an agreement between Mr. Reip and HBS. There is currently a disagreement between Mr. Reip and HBS on subject matters that touch on attorney client privilege that cannot be resolved without Court intervention.

THEREFORE, Defendant Reip respectfully requests that this Court stay the withdrawal of HBS and its counsel from this matter and set an *ex parte* phone conference between counsel for HBS, Charles Rollins, and Defendant Reip to resolve the fee dispute prior to granting the withdrawal application.

Respectfully submitted this 21st day of November, 2025.

**CHARLES ROLLINS, P.C.**

*/s/ Charles Hackney Rollins*
Charles Hackney Rollins
Georgia Bar No. 367169

CHARLES ROLLINS, PC
1450 Green St.
Suite 3600
Augusta, GA  30901
Telephone: 706-821-2361
charles@rollinspc.org

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    v. <br><br> DAVID REIP <br>    Defendant. | CASE NO: 1:25-cr-00062 |

**CERTIFICATE OF SERVICE**

    The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing with this Court.

    This 21st day of November, 2025.

                                                    CHARLES ROLLINS**, P.C.**

                                                  */s/ Charles Hackney Rollins* <br>
                                                  CHARLES HACKNEY ROLLINS <br>
                                                  Georgia Bar No. 367169