# Donna T. Temmel, C.P.A.

Internal Revenue Service
9 Park of Commerce Blvd
Savannah, GA  31405

**TECHNICAL EXPERIENCE**

2009 – 2014     Revenue Agent, General Program, Bethlehem, PA
Performed detailed examinations of individual, corporate, and partnership tax returns to determine the substantially correct tax liability.

2014 – 2020     Revenue Agent, Flow-Through Entity Specialist, Bethlehem, PA
Completed comprehensive examinations of complex partnerships and their partners. Applied the tax law to determine the correct tax due and owing from each of the associated entities and individuals.

2020 – Present   Revenue Agent, Special Enforcement Program, Savannah, GA
Assist Criminal Investigations with grand jury investigations.   Assisted investigation and criminal trial preparation on cases resolved before trial.

**EDUCATION**

**Cedar Crest College,** Bachelor of Science in Accountancy, May 2005

**TRAINING**

2009 - 2011 Revenue Agent Income Tax Law Training (Basic – Advanced)
2019 Basic Instruction Training
2022 Special Enforcement Training
2023 Summary Expert Witness Training

**INSTRUCTOR**

2012 On-the-Job Instructor – Revenue Agent Training -Corporations 1120 Returns
2013 On-the-Job Instructor – Revenue Agent Training -Individual 1040 Returns
2015 Classroom Instructor – Revenue Agent Training - S Corporations 1120S Returns and Partnership 1065 Returns
2019 Certified Professional Education Instructor – Qualified Business Deduction

**AWARDS**

**Commissioner's Award,** Criminal Syndicated Conservation Easements, May 2022

**CERTIFICATIONS**

Certified Public Accountant, 2009