

**U.S. Department of Justice**

*United States Attorney*
*Southern District of Georgia*

*Post Office Box 8970        22 Barnard Street, #300*
*Savannah, GA 31412      Savannah, GA 31401*
*Tel: (912) 652-4422        Fax:  (912) 652-4326*

December 26, 2025

**Steven H. Sadow**
**David Stewart**

<u>**Via Email**</u>

      **Re:**    *United States v. FNU LNU aka RONY DENIS,* No. 1:25-cr-62 (S.D. Ga.), Notice of Expert Witness Testimony Pursuant to Fed. R. Crim. P. 16

Dear Messrs. Sadow and Stewart:

The United States hereby gives notice pursuant to Fed. R. Crim. P. 16(a)(1)(G) that it intends to use the following summary and expert witness, Internal Revenue Service ("IRS") Revenue Agent Donna Temmel ("RA Temmel"), at trial in its case-in-chief. The government reserves the right to supplement and/or correct this disclosure if appropriate. *See* Fed. R. Crim. P. 16(a)(1)(G)(vi). The government also requests reciprocal discovery from the defendant pursuant to Rule 16(b)(1)(C) of the Federal Rules of Criminal Procedure.

In sending this notice, the government does not contend or concede that any portion of the testimony described below necessarily qualifies as expert testimony under Federal Rule of Evidence 702 or implicates the disclosure requirements of Federal Rule of Criminal Procedure 16(a)(1)(G), Federal Rule of Evidence 702, or *Daubert v. Merrell Down Pharms., Inc.,* 509 U.S. 579 (1993). Nonetheless, the government provides this notice in the event the Court concludes that any portion of RA Temmel's testimony constitutes expert testimony. Further, the United States may choose not to elicit all of the testimony outlined in this notice, but it provides this information out of an abundance of caution.

If RA Temmel is unavailable, the government reserves the right to call another IRS revenue agent with similar qualifications and experience. It is expected that any substitute witness would render similar opinions and testify concerning similar topics as RA Temmel.

Please feel free to contact us should you have any concerns.

Respectfully,

MARGARET E. HEAP
U.S. ATTORNEY

*s/George J.C. Jacobs, III*
*George* J.C. Jacobs, III
Assistant United States Attorney


## Donna Temmel, IRS Revenue Agent

The United States intends to call Donna Temmel as a summary and expert witness in its case-in-chief regarding Counts 24-26 (the Title 26 charges). RA Temmel is a licensed CPA and IRS Revenue Agent. A copy of her curriculum vitae is attached. RA Temmel has not previously testified as an expert or been deposed as an expert. RA Temmel has not authored any publications in the last ten years.

RA Temmel will provide an analysis of the testimony and bank, financial, tax records and schedules introduced into evidence, explaining to the jury the federal tax consequences of the defendant's underreporting of income on his tax returns, including the amount of underreported income, the nature of that income, and the tax due and owing on that underreported income. RA Temmel will apply the Internal Revenue Code to the evidence introduced in this case as it relates to defendant's obligations to file accurate returns and pay taxes. She will explain what specific income items were not reported on the tax returns. The tax computations and summaries will be based upon application of the Internal Revenue Code to the evidence presented during trial, including witness testimony, bank records, tax returns, return preparer workpapers, and other documents. To assist the jury in its examination of defendant's records and tax returns and the tax consequences of his underreporting income to the IRS, the United States anticipates that RA Temmel's testimony may cover the following topics:

- The cash method of accounting was used in the analysis of the defendant's financial records and tax records.

- The specific item method of proof was used in calculating defendant's unreported income.

- Calculating defendant's unreported income, the correct amount of income

defendant should have reported to the IRS, and the correct amount of taxes defendant should have reported and paid to the IRS.

- The tax returns that defendant filed with the IRS.

- The information that defendant provided and did not provide to his return preparers.

- RA Temmel will introduce and explain Fed.R. Evid. 1006 summary schedules regarding voluminous bank records and other evidence, which will be provided to the defense before trial. These schedules are listed under the Appendices section of the IRS Special Agent's report.

*Donna Temmel*

Donna Temmel
IRS Revenue Agent