

**Department of Homeland Security**
U.S. Immigration and Customs Enforcement
*Homeland Security Investigations*
*Forensic Laboratory*

## STATEMENT OF QUALIFICATIONS

# CRAIG HELLMANN

### Education

**City and Guilds Certificate in General Photography**
Richmond Upon Thames College, London, UK
1978-1981 (640 Hours).

**Stanway High School**
Colchester, Essex, UK
Graduated 1977

### Professional Experience

**U.S. Department of Homeland Security (DHS)**
**U.S. Immigration and Customs Enforcement (ICE)**
**Homeland Security Investigations (HSI)**
**Forensic Laboratory**

*Senior Fingerprint Specialist,* March 2019 to present
*Fingerprint Specialist,* August 2017 to March 2019
Primary duties are to conduct the analysis, comparison, and evaluation of friction ridge skin impressions. Process submitted evidence for latent prints and photograph or recover those prints. Conduct Automated Fingerprint Identification System (AFIS) searches of unknown prints through multiple databases. Provide training for the collection, preservation, and processing of evidence in the field as needed. Prepare written reports and provide testimony in support of findings.

**U.S. Postal Inspection Service (USPIS)**
**Forensic Laboratory Services (FLS)**
**Fingerprint Section, Dulles, VA**

*Forensic Latent Print Analyst Sr.*, March 2003 to August 2017
Responsible for the examination of physical evidence recovered from crime scenes for the presence of latent prints through visual, forensic light source, and chemical/physical processes. Evaluated, preserved, and compared latent prints and known prints; identified and/or eliminated

subjects; verified identifications; reported findings in written format; testified in a court of law as requested; photographed latent prints; performed Automated Fingerprint Identification System (AFIS) searches and conducted known print recordings.  Also provided training for the collection, preservation, and processing of evidence in the field as needed and was a lead member of the Incident Response Team, which would travel to and aid in the processing of major scenes occurring within the jurisdictional area of the U.S. Postal Inspection Service.

**U.S. Department of Homeland Security (DHS)**
**US-VISIT**

*Latent Print Examiner*, December 2007 to April 2013 (Part time contractor)
Comparison of known prints from Visa applicants and US-VISIT to various latent print databases.

**Arlington County Police Department**
**Forensic Identification Section**
**Arlington, VA**

*Identification Technician*, January 1999 to March 2003
Evaluated, preserved, and compared latent prints and known prints; identified and/or eliminated subjects; verified identifications; reported findings in written format; testified in a court of law as requested; photographed latent prints; performed Automated Fingerprint Identification System (AFIS) searches and conducted known print recordings. Also provided training for the collection, preservation, and processing of evidence in the field as needed.

**Prince William County Adult Detention Center**
**Manassas, VA**

*Booking Officer*, January 1995 to January 1999
Responsible for inmate intake and capture of biometric information, along with providing training in collection procedures of biometric information.

**U.S. Department of State**
**Washington D.C.**

*Contract Security Officer*, May 1994 to January 1995
Responsible for the access control and integrity of a secure facility.

**Miami-Dade Police Department**
**Crime Scene Bureau**
**Miami, FL**

*Fingerprint Technician*, October 1987 to April 1994
Responsible for the classification, searching, and comparison of fingerprints; the entry, searching, and retrieval of fingerprint data in Automated Fingerprint Identification System (AFIS); and capturing biometric information from persons for latent print comparison and AFIS entry.

**Plano Police Department**
**Plano, TX**

*Identification Technician*, May 1986 to October 1987
Responsible for the classification, searching, and comparison of known prints to latent prints recovered from crime scenes and evidentiary items; crime scene investigations; the collection of evidence, along with photography of crime scenes, collected evidence, and latent prints.

**Metropolitan Police**
**New Scotland Yard**
**London, England**

*Forensic Photographer*, October 1977 to December 1981
Photography of crime scenes and latent fingerprints. Processing and printing of black/white, color negative, and color slide films.

## Specialized Training

IAI Educational Conference, 40 Hours, Orlando, Fl (August 2025)

Distortion Interpretation and Feature Distribution, 36 Hours, Evolve Forensics, Fairfax, VA (March 2024)
IAI Educational Conference, 40 Hours, IAI, National Harbor, MD (August 2023)

IDEMIA Public Security Users Conference, 40 Hours, New Orleans, LA (September 2022)

Discriminating Power of Friction Ridge Arrangements, 4 Hours, Evolve Forensics, (Online Training, April 2020)

Essentials of Latent Print Examination, 40 Hours, Evolve Forensics, McLean, VA (February 2020)

IAI Educational Conference, 40 Hours, IAI, Reno, NV (August 2019)

Advanced Forensic Evidence Identification, Collection and Packaging in Hazardous Environments, 4 Hours, IAI, Reno, NV, (August 2019)

Latent Print testimony: How to be transparent without feeling naked, 4 Hours, IAI, Reno, NV (August 2019)

IDEMIA Public Security Users Conference, 40 Hours, San Diego, CA (May 2019)

Advanced Digital Processing of Evidentiary Photography, 40 Hours, Tritech Forensics/IAI, Sarasota, FL (May 2018)

Foster + Freeman DCS-5 (Digital Capture Station) Advanced Training, 24 Hours, HSI-FL, McLean, VA (October 2017)

Foster + Freeman DCS-5 (Digital Capture Station) Advanced Training, 32 Hours, U.S. Postal Inspection Service, Dulles, VA (January 2017)

ASCLD/LAB Assessor Training, 40 Hours, ASCLD/LAB, San Diego, CA (January 2017)

Logical Latent Analysis, 16 Hours, Tritech Forensics/IAI, Fairfax, VA (September 2016)

IAI Educational Conference, 40 Hours, Sacramento, CA (August 2015)

RUVIS LABKAM Training, 4 Hours, Sirchie/U.S. Postal Inspection Service, Dulles, VA (May 2015)

Crime Scene Investigation Course, 35 Hours, Forensic Comparative Science Specialists/ U.S. Postal Inspection Service, Dulles, VA (August 2014)

Universal Latent Workstation (ULW) Software Workshop, 8 Hours, Federal Bureau of Investigation (CJIS), Dulles, VA (July 2014)

Foster + Freeman DCS-4 (Digital Capture Station) Advanced Training, 24 Hours, Baltimore County, MD (April 2014)

Universal Latent Workstation (ULW) Software Workshop, 16 Hours, Federal Bureau of Investigation (CJIS), Dulles, VA (July 2013)

IAI Educational Conference, 40 Hours, Milwaukee, WI (August 2011)

Advanced Palm Print Comparison Techniques, 24 Hours, Prince William County, Nokesville, VA (June 2009)

Daubert Workshop, 16 Hours, Prince William Co, Nokesville, VA (October 2008)

Preparing for a Daubert Hearing, 8 Hours, HSI-FL, McLean, VA (October 2007)

Crime Scene Investigations II, 40 Hours, Miami-Dade County, FL (May 2007)

Foster + Freeman DCS-3 (Digital Capture Station) Advanced Training, 24 Hours, U.S. Postal Inspection Service, Dulles, VA (April 2007)

CBDIAI Educational Conference, 12 Hours, CBDIAI, Hampton, VA (November 2006)

IAFIS Latent Searches Workshop, 4 Hours, CBIAI, Hampton, VA (November 2006)

IAI Educational Conference, 40 Hours, IAI, Boston, MA (July 2006)

**STATEMENT OF QUALIFICATIONS** *09/09/2025*
*Craig Hellmann* *Page 4 of 8*

Applied Fundamentals of Forensic Digital Imaging, 4 Hours, IAI, Boston, MA (July 2006)

Public Speaking for Testimony, 4 Hours, IAI, Boston, MA (July 2006)

Courtroom Presentations for Latent Fingerprints & Footwear, 4 Hours, IAI, Boston, MA (July 2006)

Basic Forensic Ridgeology, 40 Hours, FBI, Quantico, VA (August 2005)

CBDIAI Educational Conference, 12 Hours, CBDIAI, Morgantown, WV (April 2005)

ALS Digital Photography and Digital Imaging, 4 Hours, CBIAI, Morgantown, WV (April 2005)

Forensic Digital Imaging: A True and Accurate Representation, 4 Hours, CBIAI, Morgantown, WV (April 2005)

Advanced Charting Techniques: Making Your Point in Court, 4 Hours, CBIAI, Morgantown, WV (April 2005)

IAI Educational Conference, 40 Hours, IAI, St. Louis, MO (August 2004)

Advanced Imaging Techniques: Doing more with your Digital, 4 Hours, IAI, St. Louis, MO, (August 2004)

Digital Photography and UV fluorescence, 2 Hours, IAI, St. Louis, MO, (August 2004)

Comparison of Methodology for Crime Scene Survey, 4 Hours, IAI, St. Louis, MO, (August 2004)

Advanced Charting Techniques, 4 Hours, IAI, St. Louis, MO, (August 2004)

Latent Print, Digital Imaging, AFIS, and Legal Issues, 24 Hours, U.S. Postal Inspection Service, Potomac, MD, (June 2004)

Ridgeology, Daubert, & Testimony, 40 Hours, AZ DPS, Tucson, AZ (November 2003)

CBDIAI Educational Conference, 8 Hours, CBDIAI, Gettysburg, PA (November 2003)

The use of oxidizing solutions for the development of latent prints on cartridge cases, 4 Hours, CBIAI, Gettysburg, PA, (November 2003)

Crime Scene Processing, 40 Hours, U.S. Postal Inspection Service, New York, NY, (September 2003)

CBDIAI Educational Conference, 12 Hours, CBDIAI, Ocean City, MD, (November 2002)

Introduction to Digital Image Enhancement, 4 Hours, CBIAI, Ocean City, MD, (November 2002)

Demystifying Palm Prints, 4 Hours, CBIAI, Ocean City, MD, (November 2002)

Digital Photography, 8 Hours, NOVA Criminal Justice Training Academy, Sterling, VA (September 2002)

PRINTRAK Series 7 Training (AFIS), 8 Hours, Fairfax County, VA, (July 2002)

CBDIAI Educational Conference, 12 Hours, CBDIAI, Williamsburg, VA (April 2002)

Daubert Moot Court, 4 Hours, CBIAI, Williamsburg, VA (April 2002)

Dye Staining with Basic Yellow40 and other Fluorescent products, 4 Hours, CBIAI, Williamsburg, VA (April 2002)

Advanced Latent Training (AFIS), 8 Hours, Fairfax County, VA, (March 2002)

CBDIAI Educational Conference, 12 Hours, CBDIAI, Williamsburg, VA (March 2001)

Administrative Advanced Latent Fingerprints Course, 120 Hours, FBI, Quantico, VA, (July 2000)

IAI Educational Conference, 40 Hours, IAI, Charleston, WV, (July 2000)

Advanced Techniques photographing shoe and fingerprints, 4 Hours, IAI, Charleston, WV, (July 2000)

Digital imaging hands-on image processing techniques, 4 Hours, IAI, Charleston, WV, (July 2000)

Intermediate dye staining, 2 Hours, IAI, Charleston, WV, (July 2000)

CBDIAI Educational Conference, 12 Hours, CBDIAI, Williamsburg, VA (November 1999)

Advanced Forensic Fingerprint Identification and Testimony Course, 40 Hours, FBI, Alexandria, VA, (September 1999)

CBDIAI Educational Conference, 12 Hours, CBDIAI, Roanoke, VA (April 1999)

Latent Prints on Bodies, 4 Hours, CBDIAI, Roanoke, VA (April 1999)

Advanced Palm Print Identification, 24 Hours, CBDIAI, Roanoke, VA, (April 1999)

Commonwealth of Virginia General Instructor Development, 40 Hours, Fredericksburg, VA, (July 1997)

Crime Scene Investigations, 40 Hours, Miami-Dade County, Miami, FL, (March 1993)

FDIAI Educational Conference, 20 Hours, FDIAI, Miami, FL, (October 1992)

PRINTRAK ORION Training (AFIS), 8 Hours, Miami, FL, (July 1992)

Advanced Latent Fingerprint Techniques, 40 Hours, FBI, Broward County, FL, (October 1988)

Advanced Latent Fingerprinting, 40 Hours, Texas DPS, Austin, TX, (March 1987)

Crime Scene Searching, 40 Hours, Texas DPS, Austin, TX, (February 1987)

Bloodstain Pattern Interpretation, 40 Hours, Oklahoma City Police Department, OK, (December 1986)

Techniques of developing latent prints, 40 Hours, Texas DPS, Austin, TX, (July 1986)

**Presentations and Instruction**

Forensic Macro Photography, CBP OPR, Harpers Ferry, WV (March 2025)

Forensic Macro Photography, CBP OPR, Harpers Ferry, WV (August, September 2024)

Evidence Recovery Team Training, San Diego, CA (April 2019)

Evidence Recovery Team Training, Phoenix, AZ (September 2018)

Evidence Recovery Team Training, San Juan, PR (June 2018)

Evidence Recovery Team Training, Portland, OR (April/May 2018)

Recording Inked Fingerprints and Fingerprint Processing, U.S. Postal Inspection Service (FLS), Basic Inspector Academy Classes, (2003 to 2017)

Developer and Instructor for 40 Hour Crime Scene Processing class, presented to Postal Inspectors in the field, (2003 to 2017)

'Charting Latent Prints for Court Presentation' presented at CBDIAI Educational Conference, Williamsburg, VA (March 2001)

**Professional Affiliations**

Active Member, International Association for Identification, 1999 to present

Former Chairperson Chesapeake Bay Division, IAI, Latent Print Certification Board

**Certifications**

Certified as a Latent Print Examiner by the International Association for Identification, 2001 to present

**Testimony**

Qualified as an expert witness in friction ridge identification in U.S. Federal and State Courts

**Additional Qualifications**

Successfully completed annual proficiency testing in the forensic discipline of Latent Print Examination, Collaborative Testing Services, Sterling, VA, and Ron Smith and Associates, Meridian, MS, 2003 to present.

ANSI-ANAB – International Assessment Team Audit (November 2018)