IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   v.<br><br>FNU LNU a/k/a Rony Denis et al.,<br>   Defendants. | CASE NO: 1:25-cr-00062 |

### DEFENDANTS' OPPOSED MOTION TO CONTINUE
### DEADLINE TO FILE PRETRIAL MOTIONS

     NOW COME Rony Denis, David Reip, Dennis Nostrant, Marcus Labat, Anthony Oloans, and Joseph Fryar, Omar Garcia, and Gerard Robertson, Defendants in the above-captioned action, by and through their undersigned counsel and hereby respectfully moves the Court to continue the pretrial motion deadline currently scheduled for March 30, 2026, by filing their first Unopposed Motion to Continue Deadline for Filing Pretrial Motions and showing the Court as follows:

1)    The deadline for Defendants to file pretrial motions in this case is currently set for March 30, 2026. *See* Doc. No. 74, Scheduling and Discovery Order.

2)    Counsels for Defendants have been conferring with counsel for the government, AUSA Patricia Rhodes, about the discovery in this case and the underlying facts of the Indictment to diligently review discovery and prepare only those substantive pretrial motions that may be timely and necessary. At this point, Defendants need additional time to fully access and review voluminous and lengthy audio recordings, computer and cell phone "dumps", and hundreds of thousands of pages of documents relevant to this case

3)    Further, this case has been designated as "complex" (Doc. 97) and counsel for Defendants believes that additional time is necessary to properly review the evidence in this case.

4) Accordingly, counsel for Defendants requests a 6-month extension to the deadline to file pretrial motions.

5) Undersigned counsel submitted this to the Government to see if they would be willing to allow it to be filed unopposed and that proposal was denied.

6) This request for a 6-month extension to the deadline to file pretrial motions is made in the interest of justice and not for the purpose of undue delay.

Respectfully submitted this 7th day of February 2026.

**CHARLES ROLLINS, P.C.**

*/s/ Charles Hackney Rollins*
Charles Hackney Rollins
Georgia Bar No. 367169
*Attorney for David Reip*

CHARLES ROLLINS, PC
1450 Green St.
Suite 3600
Augusta, GA  30901
Telephone: 706-814-2361
charles@rollinspc.org


*/s/ W. Joseph Turner*
W. Joseph Turner
Georgia Bar No. 513605
*Attorney for Anthony Oloans*

The Turner Firm, LLC
104 West State Street
Suite 220
P.O. Box 8905
Savannah, GA 31412
T: (912) 226-7662
F: (912) 226-7664
joey@turner-firm.com

/s/ *J. Pete Thedocion*
J. Pete Theodocion
Georgia Bar No. 703999
*Attorney for Joseph Fryar*

J. Pete Theodocion
507 Walker Street
Augusta, GA 30901
(706) 722-3000

/s/ *Steve Sadow*
Steven Sadow
Ga Bar No. 622075
*Attorney for Rony Denis*

/s/Brooks Hudson
Brooks K. Hudson
GA Bar No. 141621
*Attorney for Marcus Labat*

Of Counsel:
Hull Barrett, PC
Post Office Box 1564
Augusta, GA 30903
706-722-4481
bhudson@hullbarrett.com

/s/Holly G. Chapman
Holly G. Chapman
GA Bar No. 512067
*Attorney for Dennis Nostrant*

Davis, Chapman, and Wilder, LLC
1143 Laney Walker Blvd, Suite 201
Augusta, GA 30901
706-200-1578
hchapman@dcwattorneys.com

/s/ *C. Troy Clark*
C. Troy Clark
Georgia Bar No. 811674
*Attorney for Gerard Robertson*

GILLEN LAKE & CLARK, LLC
1450 Greene Street, Suite 3600
Augusta, Georgia 30901
T: (706) 631-4925
F: (404) 842-9750
E: tclark@glcfirm.com

<u>/s/ *Charles H. Rollins*</u>
Katrell Nash
*Attorney for Omar Garcia*

2100 Central Avenue
Suite 7
Augusta, GA 30904
(706) 589-9530
<u>katrell@nashlawoffice.com</u>

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

UNITED STATES OF AMERICA,
   v.

DAVID REIP
   Defendant.

CASE NO: 1:25-cr-00062

**CERTIFICATE OF SERVICE**

The undersigned certifies that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing with this Court.

This 7th day of February 2026.

**CHARLES ROLLINS, P.C.**

*/s/ Charles Hackney Rollins*
CHARLES HACKNEY ROLLINS
Georgia Bar No. 367169