IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>   v.<br><br>FNU LNU a/k/a Rony Denis et al.,<br>   Defendants. | CASE NO: 1:25-cr-00062 |

**<u>ORDER</u>**

Defendants, through counsel, move this Court for a six-month extension of the deadline to file pre-trial motions in this case because counsel needs additional time to review and search through the voluminous documents, audio recordings, and other discovery, obtain or review additional discovery directly related to the elements of the charged offenses, and to determine which pretrial motion(s) should be filed. (Doc. No. __, Motion.)

The Court finds, as a matter of fact and law, that the motion is not for the purpose of delay, but in the furtherance of justice, and to protect Defendant's right to a fair trial. The Court also finds that the motion is for the purpose of allowing reasonable time necessary, assuming the exercise of due diligence, for the effective preparation of defense counsel in that counsel needs additional time to review voluminous discovery provided by the government and to determine which pretrial motions should be filed.

Therefore, pursuant to 18 U.S.C. § 3161(h)(7), and on the basis of the Court's finding that the ends of justice served by granting the motion for an extension outweigh the best interests on the public and the Defendant in a speedy trial, the Court GRANTS Defendant's Opposed Motion to Continue and grants a six-month extension. Accordingly, all pretrial motions to be filed by the Defendant must be filed no later than September 30, 2026. The period of delay resulting from this extension is excluded in computing time within which the trial of this matter may commence.

SO ORDERED this ____ day of February 2026.

_____
Brian K. Epps
United States Magistrate Judge
Southern District of Georgia