IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   Case No.:  1:25-CR-62 |
| | ) |
| FNU LNU aka Rony Denis, et.al. | ) |
| | ) |
| Defendants. | ) |

### GOVERNMENT'S RESPONSE TO DEFENDANTS' JOINT MOTION TO EXTEND DEADLINE FOR PRETRIAL MOTIONS (DOC. 152)

NOW COMES the United States of America, by and through the United States Attorney, Margaret E. Heap, and the undersigned Assistant United States Attorney and responds as follows to the Defendants' joint motion (Doc. 152):

Presently the deadline for the Defendants to file pretrial motions in the instant matter is March 30, 2026, almost two months from today's date. (Doc. 74).  The Defendants are now asking for six months beyond the March 30, 2026, deadline as the new deadline for filing of pretrial motions.  (Doc. 152).

Prior to the filing of this motion, the Government has met with at least three attorneys in this case on issues related to the discovery.  Further, the Government has made a similar offer to meet with all other counsel.  While the Government is not wholly opposed to an extension of time for the pretrial motions' deadline, the Government would request that the deadline be extended for a shorter time, such as two months beyond the March 30, 2026, deadline, with an ability to revisit the matter if needed.  This two-month extension results in an eight-month time frame for the Defendants to file pre-trial motions.

Respectfully submitted this 9th day of February, 2026.

                                        MARGARET E. HEAP
                                      UNITED STATES ATTORNEY

***/s/ Patricia Green Rhodes***
Patricia Green Rhodes
Assistant United States Attorney
Chief, Criminal Division
Georgia Bar No.: 307288
P.O. Box 2017
Augusta, Georgia 30903
706-826-4534
patricia.rhodes@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I have this day served the foregoing on all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 9th day of February 2026.

MARGARET E. HEAP
UNITED STATES ATTORNEY

***/s/ Patricia Green Rhodes***
Patricia Green Rhodes
Assistant United States Attorney
Chief, Criminal Division
Georgia Bar No.: 307288
P.O. Box 2017
Augusta, Georgia 30903
706-826-4534
patricia.rhodes@usdoj.gov