IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR 125-062 |
| | ) | |
| RONY DENIS | ) | |
| ANTHONY OLOANS | ) | |
| JOSEPH FRYAR | ) | |
| DENNIS NOSTRANT | ) | |
| GERARD ROBERTSON | ) | |
| DAVID REIP | ) | |
| MARCUS LABAT | ) | |
| OMAR GARCIA | ) | |

**O R D E R**

Defendants request a six-month extension to file pretrial motions. (Doc. no. 152.) The government does not "wholly oppose[]" an extension but proposes two months is sufficient. (Doc. no. 153.) For the reasons stated in Defendants' motion, the Court **GRANTS** the motion as to all parties. (Doc. no. 152.) The revised deadlines are as follows:

| EVENT | DEADLINE |
|---|---|
| Defendants' Response to Government's Motion to Designate Case as Complex | October 14, 2025 |
| Government Notice (Fed. R. Evid. 404(b)) | October 21, 2025 |
| Pretrial Motions by All Parties | September 30, 2026 |
| Government Expert Disclosures (Fed. R. Crim. P. 16(a)(1)(G)) | December 29, 2025 |
| Status Report (No Motions Filed) | October 7, 2026 |
| Responses to Pretrial Motions | October 14, 2026 |

| | |
|---|---|
| Status Report (Motions Filed) | October 21, 2026 |
| Defense Expert Disclosures (Fed. R. Crim. P. 16(b)(1)(C)) | September 30, 2026 |

Pursuant to 18 U.S.C. § 3161(h)(7), the period of time—March 30, 2026, through and including September 30, 2026—is excluded in computing the time within which trial must commence because the extension (1) is not for the purpose of delay, but instead to further justice and protect each Defendant's right to a fair trial by allowing reasonable time necessary, assuming due diligence, for effective preparation of counsel; and (2) serves the ends of justice and outweighs all interests in a speedy trial.  Counsel shall not file "preliminary" motions.  All motions must comply with LR Crim. 12, including the provisions concerning affidavits, citations to record evidence, and supporting memoranda.

SO ORDERED this 17th day of February, 2026, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA