UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:25-CR-062** |
| | ) | |
| v. | ) | |
| | ) | |
| **FNU LNU** | ) | |
| **aka: RONY DENIS** | ) | |
| **ANTHONY OLOANS** | ) | |
| **JOSEPH FRYAR** | ) | |
| **DENNIS NOSTRANT** | ) | |
| **GERARD ROBERTSON** | ) | |
| **DAVID REIP** | ) | |
| **MARCUS LABAT** | ) | |
| **OMAR GARCIA** | ) | |

**GOVERNMENT'S CERTIFICATE OF DISCLOSURE**

Now comes the United States of America, by and through Margaret E. Heap, United States Attorney for the Southern District of Georgia, and states that copies of discovery materials, as listed on the Index of Discovery, were made available to each defense counsel as follows:

| Defendant | Date | Method |
|---|---|---|
| FNU LNU aka;Rony Denis | November 6, 2025 | 10TB Hard Drive |
| Anthony Oloans | February 13, 2026 | 14TB Hard Drive |
| Joseph Fryar | November 7, 2025 | 10TB Hard Drive |
| Dennis Nostrant | November 6, 2025 | 10TB Hard Drive |
| Gerard Robertson | December 2, 2025 | 10TB Hard Drive |

| David Reip | October 9, 2025 | 10TB Hard Drive<br>1TB Hard Drive |
|---|---|---|
| Marcus Labat | November 6, 2025 | 10TB Hard Drive |
| Omar Garcia | November 12, 2025 | 10TB Hard Drive |

        Respectfully submitted,

        MARGARET E. HEAP
        UNITED STATES ATTORNEY

        ***/s/ Patricia G. Rhodes***

        Patricia G. Rhodes
        Assistant United States Attorney
        Chief, Criminal Division
        Georgia Bar No. 307288

Post Office Box 2017
Augusta, Georgia 30903
Telephone Number: (706) 826-4534

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO: 1:25-CR-062 |
| | ) | |
| v. | ) | |
| | ) | |
| FNU LNU | ) | |
| AKA: RONY DENIS | ) | |
| ANTHONY OLOANS | ) | |
| JOSEPH FRYAR | ) | |
| DENNIS NOSTRANT | ) | |
| GERARD ROBERTSON | ) | |
| DAVID REIP | ) | |
| MARCUS LABAT | ) | |
| OMAR GARCIA | ) | |

**CERTIFICATE OF SERVICE FOR GOVERNMENT'S
CERTIFICATE OF DISCLOSURE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 19th day of February 2026.

                                               MARGARET E. HEAP
                                               UNITED STATES ATTORNEY

                                               ***/s/ Patricia G. Rhodes***

                                               Patricia G. Rhodes
                                               Assistant United States Attorney
                                               Chief, Criminal Division
                                               Georgia Bar No. 307288

Post Office Box 2017
Augusta, Georgia 30903
Telephone Number: (706) 826-4534