IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Case No.:  1:25-CR-62 |
| | ) | |
| MARCUS LABAT | ) | |

### APPLICATION FOR LEAVE OF COURT

COMES NOW Brooks K. Hudson, counsel for the defendant, Marcus Labat, pursuant to Local Rule 83.9, and requests the Court grant the undersigned a leave of absence from this Court as follows:

June 1, 2026 – June 5, 2026, for family vacation to Mexico;

June 10, 2026 – June 14, 2026, to attend the Georgia Press Conference in Jekyll Island;

June 20, 2026 – June 26, 2026, for family vacation to Marathan, Florida; and

July 1, 2026 – July 5, 2026, for family vacation to Fripp Island.

Applicant shows that the leave of absence requested will not interfere with any proceeding presently scheduled.  Applicant further shows that notice is hereby being given to all counsel of record pursuant to Local Rule 83.9.  Accordingly, the undersigned respectfully requests that his Application for Leave of Court be granted.  A proposed Order is being submitted herewith.

Respectfully submitted this 24th day of April, 2026.

/s/ Brooks K. Hudson
BROOKS K. HUDSON
Georgia Bar No. 141621
*Attorney for Defendant*

HULL BARRETT, P.C.
801 Broad Street, 7th Floor
Augusta, GA 30901
(706) 722-4481 (Telephone)
(706) 722-9779 (Facsimile)
bhudson@hullbarrett.com

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing has been filed with the Clerk of Court using the CM/ECF system, which will automatically send e-mail notification of such filing to the attorney of record.

This 24th day of April, 2026.

/s/ Brooks K. Hudson
BROOKS K. HUDSON
Georgia Bar No. 141621
*Attorney for Defendant*

HULL BARRETT, P.C.
801 Broad Street, 7th Floor
Augusta, GA 30901
(706) 722-4481 (Telephone)
(706) 722-9779 (Facsimile)
bhudson@hullbarrett.com