IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA,        )
                                 )
v.                               )        Case No.:  1:25-CR-62
                                 )
MARCUS LABAT                     )

### IN RE: LEAVE OF ABSENCE

Application for Leave of Absence has been requested in the above-captioned case by

Brooks K. Hudson as follows:

June 1, 2026 – June 5, 2026, for family vacation to Mexico;

June 10, 2026 – June 14, 2026, to attend the Georgia Press Conference in Jekyll Island;

June 20, 2026 – June 26, 2026, for family vacation to Marathan, Florida; and

July 1, 2026 – July 5, 2026, for family vacation to Fripp Island.

The above and foregoing request for Leave of Absence is **APPROVED**.

SO ORDERED this _____ day of April, 2026.


_____
J. RANDAL HALL
UNITED STATES DISTRICT JUDGE