**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO: 1:25-CR-062** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FNU LNU** | ) | |
| **aka: RONY DENIS** | ) | |
| **ANTHONY OLOANS** | ) | |
| **JOSEPH FRYAR** | ) | |
| **DENNIS NOSTRANT** | ) | |
| **GERARD ROBERTSON** | ) | |
| **DAVID REIP** | ) | |
| **MARCUS LABAT** | ) | |
| **OMAR GARCIA** | ) | |

**GOVERNMENT'S CERTIFICATE OF DISCLOSURE**

Now comes the United States of America, by and through Margaret E. Heap,

United States Attorney for the Southern District of Georgia, and states that copies of

discovery materials, as listed on the attached Index of Discovery (*see* Exhibit A), were

made available to each defense counsel via USAfx on June 23, 2026.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

*/s/ Patricia G. Rhodes*

Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division
Georgia Bar No. 307288

Post Office Box 2017
Augusta, Georgia 30903
Telephone Number: (706) 826-4534