US v. FNU LNU et al
1:25-cr-00062
20260623 Production Log

| Bates Num | Num Pages | Filename | File Path | Extension |
|---|---|---|---|---|
| USA-00295586 | 1 | Placeholder for Minor Parent Interview (Serials 663 and 665).pdf | 00141 Placeholders for MV Interviews//Placeholder for Minor Parent Interview (Serials 663 and 665).pdf | pdf |
| USA-00295587 | 1 | Placeholder for MV3 Interview (Serial 405).pdf | 00141 Placeholders for MV Interviews//Placeholder for MV3 Interview (Serial 405).pdf | pdf |
| USA-00295585 | 1 | Placeholder for Forensic Interview (Serials 397 and 398).pdf | 00141 Placeholders for MV Interviews//Placeholder for Forensic Interview (Serials 397 and 398).pdf | pdf |
| USA-00295600 | 1 | Placeholder for Serial 289 attachment.pdf | 00142 FBI Serial 289//Placeholder for Serial 289 attachment.pdf | pdf |
| USA-00295588 | 1 | 329A-AT-99448_0000289.pdf | 00142 FBI Serial 289//Official Records/329A-AT-99448_0000289.pdf | pdf |
| USA-00295589 | 11 | DFCT-00220-21.pdf | 00142 FBI Serial 289//Official Records/329A-AT-99448_0000289.pdf//DFCT-00220-21.pdf | pdf |
| USA-00295952 | 1 | WellsFargo 329.png | 00144 Wells Fargo additional return//WellsFargo 329.png | png |
| USA-00295950 | 1 | 1010166642210_SIGDC_06142018_3I-20180613155066782482.pdf | 00144 Wells Fargo additional return//1010166642210_SIGDC_06142018_3I-20180613155066782482.pdf | pdf |
| USA-00295951 | 1 | 1010166642210_SIGDC_06142018_3I-20180613155066782485.pdf | 00144 Wells Fargo additional return//1010166642210_SIGDC_06142018_3I-20180613155066782485.pdf | pdf |
| USA-00295946 | 1 | 1010166642210_NTAPP_06132018_P7-20180613160566784311.pdf | 00144 Wells Fargo additional return//1010166642210_NTAPP_06132018_P7-20180613160566784311.pdf | pdf |

| | | | | |
|---|---|---|---|---|
| USA-00295947 | 1 | 1010166642210_NTAPP_06132018_P7-20180613161166785015.pdf | 00144 Wells Fargo additional return//1010166642210_NTAPP_06132018_P7-20180613161166785015.pdf | pdf |
| USA-00295948 | 1 | 1010166642210_SIGDC_06142018_3I-20180613154966782336.pdf | 00144 Wells Fargo additional return//1010166642210_SIGDC_06142018_3I-20180613154966782336.pdf | pdf |
| USA-00295949 | 1 | 1010166642210_SIGDC_06142018_3I-20180613154966782338.pdf | 00144 Wells Fargo additional return//1010166642210_SIGDC_06142018_3I-20180613154966782338.pdf | pdf |
| USA-00295841 | 1 | 329G-AT-99448_0000692_1A0000264_0000001.m4a | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000692_1A0000264_0000001.m4a | m4a |
| USA-00295849 | 1 | 329G-AT-99448_0000699_Import.csv | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000699_Import.csv | csv |
| USA-00295813 | 3 | 329G-AT-99448_0000681_Import_Redacted.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000681_Import_Redacted.pdf | pdf |
| USA-00295836 | 1 | 329G-AT-99448_0000689_Import.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000689_Import.pdf | pdf |
| USA-00295601 | 4 | 329G-AT-99448_0000676_1A0000251_0000001_Redacted.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000676_1A0000251_0000001_Redacted.pdf | pdf |
| USA-00295623 | 15 | 329G-AT-99448_0000676_1A0000252_0000002_Redacted.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000676_1A0000252_0000002_Redacted.pdf | pdf |
| USA-00295842 | 1 | 329G-AT-99448_0000692_Import.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000692_Import.pdf | pdf |

| | | | | |
|---|---|---|---|---|
| USA-00295806 | 1 | 329G-AT-99448_0000677_Import.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000677_Import.pdf | pdf |
| USA-00295831 | 1 | 329G-AT-99448_0000684_Import.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000684_Import.pdf | pdf |
| USA-00295798 | 8 | 329G-AT-99448_0000677_1A0000254_0000001.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000677_1A0000254_0000001.pdf | pdf |
| USA-00295605 | 18 | 329G-AT-99448_0000676_1A0000252_0000001_Redacted.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000676_1A0000252_0000001_Redacted.pdf | pdf |
| USA-00295869 | 1 | 329G-AT-99448_0000702_1A0000272_0000001.m4a | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000702_1A0000272_0000001.m4a | m4a |
| USA-00295846 | 1 | 329G-AT-99448_0000694_Import.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000694_Import.pdf | pdf |
| USA-00295843 | 1 | 329G-AT-99448_0000693_1A0000265_0000001.m4a | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000693_1A0000265_0000001.m4a | m4a |
| USA-00295807 | 1 | 329G-AT-99448_0000678_1A0000255_0000001.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000678_1A0000255_0000001.pdf | pdf |
| USA-00295838 | 1 | 329G-AT-99448_0000690_Import.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000690_Import.pdf | pdf |
| USA-00295847 | 1 | 329G-AT-99448_0000695_1A0000267_0000001.m4a | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000695_1A0000267_0000001.m4a | m4a |
| USA-00295874 | 1 | manifest.xlsx | 00143 FBI Serials.zip//00143 FBI Serials/manifest.xlsx | xlsx |

| | | | | |
|---|---|---|---|---|
| USA-00295833 | 1 | 329G-AT-99448_0000688_1A0000260_0000001.m4a | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000688_1A0000260_0000001.m4a | m4a |
| USA-00295845 | 1 | 329G-AT-99448_0000694_1A0000266_0000001.m4a | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000694_1A0000266_0000001.m4a | m4a |
| USA-00295839 | 1 | 329G-AT-99448_0000691_1A0000263_0000001.m4a | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000691_1A0000263_0000001.m4a | m4a |
| USA-00295790 | 8 | 329G-AT-99448_0000676_1A0000253_0000002.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000676_1A0000253_0000002.pdf | pdf |
| USA-00295638 | 41 | 329G-AT-99448_0000676_1A0000252_0000003_Redacted.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000676_1A0000252_0000003_Redacted.pdf | pdf |
| USA-00295809 | 2 | 329G-AT-99448_0000679_Import.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000679_Import.pdf | pdf |
| USA-00295829 | 1 | 329G-AT-99448_0000683_Import.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000683_Import.pdf | pdf |
| USA-00295871 | 3 | 329G-AT-99448_0000703_Import.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000703_Import.pdf | pdf |
| USA-00295837 | 1 | 329G-AT-99448_0000690_1A0000262_0000001.m4a | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000690_1A0000262_0000001.m4a | m4a |
| USA-00295848 | 1 | 329G-AT-99448_0000695_Import.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000695_Import.pdf | pdf |

| USA-00295832 | 1 | 329G-AT-99448_0000685_Import.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000685_Import.pdf | pdf |
|---|---|---|---|---|
| USA-00295830 | 1 | 329G-AT-99448_0000684_1A0000257_0000001.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000684_1A0000257_0000001.pdf | pdf |
| USA-00295835 | 1 | 329G-AT-99448_0000689_1A0000261_0000001.m4a | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000689_1A0000261_0000001.m4a | m4a |
| USA-00295840 | 1 | 329G-AT-99448_0000691_Import.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000691_Import.pdf | pdf |
| USA-00295870 | 1 | 329G-AT-99448_0000702_Import.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000702_Import.pdf | pdf |
| USA-00295862 | 1 | 329G-AT-99448_0000700_Import.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000700_Import.pdf | pdf |
| USA-00295834 | 1 | 329G-AT-99448_0000688_Import.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000688_Import.pdf | pdf |
| USA-00295844 | 1 | 329G-AT-99448_0000693_Import.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000693_Import.pdf | pdf |
| USA-00295863 | 2 | 329G-AT-99448_0000701_1A0000271_0000001.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000701_1A0000271_0000001.pdf | pdf |
| USA-00295861 | 1 | 329G-AT-99448_0000700_1A0000270_0000002.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000700_1A0000270_0000002.pdf | pdf |

| | | | |
|---|---|---|---|
| USA-00295808 | 1 | 329G-AT-99448_0000678_1A0000255_0000002_PHYSICAL.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000678_1A0000255_0000002_PHYSICAL.pdf | pdf |
| USA-00295816 | 1 | 329G-AT-99448_0000682_Import.xls | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000682_Import.xls | xls |
| USA-00295811 | 2 | 329G-AT-99448_0000680_Import.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000680_Import.pdf | pdf |
| USA-00295918 | 1 | 329G-AT-99448_0000691.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000691.pdf | pdf |
| USA-00295926 | 1 | 329G-AT-99448_0000695.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000695.pdf | pdf |
| USA-00295912 | 1 | 329G-AT-99448_0000688.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000688.pdf | pdf |
| USA-00295894 | 1 | 329G-AT-99448_0000682.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000682.pdf | pdf |
| USA-00295886 | 3 | 329G-AT-99448_0000680.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000680.pdf | pdf |
| USA-00295920 | 1 | 329G-AT-99448_0000692.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000692.pdf | pdf |
| USA-00295933 | 1 | 329G-AT-99448_0000700.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000700.pdf | pdf |
| USA-00295865 | 4 | 329G-AT-99448_0000701_1A0000271_0000002.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000701_1A0000271_0000002.pdf | pdf |

| | | | | |
|---|---|---|---|---|
| USA-00295916 | 1 | 329G-AT-99448_0000690.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000690.pdf | pdf |
| USA-00295910 | 1 | 329G-AT-99448_0000687.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000687.pdf | pdf |
| USA-00295876 | 2 | 329G-AT-99448_0000676.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000676.pdf | pdf |
| USA-00295850 | 11 | 329G-AT-99448_0000700_1A0000270_0000001.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000700_1A0000270_0000001.pdf | pdf |
| USA-00295679 | 111 | 329G-AT-99448_0000676_1A0000253_0000001_Redacted.pdf | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000676_1A0000253_0000001_Redacted.pdf | pdf |
| USA-00295928 | 1 | 329G-AT-99448_0000696.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000696.pdf | pdf |
| USA-00295940 | 1 | 329G-AT-99448_0000702.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000702.pdf | pdf |
| USA-00295875 | 1 | 329G-AT-99448_0000675.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000675.pdf | pdf |
| USA-00295931 | 1 | 329G-AT-99448_0000699.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000699.pdf | pdf |
| USA-00295896 | 1 | 329G-AT-99448_0000683.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000683.pdf | pdf |

| | | | |
|---|---|---|---|
| USA-00295881 | 3 329G-AT-99448_0000679.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000679.pdf | pdf |
| USA-00295817 | 329G-AT-12 99448_0000683_1A0000256_0000001.eml | 00143 FBI Serials.zip//00143 FBI Serials/329G-AT-99448_0000683_1A0000256_0000001.eml | eml |
| USA-00295878 | 1 329G-AT-99448_0000677.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000677.pdf | pdf |
| USA-00295922 | 1 329G-AT-99448_0000693.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000693.pdf | pdf |
| USA-00295902 | 8 329G-AT-99448_0000686.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000686.pdf | pdf |
| USA-00295898 | 1 329G-AT-99448_0000684.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000684.pdf | pdf |
| USA-00295929 | 1 329G-AT-99448_0000697.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000697.pdf | pdf |
| USA-00295900 | 1 329G-AT-99448_0000685.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000685.pdf | pdf |
| USA-00295942 | 1 329G-AT-99448_0000703.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000703.pdf | pdf |
| USA-00295914 | 1 329G-AT-99448_0000689.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000689.pdf | pdf |
| USA-00295935 | 3 329G-AT-99448_0000701.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000701.pdf | pdf |

| | | | |
|---|---|---|---|
| USA-00295924 | 1 329G-AT-99448_0000694.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000694.pdf | pdf |
| USA-00295891 | 3 329G-AT-99448_0000681_Redacted.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000681_Redacted.pdf | pdf |
| USA-00295930 | 1 329G-AT-99448_0000698.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000698.pdf | pdf |
| USA-00295880 | 1 329G-AT-99448_0000678.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000678.pdf | pdf |
| USA-00295895 | 1 HOPCCVictims-data.xls | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000682.pdf//HOPCCVictims-data.xls | xls |
| USA-00295919 | 1 2025-11-12T20-52-26Z.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000691.pdf//2025-11-12T20-52-26Z.pdf | pdf |
| USA-00295913 | 1 2025-11-12T20-51-27Z.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000688.pdf//2025-11-12T20-51-27Z.pdf | pdf |
| USA-00295927 | 1 2025-11-12T20-50-58Z.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000695.pdf//2025-11-12T20-50-58Z.pdf | pdf |
| USA-00295917 | 1 2025-11-12T20-52-38Z.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000690.pdf//2025-11-12T20-52-38Z.pdf | pdf |

| | | | |
|---|---|---|---|
| USA-00295921 | 1 2025-11-12T20-51-41Z.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000692.pdf//2025-11-12T20-51-41Z.pdf | pdf |
| USA-00295934 | 1 2025-12-10T15-21-08Z.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000700.pdf//2025-12-10T15-21-08Z.pdf | pdf |
| USA-00295889 | 2 2025-09-26T13-05-42Z.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000680.pdf//2025-09-26T13-05-42Z.pdf | pdf |
| USA-00295941 | 1 2026-01-15T16-22-07Z.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000702.pdf//2026-01-15T16-22-07Z.pdf | pdf |
| USA-00295911 | 1 2025-11-17T16-02-14Z.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000687.pdf//2025-11-17T16-02-14Z.pdf | pdf |
| USA-00295932 | 1 export_12-02-25_1764689074798.csv | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000699.pdf//export_12-02-25_1764689074798.csv | csv |
| USA-00295884 | 2 2025-09-26T13-06-29Z.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000679.pdf//2025-09-26T13-06-29Z.pdf | pdf |
| USA-00295897 | 1 2025-09-29T17-16-27Z.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000683.pdf//2025-09-29T17-16-27Z.pdf | pdf |

| | | | |
|---|---|---|---|
| USA-00295923 | 1 2025-11-12T20-51-22Z.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000693.pdf//2025-11-12T20-51-22Z.pdf | pdf |
| USA-00295899 | 1 2025-10-28T19-51-17Z.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000684.pdf//2025-10-28T19-51-17Z.pdf | pdf |
| USA-00295879 | 1 2025-10-15T13-45-43Z.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000677.pdf//2025-10-15T13-45-43Z.pdf | pdf |
| USA-00295915 | 1 2025-11-12T20-52-59Z.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000689.pdf//2025-11-12T20-52-59Z.pdf | pdf |
| USA-00295901 | 1 2025-11-03T18-20-47Z.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000685.pdf//2025-11-03T18-20-47Z.pdf | pdf |
| USA-00295925 | 1 2025-11-12T20-51-05Z.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000694.pdf//2025-11-12T20-51-05Z.pdf | pdf |
| USA-00295938 | 2 2025-12-15T16-44-05Z.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000701.pdf//2025-12-15T16-44-05Z.pdf | pdf |
| USA-00295943 | 3 House of Prayer - Blake Atkins110250.pdf | 00143 FBI Serials.zip//00143 FBI Serials/officialRecords/329G-AT-99448_0000703.pdf//House of Prayer - Blake Atkins110250.pdf | pdf |