IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA,          :
                                   :
        Plaintiff,                 :        Case No. 1:25-CR-00062
                                   :
    v.                             :
                                   :
RONY DENIS,                        :
                                   :
        Defendant.                 :

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Steven H. Sadow** having made application to the Court for leave of absence,

and it being evident from the application that the provisions of Local Rule 83.9 have

been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Steven H. Sadow** be granted leave of

absence for the following time period:  August 22-September 11, 2026.

**SO ORDERED**, this ___ day of _____, 2026.

_____
HONORABLE J. RANDALL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA