**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR125-062 |
| | ) | |
| RONY DENIS | ) | |

ORDER ON MOTION FOR LEAVE OF ABSENCE

**Steven H. Sadow** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Steven H. Sadow** be granted leave of absence for the following periods:  August 22, 2026 through September 11, 2026

**SO ORDERED**, this the _13th_ day of July, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA