# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **V.** | **CASE NO: 1:25-CR-62** |
| **FNU LNU**<br>    **AKA RONY DENIS et al.** | |

## BILL OF PARTICULARS

COMES NOW, the United States of America, by and through Margaret E. Heap, United States Attorney for the Southern District of Georgia, and the undersigned Assistant United States Attorney, hereby files this Bill of Particulars to add certain property subject to forfeiture under the forfeiture provision citing 18 U.S.C. §§ 981(a)(1)(C) and 982(a)(2) and 28 U.S.C. 2461(c) (Doc. 3 at 38-39) of the above-captioned indictment, more specifically:

Queensborough National Bank and Trust Company's Check No. ending in -164 in the amount of $172,333.72 as proceeds from the sale of 3816 Honors Way, Martinez, Georgia.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

*/s/ Patricia G. Rhodes*
Patricia G. Rhodes
Assistant United States Attorney
GA Bar Number 307288

P.O. Box 8970
Savannah, GA 31412