IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA,       :
                                :
           Plaintiff,           :        Case No. 1:25-CR-00062
                                :
     v.                         :
                                :
RONY DENIS,                     :
                                :
           Defendant.           :

### MOTION FOR LEAVE OF ABSENCE

Counsel for defendant, **Steven H. Sadow**, respectfully moves the Court to grant him leave of absence for the following time period: October 16-November 14, 2026, for a family vacation.

                              Respectfully submitted,

                              */s/ Steven H. Sadow*
                              STEVEN H. SADOW
                              Georgia Bar No. 622075

260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303
404-577-1400
404-577-3600 (fax)
stevesadow@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all counsel of record.

/s/ Steven H. Sadow
STEVEN H. SADOW
Georgia Bar No. 622075