# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### AUGUSTA DIVISION

UNITED STATES OF AMERICA    )
    )
    )
    )
v.    )    CR125-062
    )
RONY DENIS    )

## ORDER ON MOTION FOR LEAVE OF ABSENCE

**Steven H. Sadow** having made application to the Court for leave of absence, and it being evident from the application that the provisions of Local Rule 83.9 have been complied with, and no objections having been received;

**IT IS HEREBY ORDERED THAT Steven H. Sadow** be granted leave of absence for the following periods:  October 16, 2026 through November 14, 2026.

**SO ORDERED**, this the _____ day of August, 2026.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA