US v. FNU LNU et al
1:25-cr-00062
20260831 Production Log

| Bates No. | Pages | Filename | File Path | Extension |
|---|---|---|---|---|
| USA-00295953 | 2 | 2025 09 02 MOA Interview of Brooke Bosier.pdf | 00145 FHFA MOA//2025 09 02 MOA Interview of Brooke Bosier.pdf | pdf |
| USA-00295955 | 1 | Interview of Jean Nasser Duvert 05112026part1.WAV | 00146 Interviews//Interview of Jean Nasser Duvert 05112026part1.WAV | WAV |
| USA-00295956 | 1 | Interview of Jean Nasser Duvert 05112026part2.WAV | 00146 Interviews//Interview of Jean Nasser Duvert 05112026part2.WAV | WAV |
| USA-00295957 | 1 | InterviewofDeniseStanley07072026.WAV | 00146 Interviews//InterviewofDeniseStanley07072026.WAV | WAV |
| USA-00295958 | 1 | InterviewofDeniseStanley07072026.WAV.csv | 00146 Interviews//InterviewofDeniseStanley07072026.WAV.csv | csv |
| USA-00295959 | 1 | InterviewofPierreDalzon05292026.WAV | 00146 Interviews//InterviewofPierreDalzon05292026.WAV | WAV |
| USA-00295960 | 3 | 329G-AT-99448_0000704_Import.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000704_Import.pdf | pdf |
| USA-00295963 | 3 | 329G-AT-99448_0000705_1A0000273_0000001.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000705_1A0000273_0000001.pdf | pdf |
| USA-00295966 | 3 | 329G-AT-99448_0000705_Import.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000705_Import.pdf | pdf |

| | | | | |
|---|---|---|---|---|
| USA-00295969 | 1 | 329G-AT-99448_0000706_Import.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000706_Import.pdf | pdf |
| USA-00295970 | 2 | 329G-AT-99448_0000707_1A0000274_0000001.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000707_1A0000274_0000001.pdf | pdf |
| USA-00295972 | 5 | 329G-AT-99448_0000707_1A0000274_0000002.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000707_1A0000274_0000002.pdf | pdf |
| USA-00295977 | 3 | 329G-AT-99448_0000707_1A0000274_0000003.docx | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000707_1A0000274_0000003.docx | docx |
| USA-00295980 | 2 | 329G-AT-99448_0000707_1A0000274_0000004.docx | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000707_1A0000274_0000004.docx | docx |
| USA-00295982 | 2 | 329G-AT-99448_0000708_1A0000275_0000001.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000708_1A0000275_0000001.pdf | pdf |
| USA-00295984 | 5 | 329G-AT-99448_0000708_1A0000275_0000002.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000708_1A0000275_0000002.pdf | pdf |
| USA-00295989 | 3 | 329G-AT-99448_0000708_1A0000275_0000003.docx | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000708_1A0000275_0000003.docx | docx |

| | | | | |
|---|---|---|---|---|
| USA-00295992 | 2 | 329G-AT-99448_0000708_1A0000275_0000004.docx | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000708_1A0000275_0000004.docx | docx |
| USA-00295994 | 28 | 329G-AT-99448_0000709_1A0000276_0000001.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000709_1A0000276_0000001.pdf | pdf |
| USA-00296022 | 2 | 329G-AT-99448_0000709_Import.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000709_Import.pdf | pdf |
| USA-00296024 | 1 | 329G-AT-99448_0000710_1A0000277_0000001.png | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000710_1A0000277_0000001.png | png |
| USA-00296025 | 1 | 329G-AT-99448_0000710_Import.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000710_Import.pdf | pdf |
| USA-00296026 | 2 | 329G-AT-99448_0000711_1A0000278_0000001.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000711_1A0000278_0000001.pdf | pdf |
| USA-00296028 | 3 | 329G-AT-99448_0000711_Import.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000711_Import.pdf | pdf |
| USA-00296031 | 1 | 329G-AT-99448_0000712_1A0000279_0000001.jpg | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000712_1A0000279_0000001.jpg | jpg |

| | | | | |
|---|---|---|---|---|
| USA-00296032 | 2 | 329G-AT-99448_0000712_Import.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000712_Import.pdf | pdf |
| USA-00296034 | 1 | 329G-AT-99448_0000713_1A0000280_0000001.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000713_1A0000280_0000001.pdf | pdf |
| USA-00296035 | 1 | 329G-AT-99448_0000714_1A0000281_0000001.png | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000714_1A0000281_0000001.png | png |
| USA-00296036 | 1 | 329G-AT-99448_0000714_Import.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000714_Import.pdf | pdf |
| USA-00296037 | 2 | 329G-AT-99448_0000715_1A0000282_0000001.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000715_1A0000282_0000001.pdf | pdf |
| USA-00296039 | 1 | 329G-AT-99448_0000715_Import.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000715_Import.pdf | pdf |
| USA-00296040 | 2 | 329G-AT-99448_0000716_Import.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000716_Import.pdf | pdf |

| | | | | |
|---|---|---|---|---|
| USA-00296042 | 1 | Interview of Jean Nasser Duvert 05112026part1.WAV.csv | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000717_1A0000283_0000001.zip//Interview of Jean Nasser Duvert 05112026part1.WAV.csv | csv |
| USA-00296043 | 1 | Interview of Jean Nasser Duvert 05112026part2.WAV.csv | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000717_1A0000283_0000001.zip//Interview of Jean Nasser Duvert 05112026part2.WAV.csv | csv |
| USA-00296044 | 1 | 329G-AT-99448_0000720_Import.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000720_Import.pdf | pdf |
| USA-00296045 | 1 | InterviewofPierreDalzon05292026.WAV.csv | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000721_1A0000284_0000001.zip//InterviewofPierreDalzon05292026.WAV.csv | csv |
| USA-00296046 | 1 | 329G-AT-99448_0000724_1A0000285_0000001.csv | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//329G-AT-99448_0000724_1A0000285_0000001.csv | csv |
| USA-00296047 | 1 | manifest.xlsx | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//manifest.xlsx | xlsx |
| USA-00296048 | 1 | 329G-AT-99448_0000704.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//officialRecords/329G-AT-99448_0000704.pdf | pdf |

| | | | | |
|---|---|---|---|---|
| USA-00296049 | 1 | 329G-AT-99448_0000705.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//officialRecords/329G-AT-99448_0000705.pdf | pdf |
| USA-00296050 | 1 | 329G-AT-99448_0000706.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//officialRecords/329G-AT-99448_0000706.pdf | pdf |
| USA-00296051 | 14 | 329G-AT-99448_0000707.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//officialRecords/329G-AT-99448_0000707.pdf | pdf |
| USA-00296065 | 5 | 329G-AT-99448_0000708.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//officialRecords/329G-AT-99448_0000708.pdf | pdf |
| USA-00296070 | 1 | 329G-AT-99448_0000709.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//officialRecords/329G-AT-99448_0000709.pdf | pdf |
| USA-00296071 | 2 | 329G-AT-99448_0000710.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//officialRecords/329G-AT-99448_0000710.pdf | pdf |
| USA-00296073 | 4 | 329G-AT-99448_0000711.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//officialRecords/329G-AT-99448_0000711.pdf | pdf |
| USA-00296077 | 1 | 329G-AT-99448_0000712.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to724.zip//officialRecords/329G-AT-99448_0000712.pdf | pdf |

| | | | | |
|---|---|---|---|---|
| USA-00296078 | 1 | 329G-AT-99448_0000713.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to 724.zip//officialRecords/329G-AT-99448_0000713.pdf | pdf |
| USA-00296079 | 2 | 329G-AT-99448_0000714.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to 724.zip//officialRecords/329G-AT-99448_0000714.pdf | pdf |
| USA-00296081 | 2 | 329G-AT-99448_0000715.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to 724.zip//officialRecords/329G-AT-99448_0000715.pdf | pdf |
| USA-00296083 | 3 | 329G-AT-99448_0000716.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to 724.zip//officialRecords/329G-AT-99448_0000716.pdf | pdf |
| USA-00296086 | 1 | 329G-AT-99448_0000717.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to 724.zip//officialRecords/329G-AT-99448_0000717.pdf | pdf |
| USA-00296087 | 1 | 329G-AT-99448_0000718.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to 724.zip//officialRecords/329G-AT-99448_0000718.pdf | pdf |
| USA-00296088 | 1 | 329G-AT-99448_0000719.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to 724.zip//officialRecords/329G-AT-99448_0000719.pdf | pdf |
| USA-00296089 | 2 | 329G-AT-99448_0000720.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to 724.zip//officialRecords/329G-AT-99448_0000720.pdf | pdf |

| | | | | |
|---|---|---|---|---|
| USA-00296091 | 1 | 329G-AT-99448_0000721.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to 724.zip//officialRecords/329G-AT-99448_0000721.pdf | pdf |
| USA-00296092 | 1 | 329G-AT-99448_0000722.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to 724.zip//officialRecords/329G-AT-99448_0000722.pdf | pdf |
| USA-00296093 | 1 | 329G-AT-99448_0000723.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to 724.zip//officialRecords/329G-AT-99448_0000723.pdf | pdf |
| USA-00296094 | 1 | 329G-AT-99448_0000724.pdf | 00147 FBI//OperationFalseProfitDiscoveryserial704to 724.zip//officialRecords/329G-AT-99448_0000724.pdf | pdf |
| USA-00296095 | 1 | 329AAT99448.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448.pdf | pdf |
| USA-00296096 | 5 | 329AAT99448_102_1A5.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_102_1A5.pdf | pdf |
| USA-00296101 | 4 | 329AAT99448_103_1A6.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_103_1A6.pdf | pdf |
| USA-00296105 | 16 | 329AAT99448_104_1A9.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_104_1A9.pdf | pdf |
| USA-00296121 | 4 | 329AAT99448_105_1A10.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_105_1A10.pdf | pdf |
| USA-00296125 | 7 | 329AAT99448_107_1A11.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_107_1A11.pdf | pdf |
| USA-00296132 | 8 | 329AAT99448_108_1A14.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_108_1A14.pdf | pdf |
| USA-00296140 | 9 | 329AAT99448_118_1A15.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_118_1A15.pdf | pdf |

| | | | | |
|---|---|---|---|---|
| USA-00296149 | 3 | 329AAT99448_123_1A16.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_123_1A16.pdf | pdf |
| USA-00296152 | 2 | 329AAT99448_124_1A17.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_124_1A17.pdf | pdf |
| USA-00296154 | 2 | 329AAT99448_124_1A18.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_124_1A18.pdf | pdf |
| USA-00296156 | 6 | 329AAT99448_124_1A21.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_124_1A21.pdf | pdf |
| USA-00296162 | 2 | 329AAT99448_125_1A22.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_125_1A22.pdf | pdf |
| USA-00296164 | 4 | 329AAT99448_126_1A23.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_126_1A23.pdf | pdf |
| USA-00296168 | 7 | 329AAT99448_126_1A24.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_126_1A24.pdf | pdf |
| USA-00296175 | 128 | 329AAT99448_131_1A25.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_131_1A25.pdf | pdf |
| USA-00296303 | 92 | 329AAT99448_131_1A25b.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_131_1A25b.pdf | pdf |
| USA-00296395 | 7 | 329AAT99448_131_1A26.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_131_1A26.pdf | pdf |
| USA-00296402 | 4 | 329AAT99448_136_1A27.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_136_1A27.pdf | pdf |
| USA-00296406 | 4 | 329AAT99448_136_1A28.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_136_1A28.pdf | pdf |
| USA-00296410 | 5 | 329AAT99448_137_1A29.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_137_1A29.pdf | pdf |
| USA-00296415 | 12 | 329AAT99448_149_1A33.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_149_1A33.pdf | pdf |
| USA-00296427 | 4 | 329AAT99448_185_1A41.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_185_1A41.pdf | pdf |
| USA-00296431 | 2 | 329AAT99448_197_1A44.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_197_1A44.pdf | pdf |

| | | | | |
|---|---|---|---|---|
| USA-00296433 | 3 | 329AAT99448_199_1A45.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_199_1A45.pdf | pdf |
| USA-00296436 | 4 | 329AAT99448_200_1A46.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_200_1A46.pdf | pdf |
| USA-00296440 | 14 | 329AAT99448_216_1A48.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_216_1A48.pdf | pdf |
| USA-00296454 | 7 | 329AAT99448_221_1A50.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_221_1A50.pdf | pdf |
| USA-00296461 | 16 | 329AAT99448_237_1A53.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_237_1A53.pdf | pdf |
| USA-00296477 | 3 | 329AAT99448_261_1A55.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_261_1A55.pdf | pdf |
| USA-00296480 | 96 | 329AAT99448_292_1A62.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_292_1A62.pdf | pdf |
| USA-00296576 | 52 | 329AAT99448_293_1A63a.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_293_1A63a.pdf | pdf |
| USA-00296628 | 62 | 329AAT99448_293_1A63b.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_293_1A63b.pdf | pdf |
| USA-00296690 | 134 | 329AAT99448_293_1A63c.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_293_1A63c.pdf | pdf |
| USA-00296824 | 2 | 329AAT99448_294_1A65.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_294_1A65.pdf | pdf |
| USA-00296826 | 4 | 329AAT99448_395_1A113.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_395_1A113.pdf | pdf |
| USA-00296830 | 7 | 329AAT99448_397_1A114.pdf | 00148 FBI 1A's//329G-AT-99448/329AAT99448_397_1A114.pdf | pdf |
| USA-00296837 | 2 | 329GAT99448_417_1A121.pdf | 00148 FBI 1A's//329G-AT-99448/329GAT99448_417_1A121.pdf | pdf |
| USA-00296839 | 3 | 329GAT99448_442_1A128.pdf | 00148 FBI 1A's//329G-AT-99448/329GAT99448_442_1A128.pdf | pdf |
| USA-00296842 | 3 | 329GAT99448_443_1A129.pdf | 00148 FBI 1A's//329G-AT-99448/329GAT99448_443_1A129.pdf | pdf |

| | | | | |
|---|---|---|---|---|
| USA-00296845 | 3 | 329GAT99448_444_1A130.pdf | 00148 FBI 1A's//329G-AT-99448/329GAT99448_444_1A130.pdf | pdf |
| USA-00296848 | 2 | 329GAT99448_448_1A132.pdf | 00148 FBI 1A's//329G-AT-99448/329GAT99448_448_1A132.pdf | pdf |
| USA-00296850 | 4 | 329GAT99448_471_1A138.pdf | 00148 FBI 1A's//329G-AT-99448/329GAT99448_471_1A138.pdf | pdf |
| USA-00296854 | 2 | 329GAT99448_485_1A149.pdf | 00148 FBI 1A's//329G-AT-99448/329GAT99448_485_1A149.pdf | pdf |
| USA-00296856 | 2 | 329GAT99448_486_1A150.pdf | 00148 FBI 1A's//329G-AT-99448/329GAT99448_486_1A150.pdf | pdf |
| USA-00296858 | 39 | 329GAT99448_487_1A10.pdf | 00148 FBI 1A's//329G-AT-99448/329GAT99448_487_1A10.pdf | pdf |
| USA-00296897 | 2 | 329GAT99448_489_1A151.pdf | 00148 FBI 1A's//329G-AT-99448/329GAT99448_489_1A151.pdf | pdf |
| USA-00296899 | 2 | 329GAT99448_499_1A156.pdf | 00148 FBI 1A's//329G-AT-99448/329GAT99448_499_1A156.pdf | pdf |
| USA-00296901 | 2 | 329GAT99448_500_1A157.pdf | 00148 FBI 1A's//329G-AT-99448/329GAT99448_500_1A157.pdf | pdf |
| USA-00296903 | 2 | 329GAT99448_502_1A159.pdf | 00148 FBI 1A's//329G-AT-99448/329GAT99448_502_1A159.pdf | pdf |
| USA-00296905 | 4 | 329GAT99448_523_1A168.pdf | 00148 FBI 1A's//329G-AT-99448/329GAT99448_523_1A168.pdf | pdf |
| USA-00296909 | 33 | 329GAT99448_556_1A194.pdf | 00148 FBI 1A's//329G-AT-99448/329GAT99448_556_1A194.pdf | pdf |
| USA-00296942 | 2 | 329GAT99448_600_1A209.pdf | 00148 FBI 1A's//329G-AT-99448/329GAT99448_600_1A209.pdf | pdf |
| USA-00296944 | 5 | 329GAT99448_676_1A251.pdf | 00148 FBI 1A's//329G-AT-99448/329GAT99448_676_1A251.pdf | pdf |
| USA-00296949 | 3 | 329GAT99448_678_1A255.pdf | 00148 FBI 1A's//329G-AT-99448/329GAT99448_678_1A255.pdf | pdf |
| USA-00296952 | 2 | 329GAT99448_696_1A268.pdf | 00148 FBI 1A's//329G-AT-99448/329GAT99448_696_1A268.pdf | pdf |