IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 1:23-cr-00062-JRH |
| | : | |
| | : | |
| RONY DENIS, | : | |
| | : | |
| Defendant. | : | |

**DENIS' MOTION TO ADOPT DEFENDANT DAVID REIP'S MOTION TO STRIKE SURPLUSAGE AND INCORPORATED MEMORANDUM OF LAW [DOC. 225]**

Defendant Denis adopts Defendant David Reip's Motion to Strike Surplusage and Incorporated Memorandum of Law [Doc. 225].

Respectfully submitted,

*/s/ Steven H. Sadow*
Steven H. Sadow
Georgia Bar No. 622075
Attorney for Defendant

260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303
404-577-1400
stevesadow@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that on September 29, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system that will automatically send e-mail notification of such filing to all parties of record.

*/s/ Steven H. Sadow*
Steven H. Sadow