**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>Plaintiff, | : | |
| vs. | : | Indictment: 1:25-cr-62-JRH |
| RONY DENIS,<br>Defendant. | : | |

## WITHDRAWAL OF DEFENDANT'S MOTION TO ADOPT

Denis hereby withdraws his previously filed motion to adopt, [Doc. 227], as it runs afoul of the Court's scheduling and discovery order. [Doc. 74].

Respectfully submitted,

*/s/ Steven H. Sadow*
STEVEN H. SADOW
Lead Counsel for Defendant

260 Peachtree Street, N.W.
Suite 2502
Atlanta, Georgia 30303
404-577-1400
stevesadow@gmail.com

*/s/ David M. Stewart*
CROWDER STEWART LLP
Counsel for Defendant

540 James Brown Boulevard
Post Office Box 160
Augusta, Georgia 30903
706-434-8799
david@crowderstewart.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 2, 2026, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system that will automatically send e-mail notification of such filing to all parties of record.

*/s/ Steven H. Sadow*
STEVEN H. SADOW