**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:25-CR-62** |
| | ) | |
| **FNU LNU** | ) | |
| **aka RONY DENIS, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**GOVERNMENT'S MOTION FOR EXTENSION OF TIME TO RESPOND AND REQUEST NOT TO EXTEND DEADLINE FOR CERTAIN DEFENDANTS**

The United States, by and through Margaret E. Heap, United States Attorney, and undersigned counsel, moves for an extension of the present deadline to respond to pretrial motions of October 14, 2026, and in support states as follows:

On September 4, 2025, the Grand Jury for the Southern District of Georgia indicted the Defendants in a 26-count indictment for fraud offenses stemming from their involvement with the House of Prayer Christian Churches of America ("HOPCC") and House of Prayer Bible Seminary ("HOPBS"). (Doc. 3.)

The Defendants appeared on September 11, 2025, for initial appearances. (Docs. 22, 18.) Six defendants were released on bond (Docs. 13-21, 23) and two were detained. (Docs. 71, 72). All Defendants entered not guilty pleas to the charges. (Docs. 22, 58, 70.) On October 1, 2025, the Court entered a Scheduling Order and directed that all pretrial motions were due March 30, 2026. (Doc 74). On February 7, 2026, all defendants joined in a motion to extend that deadline by six months. (Doc. 152.) The Court granted the motion, over the Government's objection, and reset the

deadline to September 30, 2026. (Docs. 153, 155.), giving the defendants a total of 12 months to file pre-trial motions.

By September 30, 2026, six out of eight defendants filed pretrial motions. (Docs. 28-31, 221-233, 235, 236, 239-242.) Two defendants (Nostrant and Fryar) requested 60 additional days to file motions. (Docs. 234, 238). The Government objected. (Docs 244, 245.) The Court has not yet ruled on the extension of time.

**Request**

The Government hereby motions the Court for an extension of time beyond October 14, 2026, to respond to all pretrial motions in a consolidated response. As of today, the Government is not aware if the two defendants who sought extensions will be granted such, making it difficult to structure its combined response. The Government seeks 60 days after filing of the last pretrial motion to file its combined response to all pretrial motions.

In the event the Court grants the Defendants Nostrant and Fryar's request for a 60-day extension, the Government requests the Court *not to extend* the pretrial motions deadline for the non-moving defendants (FNU LUN aka Rony Denis, Anthony Oloans, Gerard Robertson, Davd Reip, Marcus Labat, and Omar Garcia) including any motions to adopt[1] beyond the established deadline – September 30, 2026.

Respectfully submitted, this 7th day of October, 2026.

---

[1] The Court's scheduling order directs "a defendant shall not file a motion that merely adopts or incorporates by reference a motion of argument by a co-defendant." (Doc. 74 at 2.)

MARGARET E. HEAP
UNITED STATES ATTORNEY

***/s/ Patricia Green Rhodes***
Patricia Green Rhodes
Assistant United States Attorney
Chief, Criminal Division
Georgia Bar No. 307288
P.O. Box 2017
Augusta, GA 30903
(706) 826-4534

**CERTIFICATE OF SERVICE**

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 7th day of October, 2026.

Respectfully submitted,

MARGARET E. HEAP
UNITED STATES ATTORNEY

***/s/ Patricia Green Rhodes***

Patricia Green Rhodes
Assistant United States Attorney
Chief, Criminal Division
Georgia Bar No. 307288
P.O. Box 2017
Augusta, GA 30903
(706) 826-4534