**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| **v.** | ) | **Case No.: 1:25-CR-62** |
| | ) | |
| **FNU LNU** | ) | |
| **AKA RONY DENIS, et al.** | ) | |
| | ) | |
| **Defendants.** | ) | |

**<u>ORDER</u>**

Before the Court is the Government's motion to extend time, wherein the Government requests an extension of time to submit its response to all pretrial motions.

After consideration by the Court, the motion is GRANTED. The Government shall have 60 days from the date of the last pretrial motion of any co-defendant to file a combined response to all pretrial motions in the case.

SO ORDERED this ______ day of October, 2026.

____________________________________
JUDGE J. RANDAL HALL
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA