**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF GEORGIA**
**AUGUSTA DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CASE NO 1:25-CR-62** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **FNU LNU (FIRST NAME UNKNOWN, LAST NAME UNKNOWN) a/k/a RONY DENIS** | ) | |
| **ANTHONY OLOANS** | ) | |
| **JOSEPH FRYAR** | ) | |
| **DENNIS NOSTRANT** | ) | |
| **GERARD ROBERTSON** | ) | |
| **DAVID REIP** | ) | |
| **MARCUS LABAT** | ) | |
| **OMAR GARCIA** | ) | |

**NOTICE OF ATTORNEY APPEARANCE**

Now comes the United States of America, by and through Margaret E. Heap, United States Attorney for the Southern District of Georgia, and undersigned counsel, and files an entry of appearance for Sherri A. Stephan, in the above-captioned matter. The undersigned requests to receive notice for all future pleadings, notices, and correspondence.

Respectfully submitted, this 7th day of October 2026.

MARGARET E. HEAP
UNITED STATES ATTORNEY

/s/ *Darron J. Hubbard*

Darron J. Hubbard
Assistant United States Attorney
IL Bar No. 6313078
P.O. Box 8970
Savannah GA 31412
Email: darron.hubbard@usdoj.gov