IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

U.S. DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

OCT 09 2026

FILED

UNITED STATES OF AMERICA )
)
v. ) CR 125-062
)
RONY DENIS )
ANTHONY OLOANS )
JOSEPH FRYAR )
DENNIS NOSTRANT )
GERARD ROBERTSON )
DAVID REIP )
MARCUS LABAT )
OMAR GARCIA )

---

**ORDER**

---

Defendants Nostrant and Fryar request a 60-day extension to file pretrial motions. (Doc. nos. 234, 238.) The government opposes and specifically requests that any extension apply only to Defendants Fryar and Nostrant. (Doc. nos. 244, 245.) However, the government also requests 60 days to file a consolidated response to all pretrial motions. (Doc. no. 249.) For the reasons stated in Defendants' motions, the Court **GRANTS IN PART** Defendants Nostrant's and Fryar's motions as to all parties. (Doc. no. 234, 238.) All Defendants shall have 30 additional days to file pretrial motions. The Court also **GRANTS IN PART** the government's motion. (Doc. no. 249.) The government shall have 30 days after Defendants' filing deadline to file a consolidated response to all pretrial motions. The revised deadlines are as follows:

| EVENT | DEADLINE |
|---|---|
| Defendants' Response to Government's Motion to Designate Case as Complex | October 14, 2025 |

| | |
|---|---|
| Government Notice (Fed. R. Evid. 404(b)) | October 21, 2025 |
| Pretrial Motions by All Parties | October 30, 2026 |
| Government Expert Disclosures (Fed. R. Crim. P. 16(a)(1)(G)) | December 29, 2025 |
| Status Report (No Motions Filed) | October 7, 2026 |
| Responses to Pretrial Motions | November 30, 2026 |
| Status Report (Motions Filed) | December 7, 2026 |
| Defense Expert Disclosures (Fed. R. Crim. P. 16(b)(1)(C)) | October 30, 2026 |

By this Court's Order declaring the case complex, (see doc. no. 97), the period of time established above for pretrial proceedings has already been excluded in computing the time within which the trial of this matter may commence. Counsel shall not file "preliminary" motions. All motions must comply with LR Crim. 12, including the provisions concerning affidavits, citations to record evidence, and supporting memoranda.

**SO ORDERED** this 9th day of October, 2026, at Augusta, Georgia.

HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA